# EXHIBIT F

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820



Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

November 4, 2020

**<u>DELIVERED VIA FIRST-CLASS MAIL (RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL WHERE INDICATED</u>**

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016<br>towens@evergreencopyrights.com<br>jan.simeon@bmgchrysalis.com | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356<br>ljrwred@aol.com | Warner Music Group / Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127<br>LutheriaC@lukerecord.com | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024<br>averydc@netzero.com | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024<br>funkboogieexpress@yahoo.com |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965<br>copyright@kassner-music.co.uk | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

|  |  |
|---|---|
| **Our Clients:** | **Mark Ross; Luther Campbell; Estate of Chris Wong Won** |
| **Matter:** | **Formal Notice of Termination of Copyright Pursuant to 17 U.S.C. §203** |
| **Copyrighted Work Titles:** | See below. |

To whom it may concern:

This firm represents Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won (collectively, "Clients"). Our Clients control the majority of the rights to certain compositions and sound recordings created and published under the name *2 Live Crew*.[a]

We hereby provide formal notice that our Clients are terminating their copyright grants, as detailed hereinbelow, pursuant to 17 U.S.C. §203. Our investigation has revealed that the recipients of this correspondence and the parties identified herein are or were grantees and/or successors-in-title that received a transfer of copyrights related to works created and/or owned by our Clients. Section 203 allows authors and their heirs to terminate copyright transfers within a five-year window running from thirty-five to forty years after the execution of such transfers or publication of the work(s) transferred. Notably, the "[t]ermination of the grant may be effected notwithstanding any agreement to the contrary, including an agreement to make a will or to make any future grant." 17 U.S.C. §203 (a)(5).

This letter shall serve as notice to those parties identified in **Exhibit A** that our Clients hereby terminate all copyright grants executed and/or entered into by our Clients for the works detailed in **Exhibit A**. At least one of the granting instruments (recording contract) was executed prior to authorship or publication, so the dates of publication shall serve as the effective dates for termination. Where possible, the relevant copyright registration numbers for the works at issue are listed. All titles listed are to be considered inclusive of the copyrights for the sound recording and the underlying compositions for each of the songs on the albums. The titles are also considered inclusive of both the original "explicit" versions and the "clean" versions, remixed or edited or alternate versions, and of the sound recording and composition copyright to all songs therein contained. The dates of effective termination are set forth below in **Exhibit A**.

We certify under the penalty of perjury that the parties terminating the grant(s) at issue control the majority of the works at issue. They comprise the artists that created the works at issue and, pursuant to 17 U.S.C. § 203(a)(2)(B), the heirs to the estate of artist Chris Wong Won. All ownership interests will revert to the original authors or the estate thereof. All rights in the underlying compositions and sound recordings will revert to the authors or the estate thereof. Please return an executed confirmation of this termination as soon as reasonably possible. This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to or should be construed to waive or limit any rights, claims, or remedies. Please do not hesitate to contact the undersigned if you have any questions regarding the foregoing.

Regards,
DONIGER / BURROUGHS

By: _____
Scott Alan Burroughs, Esq.
For the Firm

---

[a] David Hobbs, the remaining member, does not join in this Notice of Termination.

*SAB*
*Encl. – Exhibit A*

<u>RECEIVED AND CONFIRMED:</u>

By: _____
Name: _____
Date of Signature: _____

# EXHIBIT A
## Notice of Termination of Transfer or License Under Section 203

1. I, the undersigned, affirm this termination is made pursuant to 17 U.S.C. § 203.

2. The names and addresses of each grantee or known successor-in-title whose license or transfer is being terminated are set forth hereinbelow:

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016 | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356 | Warner Music Group /<br>Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127 | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific<br>Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024 | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024 |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965 | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

