**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:21-CV-23727-DPG**

LIL' JOE RECORDS, INC., a Florida corporation,

       Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

       Defendants,
_____/

## NOTICE OF FILING PROPOSED SUMMONSES

Plaintiff, LIL' JOE RECORDS, INC., a Florida corporation ("Plaintiff"), by and through undersigned counsel, files this Notice of Filing Proposed Summonses as to Defendants, Mark Ross (Ex A), Christopher Wong Won Jr. (Ex B), Roderick Wong Won (Ex. C), Leterius Ray (Ex D), Anissa Wong Won (Ex E) and Luther Campbell (Ex F) in the forms attached hereto.

       Respectfully submitted,

       **WOLFE LAW MIAMI, P.A.**
       *Attorneys for* Lil Joe Records Inc.
       175 SW 7th Street, Suite 2410
       Miami, FL 33130
       Phone: 305.384.7370 Fax: 305.384.7371

       By: */s/ Richard C. Wolfe*
       RICHARD C. WOLFE
       Florida Bar No.: 355607
       rwolfe@wolfelawmiami.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.