AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIL' Joe Records, Inc., a Florida Corporation <br><br> v. <br> *Plaintiff(s)* <br> ~~v.~~ <br> Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell <br> *Defendant(s)* | Civil Action No. 1:21-CV-23727-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark Ross
 925 South 6th Street
 Gadsden, Alabama 35901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD C. WOLFE, ESQ.,
 WOLFE LAW MIAMI, P.A.
 175 SW 7TH STREET
 MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/27/2021

Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LIL' Joe Records, Inc., a Florida Corporation <br><br> *Plaintiff(s)* <br> v. <br> Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-CV-23727-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher Wong Won Jr
17332 SW 18th Street
Miramar, FL 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     RICHARD C. WOLFE, ESQ.,
WOLFE LAW MIAMI, P.A.
175 SW 7TH STREET
MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/27/2021

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LIL' Joe Records, Inc., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-CV-23727-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roderick Wong Won
6834 NW 5th Ave
Miami, Florida 33150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD C. WOLFE, ESQ.,
WOLFE LAW MIAMI, P.A.
175 SW 7TH STREET
MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/27/2021

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIL' Joe Records, Inc., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell<br><br>*Defendant(s)* | Civil Action No. 1:21-CV-23727-DPG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leterius Ray
637 Marcilene Terrace
Wichita, Kansas 62718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD C. WOLFE, ESQ.,
WOLFE LAW MIAMI, P.A.
175 SW 7TH STREET
MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/27/2021

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LIL' Joe Records, Inc., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-CV-23727-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anissa Wong Won
6834 NW 5th Ave
Miami, Florida 33150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD C. WOLFE, ESQ.,
WOLFE LAW MIAMI, P.A.
175 SW 7TH STREET
MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/27/2021

Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| LIL' Joe Records, Inc., a Florida Corporation | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-CV-23727-DPG |
| Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Luther Campbell
16571 SW 18th Street
Miramar, Florida 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD C. WOLFE, ESQ.,
WOLFE LAW MIAMI, P.A.
175 SW 7TH STREET
MIAMI, FLORIDA 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/27/2021

**SUMMONS**

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court