**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:21-CV-23727-DPG**

LIL' JOE RECORDS, INC., a Florida corporation,

       Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

       Defendants,
_____/

## NOTICE OF FILING WAIVERS OF SERVICE OF SUMMONS

Plaintiff, LIL' JOE RECORDS, INC., a Florida corporation ("Plaintiff"), by and through undersigned counsel, files the Notice of Filing Waivers of the Service of Summons as to Defendants, Mark Ross, Christopher Wong Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell in the form attached hereto as **Composite Exhibit A**.

       Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for* Lil Joe Records Inc.
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone: 305.384.7370 Fax: 305.384.7371

By: */s/ Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.