UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON,
AND LUTHER CAMPBELL,

    Defendants.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Joel B. Rothman of SRIPLAW hereby gives notice of his appearance as counsel on behalf of Defendants, MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL, and requests service upon him of all pleadings and papers filed herein.

Dated:  February 4, 2022

        /s/ Joel B. Rothman
        JOEL B. ROTHMAN
        Florida Bar Number:  98220
        joel.rothman@sriplaw.com

        **SRIPLAW**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL 33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

*Counsel for Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 4, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr. Richard Wolfe
Wolfe Law
175 SW 7th Street
Suite 2410 - Latitude One Offices
Miami, FL 33130
rwolfe@wolfelawmiami.com
Attorney for Lil' Joe Records, Inc.