UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

    Defendants.

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Angela M. Nieves of SRIPLAW hereby gives notice of her appearance as counsel on behalf of Defendants, MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL, and requests service upon her of all pleadings and papers filed herein.

Dated:  February 4, 2022

                                          */s/ Angela M. Nieves*
                                          Angela M. Nieves
                                          Florida Bar Number:  1032760
                                          angela.nieves@sriplaw.com

                                          **SRIPLAW**
                                          21301 Powerline Road
                                          Suite 100
                                          Boca Raton, FL 33433
                                          561.404.4350 – Telephone
                                          561.404.4353 – Facsimile

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

*Counsel for Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 4, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Angela M. Nieves*
Angela M. Nieves

## SERVICE LIST

Mr. Richard Wolfe
Wolfe Law
175 SW 7th Street
Suite 2410 - Latitude One Offices
Miami, FL 33130
rwolfe@wolfelawmiami.com
Attorney for Lil' Joe Records, Inc.