UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON,
AND LUTHER CAMPBELL,

    Defendants.
_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL by and through their undersigned counsel, hereby move this Honorable Court for an extension of time to respond to the complaint, and as grounds therefore states as follows:

1. The defendants' response to the complaint is due today.

2. Plaintiff has agreed to permit the defendants an additional ten days to respond to the complaint.

3. This motion is based on good cause because the undersigned counsel is local counsel for the defendants, and the primary counsel for defendants is out of the country and unavailable to prepare the response to the complaint.

4. This motion is not made for delay. This is the first extension requested.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

WHEREFORE, Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL pray this Honorable Court for an order extending the time for defendants to respond to the complaint through February 18, 2022.

DATED: February 7, 2022	Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on February 7, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                        */s/ Joel B. Rothman*
                                        JOEL B. ROTHMAN

## SERVICE LIST

Mr. Richard Wolfe
Wolfe Law
175 SW 7th Street
Suite 2410 - Latitude One Offices
Miami, FL 33130
rwolfe@wolfelawmiami.com
Attorney for Lil' Joe Records, Inc.