# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | Case No.: 1:21-CV-23727-DPG |
| Plaintiff, | |
| v. | |
| MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL, | |
| Defendants. | |
| MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL, | |
| Counterclaimant, | |
| v. | |
| LIL' JOE RECORDS, INC., | |
| Counterdefendants | |

# ANSWER AND COUNTERCLAIM

## Jury Trial Demanded

ANSWER AND COUNTERCLAIM

Defendants and Counterclaimaints, by and through their undersigned attorneys, hereby answers the allegations made in Plaintiff's Complaint, deny all allegations unless expressly admitted, and seek relief on their counterclaims, as follows:

## JURISDICTION AND VENUE

1.     Paragraph 1 of the Complaint consists of legal conclusion and does not require a response.

2.     Paragraph 2 of the Complaint consists of legal conclusions and does not require a response.

## PARTIES

3.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

4.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

5.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

6.      Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

7.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

8.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

9.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

## ALLEGATIONS COMMON TO ALL CLAIMS

10.    Defendants admit the existence of the rap group.

11.    Defendants admit that Christopher Wong Won is deceased and the existence of his heirs but is without basis to admit or deny the remaining allegations of this paragraph and on that basis denies them.

12.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

ANSWER AND COUNTERCLAIM

13.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

14.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

15.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

16.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

17.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

18.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

19.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

20.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

21.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

22.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

23.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

24.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

25.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

26.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

27.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

ANSWER AND COUNTERCLAIM

28.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

29.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

30.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

31.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

32.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

33.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

34.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

35.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

36.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

37.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

38.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

39.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

40.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

41.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

42.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

ANSWER AND COUNTERCLAIM

43.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

44.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

45.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

46.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

47.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

48.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

49.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

50.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

51.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

52.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

53.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

54.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

55.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

56.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

57.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

ANSWER AND COUNTERCLAIM

58.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

59.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

60.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

61.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

62.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

63.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

64.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

65.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

66.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

67.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

68.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

69.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

70.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

71.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

72.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

ANSWER AND COUNTERCLAIM

73.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

74.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

75.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

76.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

77.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

78.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

79.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

80.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

81.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

82.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

83.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

84.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

85.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

86.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

87.     Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

88.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

89.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

90.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

91.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

92.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

93.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

94.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

95.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

96.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

97.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

98.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

99.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

100.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

101.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

102.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

103.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

104.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

105.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

106.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

107.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

108.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

109.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

110.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

111.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

112.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

113.    Defendants are without sufficient knowledge to admit or deny the allegations this paragraph of the Complaint, and on that basis denies them.

114.    Defendant is without sufficient knowledge to admit or deny whether Exhibit A to the Complaint is what Plaintiff claims it to be. Defendant is further without sufficient knowledge to admit or deny the remaining allegations of Paragraph 114 of the Complaint, and on that basis denies them.

## AFFIRMATIVE DEFENSES
## <ins>FIRST AFFIRMATIVE DEFENSE</ins>
### (Fair Use)

115.    Plaintiff is barred from recovery in whole or in part because Defendants' use constitutes authorized fair use.

## SECOND AFFIRMATIVE DEFENSE

### (Unclean Hands)

116.    The Plaintiff is barred from recovery by virtue of its inequitable

conduct and/or unclean hands.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

117.    Plaintiff is barred from recovery against Defendant because, among other reasons, it

had a duty to exercise reasonable efforts to mitigate damages, if any, caused by the acts of

Defendant.

## FOURTH AFFIRMATIVE DEFENSE

### (Acts and Omissions)

118.    Plaintiff's right to seek any relief in its Complaint is barred in whole or in part by

virtue of the acts and omissions of Plaintiff, its agents, servants, employees, attorneys, and others

within Plaintiff's control.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

119.    The Complaint, and each and every purported cause of action therein, fails to allege

facts sufficient to state a claim upon which relief can be granted.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches and Statute of Limitations)

120.    The Complaint, and each and every purported cause of action therein,

is barred by the doctrine of laches and/or by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Injury or Damages)

121.    Plaintiff has suffered no injury or damages as a result of any of the alleged acts or

omissions of Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

### (Invalidity of Registration)

122.    Plaintiff's purported copyright and trademark registrations are invalid and incapable of supporting an action for the relief Plaintiff seeks.

### NINTH AFFIRMATIVE DEFENSE

### (Lack of Originality)

123.    Plaintiff's work does not satisfy the originality requirement necessary to grant it protection under the Copyright Act.

