UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida corporation,

        Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

        Defendants,

_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, LIL' JOE RECORDS, INC. ("Plaintiff"), and pursuant to Fed. R. Civ. P. Rule 16 hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

| **Plaintiff** | **Affiliated and Related Persons or Entities** |
|---|---|
| Lil Joe Records Inc. | Plaintiff |
| Joe Weinberger | Owner and President of Lil Joe Records Inc. |
| Wolfe Law Miami, P.A. | Attorneys for Plaintiffs listed above |
| Richard C. Wolfe, Esq. | Attorney for Plaintiffs listed above |

        Respectfully submitted,

        **WOLFE LAW MIAMI, P.A.**
        *Attorneys for Plaintiff*
        Latitude One Offices

        175 SW 7th Street, Suite 2410
        Miami, FL 33130
        Phone: 305-384-7370
        Fax:    305-384-7371

        By: */s/ Richard C. Wolfe*
        RICHARD C. WOLFE
        Florida Bar No.: 355907
        rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of May, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.