UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida
corporation,

        Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

        Defendants,

_____/

## PLAINTIFF'S RULE 26 DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, LIL' JOE RECORDS, INC. ("Plaintiff"), hereby submits its disclosures. These disclosures are based on the information reasonably available to Plaintiff, at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Plaintiff reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure:

**I.**      **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS/DEFENSES:**

Plaintiff's disclosure is made without the benefit of any discovery. Plaintiff reserves the right to amend its disclosures to add additional witnesses.

*A. Individuals Associated With Plaintiff*

1. Joe Weinberger
   c/o Wolfe Law Miami, PA

175 SW 7th Street, Suite 2410
Miami, Florida 33130

Information includes: full knowledge that Plaintiff owns the copyrights in question, but that Plaintiff's the predecessor (the prior or current) owners of the copyrights at issue did assign the copyrights to Plaintiff, who has been exploiting the copyrights ever since. In sum, he has first-hand personal knowledge of the allegations in the complaint and the exhibits attached thereto.

In addition, Plaintiff anticipates that other, unknown individuals may have discoverable information Plaintiff may use to support its claims or defenses. Plaintiff incorporates by reference any other individuals disclosed by other parties in this matter and reserve the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).

Plaintiff also reserves the right to obtain discovery in support of its claims or defenses from any witness identified in any other party's Rule 26(a)(1) disclosure.

## II.      CATEGORIES AND LOCATION OF DOCUMENTS:

Documents Relevant to Defendants' Claims or Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii). Plaintiff submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that it may use to support its claims or defenses, by category:

A. See documents attached as Exhibits to the Complaint.

Dated this 5th day of May, 2022                         Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**

*Attorneys for Plaintiff Lil Joe Records.*

175 SW 7th Street
Penthouse Suite 2410
Miami, FL 33130
Phone:  305-384-7370
Fax:  305-384-7371

By: ___ *s/Richard C. Wolfe*_____

RICHARD C. WOLFE
Florida Bar No.:  355607
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*s/Richard C. Wolfe*_____

Richard C. Wolfe