UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS,

    Defendant.

_____

**CERTIFICATION OF SCOTT ALAN BURROUGHS**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, Scott Alan Burroughs hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The California Bar, Central District of California, Ninth Circuit Court of Appeals and The United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                             SCOTT ALAN BURROUGHS

1