# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

LIL' JOE RECORDS, INC.,

Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

Defendants.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

Counterclaimant,

v.

LIL' JOE RECORDS, INC.,

Counterdefendants

Case No.: 1:21-CV-23727-DPG

**Defendants and Counterclaimants' Witness List**

Defendants and Counterclaimants' MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL, pursuant to Fed. R. Civ. P. 26(a)(3)(A) and discovery plan entered by the Court on March 16, 2022, hereby serves its witness list on Plaintiff and Counterdefendant Lil' Joe Records, Inc.

Included are names of witnesses who Defendants and Counterclaimants expect to call and names of witnesses who Defendants and Counterclaimants may call if the need arises.

This list does not include the names of any rebuttal witnesses or potential expert witnesses.

Defendants and Counterclaimants may elicit the testimony of the following witnesses in its case-in-chief and/or rebuttal case:

**1.  Joseph Weinberger**

Mr. Weinberger is the President of Lil' Joe Records, Inc.. He will be asked to testify regarding Lil' Joe Records, Inc.'s acquisition of the copyright and trademarks at issue in this case, along with the terms of Lil' Joe Records, Inc.'s relationship to the Defendants and Counterclaimants in this matter. Mr. Weinberger will also be asked to provide testimony regarding Lil Joe Records, Inc.'s general business practices. Can be contacted through Plaintiff's Counsel.

c/o Wolfe Law Miami

175 SW 7th Street, Suite 2410

Miami, Florida 33130

(305) 384-7370


**2.  Herman Moskowitz**

Mr. Moskowitz was the CPA for Luke Records during the key dates at issue in this matter. He will be asked to testify regarding payments made to Defendants and Counterclaimants

by Luke Records and the relationship between the various parties and Luke Records. Can be contacted through Plaintiff's Counsel.

c/o Wolfe Law Miami

175 SW 7th Street, Suite 2410

Miami, Florida 33130

(305) 384-7370


**3.   Mark Ross**

Mark Ross is a Defendant and Counterclaimant in this matter. He will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, his and his fellow Defendants and Counterclaimants' rights in said intellectual property, his relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com


c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com


**4.   Christopher Wong Won Jr.**

Christopher Wong Won Jr. is a Defendant and Counterclaimant in this matter. He will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, his and his fellow Defendants and Counterclaimants' rights in said intellectual property, his father's relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com

c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com

**5. Rodrick Wong Won**

Rodrick Wong Won is a Defendant and Counterclaimant in this matter. He will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, his and his fellow Defendants and Counterclaimants' rights in said intellectual property, his father's relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

- 4 -

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com


c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com


### 6.  Leterius Ray

      Leterius Ray is a Defendant and Counterclaimant in this matter. He will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, his and his fellow Defendants and Counterclaimants' rights in said intellectual property, his relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com


c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com

### 7. Annisa Wong Won

Annisa Wong Won is a Defendant and Counterclaimant in this matter. She will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, her and her fellow Defendants and Counterclaimants' rights in said intellectual property, her relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com

c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com

### 8. Luther Campbell

Luther Campbell is a Defendant and Counterclaimant in this matter. He will be asked to provide testimony regarding the creation of the intellectual property at issue in this matter, his and his fellow Defendants and Counterclaimants' rights in said intellectual property, his relationship to both Luke Records and Lil Joe Records, Inc., and finally his and the other

DEFENDANTS AND COUNTERCLAIMANTS' WITNESS LIST

Defendants and Counterclaimants termination of grant of copyrights at issue. Can be contacted through Defendants and Counterclaimants' counsel.

c/o Joel Rothman, Esq.

SRIP LAW

21301 Powerline Road, Suite 400

Boca Raton, Florida 33433

Joel@sriplaw.com


c/o Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS

603 Rose Avenue

Venice, California 95692

scott@donigerlawfirm.com


9.  All witnesses identified on Plaintiff's witness list to the extent not otherwise objected to by Defendants and Counterclaimants.

10.  All persons deposed in this action to the extent not otherwise objected to by Defendants and Counterclaimants.

11.  All persons identified in any interrogatory answer served by the parties in this action to the extent not otherwise objected to by Defendants and Counterclaimants.

12.  Defendants and Counterclaimants reserve all rights to amend this list as discovery is ongoing.


DATED: August 15, 2022                 Respectfully submitted,


                                       */s/ Joel B. Rothman*_____
                                       JOEL B. ROTHMAN
                                       Florida Bar No. 98220

joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 Phone
561.404.4353 Facsimile

and

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Defendants/Counterclaimants*

DEFENDANTS AND COUNTERCLAIMANTS' WITNESS LIST