UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

      Defendants.

_____

**NOTICE OF SELECTION OF MEDIATOR**

Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL, by and through their undersigned counsel, hereby gives notice that parties have agreed upon Mark E. Stein as mediator in this action. The parties are in the process of scheduling a date and time for mediation and will file their Notice of Mediation accordingly.

Dated:  August, 23, 2022

                                                    */s/ Joel B. Rothman*
                                                    JOEL B. ROTHMAN
                                                    Florida Bar Number:  98220
                                                    joel.rothman@sriplaw.com
                                                    ANGELA M. NIEVES
                                                    Florida Bar Number:  1032760
                                                    angela.nieves@sriplaw.com

                                                   **SRIPLAW, P.A.**
                                                    21301 Powerline Road
                                                    Suite 100
                                                    Boca Raton, FL  33433

561.404.4350 – Telephone
561.404.4353 – Facsimile
And

Scott Alan Burroughs, Esq.
DOBNIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (31) 590-1820

*Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*