UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

     Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

     Defendants.

_____/

**AFFIDAVIT OF JOSEPH WEINBERGER IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT AS TO COUNT I
FOR DECLARATORY JUDGMENT AS TO THE VALIDITY
OF THE COPYRIGHT TERMINATION NOTICE**

STATE OF FLORIDA         )
                            ) ss:
COUNTY OF MIAMI DADE   )

     BEFORE ME, the undersigned authority, personally appeared Joseph Weinberger who,

upon being duly sworn, deposes and says:

     1.     I am the President of Lil' Joe Records, Inc. ("Lil' Joe") and a 40-year member of

the Florida Bar.

     2.     I make this affidavit based upon my personal knowledge and my review of Lil Joe's

business records. I am the custodian of Lil' Joe's business records, which were made at or near the

time by, or from information transmitted by, someone with knowledge, are kept in the course of

Lil Joe's regularly conducted business activity and making Lil Joe's business records was a regular

practice of Lil Joe's business activity.  Lil Joe is the successor in interest to Luke Records, Inc.,

having purchased all of the rights of Luke Records, Inc., pursuant to an Order of the US

CASE NO. 1:21-CV-23727-DPG

Bankruptcy Court. I was previously in-house counsel to Luke Records, and such am familiar with its contracts and business practices.

3.     *2 Live Crew* was a notorious rap group comprised of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs.

4.     Christopher Wong Won is deceased. Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray and Anissa Wong Won purport to be his surviving children and heirs. There is no estate proceeding for Christopher Wong Won.

5.     Pursuant to an Exclusive Recording Agreement dated April 1991, between Luke Records, Inc. and Chris Wong Won, Exclusive Recording Agreement dated April 1991, between Luke Records, Inc. and Mark Ross and David Hobbs, and Exclusive Recording Agreement dated February 1991, between Luke Records, Inc. and Mark Ross, Chris Wong Won, David Hobbs and Luther Campbell, true and correct copies of each of which are collectively attached to the Complaint as Exhibit A, and a Recording Agreement between Skyywalker Records, Inc. and Luther Campbell, David Hobbs, Chris Wong Won and Marquis Ross, a true and correct copy of which is attached hereto as Exhibit 1, each of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs transferred all of their copyright rights to *2 Live Crew*'s music and trademark rights in *2 Live Crew*'s cover designs to Luke Records, Inc. f/k/a Skyywalker Records, Inc. ("Luke Records"). In these agreements, each of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs each agreed that their sound recordings are works for hire. Their acknowledgment is accurate, as each of them was an employee of Luke Records and *2 Live Crew*'s music was prepared within the scope of their employment.

6.     In 1995 (years after Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs transferred all of their copyright rights to *2 Live Crew*'s music and trademark rights in *2 Live Crew*'s marks and cover designs to Luke Records), Luther Campbell and Luke Records

2

became the subject of bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of Florida which were jointly administered, United States Bankruptcy Court for the Southern District of Florida Case Nos. 95-11447-BKC-RAM and 95-12795-BKC-RAM (the "Luke Bankruptcy").

7.      Pursuant to the Joint Plan of Reorganization in the Luke Bankruptcy, a certified copy of which is attached hereto as Exhibit 2 and a certified copy of an Order Confirming Joint Plan of Reorganization in the Luke Bankruptcy is attached hereto as Exhibit 3, all of the copyright rights to *2 Live Crew*'s music and compositions and trademark rights in *2 Live Crew*'s marks and cover designs were transferred to Lil' Joe and me, Joseph Weinberger, "free and clear of any and all liens, claims, encumbrances, charges, setoffs or recoupments of any kind", thereafter "no royalties, whether as artist, producer, writer, publisher, or in any other capacity, on any of the masters or compositions" are due to Luther Campbell or Luke Records, and Luther Campbell released, among others, Lil' Joe and me, including "for royalties to be paid in the future" as a result of this transfer.

8.      At no time did Christopher Wong Won, Mark Ross or David Hobbs file a claim in the Luke Bankruptcy asserting that they owned or were entitled to any rights to any of the 2 Live Crew copyrights transferred to Lil' Joe and me.

9.      The 2 Live Crew copyrights transferred to Lil' Joe and me were not abandoned back to Luther Campbell and/or Luke Records.

10.      In 2002, I sued Christopher Wong Won for various claims. Christopher Wong Won, in settling the claims asserted against him, entered into a Settlement Agreement, a certified copy of which is attached hereto as Exhibit 4, in which he agreed that Lil' Joe "own all right, title and interest to all copyrights and trademarks previously conveyed to them in the bankruptcy of Luke Records and Luther Campbell", "releases any claims whatsoever to those works", and further

CASE NO. 1:21-CV-23727-DPG

agreed that "he has no further claims to any royalties to any of the works owned by" Lil' Joe. As

a result of that settlement, recorded in Miami-Dade or Book 21363 Pages 3917-3925. Christopher

Wong Won in a release, a certified copy of which is attached hereto as Exhibit 5, further released

Lil' Joe and me from, among other things, "[a]ll royalties, profits and other monies or payments

at any time, directly or indirectly, due or to become due", "[a]ll rights to sue for infringements",

and all rights to terminate.

11.     On November 22, 2000, Mark Ross filed a bankruptcy in the U.S. Bankruptcy Court

for the Northern District of Alabama, Case No. 00-43737-JSS-7 (the "Ross Bankruptcy"). In the

Ross Bankruptcy, an adversary proceeding was commenced by Lil' Joe against Mark Ross, which

was resolved in a Settlement Agreement, a certified copy of which is attached hereto as Exhibit 6,

in which Mark Ross acknowledged that, other than writer's performance rights, "he has no rights

(master or publishing) to any previous recordings owned by Lil' Joe Records, Inc. and Lil Joe

Wein Music, Inc. and The 2 Live Crew name which were previously owned by Luther Campbell

and Luke Records.... Additionally, Debtor [(Mark Ross)] has no rights (master or publishing) in

any other recordings owned by Lil' Joe Records, Inc."

_____

JOSEPH WEINBERGER

Before me the undersigned personally appeared Joseph Weinberger who, being first fully
sworn, and who is personally known to me or produced FL Drivers License as identification, deposes
and says that the foregoing statements contained herein are true to the best of his knowledge and
belief.

Dated: September 19, 2022

_____

NOTARY PUBLIC

Fransley Hyppolite

PRINT NAME

10 / 16 / 2023

My commission expires:



**FRANSLEY HYPPOLITE**
Commission # GG 923532
Expires October 16, 2023
Bonded Thru Budget Notary Services