UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.
_____/

### AFFIDAVIT OF HERMAN MOSKOWITZ IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT I FOR DECLARATORY JUDGMENT AS TO THE VALIDITY OF THE COPYRIGHT TERMINATION NOTICE

STATE OF FLORIDA    )
    ) ss:
COUNTY OF BROWARD  )

BEFORE ME, the undersigned authority, personally appeared Herman Moskowitz who, upon being duly sworn, deposes and says:

1. I am a certified public accountant in the State of Florida and was the certified public accountant for Luke Records, Inc. f/k/a Luke Skyywalker Records, Inc. ("Luke Records") from 1987 until 1994 or 1995.

2. I make this affidavit based upon my personal knowledge and my review of Luke Records' business records, which were made at or near the time by, or from information transmitted by, someone with knowledge, kept in the course of Luke Records' regularly conducted business activity, and making Luke Records' business records was a regular practice of Luke Records' business activity.

3. *2 Live Crew* was a rap group comprised of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs.

4. Pursuant to an Exclusive Recording Agreement dated April 1991, between Luke Records and Chris Wong Won, Exclusive Recording Agreement dated April 1991, between Luke Records and Mark Ross and David Hobbs, and Exclusive Recording Agreement dated February 1991, between Luke Records and Mark Ross, Chris Wong Won, David Hobbs and Luther Campbell, true and correct copies of each of which are collectively attached to the Complaint as Exhibit A, and a Recording Agreement between Skyywalker Records, Inc., and Luther Campbell, David Hobbs, Chris Wong Won and Marques Ross (a true and correct copy of which is attached hereto as Exhibit 1), each of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs transferred all of their copyright rights to *2 Live Crew*'s music and trademark rights in *2 Live Crew*'s marks and cover designs to Luke Records. In these agreements, each of Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs agreed that their sound recordings are works made for hire.

5. Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs' acknowledgment is accurate, as each of them was an employee of Luke Records and the *2 Live Crew* music whose copyright rights were transferred to Luke Records were prepared within the scope of their employment with Luke Records. Attached hereto as Exhibit 2 is a representation sample of payroll checks to Luther Campbell, Christopher Wong Won, and Mark Ross from Luke Records. For all payroll checks, Federal income taxes, and the statutory Fica and Medicare taxes were withheld. The company's share of the payroll taxes was paid by Luke Records.

CASE NO. 1:21-CV-23727-DPG

_____
HERMAN MOSKOWITZ

Before me, the undersigned personally appeared Herman Moskowitz who, being first fully sworn, and who is personally known to me or produced _____ as identification, deposes and says that the foregoing statements contained herein are true to the best of his knowledge and belief.

Dated: 9-20, 2022

STUART SHELDON
MY COMMISSION # HH283564
EXPIRES: October 10, 2026

_Stuart Sheldon_
NOTARY PUBLIC
STUART SHELDON
PRINT NAME
10-10-26
My commission expires:

3