UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.

_____/

## AMENDED PLAINTIFF'S WITNESS LIST

Plaintiff, LIL' JOE RECORDS, INC. ("Plaintiff"), Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the discovery plan entered by the Court on March 16, 2022, Plaintiff, LIL' Joe Records, Inc. hereby serves its witness list on Defendants, Mark Ross, Christopher Wong, Won Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell.

Included are names of witnesses who Plaintiff expects to call and names of witnesses who Plaintiff may call if the need arises.

This list does not include the names of any rebuttal witnesses or potential expert witnesses. The Plaintiff will provide the names of its expert witnesses as required under the discovery plan.

**EXPECT TO CALL:**

1. LIL' JOE RECORDS, INC.,
   c/o Wolfe Law Miami
   175 SW 7th Street, Suite 2410
   Miami, Florida 33130
   (305) 384-7370

2. MARK ROSS
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

3. CHRISTOPHER WONG and WON, JR.,
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

4. RODERICK WONG WON
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

5. LETERIUS RAY
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

6. ANISSA WONG WON
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

7. LUTHER CAMPBELL
   c/o Joel Rothman, Esq.
   SRIP LAW
   21301 Powerline Road, Suite 400
   Boca Raton, Florida 33433
   Joel@sriplaw.com

8.  HERMAN MOSKOWITZ, CPA
    3850 Hollywood Blvd, No. 204
    Hollywood, FL 33021

9.  FRANK TERZO
    c/o Wolfe Law Miami, FL
    175 SW 7th Street, Suite 2410
    Miami, FL 33130

10. **Allen Jacobi, Esq.**
    **The Law Office of Allen Jacobi**
    **Media and Entertainment Law**
    11077 Biscayne Boulevard, Suite 200
    Miami, Florida 33161

11. All witnesses identified on Defendants' witness list to the extent not otherwise objected to by Plaintiff.

12. All persons deposed in this action to the extent not otherwise objected to by Defendants.

13. All persons identified in any interrogatory answered filed by the parties in this action to the extent not otherwise objected to by Plaintiff.

14. Plaintiff reserves the right to amend this list as discovery is ongoing.

          **Respectfully submitted,**

          **WOLFE LAW MIAMI, PA**
          *Attorneys for Plaintiff Lil' Joe Records Inc.*
          175 SW 7th Street, Suite 2410
          Miami, FL 33130
          Phone: 305.384.7370 Fax: 305.384.7371
          By: */s/ Richard C. Wolfe*
          RICHARD C. WOLFE, ESQ.
          Florida Bar No.: 355607
          Rwolfe@wolfelawmiami.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 27, 2022, a true and correct copy of the foregoing was furnished via email upon:

Scott Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 95692
scott@donigerlawfirm.com

5

Joel Rothman, Esq.
SRIP LAW
21301 Powerline Road, Suite 400
Boca Raton, Florida 33433
Joel@sriplaw.com