UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

        Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

        Defendants.

### NOTICE OF MEDIATION

Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL, by and through their undersigned counsel, hereby give notice that mediation will be held in this case before Mark Stein as follows:

    DATE and TIME:    Monday, October 10, 2022 at 9:00 A.M.

    PLACE:    Zoom

Dated: September 28, 2022

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN
        Florida Bar Number: 98220
        joel.rothman@sriplaw.com
        ANGELA M. NIEVES
        Florida Bar Number: 1032760
        angela.nieves@sriplaw.com

        **SRIPLAW, P.A.**
        21301 Powerline Road

Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

And

Scott Alan Burroughs
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
310.590.1820 Phone

*Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*