# EXHIBIT 3

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
PA 381 437

PA PAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

WE WANT SOME P---Y!!

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

**2**

**a NAME OF AUTHOR ▼** CHRIS WONG WON

DATES OF BIRTH AND DEATH — Year Born ▼ 1964 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ USA / Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☒ No — Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**NOTE**
Under the law, the "author" of a "work made for hire" ...

**b NAME OF AUTHOR ▼** MARK ROSS

DATES OF BIRTH AND DEATH — Year Born ▼ 1967 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ USA / Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☒ No — Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**c NAME OF AUTHOR ▼** DAVID HOBBS

DATES OF BIRTH AND DEATH — Year Born ▼ 1963 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ USA / Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☒ No — Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

*0224550037*

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 12 Day ▶ 1 Year ▶ 86
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC JAM PUBLISHING
67 N.W. 71ST STREET

Miami, Florida 33150

See instructions before completing this space

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED SEP 14 1988
ONE DEPOSIT RECEIVED SEP 14 1988
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

10 AS

Lil Joe docs 00375

EXAMINED BY

CHECKED BY

FORM PA

PA 381 437

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

JONATHAN R. BLACK, ESQ.

67 N.W. 71ST STREET

Miami, Florida 33150

Area Code & Telephone Number ▶ (305) 754-1779

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of PAC JAM PUBLISHING

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

JONATHAN R. BLACK date ▶ 9/7/88

Handwritten signature (X) ▼ Jonathan R. Black

**9**

**MAIL CERTIFICATE TO**

Name ▼ PAC JAM PUBLISHING

Number/Street/Apartment Number ▼ 67 N.W. 71ST STREET

City/State/ZIP ▼ Miami, Florida 33150

Certificate will be mailed in window envelope

**Have you:**
- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/60,002

10 AC

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**
UNITED STATES COPYRIGHT OFFICE

If at all possible, try to fit the information called for into the spaces provided on Form PA.

If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.

If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.

PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER
PA 381 437
PA PAU

EFFECTIVE DATE OF REGISTRATION
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 3 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(A) Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

• TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
WE WANT SOME P........Y

• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
PAC JAM PUBLISHING, 67 N.W. 71ST STREET, MIAMI, FLORIDA 33150

**(B) Continuation of Space 2**

[X]
**NAME OF AUTHOR:** LUTHER CAMPBELL
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
**DATES OF BIRTH AND DEATH:** Born 1960 (Year) Died (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA (Name of Country) } or { Domiciled in USA (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ..... No X Pseudonymous? Yes ..... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

[ ]
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
**DATES OF BIRTH AND DEATH:** Born ..... (Year) Died ..... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ..... (Name of Country) } or { Domiciled in ..... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ..... No ..... Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

[ ]
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
**DATES OF BIRTH AND DEATH:** Born ..... (Year) Died ..... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ..... (Name of Country) } or { Domiciled in ..... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ..... No ..... Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

[ ]
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
**DATES OF BIRTH AND DEATH:** Born ..... (Year) Died ..... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ..... (Name of Country) } or { Domiciled in ..... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ..... No ..... Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

[ ]
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ..... No .....
**DATES OF BIRTH AND DEATH:** Born ..... (Year) Died ..... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ..... (Name of Country) } or { Domiciled in ..... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ..... No ..... Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

*Use the reverse side of this sheet if you need more space for*
• *Further continuation of Space 2*

1047

Lil Joe docs 00377

TA 381 437

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No Pseudonymous? Yes No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

B. Continuation of Space 2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No Pseudonymous? Yes No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No Pseudonymous? Yes No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No Pseudonymous? Yes No

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

CONTINUATION OF (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6

C Continuation of other Spaces

Lil Joe docs 00378

10 A8