# EXHIBIT 9

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 407 598

PA / PAU

EFFECTIVE DATE OF REGISTRATION

SEP 12 1988

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

MR MIXX ON THE MIX

PREVIOUS OR ALTERNATIVE TITLES ▼

N/A

NATURE OF THIS WORK ▼ See instructions

MUSIC

---

**2 a** NAME OF AUTHOR ▼

CHRIS WONG WON

DATES OF BIRTH AND DEATH
Year Born ▼ 1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

MUSIC

**b** NAME OF AUTHOR ▼

MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

MUSIC

**c** NAME OF AUTHOR ▼

DAVID HOBBBS

DATES OF BIRTH AND DEATH
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

MUSIC

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.

1986 ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 12   Day ▶ 1   Year ▶ 86

USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC JAM PUBLISHING

67 N.W. 71st Street

MIAMI, FLORIDA 33150

APPLICATION RECEIVED
DEC 12 1988   MAR 16 1989
ONE DEPOSIT RECEIVED
SEP 12 1988
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form

Lil Joe docs 00430

/)A 6L

DO NOT WRITE
Page 1 of 4

EXAMINED BY ~~~~~~~ FM / LWH

CHECKED BY

FORM PA

PA 407 598

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

N/A

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

JONATHAN R. BLACK Esq.
PAC JAM PUBLISHING
67 N.W. 71st Street
MIAMI, FLORIDA 33150

Area Code & Telephone Number ▶ (305) 754-1779

**7**

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of __PAC JAM PUBLISHING__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK                                          date ▶ 9/7/88

Handwritten signature (X) ▼
_Jonathan R. Black_

**8**

MAIL CERTIFI-CATE TO

Name ▼
PAC JAM PUBLISHING
Number/Street/Apartment Number ▼
67 N.W. 71st Street
City/State/ZIP ▼
MIAMI, FLORIDA 33150

Lil Joe dncs 00431

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress Washington, D.C. 20559

10A 62

# CONTINUATION SHEET FOR FORM PA

FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER

PA  407 598
PA     PAU

EFFECTIVE DATE OF REGISTRATION
SEP 1 2 1988
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED
DEC. 1 2. 1988

Page ____ of 4 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  MR. MIXX ON THE MIX
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  PAC JAM PUBLISHING, 67 N.W. 71st Street, MIAMI, FLORIDA 33150

**B** Continuation of Space 2

**NAME OF AUTHOR:** LUTHER CAMPBELL
Was this author's contribution to the work a "work made for hire"? Yes ____ No. X
**DATES OF BIRTH AND DEATH:** Born 1960  Died ____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of USA or Domiciled in USA
**WAS THIS AUTHOR'S CONTRIBUTION THE WORK:**
Anonymous? Yes ___ No X
Pseudonymous? Yes ___ No X

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
MUSIC

If the answer to either of these questions is "Yes," see detailed instructions attached.

[Remaining author fields on form are blank]

Use the reverse side of this sheet if you need more space for
- Further continuation of Space 2

| | | |
|---|---|---|
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | | Born _____ (Year)  Died _____ (Year) |
| ☐ **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes  No  Pseudonymous?  Yes  No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |

**B** Continuation of Space 2

| | | |
|---|---|---|
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | | Born _____ (Year)  Died _____ (Year) |
| ☐ **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes  No  Pseudonymous?  Yes  No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| | | |
|---|---|---|
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | | Born _____ (Year)  Died _____ (Year) |
| ☐ **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes  No  Pseudonymous?  Yes  No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| | | |
|---|---|---|
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | | Born _____ (Year)  Died _____ (Year) |
| ☐ **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous?  Yes  No  Pseudonymous?  Yes  No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |

**CONTINUATION OF** (Check which)  ☐ Space 1   ☐ Space 4   ☐ Space 6

PA    407 598

**C** Continuation of other Spaces

Lil Joe docs 00433

10A64