# EXHIBIT 11

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 364 473

PA / PAU

EFFECTIVE DATE OF REGISTRATION

4 / 15 / 88
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

DROP THE BOMP

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

**2** NAME OF AUTHOR ▼

a  MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS

NAME OF AUTHOR ▼

b  DAVID HOBBS

DATES OF BIRTH AND DEATH
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

MUSIC

NAME OF AUTHOR ▼

c  LUTHER CAMPBELL

DATES OF BIRTH AND DEATH
Year Born ▼ 1960   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ MARCH  Day ▶ 20  Year ▶ 1988
ONLY if this work has been published.
USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd suite 307
Miami, Fla. 33137

APPLICATION RECEIVED
APR 15 1988

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

Lil Joe docs 00438

MORE ON BACK ▶

EXAMINED BY ✓

CHECKED BY

FORM PA

PA 364 473

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

N/A

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Jonathan R. Black Esq.
Pac-Jam Publishing
3050 Biscayne Blvd., Suite 307
Miami, Fla. 33137
Area Code & Telephone Number ▶ 305-573-0599

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  PAC-JAM PUBLISHING
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK    date ▶ 3/20/88

Handwritten signature (X) ▼ *[signature: Jonathan R. Black]*

**MAIL CERTIFI-CATE TO**

Name ▼ PAC-JAM PUBLISHING
Number Street Apartment Number ▼ 3050 BISCAYNE BLVD  SUITE 307
City State ZIP ▼ MIAMI, FLA., 33137

Certificate will be mailed in window envelope

**9**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Lil Joe docs 00439

10B5

|  | PA | 466 201 |
|---|---|---|
|  | TX \| TXU \| PA \| PAU \| VA \| VAU \| SR \| SRU \| RE | |
|  | Effective Date of Supplementary Registration | |
|  | May (MONTH) | 11 (DAY)   1990 (YEAR) |

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Basic Instructions

TITLE OF WORK:
DROP THE BOMB

REGISTRATION NUMBER OF BASIC REGISTRATION: PA 364 473
YEAR OF BASIC REGISTRATION: 1988

NAME(S) OF AUTHOR(S):
MARK ROSS
DAVID HOBBS
LUTHER CAMPBELL

NAME(S) OF COPYRIGHT CLAIMANT(S):
PAC JAM PUBLISHING

**B** Correction

LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:
Line Number 1 ......... Line Heading or Description ..... WRONG TITLE

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:
TWO WRITERS LEFT OFF APPLICATION, TWO ADDITIONAL PUBLISHING COMPANIES SHOULD BE LISTED AS COPYRIGHT OWNERS.

CORRECTED INFORMATION: COPYRIGHT SHOULD READ
(C) 1988, PAC JAM PUBLISHING, ACKEE MUSIC INC. & BATANIA MUSIC
WRITERS TO BE ADDED: ROBERT REED, JAMES AVERY & CHRIS WONGWON

EXPLANATION OF CORRECTION: (Optional)

**C** Amplification

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:
Line Number ...2....... Line Heading or Description .. THREE ADDITIONAL WRITERS ADDED

AMPLIFIED INFORMATION:

INCORRECT PUBLISHING INFORMATION GIVEN ON ORIGINAL REGISTRATION
THREE WRITERS NOT LISTED ON ORIGINAL REGISTRATION
THE INCORRECT TITLE WAS LISTED.
CORRECT TITLE IS: THE BOMB HAS DROPPED

EXPLANATION OF AMPLIFIED INFORMATION: (Optional)

THE CORRECT TITLE OF THE SONG IS
"THE BOMB HAS DROPPED"

Lil Joe docs 00440

10 B6

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| PA 466 201 | EXAMINED BY: ............ <br> CHECKED BY: ............ <br> CORRESPONDENCE: ☑ YES <br> REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION: ☑ YES ☐ NO | MAY 11 1990 <br> REMITTANCE NUMBER AND DATE: <br> DEPOSIT ACCOUNT FUNDS USED: ☐ |

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

**CONTINUATION OF:** (Check which) ☐ PART B OR ☐ PART C

**D Continuation**

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account:

Name .................................................... Account Number ....................

**E Deposit Account and Mailing Instructions**

**CORRESPONDENCE:** Give name and address to which correspondence should be sent:

Name ........ LEONARD HODES
PAC JAM PUBLISHING
SUITE 415 .................................... Apt. No. ................
Address ........ 3575 CAHUENGA BLVD., WEST, LOS ANGELES, CA. 90068
(Number and Street)   (City)   (State)   (ZIP Code)

**CERTIFICATION** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: PAC JAM PUBLISHING
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Leonard Hodes*

Typed or printed name: ............ LEONARD HODES ............

Date: ...... 5/1/90 ............

**F Certification (Application must be signed)**

* 17 USC §506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

---

**MAIL CERTIFICATE TO**

PAC JAM PUBLISHING
SUITE 415
(Name)
3575 CAHUENGA BLVD., WEST
(Number, Street and Apartment Number)
LOS ANGELES, CA. 90068
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**G Address for Return of Certificate**