# EXHIBIT 16

UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 364 003

PA    PAU

EFFECTIVE DATE OF REGISTRATION

Month **APR** Day **15** Year **1988**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

HEAD, BOOTY, AND COCK

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

WORDS AND MUSIC

---

**2** NAME OF AUTHOR ▼

a  MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Lyrics

b  NAME OF AUTHOR ▼

DAVID HOBBS

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Music

c  NAME OF AUTHOR ▼

LUTHER CAMPBELL

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Lyrics

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 20   Year ▶ 1988
◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
Miami, Fla. 33137

APPLICATION RECEIVED
APR. 15 1988
ONE DEPOSIT RECEIVED
APR. 15 1988
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

10 B34    Lil Joe docs 00472    pages

FORM PA

EXAMINED BY

CHECKED BY USC

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

PA 364 003

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
N/A

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Jonathan R. Black
Pac Jam Publishing
3050 Biscayne Blvd, Suite 307
Miami, Fla., 33137
Area Code & Telephone Number ▶ 305-573-0599

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Pac-Jam Publishing
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Jonathan R. Black    3/20/88
date ▶

Handwritten signature (X) ▼
Jonathan R. Black

MAIL CERTIFICATE TO
Name ▼ PAC-JAM PUBLISHING
Number/Street/Apartment Number ▼ 3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼ MIAMI, FLA., 33137

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

10 B40

Lil Joe docs 00473

U.S. GOVERNMENT PRINTING OFFICE 1987—181-531 40 023