# EXHIBIT 20

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 364 004

PA / PAU

EFFECTIVE DATE OF REGISTRATION

APR 14 1988
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 TITLE OF THIS WORK ▼**

FEEL ALLRIGHT Y' ALL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**2 NAME OF AUTHOR ▼**

a  MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼  1961   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**NAME OF AUTHOR ▼**

b  DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

**NAME OF AUTHOR ▼**

c  LUTHER CAMPBELL

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1960   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

---

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 20   Year ▶ 1988
USA  ◀ Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 BISCAYNE BLVD., SUITE 307
MIAMI, FLA., 33137

APPLICATION RECEIVED
APR 14 1988

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

10 B 62   Lil Joe docs 00495

FORM PA

PA 364 004

CHECKED BY JbC

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jonathan R. Black Esq.
Pac- Jam Publishing
3050 Biscayne Blvd., Suite 307
Miami, Fla., 33137
Area Code & Telephone Number ▶ 305-573-0599

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Pac- Jam Publishing
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Jonathan R. Black                                  date ▶ 3/20/88

Handwritten signature (X) ▼
[signature: Jonathan R. Black]

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
PAC- JAM PUBLISHING
Number/Street/Apartment Number ▼
3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼
MIAMI, FLA., 33137

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington D.C. 20559

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531 40,023

10 6 3

Lil Joe docs 00496