# EXHIBIT 24

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-244-030

EFFECTIVE DATE
Month 5  Day 22  Year 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
DROP THE BOMB (XR-102) Clean Version

PREVIOUS OR ALTERNATIVE TITLES ▼
NONE

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

**2 a** NAME OF AUTHOR ▼
Chris Wong Won

DATES OF BIRTH AND DEATH
Year Born ▼ 05/29/1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ TRINIDAD
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words and Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Mark Ross

DATES OF BIRTH AND DEATH
Year Born ▼ 04/02/1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words and Music

**c** NAME OF AUTHOR ▼
David Hobbs

DATES OF BIRTH AND DEATH
Year Born ▼ 09/23/1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words and Music

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1988 ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ MARCH   Day ▶ 20   Year ▶ 1988
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17
Miami, FL 33015

APPLICATION RECEIVED OCT 15 2002
MAY 22 2001
ONE DEPOSIT RECEIVED
OCT 15 2002
TWO DEPOSITS RECEIVED
MAY 22 2001
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Lil Joe docs 00505

DO NOT WRITE HERE
Page 1 of 4

10c4

CHECKED BY

☒ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NONE

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                              Account Number ▼

LIL' JOE WEIN MUSIC                                       DA081523

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Lil' Joe Records, Inc.
6157 N. W. 167th Street, F-17
Miami, Florida 33015
Attn: Joseph Weinberger / Robert MacDonald
Area code and daytime telephone number ▶ ( 305 ) 362-8900      Fax number ▶ ( 305 ) 822-1122
Email ▶ LJRWRED@AOL.COM

**7**
a
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  LIL' JOE WEIN MUSIC, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joseph Weinberger                                       Date ▶ May 10 2001

Handwritten signature (X) ▼

x _[signature]_

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
LIL' JOE WEIN MUSIC, INC.
Number/Street/Apt ▼
6157 N. W. 167th STREET, F-17
City/State/ZIP ▼
MIAMI, FL 33015

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PRINTED ON RECYCLED PAPER          ✰U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20,003

10 C5                                                        Lil Joe docs 00506

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2 on the basic application.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application.

FORM __PA__ /CON
UNITED STATES COPYRIGHT OFFICE

PA 1-244-030

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

5    22    2001
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAY 22 2001    OCT 1 5 2002

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  DROP THE BOMB (XR-102) Clean Version
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)
  LIL' JOE WEIN MUSIC, INC.
  6157 N. W. 167th STREET, STE. F-17 MIAMI, FL. 33015

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ LUTHER RODERICK CAMPBELL
DATES OF BIRTH AND DEATH
Year Born ▼ 12/22/1960    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Words and Music

**e** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

10 C6

Lil Joe docs 00507

CONTINUATION OF (Check which): ☐ Space 1  ☐ Space 4  ☐ Space 6

**C** Continuation of other Spaces

---

MAIL TO

Name ▼
**LIL' JOE WEIN MUSIC, INC.**

Number/Street/Apt ▼
**6157 N. W. 167th STREET, F-17**

City/State/ZIP ▼
**MIAMI, FL 33015**

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**D** Address for return of certificate

August 1995—150,000  ♻ PRINTED ON RECYCLED PAPER  ☆U.S GOVERNMENT PRINTING OFFICE: 1995-387-237/20,014

10C7

Lil Joe docs 00508