# EXHIBIT 39

REGISTRATION NUMBER

**PA 443 529**

PA | PAU

EFFECTIVE DATE OF REGISTRATION

**AUG 10 1989**
Month | Day | Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

I AIN'T BULLSHITTIN'

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**NATURE OF THIS WORK ▼** See Instructions

LYRICS AND MUSIC

## 2

**a** **NAME OF AUTHOR ▼**
LUTHER CAMPBELL  *A.K.A. LUKE SKYYWALKER

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**b** **NAME OF AUTHOR ▼**
DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**c** **NAME OF AUTHOR ▼**
MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 6  Day ▶ 15  Year ▶ 89
USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

APPLICATION RECEIVED
AUG 10 1989
ONE DEPOSIT RECEIVED
AUG 10 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE
Page 1 of ____

Lil Joe docs 00563

D 33

PA 443 529

\*Amended by CO, authority of Marty Wexter, authorized agent of Pac Jam Publishing, from phone call on April 11, 1990.

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

PAC-JAM PUBLISHING                                  PA80901088

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
LINDA FINE
3050 Biscayne Blvd., Suite 307
Miami, Florida  33137

Area Code & Telephone Number ▶ (305) 573-0599

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  PAC-JAM PUBLISHING
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
LINDA FINE                                                      date ▶ 8/4/89

Handwritten signature (X) ▼
[signature]

MAIL CERTIFICATE TO
Name ▼
PAC-JAM PUBLISHING
Number/Street/Apartment Number ▼
3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼
MIAMI, FLORIDA  33137

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181—531/60,002             Lil Joe docs 00564                        August 1987—2

D 34

| | |
|---|---|
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................ (Name of Country) or Domiciled in ................ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born........... (Year) Died........... (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................ (Name of Country) or Domiciled in ................ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born........... (Year) Died........... (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................ (Name of Country) or Domiciled in ................ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** Was this author's contribution to the work a "work made for hire"? Yes...... No...... | **DATES OF BIRTH AND DEATH:** Born........... (Year) Died........... (Year) |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................ (Name of Country) or Domiciled in ................ (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |

**B** Continuation of Space 2

**CONTINUATION OF** (Check which): ☐ Space 1　☐ Space 4　☐ Space 6

**C** Continuation of other Spaces

Lil Joe docs 00566

D 26