# EXHIBIT 44

UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA  443 532**

PA                PAU

EFFECTIVE DATE OF REGISTRATION

**AUG 10 1989**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

GET THE FUCK OUT OF MY HOUSE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**NATURE OF THIS WORK ▼** See Instructions

LYRICS AND MUSIC

## 2

**a**  **NAME OF AUTHOR ▼**

LUTHER CAMPBELL  *A.K.A. LUKE SKYYWALKER

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ USA
OR Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for

**b**  **NAME OF AUTHOR ▼**

DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ USA
OR Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**c**  **NAME OF AUTHOR ▼**

MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ USA
OR Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 15   Year ▶ 89
USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

APPLICATION RECEIVED
AUG. 10. 1989
ONE DEPOSIT RECEIVED
AUG. 10. 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions      • Sign the form at line 8.

DO NOT WRITE H
Page 1 of 2

Lil Joe docs 00587

D57

PA 443 532

CHECKED BY D3C

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

*Amended by CO, authority of Marty Wexter, authorized agent of Pac Jam Publishing, from phone call on April 11, 1990.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼
PAC-JAM PUBLISHING                                              PA80901088

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
LINDA FINE
3050 Biscayne Blvd., Suite 307
Miami, Florida 33137

Area Code & Telephone Number ▶ (305) 573-0599

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___PAC-JAM PUBLISHING___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
LINDA FINE                                                      date ▶ 8/4/85

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**
Name ▼
PAC-JAM PUBLISHING
Number/Street/Apartment Number ▼
3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼
MIAMI, FLORIDA 33137

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE 1987—181—531/60,002

Lil Joe docs 00588

August 1987—2?

J 58

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 413 532

PA / PAU

**EFFECTIVE DATE OF REGISTRATION**

AUG 10 1989
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

AUG 10 1989

Page ____ of ____ pages

---

If at all possible, try to fit the information called for into the spaces provided on Form PA.

If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.

If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.

PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

### A — Identification of Application

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA)
  GET THE FUCK OUT OF MY HOUSE

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S).** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA)
  PAC-JAM PUBLISHING, 3050 BISCAYNE BLVD., 307, MIAMI, FL. 33137

### B — Continuation of Space 2

**NAME OF AUTHOR:** CHRISTOPHER WONG WON
Was this author's contribution to the work a "work made for hire"? Yes ___ No X
**DATES OF BIRTH AND DEATH:** Born 1964 Died ____

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of USA or Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ___ No X
Pseudonymous? Yes ___ No X

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
LYRICS AND MUSIC

---

Lil Joe docs 00589

D 59

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died .......... (Year) (Year) | B Continuation of Space 2 |
|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes .... No .. | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. } or { Domiciled in .................. (Name of Country) (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died .......... (Year) (Year) |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ...... | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. } or { Domiciled in .................. (Name of Country) (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died .......... (Year) (Year) |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ...... No ...... | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. } or { Domiciled in .................. (Name of Country) (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died .......... (Year) (Year) |
|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ...... No ...... | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. } or { Domiciled in .................. (Name of Country) (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

C Continuation of other Spaces

Lil Joe docs 00590

D 60

UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 450 580

PA          PAU

EFFECTIVE DATE OF REGISTRATION

JAN 08 1990

Month        Day         Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

GET THE FUCK OUT OF MY HOUSE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

WORDS AND MUSIC

---

**a** **NAME OF AUTHOR ▼**
LUTHER CAMPBELL

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**b** **NAME OF AUTHOR ▼**
DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**c** **NAME OF AUTHOR ▼**
MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ June  Day ▶ 15  Year ▶ 1989
ONLY if this work has been published.

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
PAC JAM PUBLISHING
3575 CAHUENGA BLVD. W. - SUITE 415
LOS ANGELES, CA 90068

APPLICATION RECEIVED
JAN 08 1990
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 08 1990
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY WRITTEN AGREEMENT

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 3

Lil Joe docs 00591

D 61

PA 450 580

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**IOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

is is the first published edition of a work previously registered in unpublished form.
is is the first application submitted by this author as copyright claimant.
is is a changed version of the work, as shown by space 6 on this application.

r answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**VATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
eexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

aterial Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**OSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
▼                                    Account Number ▼

DA067253

**7**

**RESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

PAC JAM PUBLISHING C/O MARTY WEKSER
3575 CAHUENGA BLVD. W. - SUITE #415
LOS ANGELES, CA 90068

Area Code & Telephone Number ▶

Be sure to give your daytime phone number.

**TIFICATION*** I, the undersigned, hereby certify that I am the
:k only one ▼
uthor
ther copyright claimant
wner of exclusive right(s)
uthorized agent of   PAC JAM PUBLISHING
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

he work identified in this application and that the statements made
ne in this application are correct to the best of my knowledge.

ed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
                     MARTY WEKSER                                                    date ▶ 1/2/90

Handwritten signature (X) ▼

**MAIL CERTIFI- CATE TO**

Name ▼
PAC JAM PUBLISHING
Number/Street/Apartment Number ▼
3575 CAHUENGA BLVD. W. SUITE #415
City/State/ZIP ▼
LOS ANGELES, CA 90068

rtificate
l be
illed in
ndow
velope

**Have you:**
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

7 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in mection with the application, shall be fined not more than $2,500

.S. GOVERNMENT PRINTING OFFICE: 1984—461-584/10,008

Lil Joe docs 00592

D 62   October 1984—200,000

| REGISTRATION NUMBER |
|---|
| PA 450 580 |
| PA        PAU |

**EFFECTIVE DATE OF REGISTRATION**

JAN. 08. 1990

(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

JAN. 08. 1990

Page 2 of 3 pages

If all possible, try to fit the information called for into the spaces provided on Form PA.

If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.

If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.

PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  GET THE FUCK OUT OF MY HOUSE

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  PAC JAM PUBLISHING, 3575 CAHUENGA BLVD. W. #415, LOS ANGELES, CA. 90068

**B** — Continuation of Space 2

**NAME OF AUTHOR:** CHRIS WONGWON
Was this author's contribution to the work a "work made for hire"? Yes ___ No X
**DATES OF BIRTH AND DEATH:** Born 1964  Died ___
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in ___
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ___ No X   Pseudonymous? Yes ___ No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) WORDS & MUSIC

[Additional author blocks blank]

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

Lil Joe docs 00593

D63

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year) (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

© Continuation of Space 2

INUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6

© Continuation of other Spaces