# EXHIBIT 49

# CERTIFICATE OF REGISTRATION



FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 881 627**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION
3 / 12 / 98
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
THE FUNK SHOP (CLEAN VERSION)  YR108

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
WORDS AND MUSIC

## 2
**a NAME OF AUTHOR ▼**
Chris Wong Won

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
05/29/1964

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIVITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ TRINIDAD
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words and Music

**b NAME OF AUTHOR ▼**
Mark Ross

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
04/02/1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

OR { Citizen of ▶ USA
    { Domiciled in ▶

Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**
Words and Music

**c NAME OF AUTHOR ▼**
David Hobbs

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
09/23/1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

OR { Citizen of ▶ USA
    { Domiciled in ▶

Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**
Words and Music

## 3
**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1989 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 06  Day ▶ 15  Year ▶ 1989
◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17
Miami, FL 33015

APPLICATION RECEIVED
DEC 29 1997
ONE DEPOSIT RECEIVED
3/12/98
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY WRITTEN AGREEMENT

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

Page 1 of 3 pages

E1

Lil Joe docs 00628

EXAMINED BY PG

CHECKED BY

☒ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ PA-748 898   Year of Registration ▼ 1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

This is the clean version of the pre-existing registration

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NONE

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
LIL' JOE WEIN MUSIC                       DA081523

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lil' Joe Records, Inc.
6157 N.W. 167th Street, F-17
Miami, Florida 33015
Attn: Jonathan R. Black
Area Code and Telephone Number ▶ 305-362-8900

**7**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of LIL' JOE WEIN MUSIC, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JONATHAN R. BLACK                                date ▶ 12-29-97

Handwritten signature (X) ▼  Jonathan R Black

**8**

MAIL CERTIFICATE TO
Name ▼
Lil' Joe Records, Inc.
Number/Street/Apartment Number ▼
6157 N.W. 167th Street, F-17
City/State/ZIP ▼
Miami, Florida 33015

Certificate will be mailed in window envelope

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/20,503

E2

Lil Joe docs 00629

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM PA /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 881-627

PA PAU VA VAU

- This Continuation Sheet is used in conjunction with Basic Forms PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

EFFECTIVE DATE OF REGISTRATION

3   12   98
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 29 1997

Page 3 of 3 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

THE FUNK SHOP (CLEAN VERSION)

- NAMES(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)
LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17 Miami, FL 33015

## B — Continuation of Space 2

**d** NAME OF AUTHOR: Luther Campbell
DATES OF BIRTH AND DEATH: 12/22/1960

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ US
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Words and Music

**e** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH:

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP:

**f** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH:

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP:

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

Lil Joe docs 00630

E3