# EXHIBIT 54

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA — 445 027

PA · PAU

EFFECTIVE DATE OF REGISTRATION

AUG 1 0 1989

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**

YOU GOT LARCENY

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

NATURE OF THIS WORK ▼ See instructions

LYRICS AND MUSIC

**2  NAME OF AUTHOR ▼**
a  LUTHER CAMPBELL

DATES OF BIRTH AND DEATH
Year Born ▼ 1960   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  LYRICS AND MUSIC

b  NAME OF AUTHOR ▼
DAVID HOBBS

DATES OF BIRTH AND DEATH
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶ USA

Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  LYRICS AND MUSIC

c  NAME OF AUTHOR ▼
MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶ USA

Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  LYRICS AND MUSIC

NOTE Under the law, the "author" of a "work made for hire" is generally the employer...

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Month ▶ 6 Day ▶ 15 Year ▶ 89  USA

**4  COPYRIGHT CLAIMANT(S)**
PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

APPLICATION RECEIVED AUG 10.1989
ONE DEPOSIT RECEIVED AUG 10.1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER BY WRITTEN AGREEMENT

MORE ON BACK ▶

Lil Joe docs 00640

E/3

PA    445 027

FOR
COPYRIGHT
OFFICE
USE
ONLY

CHECKED B

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructio
before compl
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

   PAC-JAM PUBLISHING                                        PA80901088

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
   LINDA FINE
   3050 Biscayne Blvd., Suite 307
   Miami, Florida  33137

Be sure to
give your
daytime pho
◄ number

Area Code & Telephone Number ▶  (305)  573-0599

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of      PAC-JAM PUBLISHING
                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
   LINDA FINE                                                          date ▶  8/4/89

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
   PAC-JAM PUBLISHING
Number/Street/Apartment Number ▼
   3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼
   MIAMI, FLORIDA  33137

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provi... in connection with the application shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE  1987—181—531 60 002

Lil Joe docs 00641

E14

August 1987—

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PA.    445 027 |
| PA                          PAU |

EFFECTIVE DATE OF REGISTRATION

AUG 1 0 1989

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

AUG 1 0 1989

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

## (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  YOU GOT LARCENY

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S). (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA)

  PAC-JAM PUBLISHING, 3050 BISCAYNE BLVD., 307, MIAMI, FL. 33137.

## (B) Continuation of Space 2

**NAME OF AUTHOR:** CHRISTOPHER WONG WON

Was this author's contribution to the work a "work made for hire"?     Yes ......   No. X..

DATES OF BIRTH AND DEATH
Born 1964 Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of  USA  } or { Domiciled in  USA
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?     Yes ......   No   X
Pseudonymous?  Yes ......   No  X..

If the answer to either of these questions "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
LYRICS AND MUSIC

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes ......   No ......

DATES OF BIRTH AND DEATH
Born .......... Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

If the answer to either of these questions "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes ......   No ......

DATES OF BIRTH AND DEATH
Born .......... Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

If the answer to either of these questions "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes ......   No ......

DATES OF BIRTH AND DEATH
Born .......... Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ......

If the answer to either of these questions "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes ......   No ......

DATES OF BIRTH AND DEATH
Born .......... Died ........
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ......................... } or { Domiciled in .........................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?     Yes ......   No ......
Pseudonymous?  Yes ......   No ....

If the answer to either of these questions "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

Use the reverse side of this sheet if you need more space for:

- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

E15

Lil Joe docs 00642

NAME OF AUTHOR:

Was this author's contribution to the work a ... made for hire"? Yes ..... No ..

DATES OF BIRTH AND DEATH:
Born .......... Died ........
(Year)            (Year)

Ⓑ
Continuatio
of Space 2

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ..................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous? Yes ...... No .....
Pseudonymous? Yes ...... No ....

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes." see detailed instructions attached

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ....

DATES OF BIRTH AND DEATH:
Born .......... Died ........
(Year)            (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of .................. } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous? Yes ....... No ......
Pseudonymous? Yes ....... No ......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes." see detailed instructions attached.

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH:
Born .......... Died .........
(Year)            (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ........................ } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous? Yes ....... No ......
Pseudonymous? Yes ....... No ......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes." see detailed instructions attached

---

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH:
Born .......... Died .........
(Year)            (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ..................... } or { Domiciled in ......................
(Name of Country)                        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous? Yes ...... No ......
Pseudonymous? Yes ....... No ......

AUTHOR OF: (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes." see detailed instructions attached.

---

CONTINUATION OF (Check which):      ☐ Space 1      ☐ Space 4      ☐ Space 6

Ⓒ
Continuatio
of other
Spaces

ξ 16

Lil Joe docs 00643