# EXHIBIT 57

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



PA 881-629

EFFECTIVE DATE OF REGISTRATION

3 / 12 / 98
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
MY SEVEN BIZZOS (CLEAN VERSION)   YC108

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

**2 NAME OF AUTHOR ▼**
a Chris Wong Won
DATES OF BIRTH AND DEATH
Year Born ▼ 05/29/1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ TRINIDAD
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Words and Music

**NAME OF AUTHOR ▼**
b MARK Ross
DATES OF BIRTH AND DEATH
Year Born ▼ 04/02/1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Words and Music

**NAME OF AUTHOR ▼**
c David Hobbs
DATES OF BIRTH AND DEATH
Year Born ▼ 09/23/1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Words and Music

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  1989
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ 06  Day ▶ 15  Year ▶ 1989
Nation ▶ USA

**4** COPYRIGHT CLAIMANT(S)
LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17
Miami, FL 33015

APPLICATION RECEIVED DEC 29 1997
ONE DEPOSIT RECEIVED 3/12/98
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER
BY WRITTEN AGREEMENT

MORE ON BACK ▶

Lil Joe docs 00658

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
PA 445088                                                        1989

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

This is the clean version of the pre-existing material

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NONE

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼
LIL' JOE WEIN MUSIC                   DA081523

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lil' Joe Records, Inc.
6157 N.W. 167th Street, F-17
Miami, Florida  33015
Attn: Jonathan R. Black
Area Code and Telephone Number ▶ 305-362-8900

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of LIL' JOE WEIN MUSIC, INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JONATHAN R. BLACK                                            date ▶ 12-24-97

Handwritten signature (X) ▼
Jonathan R. Black

**9 MAIL CERTIFICATE TO**
Name ▼
Lil' Joe Records, Inc.
Number/Street/Apartment Number ▼
6157 N.W. 167th Street, F-17
City/State/ZIP ▼
Miami, Florida  33015

Certificate will be mailed in window envelope

*17 U.S.C § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE 1993-342-582/80,503

Lil Joe docs 00659

E32

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Basic Forms PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

FORM PA ___ /CON
UNITED STATES COPYRIGHT OFFICE

PA 881-629


(PA) PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

3 / 12 / 98
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 29 1997

Page 3 of 3 pages

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

MY SEVEN BIZZOS (CLEAN VERSION)

- NAMES(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17 Miami, FL 33015

**B — Continuation of Space 2**

**d**  NAME OF AUTHOR: Luther Campbell
DATES OF BIRTH AND DEATH: 12/22/1960

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ▶ US
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Words and Music

**e**  NAME OF AUTHOR: 
(blank)

**f**  NAME OF AUTHOR:
(blank)

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

Lil Joe docs 00660

E33