# EXHIBIT 65

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**SR 327-784**

SR  SRU

EFFECTIVE DATE OF REGISTRATION

FEB 26, 2001
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1 TITLE OF THIS WORK ▼**

AS CLEAN AS THEY WANNA BE (XR-108)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2 NAME OF AUTHOR ▼**
a  LUKE RECORDS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Sound Recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP

---

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
a  1989  ◀ Year   This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b  Complete this information ONLY if this work has been published.
Month ▶ 5   Day ▶ 1   Year ▶ 1989
USA  ◀ Nation

---

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

LIL' JOE RECORDS, INC.
6157 N.W. 167th STREET,  F-17
MIAMI, FLORIDA  33015

APPLICATION RECEIVED
NOV 08 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
FEB 26, 2001

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Lil Joe docs 00368

EXAMINED BY ____ 7M/NL6

CHECKED BY ____

CORRESPONDENCE
☐ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions before completing this space.

Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

a   LIL' JOE WEIN MUSIC, INC.                    DA081523

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b
JOSEPH WEINBERGER / ROBERT MACDONALD
LIL' JOE RECORDS, INC.
6157 N.W. 167th STREET, F-17
MIAMI, FLORIDA 33015

Area code and daytime telephone number ▶ (305) 362-8900     Fax number ▶ (305) 822-1122
Email ▶ LJRWRED@AOL.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   LIL' JOE WEIN MUSIC, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOSEPH WEINBERGER                                Date ▶ 2/22/01

Handwritten signature (x) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address

Name ▼  JOSEPH WEINBERGER / ROBERT MACDONALD
         c/o LIL' JOE RECORDS, INC.
Number/Street/Apt ▼
         6157 N.W. 167th STREET, F-17
City/State/ZIP ▼
         MIAMI, FLORIDA 33015

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 2000—50,000   ♻ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/93
WEB REV: June 1999

Lil Joe docs 00369