# EXHIBIT 66

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

November 4, 2020

**DELIVERED VIA FIRST-CLASS MAIL (RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL WHERE INDICATED**

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016<br>towens@evergreencopyrights.com<br>jan.simeon@bmgchrysalis.com | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356<br>ljrwred@aol.com | Warner Music Group / Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127<br>LutheriaC@lukerecord.com | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024<br>averydc@netzero.com | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024<br>funkboogieexpress@yahoo.com |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965<br>copyright@kassner-music.co.uk | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

| | |
|---|---|
| **Our Clients:** | **Mark Ross; Luther Campbell; Estate of Chris Wong Won** |
| **Matter:** | **Formal Notice of Termination of Copyright Pursuant to 17 U.S.C. §203** |
| **Copyrighted Work Titles:** | **See below.** |

To whom it may concern:

This firm represents Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won (collectively, "Clients"). Our Clients control the majority of the rights to certain compositions and sound recordings created and published under the name *2 Live Crew*.[a]

We hereby provide formal notice that our Clients are terminating their copyright grants, as detailed hereinbelow, pursuant to 17 U.S.C. §203. Our investigation has revealed that the recipients of this correspondence and the parties identified herein are or were grantees and/or successors-in-title that received a transfer of copyrights related to works created and/or owned by our Clients. Section 203 allows authors and their heirs to terminate copyright transfers within a five-year windown running from thirty-five to forty years after the execution of such transfers or publication of the work(s) transferred. Notably, the "[t]ermination of the grant may be effected notwithstanding any agreement to the contrary, including an agreement to make a will or to make any future grant." 17 U.S.C. §203 (a)(5).

This letter shall serve as notice to those parties identified in **Exhibit A** that our Clients hereby terminate all copyright grants executed and/or entered into by our Clients for the works detailed in **Exhibit A**. At least one of the granting instruments (recording contract) was executed prior to authorship or publication, so the dates of publication shall serve as the effective dates for termination. Where possible, the relevant copyright registration numbers for the works at issue are listed. All titles listed are to be considered inclusive of the copyrights for the sound recording and the underlying compositions for each of the songs on the albums. The titles are also considered inclusive of both the original "explicit" versions and the "clean" versions, remixed or edited or alternate versions, and of the sound recording and composition copyright to all songs therein contained. The dates of effective termination are set forth below in **Exhibit A**.

We certify under the penalty of perjury that the parties terminating the grant(s) at issue control the majority of the works at issue. They comprise the artists that created the works at issue and, pursuant to 17 U.S.C. § 203(a)(2)(B), the heirs to the estate of artist Chris Wong Won. All ownership interests will revert to the original authors or the estate thereof. All rights in the underlying compositions and sound recordings will revert to the authors or the estate thereof. Please return an executed confirmation of this termination as soon as reasonably possible. This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to or should be construed to waive or limit any rights, claims, or remedies. Please do not hesitate to contact the undersigned if you have any questions regarding the foregoing.

Regards,
DONIGER / BURROUGHS

By: ______________________
Scott Alan Burroughs, Esq.
For the Firm

[a] David Hobbs, the remaining member, does not join in this Notice of Termination.

*SAB*
*Encl. – Exhibit A*

RECEIVED AND CONFIRMED:

By: ___________________________
Name: ________________________
Date of Signature: ______________

**EXHIBIT A**
**Notice of Termination of Transfer or License Under Section 203**

1. I, the undersigned, affirm this termination is made pursuant to 17 U.S.C. § 203.

2. The names and addresses of each grantee or known successor-in-title whose license or transfer is being terminated are set forth hereinbelow:

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016 | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356 | Warner Music Group /<br>Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127 | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024 | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024 |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965 | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

3. The following works are covered under the grants and agreements being terminated:

**Termination No. 1**:

| **Title of Work and Registration Number:** | **Author(s) Who Executed the Grant Being Terminated:** | **Publication Date:** |
|---|---|---|
| THE 2 LIVE CREW IS WHAT WE ARE (Lil' Joe Records, 1987) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to: | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | December 1, 1986 |

| | | |
|---|---|---|
| 1. 2 Live is What We Are / 2 Live Is What We Are... (Word)<br>2. We Want Some Pussy<br>3. Check It Out Yall (Freestyle rappin')<br>4. Get It Girl<br>5. Throw The 'D'<br>6. Cut It Up<br>7. Beat Box (Remix)<br>8. Mr. Mixx On The Mix!!<br><br>Registration No(s).: PA0000384476; SR0000360735; et al. | | |

| **Effective Date of Termination:** | **Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated:** |
|---|---|
| November 7, 2022 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Termination No. 2**:

| **Title of Work and Registration Number:** | **Author(s) Who Executed the Grant Being Terminated:** | **Publication Date:** |
|---|---|---|
| MOVE SOMETHIN' (Lil' Joe Records, 1988) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to:<br><br>1. Introduction<br>2. Drop The Bomb<br>3. Move Somethin'<br>4. Ghetto Bass II<br>5. With Your Badself<br>6. Pussy Ass Nigga | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | March 21, 1988 |

| | | |
|---|---|---|
| 7. H-B-C<br>8. S & M<br>9. Do Wah Diddy<br>10. Word II<br>11. Feel Alright Y'all<br>12. One And One<br>13. Mega-Mixx II<br><br>Registration No(s).<br>SR0000359017; PA0001039535; SR0000305983; et al. | | |

| **Effective Date of Termination:** | **Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated:** |
|---|---|
| March 21, 2023 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

