# THIS PAGE WAS INTENTIONALLY LEFT BLANK

**EXHIBIT 68**