# EXHIBIT 73

 **Form TCS (Notice of Termination Cover Sheet) · Basic Information**

Read all of the instructions below before completing this form.

***When to use this form*** Use Form TCS to submit notices of termination to the Copyright Office for recordation under section 203 or 304(c) of the Copyright Act. Use of Form TCS is mandatory, and a properly completed Form TCS must accompany all notices submitted to the Office under 17 U.S.C. §§ 203 or 304(c).

***When not to use this form*** Do not use Form TCS when submitting any other type of document to the Office, such as transfers of copyright ownership, DMCA online service provider agent designations, identification of anonymous/pseudonymous authors, author death statements, visual arts registry statements, shareware registry statements, or any Licensing Division documents. In addition, the Office no longer accepts notices of termination for recordation under section 304(d) because such notices must have been recorded before October 26, 2019. A copy of a notice that terminated a grant under section 304(d) may be submitted for recordation as a document pertaining to copyright under 17 U.S.C. § 205 in accordance with the Office's regulations. *See* 37 C.F.R. § 201.4.

***How to use this form*** Follow these instructions to complete Form TCS. All fields are required to the extent applicable except for terminating party email addresses, which are optional. All information should be typed or printed. Include one completed and signed Form TCS for each notice being submitted for recordation. The Office may reject any notice submitted for recordation that is not accompanied by Form TCS or is accompanied by an incomplete or improperly prepared Form TCS.

***Submission requirements*** Submit together in the same envelope or package: (1) a properly prepared Form TCS; (2) the notice of termination to be recorded; (3) the proper filing fee; and (4) any additional material being provided in connection with your submission, such as a statement of service or an additional copy of this completed form and a self-addressed postage-paid envelope for a return receipt. Absent special arrangement with the Office,

the Office reserves the right to not process your submission unless all of the items necessary for processing are received together. Mail your submission to:

> Copyright Office–Notices of Termination
> P.O. Box 71537
> Washington, DC 20024-1537

***Recordation process*** To be recorded, your submission must comply with the Copyright Act's statutory requirements (17 U.S.C. §§ 203 or 304(c)) and the Office's regulations (37 C.F.R. § 201.10) and instructions. The Copyright Office will examine, process, and index the notice of termination in the public record based on the information you submit to the Office. The Office will rely on the certifications and information provided on Form TCS and, if provided, in an accompanying statement of service. The Office will not necessarily confirm the accuracy of such certifications or information against the submitted notice. The fact that the Office has recorded a notice is not a determination by the Office of the notice's validity or legal effect. Recordation of a notice of termination by the Copyright Office is without prejudice to any party claiming that the legal or formal requirements for effectuating termination (including the requirements pertaining to service and recordation) have not been met, including before a court of competent jurisdiction.

***Privacy Act Advisory Statement*** Please review the Privacy Act notice at the top of the form. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the form for compliance with the requirements for recordation. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of recorded documents, and preparation of search reports upon request.

**NOTE:** Form TCS will be imaged with the submitted notice as part of the public record. Please keep a copy of these instructions and the completed form so that you may refer to them if the Office communicates with you regarding your submission.

---

## Item-by-Item Instructions

***Item 1: Title (and registration number) of first work identified in notice*** This item is used to connect Form TCS and the notice of termination if they become separated. In addition to the title of the first work identified in the notice, the original registration number should be provided if possible and practicable.

***Item 2: Total number of additional works and alternate identifiers in notice*** Provide the total number of different additional works and alternate identifiers contained in the notice. The total number of

works and alternate identifiers determines the recordation filing fee. The first title and/or registration number provided for a particular work constitutes a *work*. If a work is identified by more than one title or registration number, every additional title and registration number provided beyond the first counts as an alternate identifier for purposes of this item and in calculating the proper recordation filing fee. For example, if a notice were to refer to "Harold & Kumar 2 (PAu003086781) a.k.a. Untitled Harold & Kumar sequel a.k.a. Harold & Kumar Go to Amsterdam," the first title and registration number

(Harold & Kumar 2 (PAu003086781)) would count as one work and the two alternate titles would count as two alternate identifiers.

If a work is described as being part of a larger work, only the specific work counts, and not the title and/or registration number for the larger work. For example, if the notice were to refer to "*When You Wish Upon a Star* from *Pinocchio*," the title "When You Wish Upon a Star" would count as one work, but "Pinocchio" would not count as an additional work or alternate identifier. For more information about how to calculate works and alternate identifiers, see 37 C.F.R. § 201.3(c), 84 Fed. Reg. 29,135 (June 21, 2019), and 85 Fed. Reg. 9,374 (Feb. 19, 2020).

**Item 3: Amount of fee calculated** Recordation fees are calculated in accordance with 37 C.F.R. § 201.3(c). For assistance in determining your fee, use the fee calculator provided at https://www.copyright.gov/recordation/ and review *Calculating Fees for Recording Documents and Notices of Termination in the Copyright Office*, available at https://www.copyright.gov/circs/circ12a.pdf.

**Item 4: Fee enclosed** Check the appropriate box. To charge a Copyright Office deposit account, provide the deposit account number and name. If paying by check or money order, note that the Office only accepts domestic money orders and checks payable through a U.S. bank with American Bankers Association routing numbers. International and postal money orders are not accepted. Make the check or money order payable to *U.S. Copyright Office*.

