UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LIL' JOE RECORDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-23727-DPG |
| | ) | |
| MARK ROSS; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF SCOTT ALAN BURROUGHS IN OPPOSITION TO MOTION
FOR PARTIAL SUMMARY JUDGMENT**

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment. If called as a witness, I could and would competently testify as set forth below.

2. In this action Plaintiff produced the copyright registration certificate for registered work *2 Live Is What We Are* with the registration number PA 384 476 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 2.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

3. In this action Plaintiff produced the copyright registration certificate for registered work *We Want Some P---Y* with the registration number PA 381 437 an effective date of September 14, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 3.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

4. In this action Plaintiff produced the copyright registration certificate for registered work *Check It Out Yall* with the registration number PA 381 467 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 4.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

5. In this action Plaintiff produced the copyright registration certificate for registered work *Get It Girl* with the registration number PAu 1 144 554 an effective date of September 19, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 5.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that

their contributions were **not** works for hire.

6. In this action Plaintiff produced the copyright registration certificate for registered work *Throw The 'D'* with the registration number PA 379 538 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 6.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

7. In this action Plaintiff produced the copyright registration certificate for registered work *Cut It Up* with the registration number PA 384 475 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 7.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

8. In this action Plaintiff produced the copyright registration certificate for registered work *Beat Box* with the registration number PA 384 422 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 8.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

9. In this action Plaintiff produced the copyright registration certificate for registered work *Mr. Mixx on the Mixx* with the registration number PA 407 598 an effective date of September 12, 1988 and publication date of December 1, 1986. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 9.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

10. In this action Plaintiff produced the copyright registration certificate for registered work *Intro* with the registration number PA 892 115 an effective date of April 9, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 10.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This

registration was filed by Lil' Joe Wein Music, Inc. Lil' Joe Wein Music, Inc. is related to and has the same principles as Plaintiff Lil' Joe, who is listed as the entity listed in section 8 for "Correspondence" on the registrations filed by Lil' Joe Wein Music, Inc.

11. In this action Plaintiff produced the copyright registration certificate for registered work *Drop The Bomb* with the registration number PA 364 473 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 11.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

12. In this action Plaintiff produced the copyright registration certificate for registered work *Move Somethin'* with the registration number PA 364 469 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 12.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

13. In this action Plaintiff produced the copyright registration certificate for registered work *Ghetto Bass II* with the registration number PA 364 570 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 13.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

14. In this action Plaintiff produced the copyright registration certificate for registered work *With Your Bad Self* with the registration number PA 364 479 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 14.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

15. In this action Plaintiff produced the copyright registration certificate for registered work *Pussy Ass Nigga* with the registration number PA 364 478 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as

**Exhibit 15.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

16. In this action Plaintiff produced the copyright registration certificate for registered work *Head, Booty, and Cock* with the registration number PA 364 003 an effective date of April 9, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 16.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

17. In this action Plaintiff produced the copyright registration certificate for registered work *S & M* with the registration number PA 385 053 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 17.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

18. In this action Plaintiff produced the copyright registration certificate for registered work *Do Wah Diddy* with the registration number PA 881 657 an effective date of December 29, 1997. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 18.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc. Lil' Joe Wein Music, Inc. is related to and has the same principles as Plaintiff Lil' Joe, who is listed as the entity listed in section 8 for "Correspondence" on the registrations filed by Lil' Joe Wein Music, Inc.

19. In this action Plaintiff produced the copyright registration certificate for registered work *Word II* with the registration number PA 364 480 an effective date of April 15, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 19.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

20. In this action Plaintiff produced the copyright registration certificate for registered work *Feel Alright Y'all* with the registration number PA 364 004 an effective date of April 14, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as

**Exhibit 20.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

21. In this action Plaintiff produced the copyright registration certificate for registered work *One on One* with the registration number PA 400 849 an effective date of May 20, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 21.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

22. In this action Plaintiff produced the copyright registration certificate for registered work *Mega Mixx II* with the registration number PA 368 870 an effective date of May 23, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 22.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

23. In this action Plaintiff produced the copyright registration certificate for registered work *Introduction (Clean Version)* with the registration number PA 1 039 530 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 23.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

24. In this action Plaintiff produced the copyright registration certificate for registered work *Drop The Bomb (Clean Version)* with the registration number PA 1 244 030 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 24.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

25. In this action Plaintiff produced the copyright registration certificate for registered work *Move Somethin' (Clean Version)* with the registration number PA 1 039 535 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 25.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions

were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

26. In this action Plaintiff produced the copyright registration certificate for registered work *Ghetto Bass II (Clean Version)* with the registration number PA 1 039 531 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 26.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

27. In this action Plaintiff produced the copyright registration certificate for registered work *With Your Badself (Clean Version)* with the registration number PA 1 039 534 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 27.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

28. In this action Plaintiff produced the copyright registration certificate for registered work *Do Wah Diddy (Clean Version)* with the registration number PA 928 504 an effective date of December 29, 1997. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 28.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

29. In this action Plaintiff produced the copyright registration certificate for registered work *Word II (Clean Version)* with the registration number PA 1 039 533 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 29.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

30. In this action Plaintiff produced the copyright registration certificate for registered work *Feel Alright Yall (Clean Version)* with the registration number PA 1 039 532 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 30.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions

were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

31. In this action Plaintiff produced the copyright registration certificate for registered work *Mega Mixx II (Clean Version)* with the registration number PA 1 244 031 an effective date of May 22, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 31.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

32. In this action Plaintiff produced the copyright registration certificate for registered work *Me So Horny* with the registration number PA 445 026 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 32.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

33. In this action Plaintiff produced the copyright registration certificate for registered work *Put Her In The Buck* with the registration number PA 443 525 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 33.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

34. In this action Plaintiff produced the copyright registration certificate for registered work *Dick Almighty* with the registration number PA 443 0526 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 34.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

35. In this action Plaintiff produced the copyright registration certificate for registered work *C'mon Babe* with the registration number PA 445 022 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 35.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works

for hire.

36. In this action Plaintiff produced the copyright registration certificate for registered work *Dirty Nursery Rhymes* with the registration number PA 443 527 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 36.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

37. In this action Plaintiff produced the copyright registration certificate for registered work *Break It On Down* with the registration number PA 445 025 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 37.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

38. In this action Plaintiff produced the copyright registration certificate for registered work *2 Live Blues* with the registration number PA 443 528 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 38.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

39. In this action Plaintiff produced the copyright registration certificate for registered work *I Ain't Bullshittin'* with the registration number PA 443 529 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 39.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

40. In this action Plaintiff produced the copyright registration certificate for registered work *Get Loose Now* with the registration number PA 445 023 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 40.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

41. In this action Plaintiff produced the copyright registration certificate for registered work *The Fuck Shop* with the registration number PA 443 530 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 41.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

42. In this action Plaintiff produced the copyright registration certificate for registered work *If You Believe In Having Sex* with the registration number PA 443 531 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 42.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

43. In this action Plaintiff produced the copyright registration certificate for registered work *My Seven Bizzos* with the registration number PA 445 028 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 43.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

44. In this action Plaintiff produced the copyright registration certificate for registered work *Get The Fuck Out Of My House* with the registration number PA 443 532 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 44.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

45. In this action Plaintiff produced the copyright registration certificate for registered work *Reggae Joint* with the registration number PA 443 533 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 45.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

46. In this action Plaintiff produced the copyright registration certificate for registered work *Fraternity Record* with the registration number PA 443 534 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 46.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

47. In this action Plaintiff produced the copyright registration certificate for registered work *Bad Ass Bitch* with the registration number PA 443 535 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 47.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

48. In this action Plaintiff produced the copyright registration certificate for registered work *Mega Mixx III* with the registration number PA 445 030 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 48.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

49. In this action Plaintiff produced the copyright registration certificate for registered work *The Funk Shop (Clean Version)* with the registration number PA 881 627 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 49.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

50. In this action Plaintiff produced the copyright registration certificate for registered work *C'mon Babe (Clean Version)* with the registration number PA 881 630 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 50.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

51. In this action Plaintiff produced the copyright registration certificate for registered work *Get Loose Now (Clean Version)* with the registration number PA 881 631 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 51.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

52. In this action Plaintiff produced the copyright registration certificate for registered work *Coolin' (Clean Version)* with the registration number PA 881 632 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 52.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

53. In this action Plaintiff produced the copyright registration certificate for registered work *Coolin'* with the registration number PA 445 024 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 53.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

54. In this action Plaintiff produced the copyright registration certificate for registered work *You Got Larceny* with the registration number PA 445 027 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 54.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.

55. In this action Plaintiff produced the copyright registration certificate for registered work *Me So Horny (Clean Version)* with the registration number PA 881 628 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 55.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

56. In this action Plaintiff produced the copyright registration certificate for registered

work *Pretty Woman (Clean Version)* with the registration number PA 881 625 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 56.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

57.     In this action Plaintiff produced the copyright registration certificate for registered work *My Seven Bizzos (Clean Version)* with the registration number PA 881 629 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 57.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

58.     In this action Plaintiff produced the copyright registration certificate for registered work *City Of Boom* with the registration number PA 445 029 an effective date of August 10, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 58.**

59.     In this action Plaintiff produced the copyright registration certificate for registered work *Mega Mixx III (Clean Version)* with the registration number PA 881 626 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 59.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire. This registration was filed by Lil' Joe Wein Music, Inc.

60.     In this action Plaintiff produced the copyright registration certificate for registered work *Break It On Down (Clean Version)* with the registration number PA 881 633 an effective date of March 12, 1998. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 60.** This registration indicates that the authors of the work is Mark Ross, Luther Campbell, Christopher Won Wong, and David Hobb and that their contributions were **not** works for hire.  This registration was filed by Lil' Joe Wein Music, Inc.

61.     In this action Plaintiff produced the copyright registration certificate for registered work *2 Live Crew Is What We Are* with the registration number SR 360 735 an effective date of February 26, 2001. A true and correct copy of this registration produced by Plaintiff is attached

hereto as **Exhibit 61.** Both the "yes" and "no" boxes are checked for a work for hire on this registration.

62. In this action Plaintiff produced the copyright registration certificate for registered work *Move Somethin'* with the registration number SR 305 983 an effective date of February 26, 2001, and a publication date of March 21, 1988. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 62.** This registration states the work was **not** a work made for hire.

63. In this action Plaintiff produced the copyright registration certificate for registered work *Move Somethin' Clean* with the registration number SR 359 017 an effective date of February 26, 2001. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 63.** Both the "yes" and "no" boxes are checked for a work for hire on this registration.

64. In this action Plaintiff produced the copyright registration certificate for registered work *As Nasty as They Wanna Be* with the registration number SR 353 540 an effective date of February 26, 2001, and a publication date of May 1, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 64.**

65. In this action Plaintiff produced the copyright registration certificate for registered work *As Clean as They Wanna Be* with the registration number SR 327 784 an effective date of February 26, 2001, and a publication date of May 1, 1989. A true and correct copy of this registration produced by Plaintiff is attached hereto as **Exhibit 65.**

66. In this action Plaintiff produced a Joint Plan of Reorganization for the Luke Records, Inc. and Luther Campbell bankruptcy that was attached as Exhibit 2 to the Affidavit of Joe Weinberger. This document does not mention copyright termination rights, nor could it include as part of the estate a right that had not vested, is inalienable, and non-transferable. A true and correct copy of this document as attached to Plaintiff's Affidavit of Weinberger is attached hereto as **Exhibit 69.**

67. In this action Plaintiff produced a Settlement Agreement between Joseph Weinberger and Christopher Wong Won that was attached as Exhibit 4 to the Affidavit of Joe Weinberger. This document does not mention copyright termination rights, nor could it include

as part of the estate a right that had not vested, is inalienable, and non-transferable. A true and correct copy of this document as attached to Plaintiff's Affidavit of Weinberger is attached hereto as **Exhibit 70.**

68. In this action Plaintiff produced a Release filed with the U.S. Copyright office of the Settlement Agreement between Joseph Weinberger and Christopher Wong Won that was attached as Exhibit 5 to the Affidavit of Joe Weinberger. This document does not mention copyright termination rights, nor could it include as part of the estate a right that had not vested, is inalienable, and non-transferable. A true and correct copy of this document as attached to Plaintiff's Affidavit of Weinberger is attached hereto as **Exhibit 71.**

69. The paychecks produced by Plaintiff in this matter[1] do **not** identify what they were for, do not indicate that they were made in connection with the creation of the Subject Albums, and 2 Live Crew were never paid a salary by any of their record labels.

70. Lil' Joe has not, and cannot, argue the existence of any agreements other than the 1987 Agreement or clearly inapposite agreements from 1991.

71. The Termination Notice was filed and submitted by my office with the United States Copyright Office on August 25, 2022 prior to the effective date of termination. A true and correct copy of the Form TCS (Notice of Termination Cover Sheet) submitted to the United States Copyright Office is attached hereto as **Exhibit 73.**

72. Defendants filed their Motion for Summary Judgment without a meet-and-confer and before making its full document production and while the parties were in the process of setting depositions, which dates are still being confirmed as of the date of this filing. The depositions of Joe Weinberger, the owner of Lil' Joe, and Herman Moscowitz, an accountant who was heavily involved in the business of Skyywalker Records and its successors and predecessors, are crucial to this opposition, as they provide substantive declarations that underpin this Motion. In addition, Plaintiff produced a large trove of documents at or around the time of its filing of this Motion that are still under review. Finally, discovery in this matter does not close until November 4, 2022.

---

[1] The paychecks are identified in the Affidavit of Herman Moskowitz but were not attached as Exhibit 2 as stated, so Defendants address the issues for all paychecks in general.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2022 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.