UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## MOTION FOR EXTENSION OF TIME

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), moves this Court for the entry of an order extending the time to file its reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument [D.E. 36]("Response") and as grounds therefore state:

Lil' Joe's reply to the Response is due on October 14, 2022. There are 3 reasons why an extension is needed:

    1.    Defendant attached 71 exhibits of documents that they did not produce in response to discovery.

    2.    Monday, October 10, 2022 is a legal holiday and counsel is working without a full staff.

    3.    Due to the breadth of the response as well as other commitments by Lil' Joe's counsel.

    4.    Lil' Joe seeks an extension of time until October 21, 2022, to file its reply to the Response.

5. Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Lil' Joe's counsel has conferred with defendants' counsel, Scott Burroughs in a good faith effort to resolve the issue raised in this motion who would not agree to this request.

WHEREFORE, Lil' Joe Records, Inc. requests that this Court enter an order extending the time for Lil' Joe Records, Inc. to file its reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument [D.E. 36] until October 21, 2022 and grant all other relief this Court deems just and appropriate.

> WOLFE LAW MIAMI PA
> 175 SW 7th Street, Suite 2410
> Miami, Florida 33130
> P: 305.384.7370
> F: 305.384.7371
> Email: rwolfe@wolfelawmiami.com
>
> By:   /s/ Richard C. Wolfe
>       Richard C. Wolfe, Esq.
>       Florida Bar No.: 355607

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100

                              /s/ Richard C. Wolfe
                              Richard C. Wolfe