UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

      Defendants
_____/

**[proposed] ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 36]**

This cause, having come before this Court on Plaintiffs' Motion for Extension of Time to reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument [D.E. 36] ("Response"), and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby,

**ORDERED and ADJUDGED** as follows:

1.     Plaintiffs' Motion is Granted.

2.     Plaintiffs' shall have until October 21, 2022 reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument [D.E. 36]("Response")

**DONE AND ORDERED** this ___ day of _____, 2022.

By: _____
                  **CIRCUIT COURT JUDGE**

Cc: all counsel