**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

LIL' JOE RECORDS, INC.,

        Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON,
AND LUTHER CAMPBELL,

        Defendants.

**CASE NO.:  1:21-CV-23727-DPG**

<u>**DEFENDANTS' MOTION FOR LEAVE TO FILE DECLARATIONS TO THE**</u>
<u>**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY**</u>
<u>**JUDGMENT *NUNC PRO TUNC***</u>

Defendants, by and through their undersigned counsel, hereby requests this Honorable

Court for leave to file the attached declarations of Anissa Wong Won and Roderick Wong Won,

*nunc pro tunc* from October 10, 2022 to the earlier due date of October 7, 2022, and as grounds

therefore states as follows:

1.      On September 23, 2022, Plaintiff LIL' JOE RECORDS, Inc. filed its Motion for

Summary Judgment as to Count I for Declaratory Judgment as to the validity of the Copyright

Termination Notice and supporting Statement of Material Facts. (DE 30, 31).

2.      On September 23, 2022, Defendants' counsel contacted Plaintiff's counsel

regarding a stipulation to extend the briefing schedule. Plaintiff's counsel declined to respond.

3.      As such, Defendants' responses were due this past Friday on October 7, 2022.

4.      Defendants timely filed its Opposition to Plaintiff's Motion for Summary

Judgment and Request for Oral Argument (DE 36), Defendants' Statement of Material Facts (DE

**SRIPLAW**
C<small>ALIFORNIA</small> ◆ G<small>EORGIA</small> ◆ F<small>LORIDA</small> ◆ T<small>ENNESSEE</small> ◆ N<small>EW</small> Y<small>ORK</small>

37), Request for Judicial Notice in Opposition to Plaintiff's Motion for Summary Judgment (DE

38), Declaration of Scott A. Burroughs with accompanying 73 exhibits (DE 39 & 41)[1], and the

Declaration of Leterius Ray (DE 40).

5.      The two declarations that were not submitted to this Court timely with

Defendants' Statement of Material Facts were from Defendants Anissa Wong Won and Roderick

Wong Won. These are substantially similar in substance to the Declaration of Leterius Ray.

6.      Defendants respectfully request this Court to accept the attached declarations that

were filed as being timely filed on October 7, 2022.

7.      Good cause exists under Fed. R. Civ. P. 1 and 6 to extend these deadlines to

accept the late declarations:

     a.   The failure to submit the declarations by the due date was due to confusion as

        to which of the heirs would be spearheading the distribution and collection of

        the signed declarations.

     b.   The documents supporting Defendants' opposition is lengthy, requiring 5

        separate declarations and 73 exhibits with hundreds of pages, thus requiring

        extensive time to compile and file.

     c.   Defendants have timely filed its opposition to the motion with most of its

        evidentiary support, without these two declarations.

     d.   The declarations of Anissa Wong Won and Roderick Wong Won are identical

        to the declarations of the other heirs, Leterius Ray (which was timely

        submitted). These declarations are being submitted for consistency and in

        support of the same issues raised in Plaintiff's MSJ. There is no prejudice to

---

[1] These two declarations were filed out of order by mistake. Defendants counsel resubmitted the declaration of Scott A. Burroughs as a separate filing at DE 41.

Plaintiff by submitting these declarations later, as there is no surprise as to the evidence being provided. Rather, Defendants will suffer prejudice if the Court does not consider these declarations in ruling on the MSJ.

e.   This request is not made for purposes of delay.

8.   **CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)**: On October 10, 2022, counsel for Defendants consulted with counsel for Plaintiff as to whether Plaintiff would oppose this motion for leave. Defense counsel offered to extend Plaintiff's counsel's deadline to file its reply by one day to account for these Declarations being filed one day after the Opposition deadline. Counsel for Plaintiff declined to consent to the relief sought herein.

WHEREFORE, Defendants prays this Honorable Court for leave to file the attached declarations, accepting the declarations as filed on **October 7, 2022**, to Plaintiff's Motion for Summary Judgment, and for such other and further relief as this Court deems just and proper.

DATED: October 10, 2022               Respectfully submitted,


*/s/  Scott Alan Burroughs*
SCOTT ALAN BURROUGHS
(admitted *pro hac vice*)
**DONIGER / BURROUGHS**
237 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

ANGELA M. NIEVES
Florida Bar Number: 1032760
Angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road

Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 10, 2022, a true and correct copy of the foregoing document was submitted to the Clerk of Court CM/ECF System to all parties listed below on the Service List.

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs