# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ANISSA WONG WON IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

## DECLARATION OF ANISSA WONG WON

I, Anissa Wong Won, depose, attest, and say from my personal knowledge, the following:

1. I, Anissa Wong Won, am a party to this litigation.

2. I am the heir and daughter of Christopher Wong Won one of the original members of the music group 2 Live Crew.

3. As Christopher Wong Won's heir I have the ability to terminate the original grant of copyright by my father pursuant to 17 U.S.C. Section 203.

4. Christopher Wong Won, Jr. Leterius Rey, Roderick Wong Won, and myself are the only heirs to Christopher Wong Won and administer his estate. No other person is an heir who would have inherited the Section 203 right from Christopher Wong Won.

5. My father Christopher Wong Won received royalty payments from BMI in connection with the albums at issue in this matter.

6. A review of the estate records reflects that my father Christopher Wong Won was never an employee of the record labels and did not create the albums at issue as a work-for-hire.

7. The 1987 Agreement reflected the agreement between my father and the record label Skyywalker Records, Inc. and he operated and delivered pursuant to this agreement.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2022 at _____, _____.

By: _____