UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants, Mark Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Ray ("Defendants") oppose Plaintiff's motion for an entry of an order extending the time to file its reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument. The grounds for Defendants' opposition are as follows:

1. Plaintiff Lil' Joe Records, Inc. ("Lil' Joe") seeks additional time to respond to Defendants' Opposition based in part on the fact that Defendants' Opposition included 71 exhibits of purportedly "unproduced" documents. This is a falsehood. Defendants did not produce the documents in their exhibits because they were produced *by* Plaintiff. Plaintiff cannot claim surprise for documents it produced in the litigation and which have been in its possession for years.

2. Further, Lil' Joe filed their Motion for Summary Judgement aware of the timing requirements under the local rules and with full knowledge of when its reply would fall. In fact, they rushed to file the Motion for Summary Judgment in the middle of the parties' negotiations over a deposition schedule. Therefore, the fact Monday, October 10, 2022 is a legal holiday was

- 1 -

known to it so its purported own lack of preparation or full staff is not grounds for an extension.

3. Defendants' counsel, on the day the Motion was filed, immediately sought to meet and confer regarding a briefing schedule to set dates for Defendants' Opposition and Plaintiff's Reply following depositions in this matter. Lil' Joe's counsel *declined* this extension request, yet, without explanation, now seeks additional time after denying Defendants' the same opportunity. This gamesmanship should not be rewarded.

4. Further, when Lil' Joe's counsel meet and conferred with Defendants' counsel regarding the requested extension, Defendants' counsel offered a compromise granting Defendants leave to file two additional declarations in support of its opposition in return for a one day extension moving Lil' Joe's deadline from Friday October 14, 2022 to Monday October 17, 2022. Lil' Joe's counsel declined this compromise. Lil' Joe's failure to compromise or engage in mutual briefing scheduling should not be rewarded with a unilateral extension.

5. Finally, Lil' Joe seeks additional time to respond based on "other commitments" by Lil' Joe's counsel. Without further exposition of those additional commitments, this is not proper grounds for additional time. Particularly given Lil' Joe file the Motion and was well aware of the timing requirements when it filed and it previously declined Defendants' prior request for a briefing schedule to accommodate both parties' schedules.

WHEREFORE, Defendants request that this Court DENY Lil' Joe's request that this Court enter an order extending the time for Lil' Joe to file its reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Request for Oral Argument. Lil Joe's deadline to reply to Defendant's Opposition should remain October 14, 2022.

Dated: October 7, 2022                                Respectfully submitted,

                                                      By: */s/ Scott Alan Burroughs*
                                                      Scott Alan Burroughs
                                                      (admitted *pro hac vice*)
                                                      DONIGER / BURROUGHS
                                                      237 Water Street, First Floor
                                                      New York, New York 10038
                                                      (310) 590 – 1820
                                                      scott@donigerlawfirm.com

- 3 -

                JOEL B. ROTHMAN
                Florida Bar Number:  98220
                joel.rothman@sriplaw.com
                **SRIPLAW, P.A.**
                21301 Powerline Road
                Suite 100
                Boca Raton, FL  33433
                561.404.4350 – Telephone
                561.404.4353 – Facsimile

                *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2020, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Scott Alan Burroughs*

Scott Alan Burroughs