UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

    NOTICE IS HEREBY GIVEN that undersigned counsel will be out of the country and unavailable from November 6 through 14, 2022. The undersigned further requests that no hearings, depositions, or other matters requiring his attendance be scheduled during this time period.

    WOLFE LAW MIAMI PA
    175 SW 7th Street, Suite 2410
    Miami, Florida 33130
    P: 305.384.7370
    F: 305.384.7371
    Email: rwolfe@wolfelawmiami.com

    By:   /s/ Richard C. Wolfe
           Richard C. Wolfe, Esq.
           Florida Bar No.: 355607

CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100

/s/ Richard C. Wolfe
Richard C. Wolfe