**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LIL' JOE RECORDS, INC., )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>MARK ROSS; *et al.*, )<br>)<br>　　　　Defendants. )<br>_____) | CASE NO. 1:21-CV-23727-DPG |

**DEFENDANTS' MOTION TO DEEM ADMITTED ALL UNDISPUTED MATERIAL FACTS AND INCORPORATED MEMORANDUM OF LAW**

Defendants, Mark Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Rey, by and through undersigned counsel, pursuant to Local Rule 56.1(c), file their motion to deem admitted all material facts in Defendants' Statement of Material Facts [Dkt. 37], and state as follows:

Local Rule 56.1(c) provides that "[a]ll material facts in any party's Statement of Material Facts may be deemed admitted unless controverted by the other party's Statement of Material Facts."

On October 7, 2022, Defendants filed a Statement of Material Facts [Dkt. 37] in compliance with Local Rule 56.1(b)(2) contravening Plaintiff's original Statement of Facts [Dkt. 31] and providing their own statement of material facts.

Plaintiff Lil' Joe Records, Inc. failed to file a Statement of Material Facts pursuant to Local Rule 56.1(b)(3)(B) in response indicating whether they disputed Defendants' stated facts and providing evidence in support.

Due to Plaintiff's failure, neither the Court nor Defendants have any indication which

2

facts are disputed and weather such a contravention is supported by evidence. Therefore, pursuant to Local Rule 56.1(c), all of Defendants' stated facts should be deemed admitted as undisputed.

Dated: October 7, 2022

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
And

Scott Alan Burroughs, Esq.
DOBNIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*