UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## MOTION FOR LEAVE TO CORRECT EXHIBIT BY INTERLINEATION

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), hereby moves pursuant to LR 15.1 and Rule 15(b), to amend an exhibit to an affidavit filed by mistake by the office of the undersigned counsel, with respect to the correct contract, attached to the Affidavit of Joseph Weinberger (DE 32-1) (the "Affidavit"). The correct 3 contracts which are described in paragraph 5 of Mr. Weinberger's Affidavit are those attached thereto, and not the single contract that was mistakenly attached.

This error is obvious, since paragraph 5 of the Affidavit refers to 3 contracts dated February 1991 and April 1991 and the one contract attached is undated but made effective January 1, 1987. Attached hereto is a full copy of the amended exhibit (DE 32 and 32-1).

Pursuant to Rule 15(a)2, leave should be freely granted when justice so requires. See *U.S. v Estate of Schoenfeld,* 344 F. Supp. 3d 1354 (M.D. Fla. 2018).

WHEREFORE for the reasons set forth herein, Plaintiff, Lil Joe asks this Court to grant it leave to allow the contracts attached hereto to replace the singular contract attached as DE 32-1.

## CERTIFICATION

The undersigned counsel has met and conferred with counsel for Defendants, who stated he would oppose the motion and relief sought herein.

> WOLFE LAW MIAMI PA
> 175 SW 7th Street, Suite 2410
> Miami, Florida 33130
> P: 305.384.7370
> F: 305.384.7371
> Email: rwolfe@wolfelawmiami.com
>
> By:   /s/ Richard C. Wolfe
>        Richard C. Wolfe, Esq.
>        Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100

>                                /s/ Richard C. Wolfe
>                                Richard C. Wolfe