UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LIL' JOE RECORDS, INC., a Florida corporation,

    Plaintiffs,

Case No. 1:21-cv-23727-DPG

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation order, a mediation conference was held on Wednesday, November 23, 2022, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

☒ All individual parties and their respective trial counsel attended and participated via Zoom.

☒ Designated corporate representatives.

N/A Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: N/A

(c) The outcome of the mediation conference was:

☐ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement

signed by the parties and the mediator within ten (10) days of the mediation conference.

The parties additionally anticipate entering into a more detailed settlement agreement and dismissing this action with prejudice within the next 30 days.

☐ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10 days.  The following issues remain for the Court to resolve:

☐ <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

☒ <u>The parties have reached an impasse</u>.

Done this 23rd day of November, 2022, in Tampa, Florida.

/s/ *Richard E. Fee*
Richard E. Fee
Florida Bar No.: 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
bszabo@feejeffries.com

Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2022, a true and accurate copy of the foregoing was electronically filed with the Court by using CM/ECF system, which will send a notice of electronic filing to:  Richard C. Wolfe (rwolfe@wolfelawmiami.com), Wolfe Law Miami, 175 SW 7th Street, Suite 2410, Miami, Florida 33130; Scott A. Burroughs (scott@donigerlawfirm.com), Doniger / Burroughs, 27 Water Street, First Floor, New York, New York 10038; and Joel B. Rothman (joel@sriplaw.com), SRip Law, 21301 Powerline Road, Suite 100, Boca Raton, Florida  33433.

                                                */s/ Richard E. Fee*
Richard E. Fee
Florida Bar No.: 813680
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
bszabo@feejeffries.com

Mediator