# EXHIBIT 2





### THE 2 LIVE CREW
### AS NASTY AS THEY WANNA BE

SIDE A
**ME SO HORNY**
CLEAN VERSION
NASTY VERSION
125 BPM

SIDE B
**GET THE F**K OUT OF MY HOUSE**
*NASTY ACID MIX
*NASTY PIANO MIX
NASTY LP VERSION
122 BPM

*Additional Production & Remix by
FARLEY "JACKMASTER" FUNK for JUST FARLEY HIP-HOUSE MUSIC

Executive Producer: **Luke Skyywalker**
Written & Produced by **Luke Skyywalker & The 2 Live Crew**
Engineered & Mixed by **Ron Taylor & Ted Stein**
Recorded at **Skyywalker Studios, Liberty City, FL.**



**SKYYWALKER RECORDS**

Skyywalker Records, 3050 Biscayne Blvd., Suite 907, Liberty City, FL 33137  (305) 573-0599

© P 1989 UNAUTHORIZED DUPLICATION WILL GET YOU MESSED UP BY THE GHETTO STYLE D.J.'S



Case 1:21-cv-23727-DPG   Document 53-4   Entered on FLSD Docket 12/01/2022   Page 4 of 10



## LUKE SKYYWALKER

### The 2 Live Crew
### "AS NASTY AS THEY WANNA BE"

**LUKE'S SIDE**
XR 107
33 1/3 RPM

Executive Producer
**LUKE SKYYWALKER**

Produced by:
**LUKE SKYYWALKER** and
**THE 2 LIVE CREW**

Engineered & Mixed by
**RON TAYLOR & TED STEIN**

Recorded at
**SKYYWALKER STUDIOS,
LIBERTY CITY, FL.**

Written by:
**LUKE SKYYWALKER** and
**THE 2 LIVE CREW**
PAC-JAM PUBLISHING
(BMI)

**ME SO HORNY** 4:35
**PUT HER IN THE BUCK** 3:56
**DICK ALMIGHTY** 4:52
**C'MON BABE** 4:42
**DIRTY NURSERY RHYMES** 3:05

DIST. BY: LUKE SKYYWALKER RECORDS · 3050 BISCAYNE BLVD, LIBERTY CITY, FL. 33137

Unauthorized Duplication Will Get You
Messed Up The Ghetto Style DJ'S
(305) 573-0599





## 2 LIVE CREW
## 2 Live Is What We Are

Executive Producer:
Luke Skyywalker
Produced and Arranged by:
2 Live Crew
Engineered by:
Bruce Greenspan
Mark Boccaccio

XR 100 A
33 1/3 RPM
STEREO
SIDE 1
Copyright
℗© 1986



1.- 2 LIVE IS WHAT WE ARE (WORD)  4:23
2.- WE WANT SOME PUSSY  2:54
3.- CHECK IT OUT YALL  4:35
    (Freestyle Rappin')
4.- GET IT GIRL  3:58

All Songs Two Live Music (BMI)
Recorded & Mixed At
Sonic Sound International
Miami, Fla.
Warning Unauthorized Duplication is a
Violation of Applicable Laws

Dist. by: Luke Skyywalker, 1205 N.W. 54 St., Liberty City, Miami, Fl 33142





