# EXHIBIT 6

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 381 437**

PA  PAU

EFFECTIVE DATE OF REGISTRATION

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

WE WANT SOME P---Y!!

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**2**

**a**

**NAME OF AUTHOR ▼**

CHRIS WONG WON

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes" see detailed instructions

NOTE
Under the law the "author" of a "work made for hire"...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS

**b**

**NAME OF AUTHOR ▼**

MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS

**c**

**NAME OF AUTHOR ▼**

DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

MUSIC

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ 12   Day ▶ 1   Year ▶ 86
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC JAM PUBLISHING
67 N.W. 71ST STREET
Miami, Florida 33150

APPLICATION RECEIVED
SEP 14 1988
ONE DEPOSIT RECEIVED
SEP 14 1988
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Written Agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

10 AS

Lil Joe docs 00375

PA 381 437

FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

N/A

**7**

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

JONATHAN R. BLACK, ESQ.
67 N.W. 71ST STREET
Miami, Florida   33150

Area Code & Telephone Number ▶  (305) 754-1779

Be sure to give your daytime phone ◀ number

CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   PAC JAM PUBLISHING
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK                                      date ▶ 9/7/88

Handwritten signature (X) ▼   /s/ Jonathan R. Black

MAIL CERTIFICATE TO

Name ▼
PAC JAM PUBLISHING

Number/Street/Apartment Number ▼
67 N.W. 71ST STREET

City/State/ZIP ▼
Miami, Florida   33150

Certificate will be mailed in window envelope

**9**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1987—191-531/60,002

10 AC

Lil Joe docs 00376

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PA 381 437 |
| PA    PAU |

EFFECTIVE DATE OF REGISTRATION
......... (Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page __ of __ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** **Identification of Application**

- IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  WE WANT SOME P_____Y
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S). (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  PAC JAM PUBLISHING, 67 N.W. 71ST STREET, MIAMI, FLORIDA 33150

**B** **Continuation of Space 2**

[X] NAME OF AUTHOR: LUTHER CAMPBELL
Was this author's contribution to the work a "work made for hire"? Yes.... No....
DATES OF BIRTH AND DEATH: Born 1960 Died ____
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes... No X  Pseudonymous? Yes... No X
AUTHOR OF: (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached

[ ] NAME OF AUTHOR:
(remaining author blocks blank)

Use the reverse side of this sheet if you need more space for
- Further continuation of Space 2

10/A/7    Lil Joe docs 00377

## B. Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)   or   Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

## C. Continuation of other Spaces

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

Lil Joe docs 00378

10 A8