# EXHIBIT 7

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 381 467**

PA ☑    PAU ☐

EFFECTIVE DATE OF REGISTRATION

Sep. 12, 1988
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**

CHECK IT OUT YALL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**2 NAME OF AUTHOR ▼**

a. CHRIS WONG WON

DATES OF BIRTH AND DEATH
Year Born ▼ 1964    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

LYRICS

**NAME OF AUTHOR ▼**

b. MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼ 1967    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS

**NAME OF AUTHOR ▼**

c. DAVID HOBBS

DATES OF BIRTH AND DEATH
Year Born ▼ 1963    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

MUSIC

---

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ 12   Day ▶ 1   Year ▶ 86

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PAC JAM PUBLISHING
67 N.W. 71ST STREET
Miami, Florida 33150

APPLICATION RECEIVED
SEP 12 1988

ONE DEPOSIT RECEIVED
SEP 12 1988

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

By Written Agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.  • Sign the form at line 8.

10A9

DO NOT WRITE HERE
Page 1 of __3__ pages



Lil Joe docs 00379

PA 381 467

EXAMINED BY
CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
JONATHAN R. BLACK, ESQ.
PAC JAM PUBLISHING
67 N.W. 71ST STREET
Miami, Florida 33150
Area Code & Telephone Number ▶ (305) 754-1779

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of PAC JAM PUBLISHING
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK    date ▶ 9/7/88

Handwritten signature (X) ▼

MAIL CERTIFICATE TO

Name ▼ PAC JAM PUBLISHING
Number/Street/Apartment Number ▼ 67 N.W. 71ST STREET
City/State/ZIP ▼ Miami, Florida 33150

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE 1987-181-531/60.007

16A 10    Lil Joe docs 00380

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER
PA 381 467
(PA) PAU

EFFECTIVE DATE OF REGISTRATION
Sep. 12, 1988
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
SEP 12 1988

Page 3 of 3 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  CHECK IT OUT YALL
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S).** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  PAC JAM PUBLISHING, 67 N.W. 71ST STREET, MIAMI, FLORIDA 33150

## B — Continuation of Space 2

[X] **NAME OF AUTHOR:** LUTHER CAMPBELL
Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
**DATES OF BIRTH AND DEATH:** Born 1960 Died ___
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in USA
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ___ No X; Pseudonymous? Yes ___ No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

[ ] **NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ___ or Domiciled in ___
**AUTHOR OF:**

[ ] **NAME OF AUTHOR:**
(blank)

[ ] **NAME OF AUTHOR:**
(blank)

[ ] **NAME OF AUTHOR:**
(blank)

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2

10 A

Lil Joe docs 00381

| | | |
|---|---|---|
| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born (Year) Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes ☒ No ☐ | | **B** Continuation of Space 2 |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ (Name of Country) or Domiciled in _____ (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ☐ No ☐ Pseudonymous? Yes ☐ No ☐ |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born (Year) Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes ☐ No ☐ | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ (Name of Country) or Domiciled in _____ (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ☐ No ☐ Pseudonymous? Yes ☐ No ☐ |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born (Year) Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes ☐ No ☐ | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ (Name of Country) or Domiciled in _____ (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ☐ No ☐ Pseudonymous? Yes ☐ No ☐ |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born (Year) Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes ☐ No ☐ | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ (Name of Country) or Domiciled in _____ (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ☐ No ☐ Pseudonymous? Yes ☐ No ☐ |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. |

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

Lil Joe docs 00382

10 A 12

August 1987—12,000

GOVERNMENT PRINTING OFFICE 1987-181-551 60,003