# EXHIBIT 8

**FORM PA**

TED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu   1 144 554

PA _____ / PAU _____

EFFECTIVE DATE OF REGISTRATION

_September 19, 1988_

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

GET IT GIRL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**NAME OF AUTHOR ▼**

CHRIS WONGWON

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**NAME OF AUTHOR ▼**

MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**NAME OF AUTHOR ▼**

DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country USA
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

**NOTE**
Under the law, the "author" of a

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work
1986 ◀ Year in all cases. has been published.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 12   Day ▶ 1   Year ▶ 1986   ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PAC JAM PUBLISHING
67 N.W. 71ST STREET
MIAMI, FLORIDA  33150

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

By written agreement

APPLICATION RECEIVED
SEP. 19. 1988
ONE DEPOSIT RECEIVED
SEP 19 1988
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

Lil Joe docs 00383

See instructions before completing this space

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

10 A 13

DO NOT WRITE HERE

Case 1:21-cv-23727-DPG Document 58-1 Entered on FLSD Docket 12/01/2022 Page 3 of 5

with correspondence showing original
signature.

CHECKED BY

PAu 1 144 554

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

This is the first published edition of a work previously registered in unpublished form.

This is the first application submitted by this author as copyright claimant.

This is a changed version of the work, as shown by space 6 on this application.

Your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

N/A

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
JONATHAN R. BLACK, ESQ.
PAC JAM PUBLISHING
67 N.W. 71ST STREET
MIAMI, FLORIDA  33150

Area Code & Telephone Number ▶   (305) 754-1779

Be sure to
give your
daytime phone
◀ number

CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  PAC JAM PUBLISHING
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK
date ▶  9/7/88

Handwritten signature (X) ▼
Jonathan R Black

MAIL
CERTIFI-
CATE TO

Name ▼
PAC JAM PUBLISHING

Number/Street/Apartment Number ▼
67 N.W. 71ST STREET

City/State/ZIP ▼
MIAMI, FLORIDA  33150

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights
Library of Congress  Washington
D.C. 20559

*17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or
in connection with the application, shall be fined not more than $2,500.
U.S. GOVERNMENT PRINTING OFFICE  1987 181 531 40 021

Lil Joe docs 00384
/0 A 14

# CONTINUATION SHEET FOR FORM PA

UNITED STATES COPYRIGHT OFFICE

at all possible, try to fit the information called for into the spaces provided on Form PA.

you do not have space enough for all of the information you need give on Form PA, use this continuation sheet and submit it with orm PA.

you submit this continuation sheet, clip (do not tape or staple) it to orm PA and fold the two together before submitting them.

ART A of this sheet is intended to identify the basic application. ART B is a continuation of Space 2. PART C (on the reverse side of iis sheet) is for the continuation of Spaces 1, 4, or 6. The other paces on Form PA call for specific items of information, and should ot need continuation.

| REGISTRATION NUMBER |
| --- |
| PAu  1 144 554 |
| PA          PAU |
| EFFECTIVE DATE OF REGISTRATION |
| September 19, 1988 |
| (Month)       (Day)      (Year) |
| CONTINUATION SHEET RECEIVED |
| 26 September 19 1988 |
| Page __5__ of __3__ pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(A)** ntification of pplication

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
GET IT GIRL

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S).** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
PAC JAM PUBLISHING, 67 N.W. 71ST STREET, MIAMI, FLROIDA  33150

---

**(B)** ntinuation f Space 2

[X] **NAME OF AUTHOR:** LUTHER CAMPBELL
Was this author's contribution to the work a "work made for hire"?    Yes ...  No.. X
**DATES OF BIRTH AND DEATH:** Born 1960 (Year)   Died .... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of... USA (Name of Country)  or  { Domiciled in ... USA (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...  No X
Pseudonymous?  Yes ....  No X
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
LYRICS

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No. ...
**DATES OF BIRTH AND DEATH:** Born ........ Died ....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of...  or  { Domiciled in ...
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes .... No. .
Pseudonymous?  Yes ....  No .
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes...... No. .
**DATES OF BIRTH AND DEATH:** Born ........ Died ....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of...  or  { Domiciled in ...
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...  No ...
Pseudonymous?  Yes.....  No ..
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes ...  No. . ..
**DATES OF BIRTH AND DEATH:** Born ........ Died ....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of...  or  { Domiciled in ...
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes .... No
Pseudonymous?  Yes .  No
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?    Yes    No
**DATES OF BIRTH AND DEATH:** Born ........ Died ....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of  or  Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?  Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

Use the reverse side of this sheet if you need more space for
- Further continuation of Space 2
- Continuation of Spaces 1, 4, or 6 of Form PA

10 ₹ 15

Lil Joe docs 00385

| | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | Continuation of Space 2 |
|---|---|---|---|
| **AUTHOR'S NATIONALITY OR DOMICILE:** | | | |
| Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | Anonymous?  Yes  No  Pseudonymous?  Yes  No | | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached | | |
| **NAME OF AUTHOR:** | DATES OF BIRTH AND DEATH: | | |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | Born ____ (Year)  Died ____ (Year) | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | | |
| Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | Anonymous?  Yes  No  Pseudonymous?  Yes  No | | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes" see detailed instructions attached | | |
| **NAME OF AUTHOR:** | DATES OF BIRTH AND DEATH: | | |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | Born ____ (Year)  Died ____ (Year) | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | | |
| Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | Anonymous?  Yes  No  Pseudonymous?  Yes  No | | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached | | |
| **NAME OF AUTHOR:** | DATES OF BIRTH AND DEATH: | | |
| Was this author's contribution to the work a "work made for hire"?  Yes  No | Born ____ (Year)  Died ____ (Year) | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: | | |
| Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country) | Anonymous?  Yes  No  Pseudonymous?  Yes  No | | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes" see detailed instructions attached | | |

NTINUATION OF (Check which)·  ☐ Space 1  ☐ Space 4  ☐ Space 6

**C**

**Continuation of other Spaces**

Lil Joe docs 00386

ERNMENT PRINTING OFFICE  1987—181-531/50,003