# EXHIBIT 12

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 407 598

PA / PAU

EFFECTIVE DATE OF REGISTRATION

SEP 12 1988

Month　　Day　　Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

MR MIXX ON THE MIX

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

MUSIC

**2**

**NAME OF AUTHOR ▼**

a  CHRIS WONG WON

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1964

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☒ No
Pseudonymous?　☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

**NAME OF AUTHOR ▼**

b  MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☒ No
Pseudonymous?　☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
MUSIC

**NAME OF AUTHOR ▼**

c  DAVID HOBBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☒ No
Pseudonymous?　☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 12  Day ▶ 1  Year ▶ 86
ONLY if this work has been published.
USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC JAM PUBLISHING

67 N.W. 71st Street

MIAMI, FLORIDA  33150

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
DEC 12 1988  MAR 16 1989
ONE DEPOSIT RECEIVED
SEP 12 1988
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form

Lil Joe docs 00430

PA 61

DO NOT WRITE HERE
Page 1 of 4

PA 0000223653

EXAMINED BY ~~FM~~ / ~~LWH~~   FORM PA

CHECKED BY

PA   407 598

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

N/A

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

JONATHAN R. BLACK Esq,
PAC JAM PUBLISHING
67 N.W. 71st Street
MIAMI, FLORIDA 33150
Area Code & Telephone Number ▶ (305) 754-1779

**7**

Be sure to give your daytime phone number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   PAC JAM PUBLISHING
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK      date ▶ 9/7/88

Handwritten signature (X) ▼
*/s/ Jonathan R. Black*

**8**

MAIL CERTIFICATE TO

Name ▼
PAC JAM PUBLISHING
Number/Street/Apartment Number ▼
67 N.W. 71st Street
City/State/ZIP ▼
MIAMI, FLORIDA 33150

Lil Joe dncs 00431

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

10A 62

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

**REGISTRATION NUMBER**

PA 407 598

PA    PAU

**EFFECTIVE DATE OF REGISTRATION**

SEP 12 1988

(Month)  (Day)  (Year)

**CONTINUATION SHEET RECEIVED**

DEC 12 1988

Page ___ of 4 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)

  MR. MIXX ON THE MIX

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)

  PAC JAM PUBLISHING, 67 N.W. 71st Street, MIAMI, FLORIDA 33150

**B** — Continuation of Space 2

**NAME OF AUTHOR:** LUTHER CAMPBELL

Was this author's contribution to the work a "work made for hire"? Yes ___ No X

**DATES OF BIRTH AND DEATH:** Born 1960  Died ___

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ___ No X
Pseudonymous? Yes ___ No X

**AUTHOR OF:** (Briefly describe nature of this author's contribution) MUSIC

[Additional author blocks blank]

Use the reverse side of this sheet if you need more space for
- Further continuation of Space 2

Lil Joe docs 00432

10A63

**B** Continuation of Space 2

| | |
|---|---|
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes   No | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of (Name of Country)   or   Domiciled in (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No   Pseudonymous? Yes No   If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes   No | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of (Name of Country)   or   Domiciled in (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No   Pseudonymous? Yes No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes   No | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of (Name of Country)   or   Domiciled in (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No   Pseudonymous? Yes No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |
| **NAME OF AUTHOR:** | **DATES OF BIRTH AND DEATH:** Born (Year)   Died (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes   No | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of (Name of Country)   or   Domiciled in (Name of Country) | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No   Pseudonymous? Yes No |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | |

**CONTINUATION OF** (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6

PA   407 598

**C** Continuation of other Spaces

Lil Joe docs 00433

10A64