# EXHIBIT 14

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 364 473

PA / PAU

EFFECTIVE DATE OF REGISTRATION

4 / 15 / 88
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 TITLE OF THIS WORK ▼**
DROP THE BOMP

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NONE

**NATURE OF THIS WORK ▼** See instructions
WORDS AND MUSIC

---

**2 NAME OF AUTHOR ▼**
a  MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

**NAME OF AUTHOR ▼**
b  DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC

**NAME OF AUTHOR ▼**
c  LUTHER CAMPBELL

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1960   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS

---

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MARCH   Day ▶ 20   Year ▶ 1988
USA ◀ Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd suite 307
Miami, Fla. 33137

APPLICATION RECEIVED
APR 15 1988

ONE DEPOSIT RECEIVED
APR 15 1988

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

Lil Joe docs 00438

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

10 B4

EPS

| EXAMINED BY | ✓ | FORM PA |
|---|---|---|
| CHECKED BY | | |

PA  364 473

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
N/A

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Jonathan R. Black Esq.
Pac-Jam Publishing
3050 Biscayne Blvd., Suite 307
Miami, Fla. 33137
Area Code & Telephone Number ▶ 305-573-0599

**7**

Be sure to give your daytime phone number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  PAC JAM PUBLISHING
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
JONATHAN R. BLACK                                      date ▶ 3/20/88

Handwritten signature (X) ▼
*[signature: Jonathan R. Black]*

**8**

| MAIL CERTIFI-CATE TO | Name ▼  PAC-JAM PUBLISHING |
|---|---|
| Certificate will be mailed in window envelope | Number Street Apartment Number ▼  3050 BISCAYNE BLVD  SUITE 307 |
| | City State ZIP ▼  MIAMI, FLA., 33137 |

**9**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Lil Joe docs 00439

10B5

| PA | 466 201 |
|---|---|

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

Effective Date of Supplementary Registration

May 11 1990
(MONTH) (DAY) (YEAR)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** Basic Instructions

**TITLE OF WORK:**
DROP THE BOMB

| REGISTRATION NUMBER OF BASIC REGISTRATION: | YEAR OF BASIC REGISTRATION: |
|---|---|
| PA 364 473 | 1988 |
| **NAME(S) OF AUTHOR(S):** MARK ROSS DAVID HOBBS LUTHER CAMPBELL | **NAME(S) OF COPYRIGHT CLAIMANT(S):** PAC JAM PUBLISHING |

**B** Correction

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:**
Line Number 1 ........ Line Heading or Description ..... WRONG TITLE

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:**
TWO WRITERS LEFT OFF APPLICATION, TWO ADDITIONAL PUBLISHING COMPANIES SHOULD BE LISTED AS COPYRIGHT OWNERS.

**CORRECTED INFORMATION:** COPYRIGHT SHOULD READ
(C) 1988, PAC JAM PUBLISHING, ACKEE MUSIC INC. & BATANIA MUSIC
WRITERS TO BE ADDED: ROBERT REED, JAMES AVERY & CHRIS WONGWON

**EXPLANATION OF CORRECTION:** (Optional)




**C** Amplification

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:**
Line Number ...2....... Line Heading or Description .. THREE ADDITIONAL WRITERS ADDED

**AMPLIFIED INFORMATION:**

INCORRECT PUBLISHING INFORMATION GIVEN ON ORIGINAL REGISTRATION
THREE WRITERS NOT LISTED ON ORIGINAL REGISTRATION
THE INCORRECT TITLE WAS LISTED.
CORRECT TITLE IS: THE BOMB HAS DROPPED

**EXPLANATION OF AMPLIFIED INFORMATION:** (Optional)

THE CORRECT TITLE OF THE SONG IS
"THE BOMB HAS DROPPED"

Lil Jue docs 00440

10 B6

|  | EXAMINED BY: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| PA 466 201 | CHECKED BY: | MAY 11 1990 | |
| | CORRESPONDENCE: ☑ YES | REMITTANCE NUMBER AND DATE: | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION: ☑ YES ☐ NO | DEPOSIT ACCOUNT FUNDS USED: ☐ | |

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

**CONTINUATION OF:** (Check which)   ☐ PART B   OR   ☐ PART C

**(D) Continuation**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account:

Name ........................................................   Account Number ....................

**(E) Deposit Account and Mailing Instructions**

**CORRESPONDENCE:** Give name and address to which correspondence should be sent:

Name .... LEONARD HODES .................................... Apt. No. ........
PAC JAM PUBLISHING
SUITE 415
Address .... 3575 CAHUENGA BLVD., WEST, LOS ANGELES, CA. 90068
(Number and Street)   (City)   (State)   (ZIP Code)

**CERTIFICATION** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author   ☐ other copyright claimant   ☐ owner of exclusive right(s)   ☒ authorized agent of: .. PAC JAM PUBLISHING ..
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Leonard Hodes*

Typed or printed name: ............ LEONARD HODES ............

Date: ...... 5/1/90 ......

**(F) Certification (Application must be signed)**

* 17 USC §506(e): FALSE REPRESENTATION— Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

| MAIL CERTIFICATE TO | |
|---|---|
| PAC JAM PUBLISHING SUITE 415 (Name) 3575 CAHUENGA BLVD., WEST (Number, Street and Apartment Number) LOS ANGELES, CA. 90068 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**(G) Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022/11

Lil Joe docs 00441

10 B7