# EXHIBIT 32

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-039-533**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION
Month: 5   Day: 22   Year: 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
WORD 11 (XR-102) Clean Version

PREVIOUS OR ALTERNATIVE TITLES ▼
NONE

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

**2**

a. NAME OF AUTHOR ▼
Chris Wong Won

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
05/29/1964

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ TRINIDAD
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b. NAME OF AUTHOR ▼
Mark Ross

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
04/02/1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

c. NAME OF AUTHOR ▼
David Hobbs

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
09/23/1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**3**

a. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1988 ◀ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ March   Day ▶ 20   Year ▶ 1988
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S)
LIL' JOE WEIN MUSIC, INC.
6157 N. W. 167th Street, Ste. F-17
Miami, FL 33015

APPLICATION RECEIVED
MAY 22 2001

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 22 2001

FUNDS RECEIVED

TRANSFER
BY WRITTEN AGREEMENT

MORE ON BACK ▶

10 C 20

Lil Joe docs 00521

| CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Yes | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

NONE

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼         Account Number ▼
LIL' JOE WEIN MUSIC          DA081523

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lil' Joe Records, Inc.
6157 N. W. 167th Street, F-17
Miami, Florida 33015
Attn: Joseph Weinberger / Robert MacDonald
Area code and daytime telephone number ▶ ( 305 ) 362-8900    Fax number ▶ ( 305 ) 822-1122
Email ▶ LJRWRED@AOL.COM

**8 CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of LIL' JOE WEIN MUSIC, INC.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Joseph Weinberger                                    Date ▶ May 10 2001

Handwritten signature (X) ▼
X [signature]

**9 Certificate will be mailed in window envelope to this address:**
Name ▼
LIL' JOE WEIN MUSIC, INC.
Number/Street/Apt ▼
6157 N. W. 167th STREET, F-17
City/State/ZIP ▼
MIAMI, FL 33015

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
August 2000—200,000                    U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20

10C 21

Lil Joe docs 00522

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2 on the basic application.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application.

**FORM PA/CON**
UNITED STATES COPYRIGHT OFFICE

PA 1-039-533

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION
5 / 22 / 2001
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAY 22 2001

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: WORD 11 (XR-102) (Clean Version)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): LIL' JOE WEIN MUSIC, INC.
  6157 N.W. 167th STREET, STE. F-17 MIAMI, FL 33015

**B Continuation of Space 2**

d
NAME OF AUTHOR: LUTHER RODERICK CAMPBELL
DATES OF BIRTH AND DEATH: Year Born 12/22/1960
Was this contribution to the work a "work made for hire"? No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? No; Pseudonymous? No
NATURE OF AUTHORSHIP: Lyrics, Words and Music

e
NAME OF AUTHOR:
DATES OF BIRTH AND DEATH:

f
NAME OF AUTHOR:
DATES OF BIRTH AND DEATH:

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

10C22

Lil Joe docs 00523