# EXHIBIT 42

PA 413 529

PA | PAU

EFFECTIVE DATE OF REGISTRATION

AUG 1 0 1989
Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

I AIN²T BULLSHITTIN'

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**NATURE OF THIS WORK ▼** See Instructions

LYRICS AND MUSIC

## 2

**a**

**NAME OF AUTHOR ▼**

LUTHER CAMPBELL   *A.K.A. LUKE SKYYWALKER

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**b**

**NAME OF AUTHOR ▼**

DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**c**

**NAME OF AUTHOR ▼**

MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 15   Year ▶ 89
USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
AUG. 1 0 1989
ONE DEPOSIT RECEIVED
AUG. 1 0 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____

Lil Joe docs 00563

D 33

PA 413 529

*Amended by CO, authority of Marty Wexter,
authorized agent of Pac Jam Publishing,
from phone call on April 11, 1990.

| | |
|---|---|
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT ☐ FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

PAC-JAM PUBLISHING                    PA80901088

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/Zip** ▼

LINDA FINE
3050 Biscayne Blvd., Suite 307
Miami, Florida  33137

**7**

Be sure to give your daytime phone ◀ number

Area Code & Telephone Number ▶ (305) 573-0599

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    PAC-JAM PUBLISHING
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
LINDA FINE                                                          date ▶ 8/4/89

Handwritten signature (X) ▼

**8**

| | | |
|---|---|---|
| **MAIL CERTIFI-CATE TO** | **Name** ▼   PAC-JAM PUBLISHING | Have you: • Completed all necessary spaces? • Signed your application in space 8? • Enclosed check or money order for $10 payable to Register of Copyrights? • Enclosed your deposit material with the application and fee? **MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559. |
| Certificate will be mailed in window envelope | **Number/Street/Apartment Number** ▼   3050 BISCAYNE BLVD., SUITE 307 | |
| | **City/State/ZIP** ▼   MIAMI, FLORIDA  33137 | |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

D 34

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ............................ } or { Domiciled in ..........................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ...... No .....
Pseudonymous?  Yes ...... No .....

If the answer to either of these questions is "Yes," see detailed instructions attached

Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...... No .....

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ............................ } or { Domiciled in ..........................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ...... No .....
Pseudonymous?  Yes ...... No .....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ..... No .....

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ............................ } or { Domiciled in ..........................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ...... No .....
Pseudonymous?  Yes ...... No .....

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...... No .....

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ............................ } or { Domiciled in ..........................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ...... No .....
Pseudonymous?  Yes ...... No .....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF (Check which):**  ☐ Space 1   ☐ Space 4   ☐ Space 6

Ⓒ

**Continuation of other Spaces**

D 36