# EXHIBIT 45

REGISTRATION NUMBER

PA ~ PA 443 531 PAU

EFFECTIVE DATE OF REGISTRATION

AUG 1 0 1989

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

IF YOU BELIEVE IN HAVING SEX

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**NATURE OF THIS WORK ▼** See instructions

LYRICS AND MUSIC

**NAME OF AUTHOR ▼**

**a** LUTHER CAMPBELL *A.K.A. LUKE SKYYWALKER

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**NAME OF AUTHOR ▼**

**b** DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**NAME OF AUTHOR ▼**

**c** MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6   Day ▶ 15   Year ▶ 89
USA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

APPLICATION RECEIVED
AUG. 1 0 1989
ONE DEPOSIT RECEIVED
AUG. 1 0 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____

Lil Joe docs 00579

\*Amended by CO, authority of Marty Wexter,
authorized agent of Pac Jam Publishing,
from phone call on April 11, 1990.

| | |
|---|---|
| ☐ CORRESPONDENCE<br>☑ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| ☐ DEPOSIT ACCOUNT<br>FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

PAC-JAM PUBLISHING                              PA80901088

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

LINDA FINE
3050 Biscayne Blvd., Suite 307
Miami, Florida  33137

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶ (305) 573-0599

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___PAC-JAM PUBLISHING___
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
LINDA FINE                                                date ▶ 8/4/89

Handwritten signature (X) ▼

| | | |
|---|---|---|
| **MAIL<br>CERTIFI-<br>CATE TO** | Name ▼<br>PAC-JAM PUBLISHING | **Have you:**<br>● Completed all necessary spaces?<br>● Signed your application in space 8? |
| **Certificate<br>will be<br>mailed in<br>window<br>envelope** | Number/Street/Apartment Number ▼<br>3050 BISCAYNE BLVD., SUITE 307<br>City/State/ZIP ▼<br>MIAMI, FLORIDA  33137 | ● Enclosed check or money order for $10 payable to Register of Copyrights?<br>● Enclosed your deposit material with the application and fee?<br>**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559 |

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Lil Joe docs 00580

If at all possible, try to fit the information called for into the spaces provided on Form PA.

If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.

If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.

PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PA ~ 443 531 |
| PA     PAU |

EFFECTIVE DATE OF REGISTRATION
AUG 1 0 1989
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
AUG 1 0 1989

Page __ of __ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

| **A** Identification of Application | IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work: |
| --- | --- |
| | • TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.) |
| | IF YOU BELIEVE IN HAVING SEX ........................................... |
| | • NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S). (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.) |
| | PAC-JAM PUBLISHING, 3050 BISCAYNE BLVD., 307, MIAMI, FL. 33137. |

| **B** Continuation of Space 2 | NAME OF AUTHOR: CHRISTOPHER WONG WON | DATES OF BIRTH AND DEATH: Born 1964 Died ........ (Year) (Year) |
| --- | --- | --- |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No. X. | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: X |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA } or { Domiciled in USA (Name of Country) (Name of Country) | Anonymous? Yes...... No y.. Pseudonymous? Yes...... No X.. |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) LYRICS AND MUSIC | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died ........ (Year) (Year) |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of } or { Domiciled in (Name of Country) (Name of Country) | Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died ........ (Year) (Year) |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of } or { Domiciled in (Name of Country) (Name of Country) | Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died ........ (Year) (Year) |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of } or { Domiciled in (Name of Country) (Name of Country) | Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |
| | NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born .......... Died ........ (Year) (Year) |
| | Was this author's contribution to the work a "work made for hire"? Yes...... No...... | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: |
| | AUTHOR'S NATIONALITY OR DOMICILE: Citizen of } or { Domiciled in (Name of Country) (Name of Country) | Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... |
| | AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

Use the reverse side of this sheet if you need more space for:
• Further continuation of Space 2
• Continuation of Spaces 1, 4, or 6 of Form PA

Lil Joe docs 00581

D 51

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes .....   No ..

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

(B) Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes .....   No ...

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No ......

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
(Year)              (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .......................... } or { Domiciled in ..........................
(Name of Country)                           (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**CONTINUATION OF (Check which):**   ☐ Space 1   ☐ Space 4   ☐ Space 6

(C) Continuation of other Spaces

Lil Joe docs 00582