# EXHIBIT 50

REGISTRATION NUMBER

PA   4.13 535

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Month   AUG 1 0 1989   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

BAD ASS BITCH

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**NATURE OF THIS WORK ▼** See instructions –

LYRICS AND MUSIC

---

**2**

**a** NAME OF AUTHOR ▼

ROBERT REED

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? | ☐ Yes ☐ No | |
| ☐ No | Domiciled in ▶ | Pseudonymous? | ☐ Yes ☐ No | |

**NOTE**

Under the law, the "author" of a "work made for hire" is...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS AND MUSIC

**b** NAME OF AUTHOR ▼

JAMES AVERY

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION T THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? | ☐ Yes ☐ No | |
| ☐ No | Domiciled in ▶ | Pseudonymous? | ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

LYRICS AND MUSIC

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION T THE WORK | | If the answer to either of these questions is "Yes," see detailed instructions |
|---|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? | ☐ Yes ☐ No | |
| ☐ No | Domiciled in ▶ | Pseudonymous? | ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

| YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. |
|---|---|
| 1989 ◀ Year | Month ▶ 6   Day ▶ 15   Year ▶ 1989 |

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

☆PAC JAM MUSIC / ACKEE MUSIC / BATANIA MUSIC

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

☆by written agreement

See instructions before completing this space.

APPLICATION RECEIVED
AUG. 1 0 1989
ONE DEPOSIT RECEIVED
AUG. 1 0 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions        • Sign the form at line 8.

DO NOT WRITE ▶

Page 1 of

Lil Joe docs 00603

D 73

# CONTINUATION SHEET FOR FORM PA

## FORM PA/CON
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
| --- |
| PA   443 535 |
| PA          PAU |

EFFECTIVE DATE OF REGISTRATION
AUG 1 0 1989
........(Month)........(Day)........(Year)........

CONTINUATION SHEET RECEIVED
AUG 1 0 1989

Page _____ of _____ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

### (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  BAD ASS BITCH

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  PAC-JAM PUBLISHING, 3050 BISCAYNE BLVD., 307, MIAMI, FL. 33137.

### (B) Continuation of Space 2

| | | |
| --- | --- | --- |
| **NAME OF AUTHOR:** CHRISTOPHER WONG WON | | **DATES OF BIRTH AND DEATH:** Born 1964 Died ........ (Year) (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes...... No. X.. | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA } or { Domiciled in USA (Name of Country) (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** x Anonymous? Yes...... No X Pseudonymous? Yes...... No X If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) LYRICS AND MUSIC | | |

| | | |
| --- | --- | --- |
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** Born ........ Died ........ (Year) (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of } or { Domiciled in (Name of Country) (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | |

| | | |
| --- | --- | --- |
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** Born ........ Died ........ (Year) (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of } or { Domiciled in (Name of Country) (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | |

| | | |
| --- | --- | --- |
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** Born ........ Died ........ (Year) (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of } or { Domiciled in (Name of Country) (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | |

| | | |
| --- | --- | --- |
| **NAME OF AUTHOR:** | | **DATES OF BIRTH AND DEATH:** Born ........ Died ........ (Year) (Year) |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of } or { Domiciled in (Name of Country) (Name of Country) | | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No...... If the answer to either of these questions is "Yes," see detailed instructions attached. |
| **AUTHOR OF:** (Briefly describe nature of this author's contribution) | | |

Lil Joe docs 00604

D 24

Use the reverse side of this sheet if you need more space for:

PA   413 535

Lil Joe docs 00605

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA    450 515

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

JAN 08 1990
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

BAD ASS BITCH

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

**2**

**NAME OF AUTHOR ▼**

a    LUTHER CAMPBELL

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

DAVID HOBBS

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

MARK ROSS

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 15   Year ▶ 1989   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PAC JAM PUBLISHING
3575 CAHUENGA BLVD. W. – SUITE 415
LOS ANGELES, CA 90068

APPLICATION RECEIVED
JAN 08 1990
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 08 1990
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

BY WRITTEN AGREEMENT

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Lil Joe docs 00606

D 76

PA    450 515

FORM PA

CHECKED BY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
f your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space

. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**DA 0 6 7 2 5 3**

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
PAC JAM PUBLISHING   C/O MARTY WEKSER
3575 CAHUENGA BLVD. W. - SUITE #415
LOS ANGELES, CA  90068

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ►

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of___PAC JAM PUBLISHING
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

MARTY WEKSER                                         date ► 1-2-90

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
PAC JAM PUBLISHING

Number/Street/Apartment Number ▼
3575 CAHUENGA BLVD. W.   SUITE #415

City/State/ZIP ▼
LOS ANGELES, CA  90068

Certificate
will be
mailed in
window
envelope

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application shall be fined not more than $2,500

☆ GOVERNMENT PRINTING OFFICE 1984—451-584: 10 008

October 1984—200 000

Lil Joe docs 00607

CONTINUATION SHEET FOR FORM PA LSD Docket 12/01/20

# CONTINUATION SHEET FOR FORM PA/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

| REGISTRATION NUMBER |
|---|
| PA 450 515 |
| PA — PAU |
| EFFECTIVE DATE OF REGISTRATION |
| JAN 08 1990 |
| (Month) (Day) (Year) |
| CONTINUATION SHEET RECEIVED |
| JAN 08 1990 |
| Page _3_ of _4_ pages |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
  BAD ASS BITCH

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
  PAC JAM PUBLISHING – 3575 CAHUENGA BLVD. W. – SUITE 615 – LOS ANGELES, CA. 90068

**B** Continuation of Space 2

**NAME OF AUTHOR:** CHRIS WONGWON
Was this author's contribution to the work made for hire"? Yes..... No. X.
DATES OF BIRTH AND DEATH: Born 1964 Died
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes... No X. Pseudonymous? Yes... No X.
AUTHOR OF: WORDS AND MUSIC

**NAME OF AUTHOR:** ROBERT REED
Was this author's contribution to the work a "work made for hire"? Yes..... No. X.
DATES OF BIRTH AND DEATH: Born Died
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes... No X. Pseudonymous? Yes... No X.
AUTHOR OF: WORDS AND MUSIC

**NAME OF AUTHOR:** JAMES AVERY
Was this author's contribution to the work a "work made for hire"? Yes..... No. X.
DATES OF BIRTH AND DEATH: Born Died
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes... No X. Pseudonymous? Yes... No X.
AUTHOR OF: WORDS AND MUSIC

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes..... No.....
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of or Domiciled in
AUTHOR OF:

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes..... No.....
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of or Domiciled in
AUTHOR OF:

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4 or 6 of Form PA

Lil Joe docs 00608

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .................... } or { Domiciled in ........................
(Name of Country)  /                                    (Name of Country)

**AUTHOR OF:** Briefly describe nature of this author's contribution)

---

| | | **OTHOR'S CONTRIBUTION TO** |
| --- | --- | --- |

**WAS TH THE WORK:**

Anonymous?     Yes ..   No ..
Pseudonymous?  Yes . .   No ...

If the answer of these questions is
"Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes . . .   No......

**DATES OF BIRTH AND DEATH:**

Born .. . ...... Died ...
       (Year)            (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of . ................ . . } or { Domiciled in ..... ....................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes ..... No   ...
Pseudonymous?  Yes ..... No  ...

If the answer to either of these questions is
"Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes . . ...   No .....

**DATES OF BIRTH AND DEATH:**

Born . . ........ Died... . ....
       (Year)               (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ... .................. } or { Domiciled in .... .....................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
-- --

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes... No......
Pseudonymous?  Yes . ... No......

If the answer to either of these questions is
"Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?     Yes...... No......

**DATES OF BIRTH AND DEATH:**

Born ......... Died ... .. ...
       (Year)            (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ... ............. ..... } or { Domiciled in .... .....................
(Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?     Yes.... No ....
Pseudonymous?  Yes .. .. No  .

If the answer to either of these questions is
"Yes," see detailed instructions attached.

---

**Ⓓ**
**Continuation of Space 2**

---

**ONTINUATION OF** (Check which):     ☐ Space 1     ⌧ Space 4     ☐ Space 6

**ADDITIONAL COPYRIGHT CLAIMANTS :**

BATANIA MUSIC
C/O JAMES AVERY
2140 ALICE AVE. - #303
OXON HILLS, MD  20745

ACKEE MUSIC
8920 SUNSET BLVD.
2ND FLOOR
LOS ANGELES, CA 90069

**Ⓒ**
**Continuation of other Spaces**

Lil Joe docs 00609

D 79

**FORM PA**
NITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 538 346

PA _____ PAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 9 | 17 | 91 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

BAD ASS BITCH

(2 LIVE CREW CS
AS NASTY AS THEY
WANNA BE)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

BAD A..B...H

**NATURE OF THIS WORK ▼** See instructions

WORDS AND MUSIC

---

**2**

**NAME OF AUTHOR ▼**

ⓐ ROBERT REED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ USA  Domiciled in ▶ | Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No |

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

ⓑ LUTHER CAMPBELL PKA LUKE SKYYWALKER

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ USA  Domiciled in ▶ | Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No |

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

ⓒ DAVID HOBBS PKA MR. MIX

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR { Citizen of ▶ USA  Domiciled in ▶ | Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No |

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1989  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ 6   Day ▶ 15   Year ▶ 1989
USA   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

ACKEE MUSIC, INC. AND SYDY MUSIC 3500 WEST OLIVE AVE.
SUITE 200, BURBANK, CA 91505 PAC JAM PUBLISHING AND
BATAVIA MUSIC

APPLICATION RECEIVED
SEP 17 1991
ONE DEPOSIT RECEIVED
SEP 17 1991
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
BY ASSIGNMENT

REMITTANCE NUMBER AND DATE

Lil Joe docs 00610

80

---

• See detailed instructions

EXAMINED BY

CHECKED BY

FORM PA

PA   538 346

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

ACKEE MUSIC, INC.                                    30791

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

MAUREEN BACON
ACKEE MUSIC, INC.
3500 WEST OLIVE AVE., SUITE 200
BURBANK, CA 91505

Area Code & Telephone Number ▶   818-843-4046

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   ACKEE MUSIC, INC. AND SYDY MUSIC
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

LISA JACOBS                                          date ▶  SEPTEMBER 9, 1991

Handwritten signature (X) ▼

*Lisa Jacobs*

**8**

MAIL
CERTIFI-
CATE TO

Name ▼ MAUREEN BACON
ACKEE MUSIC, INC.

Number Street Apartment Number ▼
3500 WEST OLIVE AVE., SUITE 200

City State ZIP ▼
BURBANK, CA 91505

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for c    opyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500.

July 1990—135,000

Lil Joe docs 00611

# CONTINUATION SHEET FOR FORM PA

**FORM PA/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

REGISTRATION NUMBER

PA 538 346

PA          PAU

EFFECTIVE DATE OF REGISTRATION

9 . . . . 11 . . . 91
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED
SEP 17. 991

Page __3__ of __3__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(A)** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form PA.)
BAD ASS BITCH

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form PA.)
ACKEE MUSIC, INC. 3500 W. OLIVE AVE., SUITE 200, BURBANK, CA 91505

---

**(B)** Continuation of Space 2

**D**
**NAME OF AUTHOR:** MARK ROSS PKA BROTHER MARQUIS
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**DATES OF BIRTH AND DEATH:** Born ......... Died .........
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ... No X Pseudonymous? Yes ... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) WORDS AND MUSIC

**E**
**NAME OF AUTHOR:** CHRIS WONGWON PKA FRESH KID ICE
Was this author's contribution to the work a "work made for hire"? Yes..... No .....
**DATES OF BIRTH AND DEATH:** Born ......... Died .........
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ... No X Pseudonymous? Yes ... No X
**AUTHOR OF:** WORDS AND MUSIC

**F**
**NAME OF AUTHOR:** JAMES AVERY
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**DATES OF BIRTH AND DEATH:** Born ......... Died .........
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of USA or Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ... No X Pseudonymous? Yes ... No X
**AUTHOR OF:** WORDS AND MUSIC

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
**DATES OF BIRTH AND DEATH:** Born ... Died ...
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of or Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No Pseudonymous? Yes No
**AUTHOR OF:**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes... No.
**DATES OF BIRTH AND DEATH:** Born ... Died ...
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of or Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No Pseudonymous? Yes No
**AUTHOR OF:**

---

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*

Lil Joe does 00612

p 82

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes  No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)  Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes  No
Pseudonymous?  Yes  No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

**B** — Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes  No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)  Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes  No
Pseudonymous?  Yes  No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes  No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)  Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes  No
Pseudonymous?  Yes  No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes  No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)  Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country)  or  Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes  No
Pseudonymous?  Yes  No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**CONTINUATION OF** (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6

PA 538 346

**C** — Continuation of other Spaces

Lil Joe docs 00613

83