# EXHIBIT 57

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA -- 445 027

PA                                    PAU

EFFECTIVE DATE OF REGISTRATION

AUG 10 1989
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

YOU GOT LARCENY

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

NATURE OF THIS WORK ▼ See instructions

LYRICS AND MUSIC

---

**2**

**a** NAME OF AUTHOR ▼

LUTHER CAMPBELL

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1960

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**b** NAME OF AUTHOR ▼

DAVID HOBBS

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

**c** NAME OF AUTHOR ▼

MARK ROSS

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1967

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
LYRICS AND MUSIC

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1989 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 6    Day ▶ 15    Year ▶ 89
USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAC-JAM PUBLISHING
3050 Biscayne Blvd., Suite 307
MIAMI, FL. 33137

APPLICATION RECEIVED
AUG 10 1989
ONE DEPOSIT RECEIVED
AUG 10 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY WRITTEN AGREEMENT

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                • See detailed instructions    • Sign the form at line 8.

Lil Joe docs 00640

E/3

PA 445 027

CHECKED B DISC

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
PAC-JAM PUBLISHING                                  PA80901088

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
LINDA FINE
3050 Biscayne Blvd., Suite 307
Miami, Florida 33137

Area Code & Telephone Number ▶ (305) 573-0599

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  PAC-JAM PUBLISHING
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
LINDA FINE                                          date ▶ 8/4/89

Handwritten signature (X) ▼

MAIL CERTIFICATE TO
Name ▼
PAC-JAM PUBLISHING
Number/Street/Apartment Number ▼
3050 BISCAYNE BLVD., SUITE 307
City/State/ZIP ▼
MIAMI, FLORIDA 33137

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

E14

Lil Joe docs 00641

☆U.S. GOVERNMENT PRINTING OFFICE 1987–181–531 60 002                August 1987—

**REGISTRATION NUMBER**

PA 445 027

PA / PAU

**EFFECTIVE DATE OF REGISTRATION**

AUG 10 1989

**CONTINUATION SHEET RECEIVED**

AUG 10 1989

- If at all possible, try to fit the information called for into the spaces provided on Form PA.
- If you do not have space enough for all of the information you need to give on Form PA, use this continuation sheet and submit it with Form PA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form PA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form PA call for specific items of information, and should not need continuation.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on Form PA, submitted for the following work:

- TITLE: YOU GOT LARCENY
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): PAC-JAM PUBLISHING, 3050 BISCAYNE BLVD., 307, MIAMI, FL. 33137

**B — Continuation of Space 2**

NAME OF AUTHOR: CHRISTOPHER WONG WON
Was this author's contribution to the work a "work made for hire"? No X
DATES OF BIRTH AND DEATH: Born 1964
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? No X  Pseudonymous? No X
AUTHOR OF: LYRICS AND MUSIC

Lil Joe docs 00642

E15

| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born ......... (Year) Died ......... (Year) | B Continuation of Space 2 |
|---|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ..... No ..... | | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. (Name of Country) } or { Domiciled in .................. (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born ......... (Year) Died ......... (Year) | |
|---|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ..... No ..... | | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. (Name of Country) } or { Domiciled in .................. (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born ......... (Year) Died ......... (Year) | |
|---|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ..... No ..... | | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. (Name of Country) } or { Domiciled in .................. (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

| NAME OF AUTHOR: | | DATES OF BIRTH AND DEATH: Born ......... (Year) Died ......... (Year) | |
|---|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes ..... No ..... | | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................. (Name of Country) } or { Domiciled in .................. (Name of Country) | | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

CONTINUATION OF (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6

C Continuation of other Spaces

E 16

Lil Joe docs 00643