# EXHIBIT 59

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 881-625**

Month: 3  Day: 12  Year: 98

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
PRETTY WOMAN (CLEAN VERSION) XR108

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**
WORDS

**2 a NAME OF AUTHOR ▼**
Chris Wong Won
DATES OF BIRTH AND DEATH
Year Born ▼  05/29/1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ TRINIDAD
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Words

**b NAME OF AUTHOR ▼**
Mark Ross
DATES OF BIRTH AND DEATH
Year Born ▼  04/02/1967   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Words

**c NAME OF AUTHOR ▼**
David Hobbs
DATES OF BIRTH AND DEATH
Year Born ▼  09/23/1963   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE
Citizen of ▶ USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Words

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1989

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 06  Day ▶ 15  Year ▶ 1989
USA

**4 COPYRIGHT CLAIMANT(S)**
LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17
Miami, FL 33015

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED  3/12/98
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER**
BY WRITTEN AGREEMENT

E28   Lil Joe docs 00655

EXAMINED BY ___  
CHECKED BY

☑ CORRESPONDENCE  
  Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
UNKNOWN

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

This is a adaptation of Oh Pretty Woman by Roy Orbison and Bill Dees.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

We are only trying to copyright the words (verses only) because they are different from the pre-existing material.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                 Account Number ▼

LIL' JOE WEIN MUSIC, INC.                DA081523

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lil' Joe Records, Inc.
6157 NW 167TH STREET, F-17
MIAMI, FLORIDA 33015
ATTN: CORNEISE WEAVER
Area Code and Telephone Number ▶ 305-362-8900

**7**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of LIL' JOE WEIN MUSIC, INC.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Corneise Weaver                                      date ▶ 5/18/98

Handwritten signature (X) ▼
Corneise Weaver

**8**

**MAIL CERTIFICATE TO**
Name ▼
Lil' Joe Records, Inc.
Number/Street/Apartment Number ▼
6157 N.W 167TH STREET, F-17
City/State/ZIP ▼
MIAMI, FLORIDA 33015

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000                                                         ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-561/60,503

Lil Joe docs 00656

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM PA /CON
UNITED STATES COPYRIGHT OFFICE

PA 881-625

PA PAU SE SEG SEU SR SRU TX TAU VA VAU

EFFECTIVE DATE OF REGISTRATION

3 (Month)  12 (Day)  98 (Year)

CONTINUATION SHEET RECEIVED

- This Continuation Sheet is used in conjunction with Basic Forms PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

Page 3 of 3 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

**PRETTY WOMAN (CLEAN VERSION)**

- NAMES(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167th Street, Ste. F-17 Miami, FL 33015

## B — Continuation of Space 2

**d** NAME OF AUTHOR: Luther Campbell
DATES OF BIRTH AND DEATH: 12/22/1960

Was this contribution to the work a "work made for hire"? No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of US
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? No
Pseudonymous? No

NATURE OF AUTHORSHIP: Words

**e** NAME OF AUTHOR: [blank]

**f** NAME OF AUTHOR: [blank]

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

E30

Lil Joe docs 00657