# EXHIBIT 64

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGI  **SR 360-735**

EFFECTIVE DATE OF REGISTRATION

2 - 26 - 01
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

2 LIVE IS WHAT WE ARE  (XR-100)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

**2 a** NAME OF AUTHOR ▼

LIL' JOE RECORDS, INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

~~ALBUM OF SONGS~~  Sound Recording

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

1986 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Month ▶ 1   Day ▶ 1   Year ▶ 1986

USA ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

LIL' JOE RECORDS, INC
6157 NW 167TH STREET, F-17
MIAMI, FLORIDA 33015

APPLICATION RECEIVED
FEB 26 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FEB 26 2001
FUNDS RECEIVED

Lil Joe docs 00345

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b** ~~BY WRITTEN AGREEMENT~~

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☑ Yes

FORM SR

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C O , authority Telephone convesation with Joe Stewart ( authorized agent) on 2/20/02

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a

**6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b   ALL SONGS NEW   SR'S NEVER FILED   ONLY PA'S FILED FOR INDIVIDUAL SONGS

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                                    Account Number ▼

a   LIL' JOE WEIN MUSIC, INC                              DA081523

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
JOSEPH WEINBERGER / ROBERT MACDONALD
LIL' JOE RECORDS, INC
b   6157 NW 167TH STREET, F-17
MIAMI, FLORIDA 33015
Area code and daytime telephone number ▶ (305) 362-8900      Fax number ▶ (305) 822-1122
Email ▶ LJRWRED@AOL COM

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☒ authorized agent of  LIL' JOE WEIN MUSIC, INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

JOSEPH WEINBERGER                                         Date ▶ 2/22/01

Handwritten signature (x) ▼
X _____

**8**

Certificate will be mailed in window envelope to this address

Name ▼
JOSEPH WEINBERGER / ROBERT MACDONALD
c/o LIL' JOE RECORDS, INC.
Number/Street/Apt ▼
6157 NW 167TH STREET, F-17
City/State/ZIP ▼
MIAMI, FLORIDA 33015

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

As of July 1 1999 the filing fee for Form SR is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Lil Joe docs 00346