# EXHIBIT 70

LIL' JOE RECORDS, INC. vs MARK ROSS, ET AL.
Joseph Weinberger on 10/26/2022

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3              CASE NO. 1:21-CV-23727-DPG

 4
    LIL' JOE RECORDS, INC., a Florida
 5  corporation,

 6       Plaintiffs,

 7  v.

 8  MARK ROSS, CHRISTOPHER WONG
    WON, JR., RODERICK WONG WON,
 9  LETERIUS RAY, ANISSA WONG WON
    and LUTHER CAMPBELL,
10
         Defendants.
11

12  _____/

13
    DEPOSITION OF:      JOSEPH WEINBERGER
14                      (LIL' JOE RECORDS, INC.)

15  TAKEN BY:           DEFENDANTS

16  DATE:               OCTOBER 26, 2022

17  TIME:               10:57 A.M. - 3:46 P.M.

18  PLACE:              ZOOM VIDEOCONFERENCE

19  STENOGRAPHICALLY
    REPORTED BY:        KRISTINA ESSIG, RPR
20                      NOTARY PUBLIC, STATE OF FLORIDA

21

22

23

24

25
```

```
 1   copying the forms I had to give to Richard Wolfe.
 2        Q.    Okay.  And were you doing that in
 3   connection with the termination letter and/or this
 4   lawsuit?
 5        A.    Yes.
 6        Q.    So it's fair to say that because of this
 7   lawsuit, you went back and amended this copyright
 8   registration in Exhibit 6?
 9        A.    Yes.
10        Q.    Any other reason?
11        A.    No.
12        Q.    Okay.  I'm going to put another document in
13   front of you I'm going to mark as Exhibit 7.
14              (WHEREUPON, Defendants' Exhibit 7 was
15              marked for identification.)
16   BY MR. BURROUGHS:
17        Q.    Do you recognize this document?
18        A.    Yes.
19        Q.    Okay.  And what's this document?
20        A.    It's a Form SR.
21        Q.    And stopping at Section 5, do you see that
22   section?  "Previous registration:  Has registration
23   for this work or an earlier version of this work
24   already been made in the copyright office?"
25              Do you see that?
```

```
 1            We're going to marking as Exhibit 9 the
 2       agreement reflecting the '87 arrangement.
 3            (WHEREUPON, Defendants' Exhibit 9 was
 4            marked for identification.)
 5            MR. WOLFE:  Give me one second.
 6            Okay.  What you sent to me as Exhibit
 7       10, we're now marking Exhibit 9, and for the
 8       record, it's an undated document that says
 9       Recording Agreement and Skyywalker Records,
10       Inc., correct?
11  BY MR. BURROUGHS:
12       Q.   Are you familiar with this document?
13            MR. WOLFE:  Hold on.
14            Do you have it handy?
15            THE WITNESS:  This one here?
16            MR. WOLFE:  Yes, that's it.
17            THE WITNESS:  Yeah, I see it.
18  BY MR. BURROUGHS:
19       Q.   Okay.  When did you first see this
20  agreement?
21       A.   In the 2000's.
22       Q.   In what context did you first see this
23  agreement?
24       A.   Wong Won produced it in litigation I had
25  with him.
```

```
 1      Q.    Did you review it at the time?
 2      A.    Not really.
 3      Q.    Did you respond to Wong Won and dispute its
 4   voracity or validity at the time?
 5      A.    The case settled when we went to a
 6   mediation.
 7      Q.    So before settling it, it was never
 8   challenged, is that accurate?
 9      A.    I don't recall.  I don't -- I don't know.
10      Q.    As you sit here today, do you have reason
11   to challenge this agreement?
12      A.    Yeah, I told you earlier the different --
13   the different things that I thought were peculiar
14   with it.
15      Q.    Okay.  But other than some of the
16   peculiarities that you mentioned, do you challenge
17   the fact that the individuals transferred their
18   copyrights to the label via this agreement?
19      A.    Well, I don't know if this agreement is a
20   valid agreement because Luther Campbell said that
21   there was never an agreement.
22      Q.    Understood.
23            But do you dispute that the members of
24   2 Live Crew transferred the copyrights of the subject
25   albums to the label?
```

```
 1                  CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF BROWARD

 5

 6           I, KRISTINA ESSIG, RPR, Registered

 7    Professional Reporter, and Notary Public, State of

 8    Florida, certify that JOSEPH WEINBERGER, appeared

 9    before me via videoconference and was duly

10    sworn/affirmed remotely pursuant to the Florida

11    Supreme Court Administrative Order.

12

13           WITNESS my hand and official seal this

14    26th day of October, 2022.

15

16

17

18

19    _____
      Kristina Essig, Court Reporter
      Notary Public, State of Florida
20    Commission No.: HH064474
      Expires: January 5, 2025
21

22

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3    STATE OF FLORIDA

 4    COUNTY OF BROWARD

 5

 6           I, KRISTINA ESSIG, RPR, Registered

 7    Professional Reporter, and Notary Public, State of

 8    Florida, do hereby certify that I was authorized to

 9    and did stenographically report the deposition of

10    JOSEPH WEINBERGER; that a review of the transcript

11    was requested; and the foregoing transcript is a true

12    and accurate record of my stenographic notes.

13           I FURTHER CERTIFY that I am not a relative,

14    employee, attorney, or counsel of any of the parties,

15    nor am I a relative or employee of any of the

16    parties' attorney or counsel connected with the

17    action, nor am I financially interested in the

18    action.

19

20           Dated this 4th day of November, 2022.

21

22                    _____

23                    Kristina Essig, Court Reporter
                      Notary Public, State of Florida
24

25
```