UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF LETERIUS RAY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

## DECLARATION OF LETERIUS RAY

I, Leterius Ray, depose, attest, and say from my personal knowledge, the following:

1. I, Leterius Ray, am a party to this litigation.

2. I am the heir and son of Christopher Wong Won one of the original members of the music group 2 Live Crew.

3. As Christopher Wong Won's heir I have the ability to terminate the original grant of copyright by my father pursuant to 17 U.S.C. Section 203.

4. Christopher Wong Won, Jr. Anissa Wong Won, Roderick Wong Won, and myself are the only heirs to Christopher Wong Won and administer his estate. No other person is an heir who would have inherited the Section 203 right from Christopher Wong Won.

5. My father Christopher Wong Won received payments under the 1990 Agreement and royalty payments from BMI in connection with the albums at issue in this matter.

6. A review of the estate records reflects that my father Christopher Wong Won was never an employee of the record labels and did not create the albums at issue as a work-for-hire.

7. The 1990 Agreement reflected the agreement between my father and the record label Skyywalker Records, Inc. and he operated and delivered pursuant to this agreement.

8. Neither I nor the other heirs of Christopher Wong Won have used the 2 Live Crew name or trademark in an infringing manner. Any use of the 2 Live Crew trademark by a third-party is limited to a description that Christopher Wong Won was formerly a member of 2 Live Crew to describe who he is.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2022 at Wichita, Kansas, Wichita, Kansas.

By: _Leterius Ray (Dec 1, 2022 15:03 CST)_

2

# DeclarationRay_2LiveCrew_112922 (1)

Final Audit Report                                                            2022-12-01

| | |
|---|---|
| Created: | 2022-12-01 |
| By: | Frank Trechsel (ftrechsel@donigerlawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKEzbnxQ-SnFXgAtKJvn9DE3GZpqL7SMp |

## "DeclarationRay_2LiveCrew_112922 (1)" History

- Document created by Frank Trechsel (ftrechsel@donigerlawfirm.com)
  2022-12-01 - 8:56:17 PM GMT- IP address: 47.180.241.76

- Document emailed to leteriusray@gmail.com for signature
  2022-12-01 - 8:56:39 PM GMT

- Email viewed by leteriusray@gmail.com
  2022-12-01 - 8:59:48 PM GMT- IP address: 104.28.97.27

- Signer leteriusray@gmail.com entered name at signing as Leterius Ray
  2022-12-01 - 9:03:01 PM GMT- IP address: 98.179.58.140

- Document e-signed by Leterius Ray (leteriusray@gmail.com)
  Signature Date: 2022-12-01 - 9:03:03 PM GMT - Time Source: server- IP address: 98.179.58.140

- Agreement completed.
  2022-12-01 - 9:03:03 PM GMT

**Adobe Acrobat Sign**