UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

**FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:**

Defendants, Mark Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Rey (collectively "Defendants"), Motion for Summary Adjudication is hereby GRANTED as follows:

A. Defendant's claim for Declaratory Relief and Judgment is hereby GRANTED and their 17 U.S.C. § 203 termination notice is hereby ADJUDGED to be valid and effective, and Defendants have or will recover, and be deemed the copyright owner for, all copyrights for the Subject Albums as of the dates in the Defendants' termination notice;

B. Plaintiff's claim for Declaratory Judgment (as to the Validity of the Copyright Notice) (Plaintiff's Count I) is ADJUDGED in Defendants' favor;

C. Defendants are not be liable for trademark infringement (Plaintiff's Counts II-IV), and those claims are ADJUDGED in Defendants' favor; and

D. Defendant are not liable for copyright infringement (Plaintiff's Count X) and that claim is ADJUDGED in Defendants' favor.

**IT IS HEREBY DONE AND ORDERED.**

Dated: _____            By:_____
                                 HONORABLE DARRIN P. GAYLES
                                 UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2022, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs