UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants, Mark Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Rey respectfully requests that this Court take judicial notice of records constituting Copyright Office records and registrations. The Exhibits for which judicial notice is sought are set forth below and it is respectfully submitted that the Court take notice of and consider same.

**A. Copyright Office Records**

The Eleventh Circuit has specifically held that courts may take judicial not of facts that are "not subject to reasonable dispute." *Se. Clinical Nutrition Centers, Inc. v. Mayo Found. for Med. Educ. & Rsch.*, 135 F. Supp. 3d 1267, 1270–71 (N.D. Ga. 2013) citing Fed.R.Evid. 201(b). Such facts include those that "(1) [are] generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.*; see also *Mullinax v. United Marketing Group, LLC*, No. 1:10–CV–03585–JEC, 2011 WL 4085933, at *6 (N.D.Ga. Sept. 13, 2011). The Court may also take judicial notice of matters of public record. *Universal Express, Inc. v. U.S. Sec. & Exch. Comm'n*, 177 Fed.Appx. 52, 53 (11th Cir.2006) ("Public records are among the permissible facts that a district court may consider."). The United States Copyright Office provides publicly available information regarding copyrighted material. See U.S. Copyright Office, www.copyright.gov (last visited October 7, 2022). Here, the copyright registrations are subject to judicial notice. The contents of **Exhibits 5-68** attached to the Declaration of Scott Alan Burroughs should be considered by the court and judicially noticed.

Dated: November 30, 2022                                    Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
scott@donigerlawfirm.com