UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

    Defendants
_____/

## MOTION FOR EXTENSION OF TIME

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), moves this Court for the entry of an order extending the time to file its response to Defendants' Motion for Summary Judgment and Request for Oral Argument [D.E. 53]("Motion") and as grounds therefore states:

Lil' Joe's response to the Motion is due on December 16, 2022. Due to the breadth of the Motion and the schedule falling in the middle of the holiday season (including vacations by Lil' Joe's counsel and his staff), Lil' Joe seeks an extension of time until January 9, 2023, to file its response to the Motion.

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Lil' Joe's counsel has made reasonable efforts to confer with defendants' counsel (by email from Lil' Joe's counsel's paralegal to defendants' counsel on December 2, 2022, at 9:52 am EST and December 6, 2022, at 11:08 am EST and by follow up telephone call from Lil' Joe's counsel's paralegal to defendant counsel Scott Burroughs, Esq. on December 7, 2022, at 12:47 pm EST), but has been unable to do so.

WHEREFORE, Lil' Joe Records, Inc. requests that this Court enter an order extending the time for Lil' Joe Records, Inc. to file its response to Defendants' Motion for Summary Judgment and Request for Oral Argument [D.E. 53] until January 9, 2023, and grant all other relief this Court deems just and appropriate.

        WOLFE LAW MIAMI PA
        175 SW 7th Street, Suite 2410
        Miami, Florida 33130
        P: 305.384.7370
        F: 305.384.7371
        Email: rwolfe@wolfelawmiami.com

        By:   /s/ Richard C. Wolfe
              Richard C. Wolfe, Esq.
              Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burrougha
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

        /s/ Richard C. Wolfe
        Richard C. Wolfe