UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

    Defendants
_____/

**[proposed] ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME**

This cause, having come before this Court on Plaintiffs' Motion for Extension of Time to File its Response to Defendants' Motion for Summary Judgment and Request for Oral Argument [D.E. 53] (the "Motion") thereto, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby,

**ORDERED and ADJUDGED** as follows:

1.    The motion is granted.

2.    Plaintiff will have until January 9, 2023, to file its response to [DE 53] (Motion).

**DONE AND ORDERED** this \_\_\_ day of _____, 2022.

By: _____
    **United States District Court Judge**

**Cc: all counsel**