# EXHIBIT B

# AFFIDAVIT OF ALLEN JACOBI

Before the undersigned notary personally appeared **Allen Jacobi**, who was duly sworn, deposes and says the following matters, mindful of the penalties of perjury and of matters of my personal knowledge:

1. My name is Allen Jacobi. I have been a member of the Florida Bar in excess of 45 years. My practice is devoted to entertainment and media.

2. In 1990 and following, I was the transactional lawyer for Luther Campbell and his company; then known as Luke Records Inc. In this capacity, Luther Campbell did, in 1991, have me prepare recording artist agreements for the four members of 2 Live Crew, which I did.

3. He specifically said to me that he "needed to get them under contract," admitting to me that prior thereto, there was no contract between the company and the members of 2 Live Crew.

4. I have been shown a contract purportedly made effective, but undated, from 1987 between "Skyywalker Records Inc." and the four members of 2 Live Crew. I do not believe this contract is a genuinely authentic signed contract for two reasons: 1) the company was not known as "Skyywalker Records Inc." in 1987 but instead "Luke Skyywalker Records Inc." and that name was utilized until 1990, hence the 1991 contract has "Luke Records Inc.", the then legal name of the record company; and 2) if this contract was in fact genuine, then that would be inconsistent with the statements made by Luther Campbell to me in 1991 that there was no prior contract between the company and the two members of 2 Live Crew.

5. I did prepare recording artist agreements for the company, which are attached hereto. The Company was then known as Luke Records Inc.

**AFFIANT FURTHER SAYETH NAUGHT.**

_____
ALLEN JACOBI

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

Sworn to and subscribed before me on this 30th day of September, 2022, by Allen Jacobi, **who is personally known to me**.

_____
NOTARY PUBLIC

KIM BRILLIANT
Notary Public-State of Florida
Commission # HH 183595
My Commission Expires
October 09, 2025