UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON,
AND LUTHER CAMPBELL,

    Defendants.

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL by and through their undersigned counsel, hereby move this Honorable Court for an extension of time of fourteen (14) days to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (DE 58) and Plaintiff's Response to Statement of Material Facts in Support to Defendants' Motion for Summary Judgment (DE 59), and as grounds therefore states as follows:

    1.    The defendants' reply to the responses is due January 11, 2023.

    2.    The primary counsel for Defendants has been out with illness and requires additional time to prepare the defendants' reply.

    3.    Defendants respectfully request an extension of fourteen (14) days to file their reply.

    4.    This motion is not made for delay. This is the first request to extend this deadline.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

5. Counsel for Defendants has conferred with counsel for the Plaintiff, who does not oppose the relief requested herein.

WHEREFORE, Defendants MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL pray this Honorable Court for an order extending the time for Defendants to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Plaintiff's Response to Statement of Material Facts in Support to Defendants' Motion for Summary Judgment through January 25, 2023.

DATED: January 6, 2023                     Respectfully submitted,

/s/ Angela M. Nieves
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 6, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorneys of record via the CM/ECF system.

*/s/ Angela M. Nieves*
ANGELA M. NIEVES

## SERVICE LIST

Mr. Richard Wolfe
Wolfe Law
175 SW 7th Street
Suite 2410 - Latitude One Offices
Miami, FL 33130
rwolfe@wolfelawmiami.com
Attorney for Lil' Joe Records, Inc.