UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

    Defendants.

### [proposed] ORDER GRANTING EXTENSION FOR DEFENDANTS' REPLY

Before the Court is Defendants' Motion for an Extension of Time to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (DE 58) and Plaintiff's Response to Statement of Material Facts in Support to Defendants' Motion for Summary Judgment (DE 59). The Court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED** and Defendants shall file their reply on or before January 25, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE