# EXHIBIT 72

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a
Florida corporation,

                    Plaintiffs,
V.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
And LUTHER CAMPBELL,

                    Defendants.
_____/

VIDEOTAPED DEPOSITION OF
MARK ROSS
Pages 1 through 55

Friday, November 4, 2022
3:13 P.M.
VIA VIDEOCONFERENCE BY ALL PARTIES
VIA ZOOM

Stenographically Reported By:
Debra L. Stark,
Notary Public State of Florida

Mark Ross
November 04, 2022

1     A.    I started with 2 Live Crew in '95.

2     Q.    And what was the first record that you

3   put out?

4     A.    The first record I put out with 2 Live

5   Crew was 2 Live Is What We Are.

6     Q.    And at the time -- when was that put out?

7     A.    2 Live Is What We Are was put out in, I

8   believe, '86.

9     Q.    And at that time was there a contract

10   between you and the other members of 2 Live Crew

11   on one hand and Luther Campbell or Luke records on

12   the other?

13          MR. BURROUGHS:  Go ahead.

14          THE WITNESS:  We had a verbal contract.

15   BY MR. WOLFE:

16     Q.    When did you reach the verbal contract?

17     A.    When we made that record.

18     Q.    And what were the terms of the verbal

19   contract?

20     A.    The verbal contract was we were going to

21   make the records and we were going to give it to

22   Luke to put it out, make the record, put it out,

23   get some money.

24     Q.    Do you remember any other terms of the

25   oral agreement?

Mark Ross
November 04, 2022

1   about May 1, 1989?

2       A.   I can't recall.

3       Q.   And this refers to a grant of rights to

4   Skyywalker records on January 1, 1987.  Again, is

5   that the same verbal agreement that you just

6   previously testified to?

7       A.   I can't recall.

8       Q.   So let's talk about this verbal agreement.

9   I already asked you about the terms.

10          Do you know about when the verbal

11  agreement was entered into?

12      A.   The verbal agreement of our first album,

13  2 Live Is What We Are.

14      Q.   So it was before 1986?

15      A.   Yes.

16      Q.   And who were the parties to the verbal

17  agreement?

18      A.   The group.

19      Q.   So that would be you, David, Chris, on

20  one hand and Luther on the other?

21          MR. BURROUGHS:  Objection.

22          THE WITNESS:  Yes.

23          MR. BURROUGHS:  Objection.  Calls for a

24  legal conclusion.  Go ahead.

25  BY MR. WOLFE:

Mark Ross
November 04, 2022

```
 1           MR. WOLFE:  Objection to form.

 2           THE WITNESS:  '88?  I can't recall.  I'm

 3     kind of bad with the years.

 4           MR. BURROUGHS:  Okay.

 5           THE WITNESS:  I can't recall.  But

 6     somewhere around there, I think he started

 7     calling himself, Luke Records.

 8           But the first were oral, the first three

 9     were oral agreements.  It was just Luther

10     Campbell.

11  BY MR. BURROUGHS:

12     Q.   And did you confirm those oral agreements

13   in writing?

14     A.   No.

15     Q.   Did you ever enter into a written

16   agreement with Skyywalker Records confirming those

17   three oral agreements?

18           MR. WOLFE:  Object to the form.

19           THE WITNESS:  There was an agreement when

20     he signed -- when he came up with Skyywalker

21     Records.

22           Yes, there was an agreement, I think

23     somewhat after I think the third album.  After

24     the Nasty As You Want To Be.

25           MR. BURROUGHS:  Can we put up Exhibit 10?
```

Mark Ross
November 04, 2022

 1      look at paragraph 1.  Okay.  Stop.

 2  BY MR. BURROUGHS:

 3      Q.    Does this refresh your recollection as

 4  to whether you entered into a written contract

 5  with Skyywalker Records confirming the oral

 6  agreements related to the first three albums?

 7      A.    Yes.

 8      Q.    Did you enter into a written agreement?

 9      A.    Yes.

10      Q.    And did that cover the first three

11  albums?

12      A.    Yes, it did.

13      Q.    And did that confirm the prior verbal

14  agreements that you reached with the other members

15  of 2 Live Crew and the label?

16          MR. WOLFE:  Object to the form.

17          THE WITNESS:  Yes, yes.

18  BY MR. BURROUGHS:

19      Q.    Thank you.  And we can we go to the final

20  page of this exhibit, Mr. Wolfe.  Okay.  And can

21  we make it smaller so we can see this whole page.

22          You see it says Skyywalker Records, Inc.

23  on the left?

24      A.    Uh-huh.

25      Q.    And if we scroll down a little bit,

Mark Ross
November 04, 2022

```
 1    Mr. Wolfe, so we can see all the signatures.  You
 2    see your name on the right?
 3        A.   Yes, I do.
 4        Q.   Does this refresh your recollection that
 5    you, Mr. Campbell, and Mr. Wong Won entered into
 6    an agreement with Skyywalker agreements in or
 7    around 1990?
 8            MR. WOLFE:  Object to the form.
 9            THE WITNESS:  Yes.
10    BY MR. BURROUGHS:
11        Q.   Okay.  So did you and the other members
12    of 2 Live Crew enter into a contract with
13    Skyywalker Records in 1990 that confirmed your
14    oral agreement relating to the first three
15    albums?
16        A.   Yes.
17            MR. WOLFE:  Object to form.
18    BY MR. BURROUGHS:
19        Q.   And what were those albums?
20        A.   Nasty As We Want To Be, Move Somethin',
21    and 2 Live Is What We Are.
22        Q.   And does this agreement confirm that the
23    members of the group are transferring the
24    contracts to Skyywalker the records?
25            MR. WOLFE:  Object to the form.
```

Mark Ross
November 04, 2022

```
 1                 C E R T I F I C A T E

 2    STATE OF  FLORIDA:

 3    COUNTY OF BROWARD:

 4              I, DEBRA L. STARK, certify that I was

 5    authorized to and did stenographically remotely

 6    report by audio and visual means the deposition of

 7    MARK ROSS; duly sworn by me;

 8    pages 1 to and including 55; and that the

 9    transcript is a true record of my stenographic

10    notes.

11              I further certify that I not a relative,

12    employee, attorney, or counsel of any of the

13    parties, nor am I a relative or employee of any of

14    the parties' attorneys or counsel connected with

15    the action, nor am I financially interested in the

16    action.

17              Signed and sealed on this date of

18    November 15, 2022.

19

20

21              ----------------------------
                DEBRA L. STARK, Court Reporter
22              and NOTARY PUBLIC, State of Florida
                at Large
23

24    MY COMMISSION EXPIRES:
      MARCH 28, 2025
25
```