# EXHIBIT 73

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
               CASE NO. 1:21-CV-23727-DPG
```

LIL' JOE RECORDS, INC., a
Florida corporation,

              Plaintiffs,
V.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
And LUTHER CAMPBELL,

              Defendants.
_____/

              VIDEOTAPED DEPOSITION OF
                  LUTHER CAMPBELL
                Pages 1 through 97
                   A.M. SESSION


           Tuesday, November 1, 2022
                  11:10 A.M.
       VIA VIDEOCONFERENCE BY ALL PARTIES
                   VIA ZOOM



           Stenographically Reported By:
                  Debra L. Stark,
           Notary Public State of Florida

```
 1     A.   Before we went into the studio.
 2     Q.   So is it fair to say you had this verbal
 3   contract before 1986?
 4     A.   I don't recall the actual date we had a
 5   verbal contract.
 6     Q.   You had a verbal contract before 1987?
 7     A.   I don't recall -- I don't recall the
 8   date that I had a verbal contract.
 9     Q.   Is it fair to say you don't recall any
10   of the terms of the verbal contract between you
11   in one hand and the members of 2 Live Crew on the
12   other?
13     A.   There was a verbal contract with the
14   members before we went into the studio, as we
15   went in the studio, paid a royalty, the verbal
16   agreements as to how everybody get paid, whether
17   it was performing on a record and performing
18   live.
19     Q.   And what was the royalty that was agreed
20   to in this verbal agreement?
21     A.   I don't recall the royalties.  Whatever
22   they was being paid.
23     Q.   What was the term of the contract?
24     A.   The term of the contract?  The verbal
25   contract?
```

```
 1      A.    Is the -- rephrase the question.
 2      Q.    Is there any written agreement between
 3   the members of 2 Live Crew and your companies,
 4   whether it is Luke Skyywalker, Skyywalker or Luke
 5   Records, in which they transferred to your
 6   companies, the copyrights to 2 Live Crew Is What
 7   We Are?
 8      A.    Yes.
 9      Q.    What contract is that?
10      A.    That was a contract that we did, I think
11   in 1990.  I think in 1990 we did a contract that
12   covered all three of those albums.
13      Q.    Is that the contract that, quote, is made
14   effective as of 1987?
15      A.    I would have to look at the document.  I
16   don't recall the exact date.
17      Q.    Is it one contract with all of the members
18   of the group or are there separate contracts that
19   you're referring to?
20      A.    One contract with all the members of the
21   group.
22            MR. WOLFE:  One second, I need some help.
23   BY MR. WOLFE:
24      Q.    I am going to show you the -- one second.
25            MR. WOLFE:  I just want to screen share.
```

```
 1                 C E R T I F I C A T E

 2   STATE OF  FLORIDA:

 3   COUNTY OF BROWARD:

 4              I, DEBRA L. STARK, certify that I was

 5   authorized to and did stenographically remotely

 6   report by audio and visual means the deposition of

 7   LUTHER CAMPBELL; duly sworn by me;

 8   pages 1 to and including 97; and that the

 9   transcript is a true record of my stenographic

10   notes.

11              I further certify that I not a relative,

12   employee, attorney, or counsel of any of the

13   parties, nor am I a relative or employee of any of

14   the parties' attorneys or counsel connected with

15   the action, nor am I financially interested in the

16   action.

17              Signed and sealed on this date of

18   November 9, 2022.

19

20

21        ------------------------------
          DEBRA L. STARK, Court Reporter
22        and NOTARY PUBLIC, State of Florida
          at Large
23

24   MY COMMISSION EXPIRES:
     MARCH 28, 2025
25
```