# EXHIBIT 74

Luther Campbell
November 01, 2022

```
 1                UNITED STATE DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO.:  1:21-CV-23727-DPG
 3

 4   LIL' JOE RECORDS, INC.,
     a Florida corporation,
 5
         Plaintiff,
 6
     vs.
 7
     MARK ROSS, CHRISTOPHER
 8   WONG WON, JR., RODERICK
     WONG WON, LETERIUS RAY,
 9   ANISSA WONG WON and
     LUTHER CAMPBELL,
10
         Defendants.
11
                                    /
12

13

14       REMOTE VIDEOTAPED VIDEOCONFERENCE DEPOSITION

15           OF LUTHER CAMPBELL (P.M. SESSION)

16              Tuesday, November 1, 2022
                  1:33 p.m. - 3:37 p.m.
17              U.S. Legal Support, Inc.
               One Southeast Third Avenue
18                    Suite 2500
                 Miami, Florida 33131
19

20

21
                Stenographically Reported By:
22                     Ana Lobato
              Notary Public, State of Florida
23              U.S. Legal Support, Inc.
               One Southeast Third Avenue
24                    Suite 2500
                 Miami, Florida 33131
25              Phone - 305-373-8404
```

```
 1        Q.  Okay.  Now, isn't it true that Move Something
 2   and Nasty As They Wanna Be were recorded after that?
 3        A.  I don't recall the exact date they were
 4   recorded.
 5        Q.  And just so we're clear, you have no
 6   independent recollection of Luke Records or Skywalker
 7   Records ever sending the artist a notice before the
 8   expiration date exercising any one of the three
 9   options, correct?
10            MR. BURROUGHS:  Objection.  Vague.  Misstates
11   the testimony.  Go ahead.
12        A.  We had a verbal -- we had a verbal agreement.
13   If you want to consider that as a notice, you can.  But
14   we had a verbal agreement that these three albums fell
15   under this contract.  This is the reason why we did
16   this contract.  We had these three albums, 2 Live Is
17   What We Are, Move Something, Nasty As They Wanna Be.
18        Q.  So if you signed this contract, why would you
19   also sign the three contracts that we've marked as
20   Exhibit 2?
21        A.  The one contract you said I signed -- which I
22   did -- which the group did not sign which I considered
23   as invalid because the rest of the members did not sign
24   it.  The other -- the second contract you showed me had
25   changes in it which me and Mr. Hobbs initialed.  And
```

CERTIFICATE

STATE OF FLORIDA           )

COUNTY OF MIAMI-DADE       )

         I, Ana Lobato, Court Reporter, State of Florida at Large, do hereby certify that the aforementioned witness was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages, numbered 98 to 166, inclusive, are a true and correct transcription of my shorthand notes of said deposition.

         I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

         I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

         The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

         IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of November, 2022.

                    *Ana Lobato*

                    ANA LOBATO
                    Notary Public - State of Florida
                    My Commission No. HH184912
                    Expires October 11, 2025