# EXHIBIT 80

DschDebt, CLOSED

# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (Anniston)
### Bankruptcy Petition #: 00-43637-JJR7

| | |
|---|---|
| *Date filed:* | 11/22/2000 |
| *Date terminated:* | 02/28/2007 |
| *Date discharged:* | 01/18/2002 |
| *341 meeting:* | 01/05/2001 |
| *Deadline for objecting to discharge:* | 03/06/2001 |

*Assigned to:* James J. Robinson
Chapter 7
Voluntary
Asset

**Debtor**
**MARK D. ROSS**
601 SHORTER AVENUE
ATTALLA, AL 35954
ETOWAH-AL
SSN / ITIN: xxx-xx-0345

represented by **John W Jennings, Jr.**
111 South 10th Street
Gadsden, AL 35901
256 547-8886
Email: stacy@jenningsandmesser.com

**Trustee**
**Rocco J Leo**
Rocco Leo, Trustee
700 Century Park South
Suite 222
Brimingham, AL 35226
205-879-0000

| Filing Date | # | Docket Text |
|---|---|---|
| 11/22/2000 | 1 | VOLUNTARY Petition Under Chapter 7 [Entered: 11/27/00], [DM] SCHEDULES and Statement of Affairs [Entered: 11/27/00], [DM] ATTORNEY Statement Of Compensation [Entered: 11/27/00], [DM] STATEMENT , [DM], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 11/27/2000) |
| 11/22/2000 | 2 | TRUSTEE Appointment Order , [DM], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 11/27/2000) |
| 12/01/2000 | 3 | NOTICE Of 341 Meeting on 01/05/01 at 10:30 A.M. at Anniston, 314 U. S. Courthouse, 600 Broad Street, Gadsden, AL 35901 [Entered: 12/01/00], [BH] COMPLAINTS Deadline due on 03/06/01, [BH], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 12/01/2000) |
| 01/02/2001 | 4 | NOTICE Of Appearance And Request For Service HOLTZMAN, KRINZMAN, EQUELS & FURIA, PA FOR LIL' JOE RECORDS, INC. AND LIL'JOE WEIN MUSIC, INC. , [BH], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 01/02/2001) |
| 01/17/2001 | 5 | FINAL Report of Trustee in No Asset Case [Disposed], [BH], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 01/17/2001) |
| 01/19/2001 | 6 | MOTION For Admission Of Attorney Pro Hac Vice [EX PARTE] [Disposed], [MW], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 01/19/2001) |

| | | |
|---|---|---|
| 01/23/2001 | 7 | ORDER ADMITTING ATTORNEY PRO HAC VICE Re: Item # 6, [BH], ORIGINAL NIBS DOCKET ENTRY #7 (Entered: 01/23/2001) |
| 03/02/2001 | 8 | MOTION for Extension of Time TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY FILED BY LIL' JOE RECORDS [Disposed] [Entered: 03/02/01], [BH]<br>ORDER Granting Re: Item # 8, [BH], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 03/08/2001) |
| 04/03/2001 | 9 | NOTICE OF UNAVAILABILITY OF FRANK P. TERZO, ATTY FOR LIL' JOE RECORDS, FROM MARCH 29, 2001 - APRIL 13, 2001 , [BH], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 04/03/2001) |
| 04/03/2001 | 10 | ADVERSARY Proceeding Filed No. 01-40186 LIL' JOE RECORDS V. MARK D. ROSS , [BH], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 04/03/2001) |
| 06/20/2001 | 11 | NOTICE Of Withdrawal Re: Item # 5, [BH], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 06/20/2001) |
| 07/31/2001 | 12 | APPLICATION to Employ Professional Person[s] Max Pope as atty for the Trustee Re: Item # 1 [Disposed] [Entered: 07/31/01], [TM]<br>VERIFIED Statement of Max Pope Re: Item # 12, [TM], ORIGINAL NIBS DOCKET ENTRY #12 (Entered: 07/31/2001) |
| 08/16/2001 | 13 | ORDER Approving Re: Item # 12, [BH], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 08/16/2001) |
| 08/20/2001 | 14 | MOTION for Examination of Debtor Under 2004 [Disposed] [Entered: 08/20/01], [BH]<br>ORDER Granting Re: Item # 14, [BH], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 08/24/2001) |
| 09/13/2001 | 15 | SUBPOENA to Witness SCREEN ACTORS GUILD , [MW], ORIGINAL NIBS DOCKET ENTRY #15 (Entered: 09/13/2001) |
| 10/30/2001 | 16 | MOTION to Approve Compromise BETWEEN TRUSTEE, SWEARINGEN & ASSOCIATES & MILLARD HUMPHREY [Disposed], [BH], ORIGINAL NIBS DOCKET ENTRY #16 (Entered: 10/30/2001) |
| 10/30/2001 | 17 | NOTICE And Opportunity For Hearing on 11/28/01 at 02:00 P.M. at Anniston, 314 U. S. Courthouse, 600 Broad Street, Gadsden, AL 35901 Re: Item # 16, [BH], ORIGINAL NIBS DOCKET ENTRY #17 (Entered: 10/30/2001) |
| 10/30/2001 | 18 | CERTIFICATE Of Service Re: Item # 16, [BH], ORIGINAL NIBS DOCKET ENTRY #18 (Entered: 10/30/2001) |
| 11/05/2001 | 19 | APPLICATION for Interim Fees & Expenses FILED BY MAX C. POPE, JR., ESQUIRE, ATTORNEY FOR TRUSTEE , [BH], ORIGINAL NIBS DOCKET ENTRY #19 (Entered: 11/05/2001) |
| 11/05/2001 | 20 | COVER Sheet Re: Item # 19, [BH], ORIGINAL NIBS DOCKET ENTRY #20 (Entered: 11/05/2001) |
| 11/07/2001 | 21 | ORDER Directing Service Re: Item # 19 [Entered: 11/07/01], [BH]<br>NOTICE And Opportunity For Hearing on 12/05/01 at 11:45 A.M. at Anniston, 314 |

| | | |
|---|---|---|
| | | U. S. Courthouse, 600 Broad Street, Gadsden, AL 35901 Re: Item # 21, [BH], ORIGINAL NIBS DOCKET ENTRY #21 (Entered: 11/07/2001) |
| 11/29/2001 | 22 | AMENDED APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MAX C. POPE, JR., ATTORNEY FOR THE TRUSTEE Re: Item # 19 [Disposed], [CF], ORIGINAL NIBS DOCKET ENTRY #22 (Entered: 11/29/2001) |
| 11/29/2001 | 23 | COVER Sheet Re: Item # 22, [CF], ORIGINAL NIBS DOCKET ENTRY #23 (Entered: 11/29/2001) |
| 12/03/2001 | 24 | CASE Status Change - Requiring Action , [BH], ORIGINAL NIBS DOCKET ENTRY #24 (Entered: 12/03/2001) |
| 12/03/2001 | 25 | REPORT of Initial Deposit , [BH], ORIGINAL NIBS DOCKET ENTRY #25 (Entered: 12/03/2001) |
| 12/03/2001 | 26 | ORDER Approving Re: Item # 16, [BH], ORIGINAL NIBS DOCKET ENTRY #26 (Entered: 12/03/2001) |
| 12/04/2001 | 27 | BANKRUPTCY Administrator's Review Re: Item # 22, [BH], ORIGINAL NIBS DOCKET ENTRY #27 (Entered: 12/04/2001) |
| 12/06/2001 | 28 | NOTICE to File Claims due on 03/04/02 Re: Item # 24, [MH], ORIGINAL NIBS DOCKET ENTRY #28 (Entered: 12/06/2001) |
| 12/07/2001 | 29 | AMENDED Re: Item # 21, [BH], ORIGINAL NIBS DOCKET ENTRY #29 (Entered: 12/07/2001) |
| 12/14/2001 | 30 | CERTIFICATE Of Service Re: Item # 29, [BH], ORIGINAL NIBS DOCKET ENTRY #30 (Entered: 12/14/2001) |
| 12/18/2001 | 31 | AMENDED Re: Item # 29, [BH], ORIGINAL NIBS DOCKET ENTRY #31 (Entered: 12/18/2001) |
| 12/19/2001 | 32 | CERTIFICATE Of Service Re: Item # 31, [BH], ORIGINAL NIBS DOCKET ENTRY #32 (Entered: 12/19/2001) |
| 01/14/2002 | 33 | ORDER AWARDING COMPENSATION OF $4,309.50 AND EXPENSES OF $62.68 Re: Item # 22, [BH], ORIGINAL NIBS DOCKET ENTRY #33 (Entered: 01/14/2002) |
| 01/18/2002 | 34 | DISCHARGE Of Debtor , [BH], ORIGINAL NIBS DOCKET ENTRY #34 (Entered: 01/18/2002) |
| 08/07/2006 | 35 | Objection to Duplicate Claim of creditor Lil Joe Records in the amount of $75,000.00 Filed by Trustee Rocco J Leo. (Leo, Rocco) (Entered: 08/07/2006) |
| 08/07/2006 | 36 | Notice and Opportunity for Hearing *on Trustee's Objection to Duplicate Claim 3 filed by Lil Joe Records* Filed by Trustee Rocco J Leo. Objections due by 8/30/2006. (Leo, Rocco) (Entered: 08/07/2006) |
| 09/01/2006 | 37 | Order Sustaining Objection to Duplicate Claim Signed on 9/1/2006 (RE: related document(s)35 Trustee's Objection to Duplicate Claim filed by Trustee Rocco J Leo). (mjw, ) (Entered: 09/01/2006) |

| | | | |
|---|---|---|---|
| 09/03/2006 | 38 | BNC Certificate of Mailing (related document(s)37 ) (RE: related document(s)37 Order on Objection to Claim(s)). Service Date 09/03/2006. (Admin.) (Entered: 09/04/2006) | |
| 10/03/2006 | 39 | Trustee's Final Report and Account and Application for Final Compensation and Reimbursement of Expenses Filed by Attorney Rocco J Leo. (Leo, Rocco) (Entered: 10/03/2006) | |
| 10/04/2006 | 40 | Notice of Hearing on (RE: related document(s)39 Final Report and Account and Application for Final Compensation and Reimbursement of Expenses filed by Trustee Rocco J Leo). Hearing scheduled 11/9/2006 at 09:30 AM at Room 314 Gadsden. (mjw, ) (Entered: 10/04/2006) | |
| 10/05/2006 | 41 | Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Application for Final Compensation and Reimbursement of Expenses Filed by Bankruptcy Administrator Robert J Landry (RE: related document(s)39 Trustee's Final Report and Account and Application for Final Compensation and Reimbursement of Expenses Filed by Attorney Rocco J Leo. (Leo, Rocco) filed by Trustee Rocco J Leo). (Landry, Robert) (Entered: 10/05/2006) | |
| 10/06/2006 | 42 | BNC Certificate of Mailing (related document(s)40 ) (RE: related document(s)40 Notice of Hearing). Service Date 10/06/2006. (Admin.) (Entered: 10/07/2006) | |
| 10/06/2006 | 43 | BNC Certificate of Mailing (related document(s)40 ) (RE: related document(s)40 Notice of Hearing). Service Date 10/06/2006. (Admin.) (Entered: 10/07/2006) | |
| 11/09/2006 | 44 | Order Approving Final Report & Account Signed on 11/9/2006. (sog, ) (Entered: 11/09/2006) | |
| 11/11/2006 | 45 | BNC Certificate of Mailing (related document(s)44 ) (RE: related document(s)44 Order Approving Final Report & Account). Service Date 11/11/2006. (Admin.) (Entered: 11/12/2006) | |
| 01/12/2007 | 46 | Chapter 7 Trustee's Report of Distribution and Request for Discharge of Trustee Filed by Trustee Rocco J Leo. (Leo, Rocco) (Entered: 01/12/2007) | |
| 01/15/2007 | 47 | Bankruptcy Administrator's Review *of Report of Distribution, Disposition of Unclaimed Property and Request for Discharge of Trustee* Filed by Bankruptcy Administrator Robert J Landry (RE: related document(s)46 Chapter 7 Trustee's Report of Distribution and Request for Discharge of Trustee Filed by Trustee Rocco J Leo. (Leo, Rocco) filed by Trustee Rocco J Leo). (Landry, Robert) (Entered: 01/15/2007) | |
| 02/28/2007 | 48 | Order Approving Account, Discharging Trustee, and Closing Estate: It appears to the Court that the Trustee in said cause has reduced the property and effects of the said Debtor's estate to cash. The said Trustee has made distribution as required by the order of this Court and has rendered a full and complete account thereof. The Trustee has performed all other and further duties required of him in the administration of said estate. It is therefore ORDERED, ADJUDGED, and DECREED that the accounts of said Trustee are approved and allowed; the said estate is closed; the Trustee is discharged and relieved of his trust; and the bond of the said Trustee is canceled and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect. U.S. Bankruptcy Judge (Non-Image Entry) (dfl, ) (Entered: 02/28/2007) | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/16/2023 19:27:11 | | | |
| **PACER Login:** | ftrechsel | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 00-43637-JJR7 Fil or Ent: filed From: 1/1/1990 To: 1/17/2023 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |