UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida
corporation, LIL' JOE WEIN MUSIC, INC.,
a Florida corporation, JOSEPH WEINBERGER,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## NOTICE OF FILING

Plaintiffs, Lil' Joe Records, Inc., Lil' Joe Wein Music, Inc. and Joseph Weinberger, hereby gives notice of filing additional authority of a recent decision, on the subject of Luther Campbell's status as an artist for hire, attached hereto as Exhibit A.

January 30, 2023

                                        **WOLFE LAW MIAMI, P.A.**
                                        Latitude One Building
                                        175 SW 7th Street, Suite 2410
                                        Miami, Florida 33131
                                        Telephone: 305-384-7370
                                        Facsimile:  305-384-7371

                                        By:  */s/ Richard C. Wolfe*
                                              RICHARD C. WOLFE
                                             Florida Bar No. 355607

## CERTIFICATE OF SERVICE

      We HEREBY CERTIFY that a true and correct copy of the foregoing Notice of filing have been furnished via Electronic Mail on this 30th day of January, 2023 upon the following:

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, FL 33433