# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

**FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:**

Defendants' Motion to Strike is hereby GRANTED as follows:

Plaintiff, Lil' Joe Records, Inc.'s, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO COUNTS II, III, IV AND V, filed at Docket No. 64 on January 31, 2023, is hereby stricken from the docket.

**IT IS HEREBY DONE AND ORDERED.**


Dated: _____    By:_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

- 1 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2023, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:  */s/ Scott Alan Burroughs*
Scott Alan Burroughs