UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, and LUTHER CAMPBELL, <br><br> Defendants. | CASE NO.:  1:21-CV-23727-DPG |

## CERTIFICATION OF MEET AND CONFER RE DEFENDANTS' MOTION TO STRIKE

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD**

Defendants certify that on February 2, 2023, Plaintiff's and Defendants' counsel met-and-conferred via teleconference in regard to the relief sought in Defendants' Motion to Strike, filed at Dkt. No. 65. Defendants' counsel requested that the Notice of Voluntary Dismissal be withdrawn for the reasons stated in the Motion to Strike, including without limitation, that the Notice of Voluntary Dismissal violated Fed.R.Civ.P. 41. Plaintiff's counsel declined to withdraw the Notice of Voluntary Dismissal, necessitating a decision on the Motion to Strike.

DATED: February 3, 2023          Respectfully submitted,

/s/  Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100

        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        SCOTT ALAN BURROUGHS
        (admitted *pro hac vice*)
        scott@donigerlawfirm.com
        **DONIGER / BURROUGHS**
        237 Water Street, First Floor
        New York, New York 10038
        (310) 590-1820

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on February 3, 2023 a true and correct copy of the foregoing document was submitted to the Clerk of Court CM/ECF System and served on all attorneys of record via the CM/ECF system.

        */s/ Scott Alan Burroughs*
        Scott Alan Burroughs

01168633.2