UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL FOR ONE MONTH DUE TO ILLNESS OF PLAINTIFF

Plaintiff, Lil Joe Records Inc. ("Plaintiff"), by and through undersigned counsel, files this Motion for a Continue of Trial Due to Illness of Plaintiff, and in support thereof, it states as follows:

1. Plaintiff's corporate representative, Joseph Weinberger, had eye surgery on January 26, 2023. He is scheduled for a second surgery on February 21, 2023. As a result of the surgery, Mr. Weinberger unable to read a document beyond a short paragraph. At his deposition, Defendants' counsel questioned him about long contracts, court pleadings and other matters that require his review of extensive and long documents.

2. Mr. Weinberger's surgeon believes the eye issue will resolve itself within 6-8 weeks following the second surgery.

3. The trial is scheduled for the 2-week period starting on April 10, 2023. Calendar Call is set for April 5 and a status conference is set to occur on February 15 at 10 am.

4.      Plaintiff believes (and is hopeful) that his medical condition will resolve itself so that the matter can be tried in the month of May. See Affidavit attached hereto.

## Rule 7.1

The undersigned counsel hereby certifies that he has conferred with counsel for the Defendants, who advises he does not oppose the relief sought herein.

WHEREFORE for the reasons set forth here, Plaintiff, Lil Joe Records Inc., asks this Court to continue the trial from the current setting of April 10, 2023 to May, 2023 and for such other relief as may be consistent herewith.

>WOLFE LAW MIAMI PA
>*Counsel for Lil Joe Records Inc.*
>175 SW 7th Street, Suite 2410
>Miami, Florida 33130
>P: 305.384.7370
>F: 305.384.7371
>Email: rwolfe@wolfelawmiami.com
>
>By:     /s/ Richard C. Wolfe
>          Richard C. Wolfe, Esq.
>          Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.