UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

    Defendants
_____/

## AFFIDAVIT OF JOE WEINBERGER

BEFORE ME, the undersigned authority, personally appeared Joseph Weinberger who, upon being duly sworn, deposes and says:

1. I am the President and Corporate Representative of Lil' Joe Records, Inc.

2. I had eye surgery on January 26, 2023. It did not go well. I cannot read anything beyond a short paragraph.

3. I am advised that this condition is not uncommon and the situation should resolve itself in 6-8 weeks following the second surgery, which is set for February 21, 2023.

4. Attached hereto is proof of my payment for the co-pay for the surgery.

5. I do not believe I can give sufficient testimony at trial without reading extensive documents relevant to this case including long contracts and court pleadings which are at the heart of this case.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSEPH WEINBERGER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

Sworn to and subscribed before me on this $\underline{8}$ day of $\underline{FEBRUARY}$, 2023, by $\underline{Joseph\ Weinberger}$, who is personally known to me .

ANDRES MONTEJO
Commission # GG 946095
Expires February 6, 2024
Bonded Thru Budget Notary Services

_____
NOTARY PUBLIC

✓ 02/03/2023  
**HALLANDALE EYE CENTER**  $2,801.00

✓ 02/01/2023  
**MDC FIRE RESCUE ONLINE**  $91.04

✓ 01/26/2023  
**S FLORIDA AMB SURG CTR**  $1,194.00

✓ 01/25/2023  
**HALLANDALE EYE CENTER**  $2,801.00

See all transactions