UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT I FOR DECLARATORY RELIEF AS TO THE VALIDITY OF THE COPYRIGHT TERMINATION NOTICE**

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), pursuant to S.D. Fla. L.R. 7.8, hereby files this notice of supplemental authority with regard to its Motion for Partial Summary Judgment as to Count I for Declaratory Relief as to the Validity of the Copyright Termination Notice [DE 30] as follows:

The Bankruptcy Code explicitly provides that, except for an exclusion for trust benefits, "an interest of the debtor in property becomes property of the estate … notwithstanding any provision in … applicable nonbankruptcy law … that restricts or conditions transfer of such interest by the debtor…." 11 USC §541(c)(1)(A). Therefore, the transfer restriction in section 203 of the copyright act ("applicable nonbankruptcy law… that restricts or conditions transfer of such interest by the debtor") does not prevent a debtor's interest in section 203 termination right from becoming an asset of its bankruptcy estate. That means Luther Campbell's and Mark Ross' section

203 termination rights at issue are an asset of their bankruptcies, and they do not have the right to exercise them.

WOLFE LAW MIAMI PA
175 SW 7th Street, Suite 2410
Miami, Florida 33130
P: 305.384.7370
F: 305.384.7371
Email: rwolfe@wolfelawmiami.com

By:    /s/ Richard C. Wolfe   
Richard C. Wolfe, Esq.
Florida Bar No.: 355607

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe

2