UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

## MEMORANDUM OF LAW

Plaintiff argues that Defendants' "section 230 termination rights" were transferred in bankruptcy, relying on 11 USC §541(c)(1)(A), but no Bankruptcy Code provision answers "the threshold questions of whether a debtor has an interest in a particular item of property and, if so, what the nature of that interest is." *In re FCX, Inc.*, 853 F.2d 1149, 1153 (4th Cir. 1988). And the Code provides that a "restriction on the transfer of a beneficial interest of the debtor in a trust that is enforceable under applicable nonbankruptcy law is enforceable in a case under this title." 11 U.S.C. § 541(c)(2). "Applicable nonbankruptcy law" means "all laws, state and federal, under which a transfer restriction is enforceable." *In re Moore*, 907 F.2d 1476, 1477 (4th Cir. 1990).

The Copyright Act is the "non-bankruptcy law" that restricts the transfer of Section 230 termination rights. 17 U.S.C.§ 203(a)(5) ("Termination [] may be effected notwithstanding any agreement to the contrary[.]"). And this "restriction on the transfer" applies here under Section 541(c)(2). So any transfer of Section 203 rights in bankruptcy would constitute improper "agreements to the contrary" and fail. See *Baldwin v. EMI Feist Catalog, Inc.*, 2012 WL 13019195 at *2 (S.D. Fla. 2012)("inalienable right").

Dated: March 7, 2023

Respectfully submitted,

By: */s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*and*

Scott Alan Burroughs
(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
scott@donigerlawfirm.com