**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AFFIDAVIT OF SCOTT ALAN BURROUGHS IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 11**

## AFFIDAVIT OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. I am a member of the New York and California bars. This testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. I held a teleconference with Plaintiff's counsel on February 2, 2023. During that conference we met and conferred in regard to Plaintiff's improper filing of a Notice of Voluntary Dismissal. I explained that this was improper under the Federal Rules, particularly Federal Rule of Civil Procedure 41. I requested that Plaintiff's counsel withdraw his Notice of Voluntary Dismissal. He refused to do so during the call. In a subsequent email he indicated that he would review the cases referenced by my office on this issue but failed to indicate that he would withdraw the improper filing. I advised that this refusal would require me serve a motion under Federal Rule of Civil Procedure 11 because the Notice of Voluntary Dismissal was an improper filing. No resolution could be reached.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2023 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 3, 2023 a true and correct copy of the foregoing document was submitted to the Clerk of Court CM/ECF System to all parties listed below on the Service List.

*/s/ Scott Alan Burroughs*
Scott Alan Burroughs