# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. 11**

- 2 -

**FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:**

Defendants Mark Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Rey's (collectively "Defendants") Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 is hereby GRANTED as follows:

(a) Plaintiff shall pay Defendants' fees as incurred in connection with their Motion to Strike and the instant motion in the amount of _____;

(b) The Court will impose a monetary sanction on Plaintiff in the amount of _____; and/or

(c) Plaintiff Counts II-V are adjudged and deemed frivolous for purposes of Defendants' motion to recover their attorneys fees as incurred in defending against those claims, under the Copyright Act and other relevant law.

**IT IS HEREBY DONE AND ORDERED.**

Dated: _____          By:_____
                                HONORABLE DARRIN P. GAYLES
                                UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2023, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Scott Alan Burroughs*

Scott Alan Burroughs