# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

## NOTICE OF SUPPLEMENTAL AUTHORITY

New authority establishes that Plaintiff's ownership arguments are precluded by the statute of limitations. See, e.g., Defs.' Summary Judgment Motion, pg. 17.

A "three-year statute," which runs from the accrual date, governs copyright claims. *Nealy v. Warner Chappell Music, Inc.*, 2023 WL 2230267, at *3 (C.A.11 February 27, 2023). Where the "gravamen" of a copyright claim is disputed ownership, "the discovery rule dictates when a copyright plaintiff's claim accrues." Id. at *4.

Plaintiff's ownership claims – that Ross, Campbell, and Wong Won, the members of 2 Live Crew, never owned any copyrights in their songs (because they were works-for-hire) and that the 1990 Agreement did not confirm a prior transfer of such ownership to Luke Skyywalker Records – fail under this authority. Plaintiff and its sole owner have for over 20 years known the terms of the 1990 Agreement and that the record company included copyright notices on the subject albums released *before* 1990, claiming ownership. The 1990 Agreement was never challenged until this litigation. Plaintiff's challenges to the record company's ownership, via the 1990 Agreement, are all time-barred by the above authority because, *inter alia*, the ownership challenges are made long after the statute of limitations has run.

Dated: March 9, 2023                    Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
scott@donigerlawfirm.com

and

JOEL B. ROTHMAN

Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile