UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

### RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), hereby files this response to Defendants' Moton for Sanctions Pursuant to Fed. R.Civ. P. 11 [DE 79]("Motion") as follows:

Sometimes a win isn't enough – the Motion is a perfect example of that concept.

Lil' Joe, realizing that it is a relatively minor issue[1] with nothing more than nominal damages, which pale in comparison to the much more substantial issue of the defendants ability to terminate the copyrights at issue, elected to dismiss its copyright and trademark infringement claims against Christopher Wong Won Jr, Roderick Wong Won, Leterius Ray and Anissa Wong Won (collectively, the "Wong Won Heirs"). Notice of Voluntary Dismissal Without Prejudice as to Counts II, III, IV and V [DE 64].

---

[1] Lil Joe dismissed the trademark claims after conducting discovery realizing that damages amounted to more than a nominal amount. This is not an important or significant part of this case as evidenced by the fact that defendants spend less than 3 pages of the 21-page Defendants' Moton for Summary Judgment [DE 53] addressing it.

That has created an uproar. Why, because the Wong Won Heirs want to pursue a claim for attorney's fees as a result of having prevailed on these claims. Fair enough, and Lil' Joe told the Wong Won Heirs it would stipulate to their ability to SEEK an award of attorneys' fees arising out of these claims following the trial of this action (Lil Joe also willing to stipulate to defer seeking and consideration of this request until that time). As defendants point out, parties are supposed to avoid a "costly meritless maneuver." In light of the foregoing, that is just what the Moton is.

Curiously, while the dismissal at issue pertained to claims against the Wong Won Heirs, Mark Ross and Luther Campbell seek sanctions. Motion at p. 2. Nothing at all alleged in the Motion has anything to do with Mark Ross or Luther Campbell. No reason is alleged why an award of sanctions in their favor is warranted.

Among the relief sought is for this Court to "adjudge Plaintiff Counts II-V to be frivolous for purposes of Defendants' motion to recover their attorney's fees as incurred in defending against those claims, under the Copyright Act and other relevant law." Motion at p. 5. Of course, defendants cite to no authority that says this is an appropriate remedy for filing an impermissible dismissal. Defendants did not even ask for, and therefore if they were to prevail on their motion for summary judgment would not receive, such a finding.

## Conclusion

For the foregoing reasons, this Court should deny Defendants' Moton for Sanctions Pursuant to Fed. R.Civ. P. 11 [DE 79].

        WOLFE LAW MIAMI PA
        175 SW 7th Street, Suite 2410
        Miami, Florida 33130
        P: 305.384.7370
        F: 305.384.7371
        Email: rwolfe@wolfelawmiami.com

        By:    /s/ Richard C. Wolfe

                                                  Richard C. Wolfe, Esq.
                                                  Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

                                                 /s/ Richard C. Wolfe
                                                 Richard C. Wolfe