UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF SCOTT ALAN BURROUGHS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S RULE 11 MOTION**

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Defendants' Opposition to Plaintiff's Rule 11 Motion. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of a proposed Rule 11 Motion sent to me by Plaintiff's counsel on October 7, 2022 via email. It is substantively different from the instant motion which Defendants are currently opposing, and was never filed. Plaintiff's counsel did not serve or otherwise provide Defendants or their counsel with a copy of the instant motion, or otherwise meet and confer since October 2022 regarding the substance of their current Rule 11 Motion.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2023 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.