UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF SCOTT ALAN BURROUGHS IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion in Limine. If called as a witness, I could and would competently testify as set forth below.

2. On November 4, 2022, Defendant Leterius Ray was deposed in this matter. Attached as **Exhibit 1** hereto are true and correct relevant portions of the certified deposition transcript of the deposition of Leterius Ray.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2023 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.