UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida
corporation,

       Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

       Defendants,
_____/

### NOTICE OF WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS [DE 78]

Plaintiff, LIL' JOE RECORDS, INC., a Florida corporation ("Plaintiff"), by and through undersigned counsel, hereby gives Notice of Withdrawal of its Rule 11 Motion for Sanctions [DE 78].

    Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Lil Joe Records Inc.*
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone: 305.384.7370 Fax: 305.384.7371

By: */s/ Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

            By: */s/ Richard C. Wolfe*
               RICHARD C. WOLFE