# M34847

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600188926406

01/06/11--01029--023  **131.25

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
11 JAN -6 AM 10: 07

Art Diss/cus
w/ notice
(10 1/10/11

## **COVER LETTER**

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Articles of Dissolution

**DOCUMENT NUMBER:** M34847

The enclosed **Articles of Dissolution** and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

**Kristin Campbell, Esq.**
(Name of Contact Person)

_____
(Firm/Company)

**18520 NW 67th Ave, Unit #188**
(Address)

**Miami Lakes, FL 33015**
(City/State and Zip Code)

For further information concerning this matter, please call:

_Kristin Campbell_ at ( 305 ) 600-1732
(Name of Contact Person)     (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $35 Filing Fee   ☑ $43.75 Filing Fee & Certificate of Status   ☐ $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)   ☐ $52.50 Filing Fee, Certificate of Status & Certified Copy (Additional copy is enclosed)

**MAILING ADDRESS:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST:   The name of the corporation as currently filed with the Florida Department of State:

**Luke Records, Inc.**

SECOND:   The document number of the corporation (if known): **M34847**

THIRD:   The date dissolution was authorized: **December 1, 2010**

Effective date of dissolution <u>if applicable:</u> **December 1, 2010**
(no more than 90 days after dissolution file date)

FOURTH:   Adoption of Dissolution (CHECK ONE)

☑ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____
(voting group)

Signature: _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

FILED
11 JAN -6 AM 10:07
SECRETARY OF STATE
DIVISION OF CORPORATIONS

**Luther Campbell**
(Typed or printed name of person signing)

**President**
(Title of person signing)

**Filing Fee: $35**

## Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

This "*Notice of Corporate Dissolution*" is optional and is not required when filing a voluntary dissolution.

Name of Corporation: **Luke Records, Inc.**

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the *Articles of Dissolution*.

Description of information that must be included in a claim:

**The executed agreement in which the claim arises and the mailing address, phone number and email address of the contact person.**

Mailing address where claims can be sent: (Claims cannot be sent to the Division of Corporations)

**18520 NW 67th Ave**

**Unit #188**

**Miami Lakes, FL 33015-2044**

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

_Kristin Campbell_
Printed Name of the Person Filing

_[signature]_
Signature of the Person Filing

Fee: **No charge if included with Articles of Dissolution. If filed separately $35.00**