ends, where we'd push
crifice Weekend because
sacrifice to get with the
that's what you had to
d let guys piss on you,
n, it was their chance to

hit to see if they'd go
lanta. We'd have girls in
You want to be with us?
gotta take off all your
u're gonna walk up to
nd this lady would walk
lerneath. She'd walk up
d go up, and we'd all be
front desk, because his
r Luke's room number,
k to the elevator naked.
ut it, and the front-desk

k rock stars. There was
e running through this
decided I wanted to see
ht. It wasn't how many
ny women I could stick
three in each room. I'd
! Jump on another one,
uck another one. Go to
these girls thought this
d real cool to be fucking

nt where I decided this

groupie shit was just too easy. I only like doing something if it's a challenge. Seducing a woman is a challenge, but with the groupies it just got tired after a while. The crew and the rest of the group and the entourage, they kept knocking down as much pussy as they could. Me, after shows I started sitting down and talking to groupies. I used to have conversations with them, where they were in life, were they in college. That was way more interesting. You can only have so much sex before it starts to get old.

Pretty soon after *Sports Weekend* came out, life with 2 Live Crew was getting old, too. Brother Marquis and Mr. Mixx filed a lawsuit against Luke Records and called a press conference where they stood up with their attorney, claiming that they were broke and that I'd screwed them out of over a million dollars in royalties.

They were broke. That much was true. The lawyer said in the press conference that both guys were living with their mothers, Mixx in California and Marquis in Atlanta. But the reason they were broke is because they spent their money on bullshit like cars and women. I wasn't responsible for the fact that they couldn't handle their own money like adults. As for me not paying them, that was ridiculous.

2 Live Crew never had a contract. There was no written agreement between the group and the label. We'd just started putting out singles and everything blew up so quickly that we never stopped to paper everything. It was only after *Banned in the U.S.A.* came out and went gold that those guys started getting worried that they'd get left behind. They came to me before *Sports Weekend* and said, "We want a contract." A short while later we drew one up and signed it. Eight months later, Mixx and Marquis turned around and sued. Fresh Kid Ice wasn't a part of