UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## JOINT MOTION FOR EXTENSION OF TIME

    Plaintiff, Lil' Joe Records, Inc., and Defendants, Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell, joinly move this Court for the entry of an order extending the time to file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form and proposed findings of fact and conclusions of law and as grounds therefore states:

    The joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form and proposed findings of fact and conclusions of law are due on April 12, 2023. Due to the holiday, unforeseen circumstances, and scheduling conflicts, the parties respectfully seek an extension of time until April 19, 2023, well in advance of the trial period, to file the above-mentioned documents.

    WHEREFORE, Lil' Joe Records, Inc., Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell ask this Court for the entry of

an order extending the time to file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form and proposed findings of fact and conclusions of law until April 19, 2023.

| | |
|---|---|
| /s/ Richard C. Wolfe | /s/ *Scott Alan Burroughs* |
| Richard C. Wolfe | Scott Alan Burroughs |
| Florida Bar No. 355607 | Admitted *pro hac vice* |
| rwolfe@wolfelawmiami.com | scott@donigerlawfirm.com |
| Wolfe Law Miami, P.A. | Doniger / Burroughs |
| 175 SW 7 Street, Suite 2410 | 237 Water Street, First Floor |
| Miami, Florida 33130 | New York, New York 10038 |
| Telephone (305) 384-7370 | Telephone (310) 590-1820 |
| Attorney for Lil' Joe Records, Inc. | Attorneys for Defendants |