UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida corporation,

        Plaintiffs,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

        Defendants,
_____/

## NOTIFICATION OF NINETY-DAY EXPIRING

Plaintiff, LIL JOE RECORDS, INC. ("Plaintiff"), provides notice to all parties and the Court that it is has been over ninety days since the Plaintiff's Motion for Summary Judgment as to Count I – Declaratory Judgment [D.E. 30] was filed and fully briefed pursuant to Local Rule 7.1 (b)(4)(A).

The titles, docket entry numbers, and dates of service for all relevant filings are:

• Plaintiff's Motion for Summary Judgment as to Count I Declaratory Judgment [DE 30], filed September 23, 2022;

• Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment as to Count I Declaratory Judgment [DE 36], filed October 7, 2022;

• Plaintiff's Reply to Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment as to Count I Declaratory Judgment [DE 47] filed October 20, 2022.

        A hearing has not been held on Plaintiff's Motion for Summary Judgment.

        **Respectfully submitted,**
        **WOLFE LAW MIAMI, P.A.**
        *Counsel for Lil Joe Records, Inc.*
        175 SW 7th Street, Suite 2410

        Miami, FL 33130
        Phone: 305.384.7370 Fax: 305.384.7371

        By: */s/ Richard C. Wolfe*
        RICHARD C. WOLFE
        Florida Bar No.: 355607
        rwolfe@wolfelawmiami.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

        /s/ Richard C. Wolfe
        Richard C. Wolfe