UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

      Defendants
_____/

## PLAINTIFF'S PROPOSED VERDICT

We, the jury, find as follows:

1. How were the copyrights to *2 Live Crew*'s music transferred by *2 Live Crew's* members, Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs, to Luke Records, Inc.?

    ____ Pursuant to a Recording Agreement between Skyywalker Records, Inc, Luther Campbell, David Hobbs, Chris Wong Won and Marquis Ross which is undated but which they claim was signed in 1990.

    ____ Pursuant to the three agreements signed in April 1991: an Exclusive Recording Agreement dated April _, 1991, between Luke Records, Inc. and Chris Wong Won, an Exclusive Recording Agreement dated April _, 1991, between Luke Records, Inc., Mark Ross and David Hobbs, and an Exclusive Recording Agreement dated April _, 1991, between Luke Records, Inc. and Luther Campbell.

2. Were the copyrights to *2 Live Crew*'s music also transferred by Luther Campbell to Lil' Joe Records, Inc. as part of the plan of reorganization in his bankruptcy?

    Yes: _____ No:_____

3. Were the copyrights to *2 Live Crew*'s music also transferred by Christopher Wong Won to Lil' Joe Records, Inc. in settling *Weinberger v Christopher Wong Won,* Eleventh Judicial Circuit Court Case No. 02-05481 CA 25?

Yes: _____ No:_____

4. Were the copyrights to *2 Live Crew*'s music also transferred by Mark Ross to Lil' Joe Records, Inc. in settling an adversary proceeding in his bankruptcy?

Yes: _____ No:_____

5. Did you find that Luther Campbell created *2 Live Crew*'s music within the scope of his employment?

Yes: _____ No:_____

If the answer to question 5 is Yes, then proceed to question 6. If the answer to question 5 is No, then skip question 6 and proceed to question 7.

6. Did you find that Luther Campbell signed a written document giving the copyright to *2 Live Crew*'s music to Luke Records, Inc.?

Yes: _____ No:_____

7. Was *2 Live Crew*'s music specially ordered or commissioned for use on an album?

Yes: _____ No:_____

8. Did Luke Records, Inc. and Luther Campbell expressly agree in a signed, written document that *2 Live Crew*'s music was to be considered a work made for hire?

Yes: _____ No:_____

SO SAY WE ALL, this ____ day of _____, 2023.

_____
FOREPERSON