UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK ROSS; *et al.*, )<br>)<br>Defendants. )<br>) | CASE NO. 1:21-CV-23727-DPG |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN REGARD TO THE PENDING SUMMARY JUDGMENT MOTIONS**

Defendants respectfully submit this Notice detailing authority that arose during the pre-trial meet-and-confer or was part of Defendants' Opposition to Plaintiff's Rule 11 Motion, which Plaintiff withdrew.

**A.    Work-for-Hire**

"In the case of a work made for hire, the employer or other person for whom the work was prepared is considered the author for purposes of this title, and, **unless the parties have expressly agreed otherwise in a written instrument signed by them**, owns all of the rights comprised in the copyright." 17 USC § 201(b) (emphasis added). Even if the members of 2 Live Crew somehow were employees, they indicated in the 1990 Agreement that the work was **not** a work-for-hire by assigning rights via that agreement.

**B.    Bankruptcy**

11 U.S.C. § 541(c)(2) establishes that a "restriction on the transfer of a beneficial interest of the debtor in a trust that is enforceable under applicable nonbankruptcy law is **enforceable in a case under this title**." *In re Hilsen*, 405 B.R. 49, 56 (Bankr. E.D.N.Y. 2009)(emphasis added)(citations omitted). The Copyright Act places a "restriction on the transfer of a beneficial interest of the debtor" via 17 U.S.C.§ 203(a)(5), which preserves termination rights "notwithstanding any agreement to the contrary."

|  |  |
|---|---|
| Dated: January 25, 2023 | Respectfully submitted, |
|  | By: */s/ Scott Alan Burroughs*<br>Scott Alan Burroughs<br>(admitted *pro hac vice*)<br>DONIGER / BURROUGHS<br>237 Water Street, First Floor<br>New York, New York 10038<br>(310) 590 – 1820<br>scott@donigerlawfirm.com |
|  | and |
|  | JOEL B. ROTHMAN<br>Florida Bar Number: 98220<br>joel.rothman@sriplaw.com<br>ANGELA M. NIEVES<br>Florida Bar Number: 1032760<br>angela.nieves@sriplaw.com |
|  | **SRIPLAW, P.A.**<br>21301 Powerline Road<br>Suite 100<br>Boca Raton, FL  33433<br>561.404.4350 – Telephone<br>561.404.4353 – Facsimile |
|  | *Attorneys for Defendants* |