UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

      Defendants
_____/

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

## SPECIAL VERDICT

Being dutifully sworn, we, the jury, respond and find as follows:

1. Did the members of *2 Live Crew* transfer the copyrights for the albums at issue in this case, referred to hereafter as the "Subject Albums," to Luke Skyywalker Records via oral agreements that were confirmed in writing by the written contract signed in 1990?

    YES or NO: _____.

2. Did Defendants terminate the transfer of copyrights after 35 years and before 40 years had elapsed from the date of that transfer?

    YES or NO: _____.

3. Did Defendants serve an advance notice in writing of the termination, signed by two of the members of *2 Live Crew* and the heirs of a third member of 2 Live Crew and provide at least two years' notice?

    YES or NO: _____.

4. Did Defendants' termination notice properly state the effective date of the termination?

    YES or NO: _____.

5. Was Defendants' termination notice valid?

    YES or NO: _____.

6. Were the Defendants employees of Luke Skyywalker Records when they recorded the Subject Albums?

    YES or NO: _____.

7. If Defendants were employees of Luke Skyywalker Records, did they record the Subject Albums within the scope of their employment?

    YES or NO: _____.

8. Did the members of 2 Live Crew and Luke Skyywalker Records sign a written agreement stating that the Subject Albums were works for hire on a date before the albums were created?

YES or NO: _____.

9. Have Defendants terminated their transfer of the copyrights in the Subject Albums?

YES or NO: _____.

**SO SAY WE ALL**, this \_\_\_\_ day of _____, 2023.

By: _____
     FOREPERSON