UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.
_____/

## MOTION FOR LEAVE TO VOLUNTARILY DISMISS COUNTS VI-X

Plaintiff, Lil' Joe Records, Inc. ("Lil Joe"), moves this Court for leave to voluntarily dismiss Counts VI-X and as grounds therefore states:

Realizing that it is a relatively minor issue with relatively small damages, which pale in comparison to the much more substantial issue of the defendants' ability to terminate the copyrights at issue, Lil' Joe desires to voluntarily dismiss its copyright and trademark infringement claims against Mark Ross asserted in Counts VI-X. Lil' Joe has informed Ross that it would stipulate to his ability to seek award of attorneys' fees arising out of these claims following the trial of this action, and that Ross could defer seeking and consideration of that request until that time.

Pursuant to S.D. Fla. Local Rule 7.1(3), Lil Joe's counsel has conferred with Ross' counsel in a good faith effort to resolve the issues raised herein, but have been unable to do so.

For the foregoing reason, Lil' Joe requests that this Court enter an order granting it leave to voluntarily dismiss Counts VI-X and grant all other relief this Court deems just and appropriate.

        WOLFE LAW MIAMI PA
        175 SW 7th Street, Suite 2410
        Miami, Florida 33130
        P: 305.384.7370
        F: 305.384.7371
        Email: rwolfe@wolfelawmiami.com

        By:    /s/ Richard C. Wolfe
                  Richard C. Wolfe, Esq.
                  Florida Bar No.: 355607

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

        /s/ Richard C. Wolfe
        Richard C. Wolfe