## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **CASE NO. 1:21-CV-23727-DPG** |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF SCOTT ALAN BURROUGHS IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS COUNTS VI-X

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a proposed stipulation to dismiss Counts II-X. Defense counsel initially agreed to its filing but then withdrew that agreement. Attached hereto as **Exhibit 2** is a true and correct copy of correspondence reflecting the foregoing.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2023 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.