# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## STIPULATION FOR DISMISSAL OF COUNTS II-X

Plaintiff, Lil' Joe Records, Inc., and Defendants, Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell, hereby stipulate as follows:

1.    Counts II-X of the Complaint [DE 1] are hereby dismissed with prejudice.

2.    Mark Ross is the prevailing party on Counts VI-X and may seek an award of costs and attorneys fees for prevailing on Counts VI-X, which request shall not be made until after the trial or other final disposition in this action.

3.    Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray and Anissa Wong Won are the prevailing parties on Count II-V and may seek an award of costs and attorneys fees as a result of prevailing on Counts II-V, which request shall not be made until after the trial or other disposition in this action.

SO STIPULATED.

[removed]
Richard C. Wolfe
Florida Bar No. 355607
rwolfe@wolfelawmiami.com
Wolfe Law Miami, P.A.
175 SW 7 Street, Suite 2410
Miami, Florida 33130
Telephone (305) 384-7370
Attorney for Lil' Joe Records, Inc.

[removed]
Scott Alan Burroughs
admitted *pro hac vice*
scott@donigerlawfirm.com
Doniger/Burroughs
237 Water Street, First Floor
New York, New York 10038
Telephone (310) 590-1820

[removed]
Joel B. Rothman
Florida Bar No. __
joel.rothman@sriplaw.com
SRip Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Telephone (561) 404-4335
Attorneys for Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell