# Exhibit
# 2

**RE: Lil' Joe v Ross**

Richard Wolfe <rwolfe@wolfelawmiami.com>

Wed 4/19/2023 7:24 PM

To: Scott Burroughs <scott@donigerlawfirm.com>

Cc: Angela Nieves <angela.nieves@sriplaw.com>;Steven Lippman <slippman@natlco.com>;Aimee Jimenez <aimee@wolfelawmiami.com>;Joel Rothman <joel@sriplaw.com>;Frank Trechsel <ftrechsel@donigerlawfirm.com>

We do not agree

**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

---

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Wednesday, April 19, 2023 7:03 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Angela Nieves <angela.nieves@sriplaw.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Subject:** Re: Lil' Joe v Ross

Attached.

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Wednesday, April 19, 2023 7:01 PM

**To:** Scott Burroughs <scott@donigerlawfirm.com>
**Cc:** Angela Nieves <angela.nieves@sriplaw.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Subject:** RE: Lil' Joe v Ross

Send it so I know I am looking at the right version

**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Wednesday, April 19, 2023 7:00 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Angela Nieves <angela.nieves@sriplaw.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Subject:** Re: Lil' Joe v Ross

Richard - this is the stipulation to dismiss. Do we have your consent to file?

---
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Los Angeles / New York
scott@donigerlawfirm.com

> On Apr 19, 2023, at 6:57 PM, Richard Wolfe <rwolfe@wolfelawmiami.com> wrote:
>
>
> yes
>
>
> **Richard Wolfe**

Board Certified Attorney
Business Litigation
<image003.png>
<image004.png>
Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

---

**From:** Angela Nieves <angela.nieves@sriplaw.com>
**Sent:** Wednesday, April 19, 2023 6:53 PM
**To:** Scott Burroughs <scott@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>
**Cc:** Aimee Jimenez <aimee@wolfelawmiami.com>; Richard Wolfe <rwolfe@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Subject:** RE: Lil' Joe v Ross

Was there a response to this email? Can we file it? We've begun filing.


<image005.png>
**Florida | Los Angeles | New York | Atlanta | Nashville | Medellin**
**Angela M. Nieves**
Associate
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Main: (561) 404-4350
Direct: (786) 788-6020
Mobile: (786) 459-8802
angela.nieves@sriplaw.com
**www.sriplaw.com**

---

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Wednesday, April 19, 2023 12:32 PM
**To:** Steven Lippman <slippman@natlco.com>
**Cc:** Aimee Jimenez <aimee@wolfelawmiami.com>; Richard Wolfe <rwolfe@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Angela Nieves <angela.nieves@sriplaw.com>
**Subject:** Re: Lil' Joe v Ross

See attached for our revisions to the stipulation to dismiss Counts II-X and advise if they are agreeable on your end.

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com