UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

    Defendants.

## NOTICE OF STRIKING

Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell, by and through their undersigned counsel, hereby strike the document filed at DE 102.

Dated:  April 25, 2023

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN
        Florida Bar Number:  98220
        joel.rothman@sriplaw.com

        **SRIPLAW, P.A.**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Defendant Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, And Luther Campbell*