

Steven Lippman <slippman@natlco.com>

## Re: Lil' Joe
1 message

**Steven Lippman** <slippman@natlco.com>  Wed, Apr 5, 2023 at 11:01 AM
To: Scott Burroughs <scott@donigerlawfirm.com>
Cc: "joel.rothman@sriplaw.com" <joel.rothman@sriplaw.com>, Richard Wolfe <rwolfe@wolfelawmiami.com>, Frank Trechsel <ftrechsel@donigerlawfirm.com>

Scott

Attached is a proposed stipulation - we are open to suggestions.

Steve

**Steven N. Lippman**



National Companies LLC
135 Northwest 100 Avenue
Ft. Lauderdale, Florida 33324
Phone: (954) 361-4560
slippman@natlco.com
www.natlco.com


On Tue, Apr 4, 2023 at 6:44 PM Scott Burroughs <scott@donigerlawfirm.com> wrote:

> Steven - I am currently out of the office and do not have client authority for the below. But please forward a proposed stipulation reflecting the terms of the dismissal and I will review it with my clients.
>
> All rights reserved.
>
>  Thank you.
>
> --
> Scott Alan Burroughs, Esq.
> DONIGER / BURROUGHS
> 247 Water Street, First Floor
> New York, New York 10038
> (310) 590-1820
> scott@donigerlawfirm.com
>
> **From:** Steven Lippman <slippman@natlco.com>
> **Sent:** Wednesday, March 29, 2023 10:57 AM
> **To:** Scott Burroughs <scott@donigerlawfirm.com>
> **Cc:** joel.rothman@sriplaw.com <joel.rothman@sriplaw.com>; Richard Wolfe <rwolfe@wolfelawmiami.com>
> **Subject:** Lil' Joe

Scott

Richard asked me to forward this message to you.

Lil' Joe has determined that the damages arising from the trademark and copyright infringement claims against Mark Ross (Counts VI-X) do not justify a trial. Would your clients be willing to stipulate to the dismissal of Counts VI-X with the ability to seek an award of fees upon the completion of the trial? If they are not willing to so stipulate, Lil' Joe will seek leave to do so.

As previously indicated, Lil' Joe is also willing to extend the same stipulation to Counts II-V as to the Wong Won heirs.

Steve

**Steven N. Lippman**



National Companies LLC
135 Northwest 100 Avenue
Ft. Lauderdale, Florida 33324
Phone: (954) 361-4560
slippman@natlco.com
www.natlco.com

 **Stip dismissal.docx**
31K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## STIPULATION FOR DISMISSAL OF COUNTS II-X

Plaintiff, Lil' Joe Records, Inc., and defendants, Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell, hereby stipulate as follows:

1. Counts II-X of the Complaint [DE 1] are hereby dismissed.

2. Mark Ross may seek an award of fees as a result of the dismissal of Counts VI-X, which request shall not be made until after the trial of this action.

3. Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray and Anissa Wong Won may seek an award of fees as a result of the dismissal of Counts II-V, which request shall not be made until after the trial of this action.

| | |
|---|---|
| /s/ Richard C. Wolfe | /s/ *Scott Alan Burroughs* |
| Richard C. Wolfe | Scott Alan Burroughs |
| Florida Bar No. 355607 | admitted *pro hac vice* |
| rwolfe@wolfelawmiami.com | scott@donigerlawfirm.com |
| Wolfe Law Miami, P.A. | Doniger/Burroughs |
| 175 SW 7 Street, Suite 2410 | 237 Water Street, First Floor |
| Miami, Florida 33130 | New York, New York 10038 |

Telephone (305) 384-7370
Attorney for Lil' Joe Records, Inc.

Telephone (310) 590-1820

/s/ *Joel B. Rothman*
Joel B. Rothman
Florida Bar No. __
joel.rothman@sriplaw.com
SRip Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Telephone (561) 404-4335
Attorneys for Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell