## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

    Defendants.

**CASE NO.: 1:21-CV-23727-DPG**

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE STANLEY COBBLE AS A WITNESS AND PRECLUDE HIS TESTIMONY

## **MEMORANDUM OF LAW**

Plaintiff, Lil' Joe Records, Inc.'s ("Lil' Joe"), Motion to Strike should be denied. Plaintiff's counsel has submitted a false meet-and-confer certification and Defendants will present Stanley Cobble as an impeachment witness at time of trial, which is permissible under the Federal Rules. As set forth below, the motion lacks merit.

### A.   The motion is procedurally improper

Lil' Joe has violated the Local Rules, which require the moving party to make a "reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion." Local Rule 7.1(a)(3). It also requires, at "the end of the motion, and above the signature block," a certification that the parties met-and-conferred or that the opposing party would not confer. Id. The latter is required to be done "with specificity" and include in the statement the" date, time, and manner of each effort[.]" Id.

Plaintiff's counsel's statement in this regard is demonstrably false. He writes: "Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Lil Joe's counsel has made reasonable efforts to confer with defendants' counsel in a good faith effort to resolve the issue raised herein by email on April 19, 2023, at 5:41 pm (which additionally offered to confer by telephone/zoom), April 27, 2023, at 9:30 am (again offering "if you would like a call to discuss further please provide proposed times") and April 27, 2023, at 12:42 pm (responding to the inquiry "please provide the basis for the challenge" by stating "He was never disclosed to us as potential witness"), **but have been unable to do so**." Motion, pg. 3 (emphasis added). But this is untrue. On Tuesday, May 2, 2023, my office proposed that the meet-and-confer take place at 12:00 pm EST on May 4, 2023 and

Plaintiff's counsel responded to confirm. See **Exhibit A**. The day before that conference is set to occur, Plaintiff files this motion. Plaintiff's counsel's certification that he was "unable to confer" with my office regarding the motion is false.

      **B.**      **The motion lacks substance**

The motion should also be denied because Mr. Cobble's testimony is to be offered for purposes of impeachment. It is settled law that the Federal Rules do not require the disclosure of "the name ... of each individual likely to have discoverable information" when the witness is offered "solely for impeachment." *Peery v. Serenity Behav. Health Sys.*, No. CV106-172, 2009 WL 1393292, at *1, fn. 3 (S.D. Ga. May 18, 2009), quoting Federal Rule of Civil Procedure 26(a)(1)(A)(i). Indeed, if a witness is called "solely" to impeach the testimony of another witness, "the party calling the impeaching witness need not have previously disclosed the identity of the impeaching witness." *Roberta L. Marcus, Inc. v. New Cingular Wireless PCS, LLC*, No. 12-20744-CIV, 2013 WL 4777170, at *1 (S.D. Fla. Sept. 5, 2013), citing *Bearint ex rel. Bearint v. Dorell Juvenile Grp., Inc.*, 389 F.3d 1339, 1354 (11th Cir.2004). Rule 26(a)(3) exempts witnesses "used solely for impeachment because pretrial disclosure would significantly diminish its impeachment value. *Denty v. CSX Transp.*, 168 F.R.D. 549, 550 (D.Or.2000). Li'l Joe's argument fails because Mr. Cobble's testimony is to "be used for impeachment purposes only." *Peery*, 2009 WL 1393292, at *1 (rejecting challenge to undisclosed impeachment witness).

While Plaintiff is free to object at trial to the introduction of certain testimony, his motion is premature and fails because it does not address the fact that Mr. Cobble is being introduced for purposes of impeachment.

DATED: May 3, 2023               Respectfully submitted,

*/s/  Scott Alan Burroughs*
SCOTT ALAN BURROUGHS
(admitted *pro hac vice*)
**DONIGER / BURROUGHS**
237 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 3, 2023 a true and correct copy of the foregoing document was submitted to the Clerk of Court CM/ECF System to all parties listed below on the Service List.

/s/ *Scott Alan Burroughs*
Scott Alan Burroughs