# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| MARK ROSS; *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF SCOTT ALAN BURROUGHS IN OPPOSTION TO PLAINTIFF'S MOTION TO STRIKE

## DECLARATION OF SCOTT ALAN BURROUGHS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence between myself and Plaintiff's counsel that reflects the scheduling of a meet-and-confer session.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2023 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.