# Exhibit

# A

**RE: 2 live crew**

Richard Wolfe <rwolfe@wolfelawmiami.com>
Tue 5/2/2023 12:48 PM

To: Scott Burroughs <scott@donigerlawfirm.com>

Cc: Joel Rothman <joel@sriplaw.com>;Frank Trechsel <ftrechsel@donigerlawfirm.com>;Steven Lippman <slippman@natlco.com>;Aimee Jimenez <aimee@wolfelawmiami.com>;Al Rivera <al@wolfelawmiami.com>

Also please advise then if chris and Robbie got divorced and if so, where?? And if not, why you failed to list her under your rule 26 disclosures ( which btw you failed to file)

**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

---

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 12:22 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

Let's plan to speak at noon EST on Thursday. I will call your office at that time.

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Tuesday, May 2, 2023 12:13 PM
**To:** Scott Burroughs <scott@donigerlawfirm.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven
Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera
<al@wolfelawmiami.com>
**Subject:** RE: 2 live crew

You have our witness and exhibit list. We will relay upon that and the newly obtained affidavits of the
clerk and the marriage license   I am happy to meet and confer Thursday from 10-2 or Friday from 2-5.  If
Friday call my cell

**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 12:07 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven
Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera
<al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

We are happy to meet and confer and will need to discuss whether and to what extent a party
may rely on witnesses or documents not produced in discovery for any purpose at trial.

We also need to confer regarding our fees motion for defeating your Rule 11 motion.

Please provide times on Thursday and Friday of this week for the conference regarding the
above.

Thank you,

--
Scott Alan Burroughs, Esq.

DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Tuesday, May 2, 2023 12:02 PM
**To:** Scott Burroughs <scott@donigerlawfirm.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** RE: 2 live crew

One has nothing to do with the other.  Ill accept that you will not agree to strike Cobble and will file the motion for the court to do so.

On another topic, you have not responded to my email expressing that Wong won was married to Robie and not divorced and hence, as his surviving spouse you do not represent the majority of his interests. And since you do not represent that majority, you do not represent the majority of the artists ( only 2/4) ( even ignoring  all the other reasons why neither Campbell nor Ross hold valid 203 rights)

So, unless I hear from you to the contrary within 3 days, I will assume you do not agree to strike the claim, I will seek dismissal and certify that we have meet and conferred.


**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

---

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 11:42 AM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

I am uncertain how you draw that conclusion. I am asking a question as part of the meet and confer process.

---
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Los Angeles / New York
scott@donigerlawfirm.com

On May 2, 2023, at 11:38 AM, Richard Wolfe <rwolfe@wolfelawmiami.com> wrote:

I will accept this as your rejection of my request to strike the witness.  I will file a motion and certify that we meet and conferred.

**Richard Wolfe**
Board Certified Attorney
Business Litigation
<image001.png>
<image002.png>
Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 11:17 AM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Cc:** Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

Richard:

Is it no longer your position that material that was not produced or identified in discovery may not be used to challenge the other side's positions?

I note that you objected to Mr. Cobble's testimony on that basis. Please advise as to whether your position has changed.

All rights reserved.

Thank you,

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor

New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Monday, May 1, 2023 9:40 AM
**To:** Scott Burroughs <scott@donigerlawfirm.com>; Joel Rothman <joel@sriplaw.com>;
Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Cc:** Steven Lippman <slippman@natlco.com>; Aimee Jimenez
<aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** 2 live crew

Scott/Joel,  I am writing because I do not believe your clients have standing ( as the majority
of the artists) because the WONG WON CHILDREN ARE NOT THE HIERS OF Chris Wong
Won.  Attached is the marriage license in which Chris married Robbie Cooks.  Your client,
Leterius Ray   ( we stipulated his testimony was binding on all the Wong won children)
testified  that Chris and Robbie lived in Miami- Dade county.  We checked county records
and there is no evidence of a divorce.  We also checked the Broward records and again,
there is no evidence of a divorce. We likewise found no evidence of a probate proceeding
for an estate. We wanted to give you timely  notice of our discovery.

Since the children are not the proper heirs of Chris, your plaintiffs are not the majority of the
artists and therefore do not have standing under 17 USC sec 203. We demand that you
dismiss his case. If you will not do so, then be advised that we seek add this document to
our exhibit list and we will seek sanctions

**Richard Wolfe**
Board Certified Attorney
Business Litigation
<image001.png>
<image002.png>
Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639