UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, et al.,

      Defendants.
_____/

## DECLARATION OF RICHARD WOLFE

I, Richard Wolfe, depose, attest and say from my personal knowledge, the following:

1. I, Richard Wolfe, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence myself and Defendants' counsel that reflected the completion of the meet and confer on the issue of Stanley Cobble.

3. The conference call on May 4, 2023 to meet and confer was regarding the motion regarding Chris Wong Won's marriage and divorce and not the Cobble motion. Hence, the meet and confer was completed.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2023, at Miami, Florida.

By: _____

Richard Wolfe, Esq.

## Richard Wolfe

**From:** Richard Wolfe
**Sent:** Wednesday, April 19, 2023 5:41 PM
**To:** Scott Burroughs
**Cc:** Joel Rothman; Steven Lippman
**Subject:** 2 live

I saw a person on your witness list never previously disclosed... Stanley Cobble. I can find no mention of him in your rule 26 disclosures, any response to discovery or in a deposition. We will move to strike him. This email is sent for purposes a meet and confer. Are you available at 11 tmr to discuss same?

Richard Wolfe
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639



EXHIBIT A