## Luis G. Montaldo, Clerk Ad Interim
of the Circuit and County Courts
Miami-Dade County, Florida



Marriage License Bureau
601 Nw 1st Court R1900
Miami Fl 33136
Phone: (305) 275-1155

Application 1991-005718

## Certificate of Marriage

I, Luis G. Montaldo Clerk Ad Interim of the Circuit and County Courts of Miami-Dade County, State of Florida, do hereby certify that the attached constitutes a true and correct copy of the applicants' marriage license.

WITNESS my hand and Official Seal this __25__ day of _____April_____, _2023_.

Luis G. Montaldo, Clerk Ad Interim
Circuit and County Courts

By: _____
       Deputy Clerk

CLAUDIA ALVAREZ 0692
DEPUTY CLERK



Attachment: License Image

# MARRIAGE RECORD
## FLORIDA

**APPLICATION NO.** 91-005718

### APPLICATION TO MARRY

**GROOM DATA**
- 1. GROOM'S NAME (First, Middle, Last): CHRISTOPHER NMN WONGWON
- 3a. RESIDENCE – CITY, TOWN, OR LOCATION: 13165 N.W. 11 AVE., MIAMI
- 3b. COUNTY: DADE
- 3c. STATE: FL.
- 4. BIRTHPLACE (State or Foreign Country): TRINIDAD W.I.
- 2. DATE OF BIRTH (Month, Day, Year): JAY 29, 1964

**BRIDE DATA**
- 5a. BRIDE'S NAME (First, Middle, Last): ROBBIE LATRICE COOKS
- 5b. MAIDEN SURNAME (if different): SAME
- 6. DATE OF BIRTH (Month, Day, Year): SEPT. 03, 1970
- 7a. RESIDENCE – CITY, TOWN, OR LOCATION: MIAMI
- 7b. COUNTY: DADE
- 7c. STATE: FL.
- 8. BIRTHPLACE (State or Foreign Country): FL.

### AFFIDAVIT OF BRIDE AND GROOM

9. GROOM'S SIGNATURE: Chris Wongwon
10. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
11. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch
    TITLE: DEPUTY CLERK

13. BRIDE'S SIGNATURE: Bobbi Latrice Cooks
14. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
15. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch
    TITLE: DEPUTY CLERK

### LICENSE TO MARRY

17. DATE LICENSE ISSUED: APRIL 11, 1991
18. EXPIRATION DATE: JUNE 09, 1991
19. SIGNATURE OF PERSON ISSUING LICENSE: Natalie Branch

### CERTIFICATE OF MARRIAGE

21. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA on MAY 4, 1991 at MIAMI, FLORIDA

22a. SIGNATURE OF PERSON PERFORMING CEREMONY: Rev. Ion L. Curry
22b. NAME: REV. ION L. CURRY
22c. TITLE: MINISTER
22d. ADDRESS: 180 N.W. TERR

23. SIGNATURE OF WITNESS TO CEREMONY

### RECORDED

25. DATE RETURNED: MAY -8 1991
26. RECORDED BOOK: 348 / 1691
27. CLERK OF COURT: MARSHALL ADER
    TITLE: D.C.
    BY DC: N.G.
    COUNTY: DADE

**INFORMATION BELOW WILL NOT APPEAR ON CERTIFICATION ISSUED BY VITAL STATISTICS, EXCEPT UPON REQUEST.**

- 28. GROOM RACE: OTHER
- 29. NUMBER OF THIS MARRIAGE: 1
- 32. BRIDE RACE: BLACK
- 33. NUMBER OF THIS MARRIAGE: 1

HRS Form 743 Jan 89 (Obsoletes previous editions)

AUDIT CONTROL NO. 416657

---

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office APR 2 5 2023
LUIS G. MONTALDO, Clerk Ad Interim of Circuit and County Courts
Deputy Clerk #48876
CLAUDIA ALVAREZ 0692
DEPUTY CLERK