IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

**STATE OF FLORIDA} SS**

**COUNTY OF BROWARD} SS**

### AFFIDAVIT OF NON-SUIT

I hereby certify that a search of the records under my custody and control has been made for the period April 11, 1991 through May 01, 2023 and that said records fail to disclose any **Circuit Family** actions in this court of Broward County.

CHRISTOPHER WONG WON aka CHRISTOPEHER WONG-WON aka CHRISTOPHER WONGWON VS ROBBIE WONG WON aka ROBBIE WONG-WON aka ROBBIE WONGWON aka ROBBIE L COOKS

Dated this May 1, 2022

Brenda D. Forman, Clerk
Circuit and County Courts

By _____
Deputy Clerk