Luis G. Montaldo, Clerk Ad Interim
of the Circuit and County Courts
Miami-Dade County, Florida

Marriage License Bureau
601 Nw 1st Court R1900
Miami Fl 33136
Phone: (305) 275-1155

Application  1991-005718

## Certificate of Marriage

I, Luis G. Montaldo Clerk Ad Interim of the Circuit and County Courts of Miami-Dade County, State of Florida, do hereby certify that the attached constitutes a true and correct copy of the applicants' marriage license.

WITNESS my hand and Official Seal this ___25___ day of _____April_____, __2023__ .

Luis G. Montaldo, Clerk Ad Interim
Circuit and County Courts

By: _____
         Deputy Clerk

CLAUDIA ALVAREZ  0692
DEPUTY CLERK

Attachment: License Image

# MARRIAGE RECORD
## FLORIDA

**APPLICATION NO.** 91-005718

## APPLICATION TO MARRY

| | | | |
|---|---|---|---|
| **GROOM DATA** | 1. GROOM'S NAME (First, Middle, Last): CHRISTOPHER NMN WONGWON | 2. DATE OF BIRTH (Month, Day, Year): JAY 29, 1964 |
| | 3a. RESIDENCE – CITY, TOWN, OR LOCATION: 13165 N.W. 11 AVE. | 3b. COUNTY: DADE | 3c. STATE: FL. | 4. BIRTHPLACE (State or Foreign Country): TRINIDAD W.I. |
| **BRIDE DATA** | 5a. BRIDE'S NAME (First, Middle, Last): ROBBIE LATRICE COOKS | 5b. MAIDEN SURNAME (if different): SAME | 6. DATE OF BIRTH (Month, Day, Year): SEPT. 03, 1970 |
| | 7a. RESIDENCE – CITY, TOWN, OR LOCATION: MIAMI | 7b. COUNTY: DADE | 7c. STATE: FL. | 8. BIRTHPLACE (State or Foreign Country): FL. |

**AFFIDAVIT OF BRIDE AND GROOM**

9. GROOM'S SIGNATURE: Chris Wongwon
9. BRIDE'S SIGNATURE: Bobby Latrice Cooks

10. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
11. TITLE OF ISSUING OFFICIAL: DEPUTY CLERK
12. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch

## LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS.

THIS LICENSE MUST BE USED ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

17. DATE LICENSE ISSUED: APRIL 11, 1991
18. EXPIRATION DATE: JUNE 09, 1991
19. SIGNATURE OF PERSON ISSUING LICENSE: Natalie Branch
19a. TITLE: D.C.

## CERTIFICATE OF MARRIAGE

21. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA on MAY 4, 1991 at MIAMI, FLORIDA

22a. SIGNATURE OF PERSON PERFORMING CEREMONY: Rev. Ion L. Curry
22b. NAME OF PERSON PERFORMING CEREMONY: REV. ION L. CURRY
22c. TITLE: MINISTER
22d. ADDRESS: 180 N.W. TERR

23. SIGNATURE OF WITNESS TO CEREMONY

14. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
15. TITLE OF ISSUING OFFICIAL: DEPUTY CLERK
16. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch

**RECORDED**

25. DATE RETURNED: MAY - 8 1991
26. RECORD: 348 1691
27. CLERK OF COURT: MARSHALL ADER
19b. BY DC: N.G.
23. COUNTY: DADE

## INFORMATION BELOW WILL NOT APPEAR ON CERTIFICATION ISSUED BY VITAL STATISTICS, EXCEPT UPON REQUEST.

| | 28. RACE | 29. NUMBER OF THIS MARRIAGE | 30. LAST MARRIAGE ENDED BY | 31. DATE LAST MARRIAGE ENDED |
|---|---|---|---|---|
| **GROOM** | OTHER | 1 | | |
| **BRIDE** | BLACK | 1 | | |

HRS Form 743 Jan 89 (Obsoletes previous editions)

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

AUDIT CONTROL NO. 416657

I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office APR 2 5 2023
LUIS G. MONTALDO, Clerk Ad Interim of the Circuit and County Courts
Deputy Clerk #H8816
CLAUDIA ALVAREZ 0692
DEPUTY CLERK