IN THE CIRCUIT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA
FAMILY DIVISION / DOMESTIC VIOLENCE

## CERTIFICATE OF NO RECORD

RE: Christopher Wongwon and Robbie Wongwon

STATE OF FLORIDA }
                 } SS
COUNTY OF DADE   }

I, **HARVEY RUVIN**, as Clerk of said court, do hereby certify that this office has searched for a Dissolution of Marriage case wherein **Christopher Wongwon and Robbie Wongwon** are parties involved therein but failed to find any case filed in this court, attached find a court case listing report.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of said Court at Miami, Dade County, Florida this **02th day of May, 2023**.

Harvey Ruvin, Clerk
Circuit and County Courts

By _____
**Vainize Lalemond 80022**
Deputy Clerk

# Cases by Name Listing Report

Search Criteria: ALIAS; wong won, christopher

**** No records match the selection criteria ****

*Includes cases with security groups

FLMIAMIPROD

FLMIAMIPROD

# Cases by Name Listing Report

Search Criteria: ALIAS; wong-won, christopher

*Includes cases with security groups

| Party Name | Connection Type | Case Style | Case Number File Date | Case Type | Judge | Statistical Closure S. Closure Date |
|---|---|---|---|---|---|---|
| Wong-Won, Christopher, Jr | Petitioner | Wong-Won, Christopher, Jr. vs Mondestin, Seloune | 2021-007799-FC-04 4/20/2021 | Paternity | Section, FC 16 | Disposed By Judge 5/25/2022 |

**Total Count: 1**
**Grand Total: 1**

# Cases by Name Listing Report

FLMIAMIPROD

Search Criteria: ALIAS; wongwon, christopher

*Includes cases with security groups

| Party Name | Connection Type | Case Style | Case Number | Case Type | Judge | Statistical Closure |
|---|---|---|---|---|---|---|
| | | | File Date | | | S. Closure Date |
| Wongwon, Christopher | Respondent | Ray, Lolita vs Wongwon, Christopher | 1997-013229-FC-04 | Uresa | Section, FC 46 | Disposed Prior to Conversion |
| | | | 5/28/1997 | | | 7/28/1998 |

**Total Count: 1**

**Grand Total: 1**

# Cases by Name Listing Report

Search Criteria: ALIAS; wong-won, robbie

**** No records match the selection criteria ****

*includes cases with security groups

FLMIAMIPROD

# Cases by Name Listing Report

FLMIAMIPROD

Search Criteria: ALIAS; wong won, robbie

*Includes cases with security groups

| Party Name | Connection Type | Case Style | Case Number / File Date | Case Type | Judge | Statistical Closure / S. Closure Date |
|---|---|---|---|---|---|---|
| Wong Won, Robbie | Petitioner | Wong Won, Robbie vs Wong-Won, Anissa | 2017-020559-FC-04 / 8/28/2017 | Other Petition | Section, FC 47 | Disposed By Judge / 10/27/2017 |

Total Count: 1
Grand Total: 1

# Cases by Name Listing Report

Search Criteria: ALIAS; cooks, robbie

**** No records match the selection criteria ****

*Includes cases with security groups

FLMIAMIPROD

# Cases by Name Listing Report

Search Criteria: ALIAS: wongwon, robbie

**** No records match the selection criteria ****

*Includes cases with security groups

FLMIAMIPROD