

V3510 D289   Page 1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re MARK D. ROSS, | : | Case No.: 00 43637 JSS7 |
| | : | Chapter 7 |
| Debtor, | : | |
| | : | |
| LIL' JOE RECORDS, Inc. | : | Adv. Proc. No.: 01 40186 JSS |
| | : | |
| :Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MARK D. ROSS, | : | |
| | : | |
| Defendant. | : | |

FEB 0 5 2003
ENTERED
UNITED STATES
BANKRUPTCY COURT
ANNISTON, ALA.

DEPUTY CLERK

### AMENDED FINAL JUDGMENT
### and
### PERMANENT INJUNCTION

A TRUE AND CORRECT COPY
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BY
DEPUTY CLERK

THIS CAUSE having come on to be heard by this Court on January 15, 2003, on the

Rule to Show Cause issued by this Court on November 26, 2002, argument of counsel having

been heard, evidence having been taken and the Court being fully advised in the premises, it is

hereby:

ADJUDGED:

1.     On or about August 10, 2001, the Plaintiff in this adversary, Lil' Joe Records, Inc.

and the Debtor, Mark D. Ross, entered into a Settlement Agreement executed by the parties and

submitted to the Court for approval by Motion dated August 16, 2001.

2.     On September 17, 2001, after proper notice and opportunity to be heard, this

Court entered its Consent Judgment (docketed September 21, 2001), which, *inter alia*, ordered

and decreed that the terms and conditions of the Settlement Agreement were incorporated in the

Lil Joe docs 00175

41

Court's Consent Judgment by reference.   Paragraph 3(b) through (d) of the Settlement

Agreement provided, and the Court, by reference, ordered:

> b.      Moreover, the Debtor agrees that he will not individually, or in concert with other members of the former The 2 Live Crew, use either the name "The 2 Live Crew" or some substantially similar name such as "Formally The 2 Live Crew" or a similar group name such as, but not limited to "The Crew" or use either part or all of the initials of The 2 Live Crew or a similar name.

> c.      Also, the Debtor agrees not to re record or sample (or use the same samples used in any albums previously recorded by The 2 Live Crew) any recordings previously made by The 2 Live Crew without the express written consent of Lil' Joe Records, which consent may be withheld for any reason.

> d.      The Debtor agrees not to record in any entertainment media or sound recording with all or any one or more of the original artists of The 2 Live Crew, Chris Wong Won, Luther Campbell or David Hobbs without the express written consent from Lil' Joe Records, which consent may be withheld for any reason.

3.      Movant, Lil' Joe Records, Inc. has proven that, subsequent to entering of the

Consent Judgment, Debtor Ross has performed musical acts with former "The 2 Live Crew"

member David Hobbs. Debtor Ross did so knowingly in violation of the Consent Judgment.

4.      Furthermore, Movant has proven that Debtor Ross participated in authoring,

registering with the performing arts society Broadcast Music, Inc., and recording thirteen (13)

musical compositions with David Hobbs during the year 2002. Debtor Ross did so in knowing

violation of the Consent Judgment.

5.      Furthermore, Movant Lil Joe Records, Inc. has proven that the recordings by

Mark Ross made with former "The 2 Live Crew" member David Hobbs, have been publicly sold

on a CD recording marked "DJ Mr. Mixx of the original 2 Live Crew".

Lil Joe docs 00176

V3510 D289 Page 2

2

6.      Mark D. Ross admitted to his performance with former "The 2 Live Crew" member David Hobbs, his writing, registration, recording, public sale and live performance in knowing contravention of this Court's Consent Judgment.

WHEREFORE, IT IS ORDERED AND ADJUDGED

A.      Pursuant to the terms of the Settlement Agreement as adopted by this Court's Consent Judgment, Judgment is hereby entered in favor of Lil' Joe Records, Inc. against Mark D. Ross in the amount of SIX HUNDRED THOUSAND and 00/100 ($600,000) DOLLARS and that sum is hereby DECLARED NON-DISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(2).

B.      Furthermore, Debtor Mark D. Ross is PERMANENTLY ENJOINED from:

1.      Individually, or in concert with other members of the former The 2 Lice Crew, using either the name "The 2 Live Crew" or some substantially similar name such as "Formally The 2 Live Crew" or a similar group name such as, but not limited to "The Crew" or use either part or all the initials of The 2 Live Crew or a similar name.

2.      Rerecording or sampling (or using the same samples used in any albums previously recorded by The 2 Live Crew) any recordings previously made by the The 2 Live Crew without the express written consent of Lil' Joe Records, which consent may be withheld for any reason.

3.      Recording in any entertainment media or sound recording with all or any one or more of the original artists of The 2 Live Crew, Chris Wong Won, Luther Campbell or David Hobbs without the express written consent from Lil' Joe Records, which consent may be withheld for any reason.

3

Lil Joe docs 00177

V3510 D289  Page 3

4.      Interfering with any business relationships between any third parties, (including but not limited to Sterling Brooks), and Lil' Joe Records, including but not limited to, providing any such third parties any information concerning Joseph Weinberger personally, Lil' Joe Records, or any employees of Lil' Joe Records that may prejudice the reputation of such entities in the community.  If required to provide such information under a valid court order or subpoena, the Debtor shall provide Lil' Joe Records, Inc. with adequate notice to interpose an objection if necessary.

C.      All terms of the Settlement Agreement and Consent Order remain in full force and effect except as specifically amended herein.

H.      It is further ordered and directed that the Clerk of this Court shall send a copy of this Judgment through the United States Mail to each of the following (which shall be sufficient service and notice hereof):

The Plaintiff; the Defendant, and their respective counsel.

DONE    AND    ORDERED    in    Anniston,    Alabama    this    4th    day    of

Februacy , 2003.

James S. Sledge, United States Bankruptcy Judge

COPIES MAILED TO ALL
PARTIES STATED IN ORDER
βh
2-5-03

Lil Joe docs 00178

4

Copies Furnished:

Lil' Joe Records, Inc.
6157 NW 167th Street
Suite F-17
Miami, FL  33015

Mark D. Ross


SSAN:  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

Kevin J. O'Grady, Esquire
Ruden, McClosky, Smith, Schuster & Russell, P.A.
200 East Broward Boulevard
P.O. Box 1900
Fort Lauderdale, FL  33301
**Attorneys for Lil' Joe Records, Inc.**

Jay M. Spillane, Esquire
Fox & Spillane, LLP
1880 Century Park East, Suite 1114
Los Angeles, CA  90067
**Attorneys for Mark D. Ross**

Harry Long, Esquire
P.O. Box 1468
Anniston, AL  36202
**Attorney for Mark D. Ross**

V3510 D289 Page 5

Lil Joe docs 00179

# United States Bankruptcy Court
## Northern District of Alabama, Eastern Division

IN RE:

LIL' JOE RECORDS

               DEBTOR(S)

LIL' JOE RECORDS

               PLAINTIFF(S)

VS

MARK D. ROSS

               DEFENDANT(S)

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

ADV. PROCEEDING #01-40186
BK. CASE #00-43637
CHAPTER 7

## CERTIFICATION OF JUDGMENT

I, Richard K. Mauk, Acting Clerk of the above-named Court do hereby certify the annexed to be a

true and correct copy of the original judgment entered in the above entitled proceeding on February 5, 2003,

as it appears of record in this office, and that no notice of appeal from the said judgment has been filed in

this office and the time for appeal commenced to run on February 5, 2003.

(Seal)
[Seal of the U.S. Bankruptcy Court]

Date of issuance: April 22, 2003

Richard K. Mauk, Acting Clerk
Clerk, U. S. Bankruptcy Court

By: _Barbara Haynes_
Deputy Clerk

V3510 D289   Page 6

---

**When no notice of appeal from the judgment has been filed, insert "no notice of appeal from the said judgment has been filed in this office and the time for appeal commenced to run on *[insert date]* upon the entry of the judgment". If an appeal was taken, insert "a notice of appeal from the said judgment was filed in this office on *[insert date]* and the judgment was affirmed by mandate of the Appellate Court issued *[insert date]*" or "a notice of appeal from the said judgment was filed in this office on *[insert date]* and the appeal was dismissed by the Appellate Court on *[insert date]*".

A TRUE AND CORRECT COPY
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BY: Melissa J. Wilson
DEPUTY CLERK

Lil Joe docs 00180



**RECORDED DOCUMENTS**                          **FL-10A**

**DATE:** June 30, 2004

Lil Joe Wein Music, Inc.
6157 N.W. 167th Street, F-17
Miami, FL 33015

ATTN:  Joe Lewis Stewart

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| VOLUME | 3510 |
|---|---|
| DOC. NO. | 287-289 |

The recording fee has been handled as follows:

| RECEIVED | $ |
|---|---|
| APPLIED | $ |
| REFUNDED (under separate cover) | $ |
| CHARGED TO YOUR DEPOSIT ACCOUNT | $ |

Sincerely yours,

Register of Copyrights

ENCL(S):
DOC(S):    3

Library of Congress
U.S. Copyright Office
101 Independence Ave, SE
Washington, DC 20559-6000
www.copyright.gov

FL-10A  01/2004: 12,000

Lil Joe docs 00181



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION

12May04

| VOLUME | DOC. NO. |
|--------|----------|
| 3510   | 287      |

| VOLUME | DOC. NO. |
|--------|----------|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

Lil Joe docs 00182

C-762 · JANUARY 2004 — 4,000



# United States Bankruptcy Court

### Northern District of Alabama, Eastern Division

| | | | |
|---|---|---|---|
| In re: | } | | |
| MARK D. ROSS, | } | CASE NO. | 00-43637-JSS-7 |
| Debtor | } | CHAPTER | 7 |
| | | | |
| LIL' JOE RECORDS, | } | | |
| Plaintiff, | } | | |
| v. | } | A.P. NO. | 01-40186-JSS |
| | } | | |
| MARK D. ROSS, | } | | |
| Defendant. | } | | |

### CONSENT JUDGMENT

This adversary proceeding was commenced on April 3, 2001, seeking to deny the debtor's discharge pursuant to 11 U.S.C. § 727(a) and to determine the dischargeability of a certain debt pursuant to 11 U.S.C. § 523(a)(2). Prior to trial, the parties filed a Motion to Approve Settlement Agreement and for Entry of Agreed Nondischargeable Final Judgment. Attached to the motion was a Settlement Agreement signed by the defendant and Joseph Weinberger on behalf of the plaintiff. Notice of this settlement was sent to all parties in interest on August 17, 2001. This notice provided parties in interest 15 days within which to file an objection to the settlement. No objection to the proposed settlement was filed.

Upon a review of the settlement, the record and main case, and the law governing compromise and settlement, this Court finds that the motion is due to be granted and the consented relief requested is due to be approved.

Accordingly, for the foregoing reasons and for good cause found,

IT IS ORDERED, ADJUDGED, AND DECREED that a Consent Judgment in the amount of $75,000.00 in favor of the Plaintiff-Creditor and against the Defendant-Debtor be and is hereby **AWARDED** and that said sum be and is hereby **DECLARED NON-DISCHARGEABLE** pursuant to 11 U.S.C. § 523(a)(2).

IT IS FURTHER ORDERED AND DECREED that the further terms and conditions of the settlement are incorporated herein by reference.

IT IS FURTHER ORDERED AND DIRECTED that the Clerk of this Court shall send a copy of this judgment through the United States mails to each of the following (which shall be sufficient service and notice hereof): the Plaintiff, the Defendant, the Chapter 7 Trustee, and their respective counsel.

DONE at Anniston, Alabama this the 17 day of September, 2001.

ENTERED 9/21/01
UNITED STATES
BANKRUPTCY COURT
ANNISTON, ALA.

731
16
DEPUTY CLERK

A TRUE AND CORRECT COPY
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BY: Melinda Wilson
DEPUTY CLERK

JAMES S. SLEDGE
UNITED STATES BANKRUPTCY JUDGE

Lil Joe docs 00183

V3510 D287 Page 1

**BAE SYSTEMS**

11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CER IFICATE OF SE VICE

| | | | |
|---|---|---|---|
| District/off: 1126-1 | User: CF | Page 1 of 1 | Date Rcvd: Sep 18, 2001 |
| Case: 00-43637-JSS-7 | Form ID: #01 | Total Served: 8 | |

The following entities were served by first class mail on Sep 20, 2001.
```
DA       JOHN W. JENNINGS, JR.,   111 SOUTH 10TH STREET,   GADSDEN, AL 35901
T        ROCCO J. LEO,   3250 INDEPENDENCE DRIVE,   BIRMINGHAM, AL 35209
D        ROSS, MARK D.,   601 SHORTER AVENUE,   ATTALLA, AL 35954
         BANKRUPTCY ADMINSTRATOR,   ROBERT LANDRY III,   P.O. BOX 2008,   ANNISTON, AL 36202-2008
7        LIL JOE RECORDS,   6157 NW 167TH STREET STE F17,   MIAMI, FL 33015
11       FRANK P. TERZO,   HOLTZMAN, KRINZMAN, EQUELS & FURIA,   2601 SOUTH BAYSHORE DR., STE. 600,
         MIAMI, FL 33133
12       FRANK P. TERZO, ESQUIRE,   2601 SOUTH BAYSHORE DR., STE 600,   MIAMI, FL 33133
13       MAX C. POPE, FOR TRUSTEE,   PO BOX 370991,   BIRMINGHAM, AL 35237
```

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Sep 20, 2001                 Signature: _Joseph Speetjens_

Lil Joe docs 00184

V3510 D287 Page 2



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
| --- | --- |
| 12May04 | |

| VOLUME | DOC. NO. |
| --- | --- |
| 3510 | 288 |

| VOLUME | DOC. NO. |
| --- | --- |
| | |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

Lil Joe docs 00185

-1
-1
-1

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DOCUMENT COVER SHEET** ©
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)       APR - 8 2004
MAY 1 2 2004
Month          Day          Year

Volume _3510_          Page _288_

Volume _____          Page _____

FUNDS RECEIVED _____

Do not write above this line.

To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

Mark D. Ross

aka Marquis Ross, aka Mark Ross

**2** Date of execution and/or effective date of the accompanying document

(month)    (day)    (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other _Certification of Judgment, Amended Final Judgment and Permanent Injunction, Consent Judgment and Settlement Agreement_

**5** Title of first work as given in the document _See Addendum herewith_

**6** Total number of titles in document _____

**7** Amount of fee calculated $ _430.00_

**8** Fee enclosed
☐ Check
☐ Money Order

☒ Fee authorized to be charged to :
Copyright Office Deposit Account number _DA081523_
Account name _LIL' JOE WEIN MUSIC, INC._

**9** Affirmation*: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation *must* be signed even if you are also signing Space 10.)

Signature
Date    April 8, 2004
_(305) 362-8900 / (305) 822-1122_
Phone Number          Fax Number

**10** Certification*: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature
LIL' JOE WEIN MUSIC, INC.
Duly Authorized Agent of:
April 8, 2004
Date

Recordation will be mailed in window envelope to this address:

Name▼
LIL' JOE WEIN MUSIC, INC.

Number/Street/Apt▼
6157 N.W. 167th Street, F-17

City/State/ZIP▼
Miami, Florida   33015

**YOU MUST:**
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
**SEND ALL 3 ELEMENTS TOGETHER:**
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document
**MAIL TO:**
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.

Rev: June 2002—20,000   Web Rev: June 2002   ♲ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Lil Joe docs 00186