DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Officer/Registered Agent Name /

## Detail by Officer/Registered Agent Name

Florida Profit Corporation
LUKE RECORDS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | M34847 |
| **FEI/EIN Number** | 59-2698013 |
| **Date Filed** | 07/08/1986 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISS W/ NOTICE |
| **Event Date Filed** | 01/06/2011 |
| **Event Effective Date** | NONE |

**Principal Address**

7180 N OAKMONT DRIVE
MIAMI LAKES, FL 33015

Changed: 11/04/2010

**Mailing Address**

7180 N OAKMONT DRIVE
MIAMI LAKES, FL 33015

Changed: 11/04/2010

**Registered Agent Name & Address**

CAMPBELL, LUTHER
7180 N. OAKMONT DRIVE
MIAMI LAKES, FL 33015

Name Changed: 11/04/2010

Address Changed: 11/04/2010

**Officer/Director Detail**
**Name & Address**

Title D

CAMPBELL, LUTHER