

Department of State  /  Division of Corporations  /  Search Records  /  Return to Detail Screen  /

Return to Detail Screen

# Events

**LUKE RECORDS, INC.**

| | |
|---|---|
| **Document Number** | M34847 |
| **Date Filed** | 07/08/1986 |
| **Effective Date** | None |
| **Status** | Inactive |

| Event Type | Filed Date | Effective Date | Description |
|---|---|---|---|
| NAME CHANGE AMENDMENT | 06/29/1990 | | OLD NAME WAS : SKYYWALKER RECORDS, INC. |
| NAME CHANGE AMENDMENT | 03/27/1990 | | OLD NAME WAS : LUKE SKYYWALKER RECORDS, INC. |

Return to Detail Screen

Florida Department of State, Division of Corporations