

# State of Florida
## Department of State



I certify the attached is a true and correct copy of the Articles of Dissolution, filed on January 6, 2011, for LUKE RECORDS, INC., a corporation organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this corporation is M34847.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-third day of March, 2023



*Cord Byrd*
Secretary of State

CR2E022 (01-11)

## ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

**Luke Records, Inc.**

SECOND: The document number of the corporation (if known): **M34847**

THIRD: The date dissolution was authorized: **December 1, 2010**

Effective date of dissolution if applicable: **December 1, 2010**
(no more than 90 days after dissolution file date)

FOURTH: Adoption of Dissolution (CHECK ONE)

☑ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____
(voting group)

Signature: _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

FILED
11 JAN -6 AM 10: 07
SECRETARY OF STATE
DIVISION OF CORPORATIONS

**Luther Campbell**
(Typed or printed name of person signing)

**President**
(Title of person signing)

**Filing Fee: $35**

## Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

This "*Notice of Corporate Dissolution*" is optional and is not required when filing a voluntary dissolution.

Name of Corporation: **Luke Records, Inc.**

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the *Articles of Dissolution*.

Description of information that must be included in a claim:

**The executed agreement in which the claim arises and the mailing address, phone number and email address of the contact person.**

Mailing address where claims can be sent: (Claims cannot be sent to the Division of Corporations)

**18520 NW 67th Ave**

**Unit #188**

**Miami Lakes, FL 33015-2044**

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

_Kristin Campbell_
Printed Name of the Person Filing

_[signature]_
Signature of the Person Filing

Fee: **No charge if included with Articles of Dissolution. If filed separately $35.00**