# Luis G. Montaldo, Clerk Ad Interim
## of the Circuit and County Courts
## Miami-Dade County, Florida



Marriage License Bureau
601 Nw 1st Court R1900
Miami Fl 33136
Phone: (305) 275-1155

Application 1991-005718

## Certificate of Marriage

I, Luis G. Montaldo Clerk Ad Interim of the Circuit and County Courts of Miami-Dade County, State of Florida, do hereby certify that the attached constitutes a true and correct copy of the applicants' marriage license.

WITNESS my hand and Official Seal this __25__ day of _____April_____, __2023__.

Luis G. Montaldo, Clerk Ad Interim
Circuit and County Courts

By: _____
       Deputy Clerk

CLAUDIA ALVAREZ 0692
DEPUTY CLERK



Attachment: License Image

# MARRIAGE RECORD
# FLORIDA

**APPLICATION NO.** 91-005718

## APPLICATION TO MARRY

**GROOM**
1. GROOM'S NAME (First, Middle, Last): CHRISTOPHER NMN WONGWON
3a. RESIDENCE – CITY, TOWN, OR LOCATION: 13165 N.W. 11 AVE. — 3b. COUNTY: DADE — 3c. STATE: FL.
2. DATE OF BIRTH (Month, Day, Year): JAY 29, 1964
4. BIRTHPLACE (State or Foreign Country): TRINIDAD W.I.

**BRIDE**
5a. BRIDE'S NAME (First, Middle, Last): ROBBIE LATRICE COOKS
5b. MAIDEN SURNAME (If different): SAME
6. DATE OF BIRTH (Month, Day, Year): SEPT. 03, 1970
7a. RESIDENCE – CITY, TOWN, OR LOCATION: MIAMI — 7b. COUNTY: DADE — 7c. STATE: FL.
8. BIRTHPLACE (State or Foreign Country): FL.

**AFFIDAVIT DATA OF BRIDE AND GROOM**
9. GROOM'S SIGNATURE: CHRIS WONGWON
10. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
11. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch — TITLE: DEPUTY CLERK

13. BRIDE'S SIGNATURE: Bobby Latrice Cooks
14. SUBSCRIBED AND SWORN TO BEFORE ME ON: APRIL 11, 1991
15. SIGNATURE OF ISSUING OFFICIAL: Natalie Branch — TITLE: DEPUTY CLERK

## LICENSE TO MARRY
AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS.
THIS LICENSE MUST BE USED ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

17. DATE LICENSE ISSUED: APRIL 11, 1991
18. EXPIRATION DATE: JUNE 09, 1991
19a. SIGNATURE OF PERSON ISSUING LICENSE: Natalie Branch
19b. TITLE: D.C.

## CERTIFICATE OF MARRIAGE
21. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA on MAY 4, 1991 at MIAMI, FLORIDA
22a. SIGNATURE OF PERSON PERFORMING CEREMONY
22b. NAME OF PERSON PERFORMING CEREMONY: REV. ION L. CURRY
22c. TITLE: MINISTER
22d. ADDRESS: 280 N.W. 180 TERR
23. SIGNATURE OF WITNESS TO CEREMONY

**RECORDED**
25. DATE RETURNED: MAY -8 1991
26. RECORDED: BOOK 348 PAGE 1691
27. CLERK OF COURT: MARSHALL ADER
By DC: N.G.

## INFORMATION BELOW WILL NOT APPEAR ON CERTIFICATION ISSUED BY VITAL STATISTICS, EXCEPT UPON REQUEST.

**GROOM**
28. RACE: OTHER
29. NUMBER OF THIS MARRIAGE: 1
30. LAST MARRIAGE ENDED BY:
31. DATE LAST MARRIAGE ENDED:

**BRIDE**
32. RACE: BLACK
33. NUMBER OF THIS MARRIAGE: 1
34. LAST MARRIAGE ENDED BY:
35. DATE LAST MARRIAGE ENDED:

HRS Form 743 Jan 89 (Obsoletes previous editions)

AUDIT CONTROL NO. 416657

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office APR 2 5 2023
LUIS G. MONTALDO, Clerk Ad Interim of the Circuit and County Courts Miami-Dade County, Florida
Deputy Clerk #48816
CLAUDIA ALVAREZ 0692
DEPUTY CLERK