UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF ANISSA WONG-WON**

## DECLARATION OF ANISSA WONG-WON

I, Anissa Wong-Won, depose, attest, and say from my personal knowledge, the following:

1. I, Anissa Wong-Won, am a party to this litigation.

2. I am the heir and daughter of Christopher Wong Won, one of the original members of the music group 2 Live Crew.

3. Robbie Wongwon and Christopher Wongwon legally divorced in 2008. I have attached hereto as **Exhibit A** a true and correct copy of the **Final Judgment and Decree of Divorce** that reflects the foregoing.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2023 at Miami, Florida.

By: _____
Anissa Wong-Won

2

# **EXHIBIT A**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

*This form used in cases involving minor children*

ROBBIE WONGWON
Plaintiff

versus

CHRISTOPHER WONGWON
Defendant

Civil Action File Number ___07-A-07796-8___

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2008 APR -1 AM 9:35
TOM LAWLER, CLERK

FINAL JUDGMENT AND DECREE OF DIVORCE

Upon consideration of evidence submitted and upon legal principles, the Court grants a total divorce, a divorce a vinculo *matrimonii*, to Plaintiff and Defendant. The Court orders and decrees that the marriage contract heretofore entered into between Plaintiff and Defendant, from and after this date, be set aside and dissolved as if no such contract had ever been made or entered into, and Plaintiff and Defendant, formerly husband and wife, in the future shall be held and considered as separate and distinct persons, altogether unconnected by any nuptial union or civil contract whatsoever.

The (maiden) (prior) name of the wife, Robbie L. Cooks, is restored to her.

The Agreement between the parties (dated) (filed) January 18, 2008 is incorporated herein by reference and made a part of this *Final Judgment and Decree*. Each party is ORDERED and directed to comply with the terms and conditions therein. In determining child support, the Court finds as follows:

CHILD SUPPORT ADDENDUM (dated) (filed) __April 1, 2008__ is incorporated herein by reference and made a part of this *Final Judgment and Decree*. Each party is ORDERED and directed to comply with the terms and conditions therein

Pursuant to O.C.G.A. § 19-6-32, the Court finds that an immediate *Income Deduction Order for Award of Child Support* is not warranted. However, pursuant to O.C.G.A. § 19-6-31, 32 & 33, the recipient of child support has the express right, without notice to the other party, at the time this *Final Judgment and Decree* is entered or at any time thereafter, to submit a separate *Income Deduction Order for Award of Child Support* to the Court for immediate entry.

Pursuant to O.C.G.A. § 19-6-30, 31, 32 & 33, whenever in violation of the terms of this Final Judgment and Decree, there shall have been a failure to make the support payments due hereunder so that the amount unpaid is equal to or greater than the amount payable for one month, the payments required to be made may be collected by the process of continuing garnishment for support and/or by *Income Deduction Order for Award of Child Support*.

The Cost of these proceedings is taxed against N/A.

SO ORDERED,

this __1__ day of __April__, 2008.

R. TIMOTHY HAMIL
JUDGE, Superior Court, Gwinnett Judicial Circuit

This is to certify that the above is a true and correct copy of the Final Judgment and Decree in the above stated case.

This __1__ day of __April__, 2008.

Deputy Clerk, Superior Court, Gwinnett Judicial Circuit

This form adopted 02-21-07

4