UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

      Defendants.
_____/

**UNOPPOSED MOTION FOR PERMISSION TO BRING**
**ELECTRONIC DEVICES INTO THE COURTROOM DURING TRIAL**

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), moves this Court for the entry of an order authorizing its trial team to bring electronic devices into the courtroom during trial and as grounds therefore state:

This action is scheduled for trial commencing May 30, 2023. Lil' Joe's trial team, comprised of its counsel, paralegal and audio/visual technician, desire to use their audio/visual equipment, laptop computers and, if necessary for an internet connection, cell phones, during trial. Lil' Joe's trial team will not use any of these devices to record anything occurring in the courthouse.

**Certificate of Meet and Confer**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Lil Joe's counsel has conferred with Defendants' counsel in a good faith effort with respect to the relief sought herein, who does not oppose this motion.

For the foregoing reason, Lil' Joe requests that this Court enter an order authorizing its trial team to bring into the courtroom and use during trial their audio/visual equipment, laptop computers and, if necessary for an internet connection, cell phones, and grant all other relief this Court deems just and appropriate.

        WOLFE LAW MIAMI PA
        175 SW 7th Street, Suite 2410
        Miami, Florida 33130
        P: 305.384.7370
        F: 305.384.7371
        Email: rwolfe@wolfelawmiami.com

        By:   /s/ Richard C. Wolfe
              Richard C. Wolfe, Esq.
              Florida Bar No.: 355607

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.

2

Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe