# Richard Wolfe

| | |
|---|---|
| **From:** | Richard Wolfe |
| **Sent:** | Wednesday, May 3, 2023 9:23 AM |
| **To:** | Scott Burroughs; Joel Rothman |
| **Cc:** | Steven Lippman; Al Rivera; Aimee Jimenez |
| **Subject:** | 2 live crew |
| **Attachments:** | Mtn Leave Married 2.docx |

Scott, here is the motion that I will be filing unless we can reach an agreement at tmr's meet and confer. Of course, I will withdraw same if you have proof of chris' and robbie's legitimate divorce. If not, then you really ought to think about dismissing this case.


Richard Wolfe
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639



EXHIBIT
1

1

# Richard Wolfe

| | |
|---|---|
| **From:** | Richard Wolfe |
| **Sent:** | Tuesday, May 2, 2023 12:48 PM |
| **To:** | Scott Burroughs |
| **Cc:** | Joel Rothman; Frank Trechsel; Steven Lippman; Aimee Jimenez; Al Rivera |
| **Subject:** | RE: 2 live crew |

Also please advise then if chris and Robbie got divorced and if so, where?? And if not, why you failed to list her under your rule 26 disclosures ( which btw you failed to file)


Richard Wolfe
Board Certified Attorney
Business Litigation



WOLFE LAW

Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 12:22 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

Let's plan to speak at noon EST on Thursday. I will call your office at that time.

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038

1

(310) 590-1820
scott@donigerlawfirm.com

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Tuesday, May 2, 2023 12:13 PM
**To:** Scott Burroughs <scott@donigerlawfirm.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** RE: 2 live crew

You have our witness and exhibit list. We will relay upon that and the newly obtained affidavits of the clerk and the marriage license   I am happy to meet and confer Thursday from 10-2 or Friday from 2-5.  If Friday call my cell


Richard Wolfe
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 12:07 PM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

We are happy to meet and confer and will need to discuss whether and to what extent a party may rely on witnesses or documents not produced in discovery for any purpose at trial.

We also need to confer regarding our fees motion for defeating your Rule 11 motion.

2

Please provide times on Thursday and Friday of this week for the conference regarding the above.

Thank you,

--

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Tuesday, May 2, 2023 12:02 PM
**To:** Scott Burroughs <scott@donigerlawfirm.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** RE: 2 live crew

One has nothing to do with the other. Ill accept that you will not agree to strike Cobble and will file the motion for the court to do so.

On another topic, you have not responded to my email expressing that Wong won was married to Robie and not divorced and hence, as his surviving spouse you do not represent the majority of his interests. And since you do not represent that majority, you do not represent the majority of the artists ( only 2/4 ) ( even ignoring all the other reasons why neither Campbell nor Ross hold valid 203 rights)

So, unless I hear from you to the contrary within 3 days, I will assume you do not agree to strike the claim, I will seek dismissal and certify that we have meet and conferred.


**Richard Wolfe**
Board Certified Attorney
Business Litigation



Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370

3

F. 305.384.7371
M. 305.401.3639

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, May 2, 2023 11:42 AM
**To:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Cc:** Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>; Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** Re: 2 live crew

I am uncertain how you draw that conclusion. I am asking a question as part of the meet and confer process.

---
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Los Angeles / New York
scott@donigerlawfirm.com

> On May 2, 2023, at 11:38 AM, Richard Wolfe <rwolfe@wolfelawmiami.com> wrote:
>
>
> I will accept this as your rejection of my request to strike the witness. I will file a motion and certify that we meet and conferred.
>
>
> **Richard Wolfe**
> Board Certified Attorney
> Business Litigation
> <image001.png>
> <image002.png>
> Attorneys at Law
> 175 SW 7 Street
> Latitude One Offices
> Suite 2410
> Miami, Florida 33130
> rwolfe@wolfelawmiami.com
>
> T. 305.384.7370
> F. 305.384.7371
> M. 305.401.3639
>
> **From:** Scott Burroughs <scott@donigerlawfirm.com>
> **Sent:** Tuesday, May 2, 2023 11:17 AM
> **To:** Richard Wolfe <rwolfe@wolfelawmiami.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
> **Cc:** Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
> **Subject:** Re: 2 live crew
>
> Richard:

4

Is it no longer your position that material that was not produced or identified in discovery may not be used to challenge the other side's positions?

I note that you objected to Mr. Cobble's testimony on that basis. Please advise as to whether your position has changed.

All rights reserved.

Thank you,

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

**From:** Richard Wolfe <rwolfe@wolfelawmiami.com>
**Sent:** Monday, May 1, 2023 9:40 AM
**To:** Scott Burroughs <scott@donigerlawfirm.com>; Joel Rothman <joel@sriplaw.com>; Frank Trechsel <ftrechsel@donigerlawfirm.com>
**Cc:** Steven Lippman <slippman@natlco.com>; Aimee Jimenez <aimee@wolfelawmiami.com>; Al Rivera <al@wolfelawmiami.com>
**Subject:** 2 live crew

Scott/Joel, I am writing because I do not believe your clients have standing ( as the majority of the artists) because the WONG WON CHILDREN ARE NOT THE HIERS OF Chris Wong Won. Attached is the marriage license in which Chris married Robbie Cooks. Your client, Leterius Ray ( we stipulated his testimony was binding on all the Wong won children) testified that Chris and Robbie lived in Miami-Dade county. We checked county records and there is no evidence of a divorce. We also checked the Broward records and again, there is no evidence of a divorce. We likewise found no evidence of a probate proceeding for an estate. We wanted to give you timely notice of our discovery.

Since the children are not the proper heirs of Chris, your plaintiffs are not the majority of the artists and therefore do not have standing under 17 USC sec 203. We demand that you dismiss his case. If you will not do so, then be advised that we seek add this document to our exhibit list and we will seek sanctions

**Richard Wolfe**
Board Certified Attorney
Business Litigation
<image001.png>
**<image002.png>**
Attorneys at Law
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

5

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639