UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON and LUTHER CAMPBELL,

    Defendants.

_____

**UNOPPOSED MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING TRIAL**

Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell (collectively, "Defendants"), move this Court for the entry of an order authorizing their trial team to bring electronic devices into the courtroom during trial and as grounds therefore state:

This action is scheduled for trial commencing May 30, 2023. Pursuant to Your Honor's Individual Rules and Procedures, the following individuals from Defendants' trial team desire to use the following devices in the courtroom during trial:

1. Scott Alan Burroughs - laptop computer, including the appropriate cables and converters, cellular phone, and charger.

2. Frank Trechsel - laptop computer, including the appropriate cables and converters, cellular phone ,and charger.

3. Joel Rothman - laptop computer, including the appropriate cables and converters, cellular phone, and charger.

4. Angela Nieves - laptop computer, including the appropriate cables and converters, cellular phone ,and charger.

Defendants' trial team will not use any of these devices to record anything occurring in the courthouse.

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Defendants' counsel has conferred with Plaintiff's counsel in a good faith effort to resolve the issue raised herein and Plaintiff's counsel consents to this request.

For the foregoing reasons, Defendants request that this Court enter an order authorizing their trial team to bring into the courtroom and use during trial the electronic devices herein identified and grant all other relief this Court deems just and appropriate. A Proposed Order is also being concurrently submitted to the Court.

Respectfully submitted,

Dated: May 15, 2023

By: /s/ Joel Rothman
Joel Rothman, Esq.
SRIP Law, P.A.
Attorneys for Defendants

By: /s/ Scott Alan Burroughs
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Attorneys for Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

      /s/ *Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Attorneys for Defendants