UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:21-CV-23727-DPG**

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING TRIAL**

The Court has considered Defendants' Motion to Bring Electronic Equipment to Court and being otherwise duly advised herein, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Bring Electronic Equipment to Court is hereby GRANTED as follows:

Counsel for Defendants, Legal Assistants and Technology Consultants:
1. Scott Alan Burroughs – laptop computer, including the appropriate cables and converters, cellular phone and charger.
2. Frank Trechsel - laptop computer, including the appropriate cables and converters, cellular phone and charger.
3. Joel Rothman - laptop computer, including the appropriate cables and converters, cellular phone and charger.
4. Angela Nieves - laptop computer, including the appropriate cables and converters, cellular phone and charger.

DONE AND ORDERED in chambers, in Miami, Florida this ___ day of ____, 2023.

 

                                                                           _____
                                                                      HONORABLE DARRIN P. GAYLES
                                                                      UNITED STATES DISTRICT JUDGE