**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  1:21-CV-23727-DPG**

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON,
AND LUTHER CAMPBELL,

      Defendants.

---

**CERTIFICATION OF FRANK R. TRECHSEL**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, Frank R. Trechsel hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The California Bar, Central District of California, Ninth Circuit Court of Appeals and The United States Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*/s/ Frank R. Trechsel*_____
FRANK R. TRECHSEL

1