UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Paul L. Orshan, Esq. of Orshan, P.A. hereby gives notice of his appearance as special counsel for bankruptcy law matters, on behalf of Plaintiff, LIL' JOE RECORDS, INC., and requests service upon him of all pleadings and papers filed herein.

Dated:  June 7, 2023

        ORSHAN, P.A.
        *Special Counsel for Lil' Joe Records, Inc.*
        150 Alhambra Circle, Suite 1150
        Coral Gables, FL 33134
        TEL.: 305-529-9380
        FAX: 305-402-0777
        *paul@orshanpa.com*

    By:    */s/ Paul L. Orshan*
            Paul L. Orshan, Esq.
            Florida Bar No. 776203

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on July 7, 2023, a true and correct copy of the foregoing Notice of Appearance was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                                                   /s/Paul L. Orshan
                                                                   Paul L. Orshan

Mr. Richard Wolfe
Wolfe Law
175 SW 7th Street
Suite 2410 – Latitude One Offices
Miami, FL  33130
rwolfe@wolfelawmiami.com

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com