UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF MOTION FOR DECLARATORY**
**JUDGMENT BASED ON LACK OF STANDING [DE 111]**

Plaintiff, Lil' Joe Records, Inc., by and through undersigned counsel, having ultimately been provided with information it requested from defendants before filing its Motion for Declaratory Judgment Based on Lack of Standing [DE 111] confirming Christopher Wong Won's divorce, hereby withdraws its Motion for Declaratory Judgment Based on Lack of Standing [DE 111].

          WOLFE LAW MIAMI PA
          175 SW 7th Street, Suite 2410
          Miami, Florida 33130
          P: 305.384.7370
          F: 305.384.7371
          Email: rwolfe@wolfelawmiami.com

          By:    /s/ Richard C. Wolfe
                  Richard C. Wolfe, Esq.
                  Florida Bar No.: 355607

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe