UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants.
_____/

## JOINT MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO THE COURTROOM DURING HEARING

Plaintiff, Lil' Joe Records, Inc. ("Lil' Joe"), and Defendants, Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell, move this Court for the entry of an order authorizing their legal teams to bring electronic devices into the courtroom during the hearing scheduled for June 30, 2023, and as grounds therefore state:

A hearing on various matters is scheduled for June 30, 2023. The parties' legal teams, comprised of Lil' Joe's counsel, Richard Wolfe and Paul Orshan, and paralegal, Steven Lippman, and defendants' counsel, Scott Burroughs, Joel Rothman, Frank Trechsel and Angela Nieves, desire to use their laptop computers (comprised of Richard Wolfe's Surface computer, Steven Lippman's Surface computer, Scott Burroughs' Apple Mac computer, Joel Rothman's Windows computer, Frank Trechsel's Apple Mac computer, and Angela Nieves' Windows computer) and, if necessary for an internet connection, cell phones (comprised of Richard Wolfe's Apple iPhone,

Steven Lippman's Apple iPhone, Scott Burroughs' Apple iPhone, Joel Rothman's Android phone, Frank Trechsel's Apple iPhone, and Angela Nieves' Apple iPhone), during the hearing. The legal teams will not use any of these devices to record anything occurring in the courthouse.

For the foregoing reason, the parties request that this Court enter an order authorizing their legal teams to bring into the courtroom and use during trial their laptop computers and, if necessary for an internet connection, cell phones, and grant all other relief this Court deems just and appropriate.

/s/ Richard C. Wolfe
Richard C. Wolfe
Florida Bar No. 355607
rwolfe@wolfelawmiami.com
Wolfe Law Miami, P.A.
175 SW 7 Street, Suite 2410
Miami, Florida 33130
Telephone (305) 384-7370
Attorney for Lil' Joe Records, Inc.

/s/ *Scott Alan Burroughs*
Scott Alan Burroughs
admitted *pro hac vice*
scott@donigerlawfirm.com
Doniger/Burroughs
237 Water Street, First Floor
New York, New York 10038
Telephone (310) 590-1820

/s/ *Joel B. Rothman*
Joel B. Rothman
Florida Bar No. __
joel.rothman@sriplaw.com
SRip Law
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
Telephone (561) 404-4335
Attorneys for Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Richard C. Wolfe
Richard C. Wolfe