UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

      Defendants.
_____/

### AGREED ORDER GRANTING JOINT MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO THE COURTROOM DURING HEARING

THIS CAUSE came before this Court on the Joint Motion for Permission to Bring Electronic Devices into the Courtroom During Hearing filed by plaintiff, Lil' Joe Records, Inc., defendants, Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won and Luther Campbell. The Court, having reviewed the motion and the Court record, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Joint Motion for Permission to Bring Electronic Devices into the Courtroom During Hearing is granted; Lil' Joe Records, Inc.'s legal team, comprised of its counsel, Richard Wolfe and Paul Orshan, and paralegal, Steven Lippman, are hereby authorized to bring into the Courthouse and use at the hearing on June 30, 2023, their laptop computers (comprised of Richard Wolfe's Surface computer and Steven Lippman's Surface computer) and, if necessary for an internet connection, cell phones (comprised of Richard Wolfe's Apple iPhone and Steven Lippman's Apple iPhone); and defendants' legal team, comprised of its

counsel, Scott Burroughs, Joel Rothman, Frank Trechsel and Angela Nieves, are hereby authorized to bring into the Courthouse and use at the hearing on June 30, 2023, their laptop computers (comprised of Scott Burroughs' Apple Mac computer, Joel Rothman's Windows computer, Frank Trechsel's Apple Mac computer, and Angela Nieves' Windows computer) and, if necessary for an internet connection, cell phones (comprised of Scott Burroughs' Apple iPhone, Joel Rothman's Android phone, Frank Trechsel's Apple iPhone, and Angela Nieves' Apple iPhone).

DONE AND ORDERED in chambers in Miami, Florida this ___ day of _____, 2023.

_____
Darrin P. Gayles
United States District Judge