**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-23727-DPG**

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS,

      Defendant.

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Frank R. Trechsel, of the law firm of DONIGER / BURROUGHS, 603 Rose Avenue, Venice, California 90291, Telephone (310) 590-1820, for purposes of appearance as co-counsel on behalf of Defendants and Counter-claimants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Frank R. Trechsel to receive electronic filings in this case, and in support thereof states as follows:

    1.    Frank R. Trechsel, is not admitted to practice in the Southern District of Florida and is a member in good standing of The Bar of California.

    2.    Movant, Joel B. Rothman, of the law firm of SRIPLAW, 21301 Powerline Road, Suite 100, Boca Raton, Florida 33433. Telephone (561) 404-4350, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filing shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Frank R. Trechsel has made payment of the Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Frank R. Trechsel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Frank R. Trechsel at email address: ftrechsel@donigerlawfirm.com.

WHEREFORE, Joel B. Rothman moves this Court on behalf of Defendants and Counter-claimants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Frank R. Trechsel.

DATED: June 22, 2023                Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350
Fax: 561.404.4353

*Attorneys for Defendants/Counter-claimants*