**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-23727-DPG**

LIL' JOE RECORDS, INC.,

      Plaintiff,

v.

MARK ROSS,

      Defendant.

_____

**ORDER ON MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Frank R. Trechsel. Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court of the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED THAT:

The Motion is GRANTED. Frank R. Trechsel, of the law firm of DONIGER / BURROUGHS, 603 Rose Avenue, Venice, California 90291, Telephone (310) 590-1820, may appear and participate in this action on behalf of Defendants and Counter-claimants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell. The Clerk is ORDERED to provide electronic notification of all electronic filings to Frank R. Trechsel at ftrechsel@donigerlawfirm.com.

1

2

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____.

_____
HON. DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE