UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23727-GAYLES/TORRES

**LIL' JOE RECORDS, INC., a Florida corporation**,

    Plaintiff,

v.

**MARK ROSS, CHRISTOPHER WONG WON, JR.,
RODERICK WONG WON, LETERIUS RAY,
ANISSA WONG WON, and LUTHER CAMPBELL**,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** comes before the Court on the parties' Joint Motion for Permission to Bring Electronic Devices into the Courtroom During Hearing ("Motion") filed by Plaintiff Lil' Joe Records, Inc. and Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell. [ECF No. 130]. The Court has reviewed the Motion and the record and is otherwise fully advised.

    Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Motion is **GRANTED**. Plaintiff's legal team, comprised of its counsel, Richard Wolfe and Paul Orshan, and paralegal, Steven Lippman, are hereby authorized to bring into the Courthouse and use at the hearing on July 7, 2023, their laptop computers (comprised of Richard Wolfe's Surface computer and Steven Lippman's Surface computer) and, if necessary for an internet connection, cell phones (comprised of Richard Wolfe's Apple iPhone and Steven Lippman's Apple iPhone). Defendants' legal team, comprised of its counsel, Scott Burroughs, Joel Rothman, Frank Trechsel, and Angela Nieves, are hereby authorized to bring into the Courthouse and use at the hearing on July 7, 2023, their laptop

computers (comprised of Scott Burroughs' Apple Mac computer, Joel Rothman's Windows computer, Frank Trechsel's Apple Mac computer, and Angela Nieves' Windows computer) and, if necessary for an internet connection, cell phones (comprised of Scott Burroughs' Apple iPhone, Joel Rothman's Android phone, Frank Trechsel's Apple iPhone, and Angela Nieves' Apple iPhone).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of June, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record