## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:21-cv-23727-DPG |
| | ) |
| MARK ROSS; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND RESPONSE RE PRE-TRIAL CONFERENCE OF COUNSEL**

1

Defendants and Counterclaimants Raven Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won Jr., Roderick Wong Won, and Leterius Rey (collectively, "Defendants" or "2 Live Crew") herewith provide their opposition to the Motion to Strike and response filed by Lil' Joe Records, Inc. ("Lil' Joe") at Dkt. 193. The issues raised relate to Defendants' Pretrial Stipulation and the parties' efforts to confer regarding that Stipulation and other pre-trial issues as required by the Local Rules. Lil' Joe's positions are baseless and its motion should be denied.

While true that the parties submitted a Joint Stipulation back in April 2023 (Dkt. 97), that Stipulation was no longer current given that much has transpired in this case over the past 17 months, including the Court's ruling on the parties' summary judgment motions. As such, Defendants revised the Joint Stipulation and provided it to Lil' Joe's counsel on September 3, 2024 for review and revision. Lil' Joe failed to review, revise, or otherwise respond regarding the substance of that Joint Stipulation.

Lil' Joe claims in general to have attempted to meet-and-confer in good faith. This is false. Lil' Joe is currently the plaintiff in this action and failed to take any steps to schedule the pre-trial conference of counsel. Defendants' counsel, seeing this, reached out to Lil' Joe's counsel to schedule the conference but Lil' Joe's counsel failed to respond and took positions that were demonstrably false, as follows:

- August 13, 2024: Defendants' counsel reaches out to Lil' Joe's counsel in an effort to schedule the pre-trial conference of counsel.

- August 21, 2024: Defendants' counsel reaches out to Lil' Joe's counsel to set a time to hold the pre-trial conference and discuss the pre-trial filings, including the Exhibit List, Pretrial Stipulation, and so on. Lil' Joe's counsel fails to respond.

- September 3, 2024: Defendants' counsel follows up with Lil' Joe's counsel regarding the conference, noting the lack of response and indicating that Defendants would be forced to unilaterally file the trial documents if Lil' Joe remained uncooperative. Defendants also included a draft of the revised Pretrial Stipulation. Lil' Joe's counsel replies, denying he had failed to respond and requesting to confer that very day. Defendants' counsel replies shortly after receiving this message and advises that while he is unavailable on short notice he is available the following day at 3:00 pm for the conference. Lil' Joe's counsel fails to respond.

- September 4, 2024: Defendants' counsel follows up regarding the conference. Lil' Joe's counsel fails to respond.

- September 9, 2024: Defendants' counsel again follows up, noting the lack of cooperation and advising that Defendants will have to unilaterally file the trial documents. Lil' Joe's counsel soon thereafter responds and states that he "provided multiple times when [he] was free[,]" which was plainly false. He also advises that he is available the entire following day. Defendants' counsel responds, confirming a conference at 3:30 pm EST the following day (September 10, 2024) and provides a video meeting link.

- September 10, 2024: Lil' Joe's counsel fails to attend the video conference and later claims he was "waiting for a call." Defendants' counsel advises that the gamesmanship is not productive and proceeds to draft and file the trial documents unilaterally.

The August 21, 2024 email thread is attached as **Exhibit A** and the other communications are attached as **Exhibit B**.

It is unfortunate that the pre-trial conference procedure was so difficult for Lil' Joe's counsel because it has resulted in unnecessary costs to Defendants and numerous, redundant filings related to the trial documents. Defendants lament having to file this response and timeline but have had their hands forced by Lil' Joe's position in regard to this issue as set forth at Docket 193.

It is respectfully requested that Lil' Joe's request to strike, which is both procedurally and substantively improper, be denied.

Dated: September 17, 2024

Respectfully submitted,

By: */s/ Joel B. Rothman*
Joel B. Rothman, Esq.
Florida Bar No.: 98820
SRIPLAW, PA
21301 Powerline Road, Suite 100
Boca Raton, Florida 3343
(561) 404-4350
joel.rothman@sriplaw.com

Scott Alan Burroughs, Esq.
(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590 – 1820
scott@donigerlawfirm.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2024, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:    */s/ Joel B. Rothman*
          Joel B. Rothman