UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiffs

v.

RAVEN ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants

_____/

## PLAINTIFF'S AMENDED NOTICE OF FILING DEPOSITION DESIGNATIONS AS TO THE DEPOSITION OF MARK ROSS

Plaintiff, LIL' JOE RECORDS, INC., by and through undersigned counsel gives notice of filing amended deposition designations from the transcript of the deposition of Mark Ross, taken on November 4, 2022, as follows:

### DEPOSITION DESIGNATIONS

1) **Mark Ross (November 4, 2022):**

    Page 6, lines 6-7

    Page 6, line 20 – Page 8, line 5

    Page 10, line 16 – Page 11, line 7

    Page 11, line 16 – Page 13, line 20

    Page 15, line 25 – Page 16, line 14

    Page 17, lines 2-20

    Page 18, lines 14-17

    Page 19, line 19 – Page 22, line 10

    Page 25, lines 3-24

    Page 30, lines 3-11

    Page 30, line 25 – Page 33, line 7

    Page 34, lines 1-5

    Page 34, line 24 – Page 35, line 12

    Page 36, line 23 – Page 37, line 1

    Page 39, line 7 – Page 40, line 14

    Page 46, line 7 – Page 47, line 3

    Page 47, line 21 – Page 49, line 6

    Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiff Lil' Joe Records Inc.*
175 SW 7th Street, Suite 2410
Miami, FL 33131
Phone: (305) 384-7370

By: _/s/ Richard Wolfe_
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe