UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a Florida
corporation,

    Plaintiffs

v.

RAVEN ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
and LUTHER CAMPBELL,

    Defendants
_____/

## NOTICE OF FILING EXHIBITS FOR USE AT TRIAL

    Plaintiffs, Lil' Joe Records, Inc., hereby gives notice of filing Plaintiff's Exhibits for Use at Trial.

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

Case No. 21-CV-23727

Plaintiff's Exhibits for Use at Trial

| Exhibit Number | Description |
|---|---|
| P1. | Exclusive Recording Agreement dated February 1991 between Luke Records, Inc., and Luther Campbell |
| P2. | Exclusive Recording Agreement dated April 1991 between Luke Records, Inc and Chris Wong Won |
| P3. | Exclusive Recording Agreement dated April 1991 between Luke Records, Inc., David Hobbs and Mark Ross |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

Case No. 21-CV-23727

**Plaintiff's Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| P4. | Letter of Intent re: Joint Plan of Re-Organization (the Plan) of the Luke Records and Luther Campbell Bankruptcies |
| P5. | Final Default Judgment as to Lawrence Wong Won and Permanent Injunction dated 10-23-2002 |
| P6. | Settlement Agreement dated June 24, 2003 (Wong won) |
| P7 | Wong Won General Release and Copyright assignment dated July 12, 2003 along with notice of registration from Copyright office |
| P8 | Settlement Agreement dated August 10, 2001 (Ross) |
| P9 | DELETED |
| P10 | Register of Copyrights dated May 12, 2004 (Ross) Amended Final Judgment and Permanent Injunction |
| P11 | Amended Final Judgment and Permanent Injunction dated February 5, 2003 |
| P12 | Certificate of Judgment dated April 22, 2003 |
| P13 | Final Notice of Termination of Copyright Pursuant to 17 USC 203 |
| P14 | Certificate of Registration<br><br>What We Are (XR-100) Nasty Version |
| P15 | Certificates of Registration<br><br>As Nasty as They Wanna Be (XR-107) and as Clean as They Wanna Be XR-108 |
| P16 | Certificate of Registration<br><br>Banned in the USA (XR-114) Nasty Versions |
| P17 | Certificate of Registration |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

**Case No. 21-CV-23727**

**Plaintiff's Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| | Sports Weekend as Nasty as They Wanna Be Part 2 (XR-116) |
| P18 | Certificate of Registration  Shake a Lil' Somethin' (XR-216) Clean Version |
| P19 | Certificate of Registration  Goes to the Movies (XR-227) (A Decade of Hits) |
| P20 | Certificate of Registration  E-3003 (Explicit Version) Live in Concert |
| P21 | Copyright registration certificate for registered work *Throw The 'D'* with the registration number PA 379 539 |
| P22 | Copyright registration certificate for registered work *The Fuck Shop* with the registration number PA 442 892 |
| P23 | Copyright registration certificate for registered work *Get The Fuck Out Of My House* with the registration number PA 450 580 |
| P24 | Copyright registration certificate for registered work *Bad Ass Bitch* with the registration number PA 450 515 |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

**Case No. 21-CV-23727**

**Plaintiff's Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| P25 | Copyright registration certificate for registered work *Bad Ass Bitch* with the registration number PA 528 346 |
| P26 | Copyright registration certificate for registered work *Coolin* with the registration number PA 445 024 |
| P27 | 2 Live Is What We Are (Album) |
| P28 | Move Somethin' (Album) and certificate of registration XR 101 and correspondence |
| P29 | Move Somethin' Clean (Album) XR 102 |
| P30 | As Nasty As They Wanna Be |
| P31 | Move Somethin' supplementary registration |
| P32 | As Clean as they Wanna Be |
| P33 | Pictures of the condition of the boxes when it was delivered |
| P34 | Posted message Roderick Wong Won dated Oct 20, 2018 |
| P35 | Book entitled "The Book of Luke" by Luther Campbell |
| P36 | General Release executed by Luther Campbell recorded March 18, 2002 |
| P37 | DELETED |
| P38 | DELETED |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

Case No. 21-CV-23727

**Plaintiff's Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| P39 | Luke Skywalker composite of checks to NCNB bank or IRS for tax withholding in 1988 |
| P40 | Luke Skywalker composite of checks to NCNB bank or IRS for tax withholding in 1989 |
| P41 | Luke Skywalker composite of checks to Luther Campbell for payroll |
| P42 | Luke Skywalker composite of checks to NCNB bank or IRS for tax withholding in 1987 |
| P43 | Order confirming Joint plan of reorganization dated March 22, 1996 |
| P44 | DELETED |
| P45 | Luke Records Assignment of Masters dated April 8 1996 |
| P46 | Luke Records Copyright assignment recorded March 6, 1997 |
| P47 | Lil Joe Records copyright assignment to Lil Joe Wein Music dated February 24, 1998 |
| P48 | Mark Ross copyright assignment to Luke Records dated August 1993 and copyright registration dated February 9, 1999 |
| P49 | Luther Campbell voluntary BK Pet. |
| P50 | copyright registration certificate for registered work *You Got Larceny* with the registration number PA 445 027 |

5

## LIL JOE RECORDS INC. v. RAVEN ROSS et al.,

## Case No. 21-CV-23727

## Plaintiff's Exhibits for Use at Trial

| Exhibit Number | Description |
| --- | --- |
| P51 | Copyright registration certificate for registered work *City of Boom* with the registration number PA **445 029** |
| P52 | Mark Ross BK filing schedule and statement of financial affairs |
| P53 | Luke Skyy Walker Records composite of checks to Mark Ross for payroll |
| P54 | Luke Skyy Walker Records to Christopher Wong Won for payroll |
| P55 | DELETED |
| P56 | DELETED |
| P57 | DELETED |
| P58 | DELETED |
| P59 | DELETED |
| P60 | General Release and Hold Harmless Agreement dated April 8, 1996, by Luke Records, Inc., Luther Campbell joined by Unsecured Creditor's Committee of Luke Records, Inc. bankruptcy estate to Lil' Joe Records, Inc. and Joseph Weinberger |
| P61 | General Release dated April 8, 1996, by Luther Campbell to Lil' Joe Records, Inc.., Joseph Weinberger, Richard Wolfe, Peter Jones, Frank Terzo and George Tavares |
| P62 | Undated Recording Agreement Hobbs, Ross, Wong Won, Campbell and Skyy Walker Records Inc. |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

Case No. 21-CV-23727

**Plaintiff's Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| P63 | YouTube Luther Campbell Interview with Biggie |
| P64 | Statement of Financial Affairs U.S. Bankruptcy Court for the Southern District of Florida, *In re: Luke Records, Inc.* Case Nos. 95-11447-BKC-RAM |
| P65 | Statement of Financial Affairs U.S. Bankruptcy Court for the Southern District of Florida, *In re: Luther Campbell,* Case No: 95-12785-BKC-RAM |
| P66 | Summary of Schedules<br><br>U.S. Bankruptcy Court for the Southern District of Florida, *In re: Luke Records, Inc.,* Case No. 95-11447-BKC-RAM |
| P67 | Docket in U.S. Bankruptcy Court for the Southern District of Florida which were jointly administered, *In re: Luke Records, Inc. & Luther Campbell,* United States Bankruptcy Court, Southern District of Florida Case Nos. 95-11447-BKC-RAM and 95-12794-BKC-RAM |
| P68 | Docket in *Lil' Joe Records v. Mark D. Ross (In re: Mark D. Ross)* United States Bankruptcy Court, Northern District of Alabama Adversary Proceeding No. AP01-40186. |
| P69 | Articles of Dissolution of Luke Records, Inc. |
| P70 | DELETED |
| P71 | Defendant Luther Campbell's Responses to Plaintiff's First Set of Requests for Admission |
| P72 | Defendant Mark Ross' Responses to Plaintiff's First Set of Requests for Admission |
| P73 | February 15, 1995, letter from Douglas Stratton, Esq. to Luke |

**LIL JOE RECORDS INC. v. RAVEN ROSS et al.,**

Case No. 21-CV-23727

Plaintiff's Exhibits for Use at Trial

| Exhibit Number | Description |
| --- | --- |
|  | Records, Inc., etc |
| P74 | January 9, 1995, letter from Christopher Wong Won to Luther Campbell |

Dated: October 4, 2024            Respectfully submitted,

**WOLFE LAW MIAMI PA**

Counsel for Lil Joe Records Inc.
175 SW 7th Street, Suite 2410
Miami, Florida 33130
Phone: 305-384-7370

s/ Richard C. Wolfe_____
   Richard C. Wolfe, Esq.
   Florida Bar No.: 355607

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Joel Rothman, Esq.
SRIP LAW PA
21301 Powerline Road, Ste 100

Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Scott Burroughs, Esq.
Doniger/Burroughs
237 Water Street, First Floor
New York, NY 10038
scott@donigerlawfirm.com

/s/ Richard C. Wolfe
Richard C. Wolfe