3. The following works are covered under the grants and agreements being terminated:

## Termination No. 1:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| THE 2 LIVE CREW IS WHAT WE ARE (Lil' Joe Records, 1987) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to: | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | December 1, 1986 |

| | | |
|---|---|---|
| 1. 2 Live is What We Are / 2 Live Is What We Are... (Word)<br>2. We Want Some Pussy<br>3. Check It Out Yall (Freestyle rappin')<br>4. Get It Girl<br>5. Throw The 'D'<br>6. Cut It Up<br>7. Beat Box (Remix)<br>8. Mr. Mixx On The Mix!!<br><br>Registration No(s).: PA0000384476; SR0000360735; et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| November 7, 2022 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Termination No. 2**:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| MOVE SOMETHIN' (Lil' Joe Records, 1988) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to:<br><br>1. Introduction<br>2. Drop The Bomb<br>3. Move Somethin'<br>4. Ghetto Bass II<br>5. With Your Badself<br>6. Pussy Ass Nigga | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | March 21, 1988 |

| | | |
|---|---|---|
| 7. H-B-C<br>8. S & M<br>9. Do Wah Diddy<br>10. Word II<br>11. Feel Alright Y'all<br>12. One And One<br>13. Mega-Mixx II<br><br>Registration No(s).<br>SR0000359017; PA0001039535; SR0000305983; et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| March 21, 2023 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

## Termination No. 3:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| AS NASTY AS THEY WANNA BE (Lil' Joe Records, 1989) and all compositions and sound recordings for all songs therein contained, and AS CLEAN AS THEY WANNA BE<br><br>The songs on AS NASTY AS THEY WANNA BE include but are not limited to:<br><br>1. Me So Horny<br>2. Put Her in the Buck<br>3. Dick Almighty<br>4. C'mon Babe<br>5. Dirty Nursery Rhymes<br>6. Break it on Down<br>7. 2 Live Blues<br>8. I Ain't Bullsittin' | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | May 1, 1989 |

| | | |
|---|---|---|
| 9. Get Loose Now<br>10. The Fuck Shop<br>11. If You Believe in Having Sex<br>12. My Seven Bizzos<br>13. Get the Fuck out of My House<br>14. Reggae Joint<br>15. Fraternity Record<br>16. Bad Ass Bitch<br>17. Mega Mixx III<br><br>The songs on AS CLEAN AS THEY WANNA BE include but are not limited to:<br>1. The Funk Shop<br>2. C'mon Babe<br>3. Get Loose Now<br>4. Coolin'<br>5. You Got Larceny<br>6. Me So Horny<br>7. Pretty Woman<br>8. My Seven Bizzos<br>9. City of Boom<br>10. Mega Mix III<br>111. Break It on Down<br><br>Registration No(s).:<br>SR0000353540; PA0000443528; PA0000538346; PA0000443535; PA0000443526; PA0000443527; PA0000443534; PA0000443530; PA0000443532; PA0000443529; PA0000443531;PA0000443525; PA0000443533; SR0000327784 (Clean); et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| May 1, 2024 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Signatures in agreement to and confirmation of the foregoing termination**:

| By: _____<br>Mark Ross<br>Address: _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ | By: _____<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>**Signature Date:** _____ | By: _____<br>Luther Campbell<br>Address: _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ |
|---|---|---|
| By: _____<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>**Signature Date:** _____ | By: _____<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>**Signature Date:** _____ | By: _____<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>**Signature Date:** _____ |

**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| By: _____<br>Mark Ross<br>Address: _____<br>_____<br>Relationship to Author: Self<br>Signature Date: _____ | By: *[signature]*_____<br>Estate of Christopher Wong Won<br>Name: Roderick Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: 6834 nw 5th ave Miami fL 33150<br>Signature Date: 10/19/20 | By: _____<br>Luther Campbell<br>Address: _____<br>_____<br>Relationship to Author: Self<br>Signature Date: _____ |
| By: *[signature]*_____<br>Estate of Christopher Wong Won<br>Name: Christopher Wong Won, Jr.<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: 17332 SW 18th St miramar fL 33029<br>Signature Date: 10/19/20 | By: _____<br>Estate of Christopher Wong Won<br>Name: Leterius Ray<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>_____<br>Signature Date: _____ | By: *[signature]*_____<br>Estate of Christopher Wong Won<br>Name: Anissa Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: 6834 NW 5th ave miami fL 33150<br>Signature Date: 10/19/20 |

**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| By: _____<br>　　Mark Ross<br>Address: _____<br>_____<br>Relationship to Author: Self<br>Signature Date: _____ | By: _____<br>Estate of Christopher Wong Won<br>Name: Roderick Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ | By: _____<br>　　Luther Campbell<br>Address: _____<br>_____<br>Relationship to Author: Self<br>Signature Date: _____ |
| By: _____<br>Estate of Christopher Wong Won<br>Name: Christopher Wong Won, Jr.<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>_____<br>Signature Date: _____ | By: *Leterius Ray*<br>Estate of Christopher Wong Won<br>Name: Leterius Ray<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: 637 Marcilene Terrace<br>　　　　　Wichita, Ks, 67218<br>Signature Date: 10/22/2020 | By: _____<br>Estate of Christopher Wong Won<br>Name: Anissa Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>_____<br>Signature Date: _____ |

| By: *[signature: Mark D Ross]*<br>**Mark Ross**<br>Address: 925 South 6St GADSDEN AL 35901<br><br>Relationship to Author: Self<br>Signature Date: Oct. 19, 2020 | By: _____<br>**Estate of Christopher Wong Won**<br>Name: Roderick Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ | By: _____<br>**Luther Campbell**<br>Address: _____<br><br>Relationship to Author: Self<br>Signature Date: _____ |
|---|---|---|
| By: _____<br>**Estate of Christopher Wong Won**<br>Name: Christopher Wong Won, Jr.<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br><br>Signature Date: | By: _____<br>**Estate of Christopher Wong Won**<br>Name: Leterius Ray<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br><br>Signature Date: _____ | By: _____<br>**Estate of Christopher Wong Won**<br>Name: Anissa Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br><br>Signature Date: _____ |

**Signatures in agreement to and confirmation of the foregoing termination:**

| : <br>**Mark Ross** <br>Address: _____ <br><br>Relationship to Author: Self <br>Signature Date: _____ | By: _____ <br>**Estate of Christopher Wong Won** <br>Name: Roderick Wong Won <br>Agent and heir, acting on behalf of Author Christopher Wong Won <br>Address: _____ <br>Signature Date: _____ | By: _____ <br>**Luther Campbell** <br>Address: 16571 SW 18 st <br>MIRAMAR Fla 33027 <br>Relationship to Author: Self <br>Signature Date: _____ |
|---|---|---|
| By: _____ <br>**Estate of Christopher Wong Won** <br>Name: Christopher Wong Won, Jr. <br>Agent and heir, acting on behalf of Author Christopher Wong Won <br>Address: _____ <br>Signature Date: _____ | By: _____ <br>**Estate of Christopher Wong Won** <br>Name: Leterius Ray <br>Agent and heir, acting on behalf of Author Christopher Wong Won <br>Address: _____ <br>Signature Date: _____ | By: _____ <br>**Estate of Christopher Wong Won** <br>Name: Anissa Wong Won <br>Agent and heir, acting on behalf of Author Christopher Wong Won <br>Address: _____ <br>Signature Date: _____ |

**2 Live Crew Termination et al Index and Comments**

1. **Notice Of Termination dated 11/4/2020**
David Hobbs did not join in termination. He has been working with me since 2016. When Hobbs came back and I attempted adding him into the 2010 joint venture (see document 15) as contemplated Wong Won left and then Mark Ross quit in 2018 after Wong Won died. The parties are attempting to terminate remixes edits etc which are derivative works (derivative works can not be included). see third paragraph page 2. Luke's signature has no date. Note there are singles from the various albums that have separate SRs and PAS whose SRS and PAS are not specifically included in the termination notice. You would have to check if this notice was ever recorded and whether specific requirements to terminate are met for valid notice.

2. **2 Live Crew First Recording Agreement Skyywalker Records Inc. signed by Campbell, Hobbs, Ross, Wong Won effective 1/1/87.** No work for hire language. Note Skyywalker Records Inc was name between March and June in 1990 so this must have been drafted during that time in 1990 probably by Milton Rothman or Jonathon Black. Contract was for single and options for albums. The Atlantic Records deal was in 1990. Company to own masters 2 d.

3. **Second 2 Live Crew Contracts signed in counterpart in 1991 with Luke Records Inc. (Jacobi)**
    a. **Campbell 2/91**
    b. **Hobbs/Ross 4/91**
    c. **Wong Won 4/91**

    Paragraph 5c of each provides works for hire. Paragraph 20 of each contract acknowledges that all prior recordings are works for hire.

4. **Third Contract with Lil' Joe Records, Inc. 3/16/95 Hobbs/ Ross/ Wong Won.** Work for hire language par 5c

5. **Luke Records Inc and Luther Campbell Order Approving Joint Plan Of Reorganization dated 3/22/96 incorporating Letter of Intent see 6.**
Par b recitals …Weinberger is an independent third-party purchaser and the Letter Of Intent was negotiated in good faith and at arms' length."
Par d recitals Weinberger …good faith purchaser as that term is defined in 11 USC 363 (m) and ..entitled to all of the protection of a good faith purchaser…
Par 15 Frank P. Terzo …liquidating trustee of estate of Luke Records. Richard Wolfe liquidating trustee for estate of Luther Campbell.
Par 20. The letter of Intent and the Plan as modified by this order are hereby approved and confirmed and the parties are authorized and directed to perform thereunder.
Par 26. "All the assets to be transferred …be transferred free and clear of any interest…"

6. **Joint Plan of Reorganization Exhibit A Letter Of Intent 2/96.**
Last sentence of paragraph 1 "Luther Campbell and/or Pac Jam Publishing shall receive no royalties, whether as artist, producer, writer, publisher, or in any other capacity, on any of the masters or compositions being sold."
Page 14 par 6 g "Luther Campbell agrees to execute a release to Joe Weinberger, Lil' Joe Records, Inc. for any and all claims, including the claim for royalties to be paid in the future…"

1

7. Luke Records Inc Assignment of Masters To Lil' Joe Records, Inc April 8, 1996. Acknowledgment in second to last paragraph Campbell and Luke Records to receive no royalties from the masters.
8. Luke Records Inc. Copyright Assignment recorded vol 3315 pgs 282-313. Acknowledgment by Campbell to receive no royalties. See bold in last paragraph.
9. A. SR 360-735 2 Live Is What We Are XR 100 Work For Hire marked yes
   B. SR 305-983 Move Somethin XR 101 Work For Hire marked no can be corrected with CA?
   C. SR 359-017 Move Somethin XR 102 Clean Work For Hire marked yes
   D. SR 353-540 As Nasty As They Wanna Be Work For Hire marked yes
   E. SR 327-784 As Clean As They Wanna Be Work For Hire marked yes

10. A. <u>PA's and Recordations 2 Live Is What We Are XR 100</u> work for hire marked no
    1-4.   PA 384 476 2 Live Is What We Are
    5-8.   PA 381 437 We Want Some P---Y!
    9-12   PA 381 467 Check It Out Yall
    13-16  PA 1 144 554 Get It Girl
    17-20  PA 379 539 Throw The D
    21-52  Recordations Throw The D re sample Dance To The Drummers Beat
    53-56 PA 384 475 Cut It Up
    57-60 PA 384 422 Beat Box
    61-64 PA 407 598 MR Mixx On The Mix

    B. <u>PA's and Recordations Move Somethin XR 101</u> work for hire marked no
       1-3 PA 892-115 Intro XR101
       4-12 PA 364 473 Drop The Bomb corrected to The Bomb Has Dropped and Recordation transferring writers on this song and Bad Ass Bitch
       13-20 PA 364 469 Move Somethin and writers agreement
       21-26 PA 364 570 Ghetto Bass II and writers agreement
       27-32 PA 364 479 With Your Bad Self and writers agreement
       33-38 PA 364 478 Pussy Ass Nigga and songwriters agreement
       39-46 PA 364 003 Head, Booty And Cock and songwriters agreement
       47-52 Releases regarding joke samples
       53-55 PA 881-657 Do Wah Diddy verses only
       56-61 PA 364 480 Word II and songwriters agreement
       62-63 PA 364 004 Feel Alright Y'all
       64-65 PA 400 849 One On One
       66-67 PA 368 370 Mega Mixx II

    C. <u>PA's and Recordations Move Somethin Clean XR 102</u> Work for hire marked no
       1-3 PA 1-039-530 Introduction XR102 Clean
       4-7 PA 1-244-030 Drop The bomb
       8-10 PA 1-039-535 Move Somethin'
       11-13 PA 1-039-531 Ghetto Bass II

2

       14-16 PA 1-039-534 With Your Badself
       17-19 PA 928-504 Do Wah Diddy
       20-22 PA 1-039-533 Word II
       23-25 PA 1-039-532 Feel Alright Yall
       26-28 PA 1-244-031 Mega Mixx II

  D. **PA's and Recordations As Nasty As They Wanna Be XR 107** Work for Hire marked no
       1-8 PA 445 026 Me So Horny and Recordation transferring writers from Williams
       9-12 PA 443 525 Put Her In The Buck
       13-16 PA 443 526 Dick Almighty
       17-20 PA 445 022 C'mon Babe
       21-24 PA 443 527 Dirty Nursery Rhymes
       25-28 PA 445 025 Break It On Down
       29-32 PA 413 528 2 Live Blues
       33-36 PA 443 529 I Ain't Bullshittin'
       37-40 PA 445 023 Get Loose Now
       41-44 PA 443 530 The Fuck Shop
       45-48 PA 442 892 The Fuck Shop
       49-52 PA 443 531 If You Believe In Having Sex
       53-56 PA 445 028 My Seven Bizzos
       57-60 PA 443 532 Get The Fuck Out Of My House
       61-64 PA 450 580 Get The Fuck Out Of My House
       65-68 PA 443 533 Reggae Joint
       69-72 PA 443 534 Fraternity Record
       73-75 PA 443 535 Bad Ass Bitch
       75-79 PA 450 515 Bad Ass Bitch
       80-88 PA538 346 and recordation transferring writers publishing Reed Avery
       89-92 PA 445 030 Mega Mixx III
       93-96 PA 445 024 Coolin'

  F. **PA's and Recordations As Clean As They Wanna Be XR 108** Work for hire marked no
       1-3 PA 881 627 The Funk Shop
       4-6 PA 881-630 C'mon Babe
       7-9 PA 881-631 Get Loose Now
       10-12 PA 881-632 Coolin'
       13-16 PA 445 027 You Got Larceny
       17-27 PA 881-628 Me So Horny And Recordation that Universal has no interest
       28-30 PA 881-625 Pretty Woman words
       31-33 PA 881-629 My Seven Bizzos
       34-37 PA 445 029 City Of Boom
       38-40 PA 881-626 Mega Mixx III
       41-43 PA 881-633 Break It On Down

11. Lil' Joe Records to Lil' Joe Wein Music Transfer PA's Vol 3419 pgs 58-70 February 24, 1998

3

12. **Christopher Wong Won**
    A. **Final Default Judgment and Permanent Injunction as to Lawrence Wong Won 02-22629 King 10/22/2002.** Wong Won fraudulent transfer of mark voided.
    B. **Christopher Wong Won Settlement Agreement State Ct Dade 02-05481 CA 25.** This was a foreclosure of Wong Won's house. Par 3 Wong Won releases any rights to works conveyed to Lil' Joe Records from Luke Records and Luther Campbell and any works created for Lil' Joe Records, Inc.
    C. **Christopher Wong Won General Release and Transfer 7/12/2003 Recorded Vol 3514 pgs 948-950**.....par 2... all present and future copyrights..par 6 d all rights to terminate
    D. **Wong Won Preliminary Injunction 06-21958 Hoeveler 8/15/2006.**
    E. **Wong Won Permanent Injunction 06-21958 Hoeveler 12/20/2006.** Mr. 2 Live  etc enjoined. Par 5 anti-semitic ...consumer protests etc
13. **Mark Ross**
    A. **Recordation of Copyright Transfer August 1993 Vol 3419 pgs 58-70.** Par 2 a present and future copyrights.  Par 6d all rights to terminate.
    B. **Bankruptcy Recorded Vol 3510 pgs 287-289**
        1. **Consent Judgment 9/17/2001** approves settlement agreement in 2.
        2. **Settlement Agreement 8/10/2001** settling adversary proceeding. Approved in consent judgment. par 3b "...agrees that he will not individually, or in concert with other members of the former The 2 Live Crew, use either the name "The 2 Live Crew" or similar group name such as, but not limited to, "The Crew" or use either part or all of the initials of The 2 Live Crew or a similar name." Paragraph 13 Florida law to govern.
        3. **$600,000.00 Amended Judgment 2/4/2003. Violation of 1 and 2.  Judgment increased to 600,000.00.  Permanent injunction using name or any form.  See B1-3.**
14. Lil' Joe Wein Music sale of PA's to Evergreen (now BMG) June 2008 Recorded Vol 3568 p117, 3568 p118
15. Wong Won And Ross Joint Venture with Lil' Joe Records 2/10/2010.
    Par 10.  Works for hire. Pars 17 d-h reimpose restrictions on Ross and  Wong Won on use of name upon end of term which ended with their breaches.  Agreement says would refrain from enforcing if comply with agreement. See 17 d as to Ross and and 17 e for Wong Won. Ross judgment reduced upon commercial release of albums.  There were no commercial albums released.
16. Wong Won And Ross Agreement 9/25/2013 New Producers and Writers for First Album
17. Wong Won Refusal To Work and other violations
    1-2 "Announcing (lol) he means renouncing all ties have been broken between myself and LJR
    3-4. badmouthing label using 2 Live Crew picture
    5-6 Using copyrighted picture badmouthing me and Doug Stratton, Richard Wolfe.
    7-8 falsely accusing me of suing his dad.  I did sue his brother
    9-10 restating no ties to Lil' Joe Records version of 2 Live Crew
    11-16. using 2 Live Crew mark without permission
    17-21 using 2 Live Crew copyrights to advertise proposed movie and book etc

4

18. Mark Ross Confirming Refusal to Work January 12,2018
19. Mark Ross Violation Of Trademarks and Copyrights 2018 to current These are from Mark Ross' Facebook Mark Demetrius
    Page 1-6, 9-10, 13, 16-18, 23, 24, 27-29 unauthorized use of 2 Live Crew name or formerly of violating 13 B settlement above also using Blue Live Crew. See pg 27
    Page 7-8, 12, 14, 25, 26 unauthorized use of name or formerly of an using copywritten album single covers
    Page 15, 19-22 various trademarks being used for boycott

20. Broward Docket of Christopher Wong-Won Estate 180002807.  Note no notice to creditors , no inventory.  No activity other than opening Estate.
21. Luther Campbell August 2021 Trademark Infringement
    A. August 14, 2021 2 Live Fest with DMV Luke and Uncle Luke
    B. August 28, 2021 2 Live Fest with DMV Luke and Uncle Luke
    C. Luke Video clip August 2021 2 Live Fest saying August 14 event rescheduled due to tropical storm

DONIGER BURROUGHS APC
603 ROSE AVE
VENICE CA 90291-2708

USPS CERTIFIED MAIL™

9414 8368 9784 6271 7259 46

LIL' JOE RECORDS, INC
JOSEPH WEINBERGER
6157 NW 167TH ST STE F17
HIALEAH FL 33015-4356

US POSTAGE AND FEES PAID 
2020-11-04
90291
C363112
Retail
1.0 OZLTR                                    0901000000438

FOLD ALONG THIS LINE