### TENTH AFFIRMATIVE DEFENSE

### (No Irreparable Harm)

124.    Plaintiff has not suffered any irreparable harm and injunctive relief is unwarranted.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

125.    Plaintiff claims are barred in whole or in part because of waiver.

### TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

126.    Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of ownership)

127.    Plaintiff's claims are barred in whole or in part because, on information and belief, Plaintiff is not the rightful owner of the trademarks and/or copyrights alleged in the Complaint to be owned by Plaintiff. has not suffered any irreparable harm and injunctive relief is unwarranted.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Fraud and/or Defects in the Chain of Title)

128.    Plaintiff's claims are barred in whole or in part because of, upon information and belief, fraud and/or other defect(s) in the purported assignment of the copyright and/or trademark

registrations alleged in the Complaint. has not suffered any irreparable harm and injunctive relief is unwarranted.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Preemption)

129.    Plaintiff's claims are barred in whole or in part because of preemption

## SIXTENTH AFFIRMATIVE DEFENSE

### (First Amendment)

130.    Plaintiff's claims are barred in whole or in part because of the First Amendment to the Constitution.

## SEVENTEEENTH AFFIRMATIVE DEFENSE

### (Setoff)

131.    Plaintiff's damages, which are disputed, but to the extent they exist they are barred or reduced by setoff.

## EIGHTEEENTH AFFIRMATIVE DEFENSE

### (Registrations Invalid)

132.    Plaintiff's claims fail because its trademark and/or copyright registrations are invalid.

## NINETEEENTH AFFIRMATIVE DEFENSE

### (Nominal use)

133.    Plaintiff's claims fail because to the extent there was trademark use as alleged in the Complaint, which is disputed, the only trademark use was nominal in nature and/or protected by the First Amendment.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Superior Rights or Excuse)

133.    Plaintiff's claims fail because Defendants have superior rights in regard to the intellectual property at issue or its use of same, which is disputed, was excused.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Right to Assert Additional Affirmative Defenses)

134.    Counterclaimant presently has insufficient knowledge or information on which to form a belief as to whether additional, as yet unstated affirmative defenses are available. Counterclaimant reserves the right to assert additional affirmative defenses in the event that discovery reveals that so doing would be appropriate.

**WHEREFORE**, Defendants pray as follows:

a)  That Plaintiff takes nothing by its Complaint;

b)  That Plaintiff's claims be dismissed with prejudice and that judgment be awarded in favor of Defendant;

c) That Defendant be awarded its reasonable attorney's fees herein;

d) That Defendant be awarded its costs of suit herein; and

e) That Defendant be awarded such other and further relief as the Court deems just and proper;

f) That Plaintiff be declared to have not violated any rights of Defendants and to have its rights clarified as set forth herein; and

g.) For trial by jury on the claims at issue herein.

## COUNTERCLAIM FOR DECLARATORY JUDGMENT AND RELIEF AND RELATED CLAIMS

Counterclaimants, by and through their undersigned attorneys, hereby prays to this Honorable Court for relief as follows:

### JURISDICTION AND VENUE

1.    This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

2.    This action further arises under the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

3.      This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b). This Court has supplemental jurisdiction over Counterclaimant's state law claims under 28 U.S.C. § 1367.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a).

5.      This Court is empowered to issue a declaratory judgment and further necessary or proper relief pursuant to 28 U.S.C. §§2201 and 2202.

### PARTIES

6.      Counterclaimants are individual domiciled and residing in this District.

7.      Counterclaimant is informed and believes and thereon alleges that Lil' Joe Records, Inc. is a corporation organized and existing under the laws of the state of Florida.

8.      Counterclaimant is informed and believes and thereon alleges that at all times relevant hereto, each of the Counterdefendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Counterdefendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Counterclaimant's rights and the damages to Counterclaimant caused thereby.

### CONDUCT COMMON TO ALL COUNTERCLAIMS

9.      This is an action for declaratory relief brought by Counterclaimants to confirm and enforce their validly-exercised right of termination under § 203 of the Copyright Act of 1976, with regard to a certain assignments, to Counterdefendants, of the copyrights related to the works identified in **Exhibit A** hereto (the "Works").

10.     The Works were co-authored by Counterclaimants and their predecessors while they were the founding members of the successful musical group 2 Live Crew.

11.     Section 203 provides that authors may terminate grants of copyright ownership thirty-five (35) years after an assignment, computed from the date of the assignment.

12.     On November 4, 202, Counterclaimants validly provided notice of their termination of the copyrights related to the Works ("Notice"), with said terminations effective on dates that have not yet occurred. A true and correct copy of the Notice is attached hereto as **Exhibit A**.

13.     Counterclaimants were within their rights to serve the Notice because they were authors of the Works or heirs of said authors.

14.     After months of silence, Counterdefendants filed this action, challenging and placing in controversy the Notice and termination.

15.     Counterclaimants, and their predecessors, were never employees of Counterdefendant.

16.     The transfers at issue may be terminated notwithstanding any agreement to the contrary, or any state court judgment or subsequent court order relating to the copyright in the Works. Section 203(a)(5) of the Copyright Act, which provides that no author shall be deprived of his or her termination right, and states, explicitly: "Termination of the grant may be effected notwithstanding any agreement to the contrary." Any claim that a state law or court order would vitiate this right would be a violation of the Supremacy Clause of the United States Constitution.

17.     Prior to the date of the Notice, Counterclaimants had not, and could not have, transferred or waived their termination rights.

## FIRST CLAIM FOR RELIEF

*(Declaratory Relief and Judgment – As to All Counterdefendants)*

18.     Counterclaimant hereby repeats and incorporates by reference the allegations contained in the previous paragraphs of its Counterclaim as though fully set forth herein.

19.     Counterclaimant alleges that an actual controversy has arisen by the filing of this lawsuit and now exists concerning whether Counterclaimant has terminated the copyright transfers at issue.

20.     Counterclaimant has provided notice under Section 203 and Counterdefendant has denied such transfer.

21.     Per the above, Counterclaimants will become owners of the copyrights related to the Works on the dates set forth in the Notice.

22.     Pursuant to 28 U.S.C. §§ 2201 & 2202, a case of actual controversy within the jurisdiction of this court has arisen and now exists between Plaintiff on the one hand, and Defendants, on the other hand, concerning their respective rights and duties as to the Works, with Plaintiff contending that Defendants own no relevant rights, lacked the ability to terminate the relevant transfers, and failed to terminate the relevant transfers; and with Defendants contending that they owned the relevant rights, had the ability to terminate the relevant transfers, and have effectively served notices of termination.

23.     Counterclaimants seek a declaration that they own relevant rights, had the ability to terminate the relevant transfers, and have effectively served notices of termination.

24.     Counterclaimant seek damages as set forth herein.

## **PRAYER FOR RELIEF**

Wherefore, Counterclaimant prays for judgment as follows:

A. For a declaratory judgment pursuant to § 203 of the Copyright Act, that: (a) Counterclaimants Notice of Termination served in November of 2020, and attached as **Exhibit A** hereto, was and is valid and in conformity with the statute and with its attendant regulations; (b) on account of that Notice, Counterclaimants  have validly terminated the assignments referenced in the Notice, effective as of the dates referenced therein; (c) the assignments referenced in the Notice are fully subject to termination; (d) accordingly, Counterclaimants are and/or will be the owners, as of the dates set forth in the Notice, of their transferred ownership of all right, title, and interest in and to the United States copyright for the Works, and each of them, including the so-called "writer's share" of United States public performance monies collected by performing rights organizations,

including BMI and ASCAP; and (e) Plaintiff shall not exploit or attempt to exploit any such interests described herein as of the dates of termination referenced in the Notice.

B. To the extent that defendants, or any of them, collect (or have collected) any income or revenue that belongs to Counterclaimants (as described in the preceding paragraph), that is, prior to the filing of this action or during the pendency of this action, for an accounting of such monies, and payment of those monies over to Defendants, at the time of trial or at such time as judgment is entered in this matter.

C. For a declaration that any activities of Plaintiffs, or their attorneys, in asserting, maintaining, or enforcing Plaintiffs' rights under § 203 of the Copyright Act (including the filing of this suit and any related pre-litigation activity, such as the service of the Notice) are fully protected under the Noerr-Pennington Doctrine, and any other privileges (whether existing under federal law or state law) that may apply.

D. For a preliminary and permanent injunction enjoining and restraining defendants, and their respective agents, servants, directors, officers, principals, employees, representatives, subsidiaries and affiliated companies, successors, assigns, and those acting in concert with them or at their direction, and each of them, from continued denial and disregard of the Notice served by Plaintiffs, to the extent that defendants base said grounds on the legal and factual issues that are adjudicated in this suit;

E. Injunctive relief restraining Counterdefendants, their agents, servants, employees, successors, and assigns, and all others in concert and privity with them, from bringing any lawsuit or threat against Counterclaimant for copyright infringement in connection with the Works, including but not limited to its publication, distribution, performance, display, licensing, or the ability to host it online or link to it from any website.

F. Damages according to proof.

G. Attorneys' fees pursuant to 17 U.S.C. § 101, *et seq*., other portions of the Copyright Act including 17 U.S.C. § 505, as allowed by law.

H. Counterclaimant's costs and disbursements.

I.   And other relief as the Court shall find just and proper.

Counterclaimant hereby requests a jury trial for all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: February 18, 2022          By:   */s/ Joel Rothman*
Joel Rothman, Esq.
SRIP Law, P.A.
Attorneys for Defendants and
Counterclaimants

By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
[*pro hac vice* application to be
submitted]
DONIGER / BURROUGHS
Attorneys for Defendants and
Counterclaimants

ANSWER AND COUNTERCLAIM