__Termination No. 3__:

| **Title of Work and Registration Number:** | **Author(s) Who Executed the Grant Being Terminated:** | **Publication Date:** |
|---|---|---|
| AS NASTY AS THEY WANNA BE (Lil' Joe Records, 1989) and all compositions and sound recordings for all songs therein contained, and AS CLEAN AS THEY WANNA BE<br><br>The songs on AS NASTY AS THEY WANNA BE include but are not limited to:<br><br>1. Me So Horny<br>2. Put Her in the Buck<br>3. Dick Almighty<br>4. C'mon Babe<br>5. Dirty Nursery Rhymes<br>6. Break it on Down<br>7. 2 Live Blues<br>8. I Ain't Bullsittin' | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | May 1, 1989 |

| | | |
|---|---|---|
| 9. Get Loose Now<br>10. The Fuck Shop<br>11. If You Believe in Having Sex<br>12. My Seven Bizzos<br>13. Get the Fuck out of My House<br>14. Reggae Joint<br>15. Fraternity Record<br>16. Bad Ass Bitch<br>17. Mega Mixx III<br><br>The songs on AS CLEAN AS THEY WANNA BE include but are not limited to:<br>1. The Funk Shop<br>2. C'mon Babe<br>3. Get Loose Now<br>4. Coolin'<br>5. You Got Larceny<br>6. Me So Horny<br>7. Pretty Woman<br>8. My Seven Bizzos<br>9. City of Boom<br>10. Mega Mix III<br>111. Break It on Down<br><br>Registration No(s).: SR0000353540; PA0000443528; PA0000538346; PA0000443535; PA0000443526; PA0000443527; PA0000443534; PA0000443530; PA0000443532; PA0000443529; PA0000443531;PA0000443525; PA0000443533; SR0000327784 (Clean); et al. | | |

| **Effective Date of Termination:** | **Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated:** |
|---|---|
| May 1, 2024 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Signatures in agreement to and confirmation of the foregoing termination**:

| | | |
|---|---|---|
| **By: ____________________________**<br>**Mark Ross**<br>**Address: _______________________**<br>**_______________________________**<br>**Relationship to Author: Self**<br>**Signature Date: ________________** | **By: ____________________________**<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: _______________________**<br>**Signature Date: ________________** | **By: ____________________________**<br>**Luther Campbell**<br>**Address: _______________________**<br>**_______________________________**<br>**Relationship to Author: Self**<br>**Signature Date: ________________** |
| **By: ____________________________**<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: _______________________**<br>**_______________________________**<br>**Signature Date: ________________** | **By: ____________________________**<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: _______________________**<br>**_______________________________**<br>**Signature Date: ________________** | **By: ____________________________**<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: _______________________**<br>**_______________________________**<br>**Signature Date: ________________** |


**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| **By:** ______________________<br>**Mark Ross**<br>**Address:** ______________________<br>______________________<br>**Relationship to Author: Self**<br>**Signature Date:** ______________ | **By:** ______________________<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** 6834 NW 5th ave Miami FL 33150<br>**Signature Date:** 10/19/20 | **By:** ______________________<br>**Luther Campbell**<br>**Address:** ______________________<br>______________________<br>**Relationship to Author: Self**<br>**Signature Date:** ______________ |
| **By:** ______________________<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** 17332 SW 18th st miramar FL 33029<br>**Signature Date:** 10/19/20 | **By:** ______________________<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ______________________<br>______________________<br>**Signature Date:** ______________ | **By:** ______________________<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** 6834 NW 5th ave miami FL 33150<br>**Signature Date:** 10/19/20 |

**Signatures in agreement to and confirmation of the foregoing termination**:

| | | |
|---|---|---|
| **By:** ________________________<br>**Mark Ross**<br>**Address:** ____________________<br>__________________________<br>**Relationship to Author: Self**<br>**Signature Date:** ______________ | **By:** ________________________<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>**Signature Date:** ______________ | **By:** ________________________<br>**Luther Campbell**<br>**Address:** ____________________<br>__________________________<br>**Relationship to Author: Self**<br>**Signature Date:** ______________ |
| **By:** ________________________<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>__________________________<br>**Signature Date:** ______________ | **By:** Leterius Ray<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** 637 Marcilene Terrace<br>Wichita, Ks, 67218<br>**Signature Date:** 10/22/2020 | **By:** ________________________<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>__________________________<br>**Signature Date:** ______________ |

**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| **By:** [signature]<br>**Mark Ross**<br>**Address:** 925 South 6St GADSDEN AL 35901<br>____________________<br>**Relationship to Author: Self**<br>**Signature Date:** Oct. 19,2020 | **By:** ____________________<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>**Signature Date:** ____________________ | **By:** ____________________<br>**Luther Campbell**<br>**Address:** ____________________<br>____________________<br>**Relationship to Author: Self**<br>**Signature Date:** |
| **By:** ____________________<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>____________________<br>**Signature Date:** | **By:** ____________________<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>____________________<br>**Signature Date:** ____________________ | **By:** ____________________<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** ____________________<br>____________________<br>**Signature Date:** |

**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| **By: ______________________**<br>**Mark Ross**<br>**Address: ______________________**<br>**______________________**<br>**Relationship to Author: Self**<br>**Signature Date: ______________** | **By: ______________________**<br>**Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: ______________________**<br>**Signature Date: ______________** | **By:** [signature]<br>**Luther Campbell**<br>**Address:** 16571 SW 18 St<br>MIRAMAR Fla 33027<br>**Relationship to Author: Self**<br>**Signature Date: ______________** |
| **By: ______________________**<br>**Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: ______________________**<br>**______________________**<br>**Signature Date: ______________** | **By: ______________________**<br>**Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: ______________________**<br>**______________________**<br>**Signature Date: ______________** | **By: ______________________**<br>**Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address: ______________________**<br>**______________________**<br>**Signature Date: ______________** |