**Item 5: Return receipt requested** Check this box to indicate that you want a return receipt showing that the Office received your submission. If you check this box, you must also include a second properly completed copy of Form TCS and a self-addressed postage-paid envelope. A return receipt confirms the Office's receipt of the submission as of the date indicated, but does not establish eligibility for, or the date of, recordation.

**Item 6: Notice of termination being filed under** Check the box next to the statutory termination provision that the submitted notice is being filed under, section 203 or 304(c). Information about termination, including the differences between these provisions can be found on the Office's website at https://www.copyright.gov/recordation/termination.html.

**Item 7: Gap Grant** Check this box if the submitted notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C). For more information about gap grants, see § 2310.3(C)(3) of the *Compendium of U.S. Copyright Office Practices*.

**Item 8: Effective date of termination** Provide the effective date of termination. Note that the notice of termination must be recorded with the Office prior to the effective date of termination.

**Item 9: Date of service** Provide the date of service of the submitted notice upon the grantee(s)/successor(s)-in-title.

**Item 10: Manner of service** Describe the manner of service of the submitted notice upon the grantee(s)/successor(s)-in-title. For example, "personal service," "first class mail," "courier service," or "email."

**Item 11: Terminating Party** List each terminating party and the nature of such party's termination interest under section 203 or 304(c). For example, "John Smith (sole author)"; or "Nancy Jones (author's executor)"; or "Jane Smith (author's widow), Mark Smith (author's child), Jessica Smith (author's child), and Richard Smith (child of author's deceased child)." Optionally, you may provide an email address for any terminating party listed. Where an email is provided, the Office will copy the party on any correspondence sent to the remitter, for example, to notify the remitter that there are errors or omissions in the submission or that a certificate of recordation has been issued.

**Item 12: Grantee** List each grantee whose rights are being terminated or such grantee's successor-in-title. Identify any successor-in-title as such.

**Item 13: Remitter Information and Certifications** You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name and dating the form. You may sign the form electronically. The Office may use this information to contact you about the submission and will send a numbered copy of the notice as recorded and certificate of recordation to the provided address if the notice is successfully recorded. Providing a fax number is optional. If you are not one of the terminating parties, you must state which terminating party or parties you are a duly authorized representative of.

**Item 14: Notice Certifications** Make the required notice-related certifications by having them signed and dated by an appropriate individual. They can be made either by you (i.e., the remitter identified in Item 13) or another individual and may be signed electronically. If someone other than you is making the certifications in this item, he or she may sign the same copy of page 2 of the form as you did in Item 13, or he or she may sign a separate copy of page 2 of the form. If someone other than you is making the certifications in this item, his or her name, title, and organization must be provided. Additionally, if such individual is not one of the terminating parties, he or she must state which terminating party or parties he or she is a duly authorized representative of.

**For more information about the Copyright Office's recordation requirements,** *see* 37 C.F.R. § 201.10(f) and 82 Fed. Reg. 52,213 (Nov. 13, 2017).

 **Form TCS** (Notice of Termination Cover Sheet)
**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**

**UNITED STATES COPYRIGHT OFFICE**

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
|---|
| Volume _____    Document _____ |
| SR# _____ |
| Date of recordation  M _____ D _____ Y _____ |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

*Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).*

**Send to:** *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice

THE 2 LIVE CREW IS WHAT WE ARE

PA0000384476; SR0000360735

**2** Total number of additional works and alternate identifiers in notice

2 albums

**3** Amount of fee calculated

$185.00
$ _____    *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed

☒ Check    ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number _____
Deposit account name _____

**5** Return receipt requested

☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under

☒ §203    ☐ §304(c)

**7** Gap Grant

☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination

November 7, 2022; March 21, 2023; May 1, 2024

**9** Date of service

November 4, 2020

**10** Manner of service

Federal Express

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Mark Ross, Luther Campbell, Estate of Chris Wong Won, comprised of Roderick Wong Won,

Christopher Wong Won, Jr., Leterius Ray, Anissa Wong Won (the "Terminating Parties")

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Lil Joe Records, Inc. and the list of parties identified in the Formal Notice of Termination filed herewith

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature  /s/ Scott Alan Burroughs, Esq.                    Date  August 25, 2022

Name  Scott Alan Burroughs, Esq.

Title/Organization  Partner, Doniger / Burroughs PC

Number/Street  247 Water Street                    Apt/Suite  First Floor

City  New York                    State  NY    Zip  10038

Phone number  310-590-1820                    Fax number

Email  scott@donigerlawfirm.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Lawyer and Duly Authorized Representative of all Terminating Parties

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature  /s/ Scott Alan Burroughs, Esq.                    Date  August 25, 2022

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Name  Scott Alan Burroughs, Esq.

Title/Organization  Partner, Doniger / Burroughs PC

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Lawyer and Duly Authorized Representative of all Terminating Parties

August 31, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 777792690932

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | R.WALKER | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | WASHINGTON, DC, |
| | | **Delivery date:** | Aug 31, 2022 12:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 777792690932 | **Ship Date:** | Aug 29, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| WASHINGTON, DC, US, | | Venice, CA, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx