

**RECORDED DOCUMENTS**   **FL-10A**

**DATE:**  October 12, 2004

Lil Joe Wein Music, Inc.
6157 N.W. 167th Street, F-17
Miami, FL 33015

ATTN:  Joe Lewis Stewart

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| VOLUME | 3514 |
|---|---|
| DOC. NO. | 948-950 |

The recording fee has been handled as follows:

| RECEIVED | $ |
|---|---|
| APPLIED | $ |
| REFUNDED (under separate cover) | $ |
| CHARGEO TO YOUR OEPOSIT ACCOUNT | $ |

Sincerely yours,

Register of Copyrights

ENCL(S):
DOC(s):   1

Library of Congress
U.S. Copyright Office
101 Independence Ave, SE
Washington, DC 20559-6000
www.copyright.gov

FL 10A  01/2004 12.000

Lil Joe docs 00750



# *Certificate of Recordation*

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION |
| --- |
| 16Aug04 |

| VOLUME | DOC. NO. |
| --- | --- |
| 3514 | 948 |

| VOLUME | DOC. NO. |
| --- | --- |
| 3514 | 950 |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

Lil Joe docs 00751

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**DOCUMENT COVER SHEET** ©
**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office

AUG **1 6 2004**

| Month | Day | Year |

Volume **3514**    Page **948**

Volume **3514**    Page **950**

FUNDS RECEIVED _____

Do not write above this line.

**To the Register of Copyrights:**

*Please record the accompanying original document or copy
thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they
appear in the document (List up to the first three)

Christopher Wong Won

Robbie Wong Won

Joseph Weinberger

**2** Date of execution and/or
effective date of the
accompanying document

_July 12, 2003_
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner

☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works

☒ Other  General Release

**5** Title of first work
as given in the
document ___ See Addendum Herewith ___

**6** Total number
of titles
in document ___ See No. 5 ___

**7** Amount of fee
calculated
$ ___

**8** Fee
enclosed
☐ Check
☐ Money Order

☒ Fee authorized to be charged to :
Copyright Office
Deposit Account number ___ DA 081523 ___

Account name  LIL' JOE WEIN MUSIC, INC.

**9** Affirmation*: I hereby affirm to the Copyright Office that the
information given on this form is a true and correct representation
of the accompanying document. This affirmation will not suffice as
a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space
10.)

Signature

___ April 7, 2004 ___
Date

___ (305) 362-8900 / (305) 822-1122 ___
Phone Number             Fax Number

**10** Certification*: Complete this certification in addition to the Affirma-
tion if a photocopy of the original signed document is substituted for
a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United
States of America that the accompanying document is a true copy of
the original document.

Signature

LIL' JOE WEIN MUSIC, INC.
Duly Authorized Agent of

April 7, 2004
Date

YOU MUST:
· Complete all necessary spaces
· Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

Recordation
will be mailed
in window
envelope to
this address:

Name▼

LIL' JOE WEIN MUSIC, INC.

Number/Street/Apt▼

6157 N.W. 167th Street, F-17

City/State/ZIP▼

Miami, Florida  33015

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C §1001

U.S. Government Printing Office  2000-461-113/20.021

Lil Joe docs 00752

# ⊘ Document Cover Sheet ⊘

*Read these instructions carefully before completing this form. Make sure all applicable spaces have been properly filled in before you return this form. Otherwise, the form cannot be used.*

## BASIC INFORMATION

When to Use This Form: Use the Document Cover Sheet when you are submitting a document for recordation in the U.S. Copyright Office.

**Mailing Requirements:** It is important that you send two copies of the Document Cover Sheet, any additional sheets, the document, and the fee together in the same envelope or package. The Copyright Office cannot process them unless they are received together. Send to: *Library of Congress, Copyright Office, Documents Recordation Section, LM-462, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000.*

Two copies of this Document Cover Sheet should be submitted with each document. Cover sheets should be typed or printed and should contain the information requested so the Copyright Office can process the document and return it. Be sure to complete the return address space. The Copyright Office will process the document based on the information in the document. Therefore, parties and titles should be clearly identified in the document or an attachment to it. Information for indexing will not be taken from the Document Cover Sheet. To be recordable, a document must satisfy the recordation requirements of the copyright code and Copyright Office regulations.

The person(s) submitting a document with a cover sheet is (are) solely responsible for verifying the correctness of the cover sheet and the sufficiency of the document. Recording a document submitted with or without a cover sheet does not constitute a determination by the Copyright Office of the document's validity or effect. Only a court may make such determinations.

Any cover sheets submitted will be recorded with the document as part of the official recordation.

**PRIVACY ACT ADVISORY STATEMENT**
**Required by the Privacy Act of 1974 (P.L. 93-579)**

The authority for requesting this information is title 17 U.S.C., sec. 205. Furnishing the requested information is voluntary. But if the information is not provided, it may be necessary to delay recordation.

The principal uses of the requested information are the establishment and maintenance of a public record and the evaluation for compliance with the recordation requirements of section 205 of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright recordations, and preparation of search reports upon request.

NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this cover sheet

## SPACE-BY-SPACE INSTRUCTIONS



### SPACE 1: Name of Party or Parties to the Document

List up to the first three (3) parties to this document.



### SPACE 2: Date of Execution

Give the date the accompanying document (not this Cover Sheet) was executed and/or became effective.



### SPACE 3: Completeness of Document

Check a box. All documents recorded under section 205 of the copyright code must be complete by their own terms in order to be recordable. Examples of section 205 documents include transfers of copyright ownerships and other documents pertaining to a copyright, such as exclusive and nonexclusive licenses, contracts, mortgages, powers of attorney, certificates of change of corporate name or title, wills, and decrees of distribution.



### SPACE 4: Description of Document

Check a box that describes the document.



### SPACE 5: Title of First Work

List the title of the first work included in the document.



### SPACE 6: Number of Titles in Document

The total number of titles determines the recordation fee. In the case of multiple title documents, titles that are repeated in documents will be counted as a single title, except where the document lists different issues, volumes, chapters, or installments following the title. Each such entry will be regarded as a separate title and will be indexed separately and counted separately for purposes of computing the recordation fee. The Copyright Office will verify title counts



### SPACE 7: Amount of Fee

The fee for a document of any length containing one title is $80. Additional titles are $20 for each group of 10 or fewer. Calculate the fee from the information given in Space 6. Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



### SPACE 8: Fee Enclosed

Check a box. If a Copyright Office Deposit Account is to be charged, give the Copyright Office Deposit Account number and name.



### SPACE 9: Affirmation

This space must be completed by all applicants. The party to the document submitting it for recordation or his/her authorized agent should sign the affirmation and authorization contained in this space. This affirmation and authorization is not a substitute for the certification required for documents containing a photocopy signature. (See Certification, Space 10.) The affirmation must be signed even if you are signing Space 10.



### SPACE 10: Certification

Complete this section only if submitting photocopied documents in lieu of a document bearing the actual signature.

Certification: Any transfer of copyright ownership or other document pertaining to a copyright (section 205) may be recorded in the Copyright Office if the document bears the actual signature of the person or persons who executed (signed) the documents. If a photocopy of the original signed document is submitted, it must be accompanied by a sworn or official certification. A sworn certification signed by at least one of the parties to the document or their authorized representative (who is identified as such) at Space 10 will satisfy that requirement. Copies of documents on file in a federal, state, or local government office must be accompanied by an official certification.

If you sign Space 10, you must also have signed Space 9.

Lil Joe dors 00753

73514 0948
Page 1

Return to: (enclose self-addressed stamped envelope)

GENERAL RELEASE

Name:

*V3514 D948*

Address:

P.O. Box 1900
Fort Lauderdale, Florida  33302

This Instrument Prepared by:

Address: Kevin J. O'Grady, Esquire
Ruden, McClosky, Smith,
Schuster & Russell, P.A.
200 East Broward Boulevard
15th Floor
Fort Lauderdale, Florida 33301

SPACE ABOVE THIS LINE FOR PROCESSING DATA                          SPACE ABOVE THIS LINE FOR RECORDING DATA

# *Know All Men By These Presents:*

That I/We, ROBBIE WONG WON and CHRISTOPHER WONG WON, first party, for and in consideration of the sum of Ten and 00/100 Dollars ($10.00), or other valuable considerations, received from or on behalf of JOSEPH WEINBERGER, LIL' JOE RECORDS, INC., LIL' JOE WEIN MUSIC, INC., second party, the receipt whereof is hereby acknowledged,

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

*Hereby* remise, release, acquit, satisfy, and forever discharge the said second party of and from all, and all manner of action and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands whatsoever, in law or in equity, which said first party ever had, now has, or which any personal representative, successor, heir or assign of said first party, hereafter can, shall or may have, against said second party, for, upon or by reason of any matter, cause or thing whatsoever, from the beginning of the world to the day of these presents including, but not limited to, any and all claims that were or could have been raised in that case *Weinberger v. Wong Won,* Case No. 02-05481 CA 25.

Furthermore, and without limiting the generality of this Release, first party, to the extent first party had any such rights, for good and variable consideration, the receipt of which is hereby acknowledged, hereby irrevocably transfers and assigns to Lil' Joe Records, Inc., its affiliated and/or associated companies, the worldwide copyrights in and to the musical compositions and master recordings listed on Schedule "A" annexed hereto and made a part hereof (hereinafter referred to as the "Works"), and all of the right, title and interest of the first party, vested and contingent therein

V3514 D948
Page 6

and thereto, including, without limitation, the title, use of lyrics thereof, and all arrangements and derivative works thereof, and any and all other rights and thereto throughout the entire world under any law, statute, treaty or regulation heretofore or hereafter enacted together with all claims, demands and causes of action for use of the Works or infringements of the copyrights therein or any other legal or equitable right of use or ownership thereof in any and all fields now or hereafter existing throughout the world by any means of technology now known or hereafter devised. Further, and without limiting the generality of this Release, first party hereby assigns all rights, title and interest in

   1.    All

         (a)    literary, dramatic, musical dramatic-musical and artistie works of authorship consisting of words and/or music;

         (b)    sound recordings, as that term is defined in Section 101 of the United States Copyright Law (17 U.S.C. 101), and all devices, things, eontrivances and objects, now known or hereafter developed, serving to reproduce sound recordings of the sounds embodied thereon, in whole or in part, including but without limitation vinyl/phonograph records, audio tapes, digital compact cassette tapes, digital audio tapes, minidisk recordings and CD-ROM, CD-I and CD Plus recordings; and

         (c)    all illustrations, designs, artwork and materials, and all copies thereof

owned on the date hereof or acquired after the date hereof, in whole or in part; dircctly or indirectly, by first party, or in respect of which first party, on the date hereof, exercised or had or claimed, or after the date hereof, exercises, has or claims, in whole or in part, directly or indirectly, a right of ownership or control or a right to receive income (collectively, the "Works") including, but without limitation, the Works listed on Schedule "A" attached hereto and made a part hereof.

   2.    All present and future copyrights, registrations, therefor, revisions thereof, and renewals and extensions of copyrights in the Works in all countries of the world.

   3.    All rights to seeure and register copyrights in the Works in all countries of the world, and all rights to renew or extend the same from time to time.

   4.    All royalties, profits and other monies or payments at any time, directly or indirectly, due or to become due in connection with, relating to or in respect of, the Works as a result of first party's ownership thereof, whether due from or payable by or through record companies, licensees, performers, publishers, agents, musical societies, performing rights societies, other collecting agencics, or governmental or quasi-governmental agencies, or otherwise subject to the payment of all writers', recording artists', illustrators' and other third party royalties and administration fees in accordance with the Assigned Agreements (as defined below) and standard industry practice.

   5.    All rights to sue for infringements of any and all rights in the Works, past, present, and future.

   6.    Each present and future license agreement for the production, public presentation, communication, synchronization, reproduction, distribution, adaptation, display or performance of

the Works or any portion thereof, for the conversion thereof from one form to another, for the making or reproducing of any device, thing, contrivance or object by means of which the Works may be reproduced, sold, distributed, performed, delivered or otherwise commercially exploited, or for the authorization of any of the foregoing activities, all sublicense and further sublicense agreements then, now or hereafter existing thereunder and all other agreements, then or now existing or thereafter or hereafter created, relating to the transfer of any rights to all or a portion of the Works or the copyrights referred to in clause 2 above, and any and all additions, extensions, renewals, supplements or other modifications thereof, and all agreements under which, or pursuant to which first party acquired any rights or interest in and to the Works, or all or any part thereof, (collectively, the "Assigned Agreements"), including without limitation, (a) all rights of first party to receive monies due and to become due under or pursuant to the Assigned Agreements, whether as advances, royalties or otherwise and whether recoupable or nonrecoupable, (b) all rights of first party to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Assigned Agreements, (c) all claims of first party for damages arising out of or for breach of or default under the Assigned Agreements, (d) all rights of first party to terminate the Assigned Agreements, to perform thereunder and to compel performance and otherwise exercise all remedies thereunder, and (e) all phonorecords, as that term is defined in section 101 of the United States Copyright Law (17 U.S.C. 101) of the works returned to first party, or any agent, assignee, licensee or representative of first party, by any record company or retail or wholesale distributor of phonorecords.

7.    All accounts, contract rights, goods, inventory, documents and general intangibles (as such terms are used in the Florida Uniform Commercial Code) relating to or arising out of the Works and the right with respect to returns of any of the foregoing, the Assigned Agreements, and all proceeds of any of the foregoing.

8.    All product, proceeds, substitutions and replacements of the foregoing.

Without limiting the above, Christopher Wong Won retains solely the right to receipt of performance royalties as co-writer, where applicable, from and through BMI with no obligation on second party.

*In Witness Whereof,* we have hereunto set our hands and seals this ~~day~~ of _____ , A.D., 2003.

Signed, sealed and delivered in presence of:

_____
Witness Signature

DOUGLAS D. STRATTON
Printed Name

_____
Witness Signature

TIMOTHY HOGGE
Printed Name

_____ (L.S.)
ROBBIE WONG WON

Lil Joe docs 00756

FTL:1057731:1                                3

03314 L945
PAGE 4

Witness Signature

_____ (L. S.)

CHRISTOPHER WONG WON

DUELAS D STRATTON
Printed Name

Witness Signature

TIMOTHY HOGE
Printed Name

Lil Joe docs 00757

4

STATE OF FLORIDA )
                     ) SS:
COUNTY OF MIAMI DADE )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me by ROBBIE WONG WON, who is personally known to me or who has produced _____ as identification.

    WITNESS my hand and official seal in the County and State last aforesaid this ⎯12⎯ day of ⎯⎯⎯⎯ July ⎯⎯⎯⎯⎯⎯, 2003

                                       Notary Public State of Florida at Large

                                       DOUGLAS D STRATTON
                                       Typed, printed or stamped name of Notary Public

OFFICIAL NOTARY SEAL
DOUGLAS D STRATTON
COMMISSION NUMBER
DD185469
MY COMMISSION EXPIRES
NOV. 19,2006

STATE OF FLORIDA )
                     ) SS:
COUNTY OF MIAMI DADE

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me by CHRISTOPHER WONG WON, who is personally known to me or who has produced _____ as identification.

    WITNESS my hand and official seal in the County and State last aforesaid this ⎯12⎯ day of ⎯⎯⎯⎯ July ⎯⎯⎯⎯⎯⎯, 2003.

                                       Notary Public State of Florida at Large

                                       DOUGLAS D STRATTON
                                       Typed, printed or stamped name of Notary Public

My Commission Expires:

OFFICIAL NOTARY SEAL
DOUGLAS D STRATTON
COMMISSION NUMBER
DD185469
MY COMMISSION EXPIRES
NOV. 19,2006

Lil Joe docs 00758

5

CATALOG (3)

SONG LIST BY WRITER CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| 1 | IN COLOR MEN ON - 890-434 - THE 2 LIVE CREW | | | 890-434 | |
| 3 | BANNED, WHAT IS THIS? (BLACK INSTRUMENTAL) THE 2 LIVE CREW | | | X | |
| 3 | BANNED, WHAT IS THIS? (LONG HOUSE MIX) - THE 2 LIVE CREW | | | X | |
| 3 | BANNED, WHAT IS THIS? (MUCH 2 BLACK MIX) - THE 2 LIVE CREW | | | X | |
| 3 | BANNED, WHAT IS THIS? (REMIX) 906-194 - THE 2 LIVE CREW | | | 1-046-752/906-194 | |
| 3 | BANNED, WHAT IS THIS? (SHORT HOUSE MIX) - THE 2 LIVE CREW | | | X | |
| 4 | MEGA MIXX (FELIX SAMALAZARO MENDEZ) | 314-102 | | | |
| 96338 | DO THE BART (LP MIX) - THE 2 LIVE CREW | 314-056 | | X | |
| 96338 | DO THE BART (REMIX) - THE 2 LIVE CREW | 314-057 | | X | |
| 98904 | MAMA JUANITA (BLACK THANG VERSION WIZ MIX) -THE 2 LIVE CREW | X | | X | |
| 98904 | MAMA JUANITA (LOVE THANG VERSION WIZ MIX) - THE 2 LIVE CREW | X | | X | |
| 96291D | POP THAT PUSSY (EXTENDED REMIX) THE 2 LIVE CREW | 314-100 | | X | |
| E3003 | LIVE IN CONCERT - THE 2 LIVE CREW | 245516 | 1-144-202 | | |
| E3003 | BANNED IN THE U.S.A | | | 1-062-097 | |
| E3003 | C'MON BABE | | | 1-045-208 | |
| E3003 | FACE DOWN A-- UP | | | 1-027.886/1-045-191 | |
| E3003 | H-B-C | | | 1-045-207 | |
| E3003 | IF YOU BELIEVE IN HAVING SEX | | | 1-045-194 | |
| E3003 | IME SO HORNY | | | 1-045-200 | |
| E3003 | MOVE SOMETHIN | | | 1-045-192 | |
| E3003 | MR. MIXX TURNTABLE SHOW (PT'1) | | | 698693 | |
| E3003 | MR. MIXX TURNTABLE SHOW (PT2) | | | 698694 | |
| E3003 | ONE AND ONE | | | 1-045-214 | |
| E3003 | SEX, I LIKE IT - I LOVE IT | | | 698692 | |
| E3003 | THE F--K SHOP | | | 1-045-195 | |
| E3003 | THROW THE D--K | | | 1-045-188 | |
| E3003 | WE WANT SOME P--SY | | | 1-045-208 | |
| F-3007 | THE CHINAMAN - FRESH KID ICE (NOT ACTIVE) | 327-795 | 1-144-208 | | |
| E-3007 | BAD BOYS MOVE IN SILENCE | | | 855-360 | |
| E-3007 | DANCE TO THE RHYTHM | | | 855-353 | |
| E-3007 | DEMON | | | 855-362 | |
| E-3007 | DICK 'EM DOWN | | | 855-351 1-094-209 | |
| E-3327 | FREESTYLE | | | 855-363 | |
| E-3007 | FROM THE BOTTOM TO DA TOP | | | 855-354 | |
| E-3007 | ILL BE HERE | | | 855-357/1 046-753 | |

Lil Joe docs 00759

CATALOG (3)

SONG LIST BY WRITER CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| E-3007 | KID ICE GROOVE | | | | 855-356 |
| E-3007 | LONG DICK CHINESE | | | | 855-355 |
| E-3007 | MADD-MIX | | | | 855-364 |
| E-3007 | MIAMI DA BOTTOM | | | | 855-356 |
| E-3007 | PUSSY AINT SHIT | | | | 855-352 |
| E-3007 | ROLL CALL | | | | 855-361 |
| E-3007 | SHOT-OUTS (HOLLA' AT ME) | | | | 1-027-665 |
| E-3007 | SPEAK IT LIKE YOU LIKE IT | | | | 855-359 |
| E733 | DICK 'EM DOWN ( CHINA MAN MIX) - THE CHINAMAN | 314-072 | | X | |
| E733 | DICK 'EM DOWN ( STICKING IT MIX) - THE CHINAMAN | 314-070 | | X | |
| E733 | DICK 'EM DOWN (CLUB MIX) - THE CHINAMAN | 314-071 | | X | |
| E733 | FREAK 'EM DOWN ( KICKIN IT MIX) - THE CHINAMAN | 314-068 | | X | |
| E733 | FREAK 'EM DOWN (KICKIN IT) - THE CHINAMAN | 314-069 | | X | |
| GR133 | WE WANT SOME PUSSY | | | | |
| GR133 | 89 HOUSE MIX | | | | |
| GR133 | THE CLASSIC "DANCE" | | | | |
| GR133 | LIBERTY CITY LONG HARD MIX | | | | |
| GR133 | LIVE IN BERLIN | | | | |
| GR133 | LIVE IN CONCERT | | | | |
| GR127 | GET THE FUCK OUT OF MY HOUSE (HIP PIANO MIX)THE 2 LIVE CREW | 314-076 | | X | |
| GR482 | WE LIKE TO CHILL ( INSTRUMENTAL) - THE 2 LIVE CREW | 314-101 | | X | |
| GR476 | HELL YEAH ( DJ LAZ DIRTY REMIX) - THE NEW 2 LIVE CREW | 314-114 | | X | |
| GR476 | HELL YEAH ( FRANK SKI DIRTY REMIX) - THE NEW 2 LIVE CREW | 314-112 | | X | |
| GR476 | HELL YEAH (DJ SPIN DIRTY REMIX) - THE NEW 2 LIVE CREW | 314-109 | | X | |
| GR476 | HELL YEAH (FELIX SAMA DIRTY REMIX) - THE NEW 2 LIVE CREW | 314-115 | | X | |
| GR476 | YEAH YEAH ( DJ SPIN CLEAN) - THE NEW 2 LIVE CREW | 314-113 | | X | |
| GR476 | YEAH YEAH ( FELIX SAMA CLEAN REMIX) - THE NEW 2 LIVE CREW | 314-111 | | X | |
| GR476 | YEAH YEAH ( FRANK SKI CLEAN REMIX) - THE NEW 2 LIVE CREW | 314-108 | | X | |
| GR476 | YEAH YEAH ( DJ LAZ CLEAN REMIX) - THE NEW 2 LIVE CREW | 314-110 | | X | |
| LJR890 | SHAKE A LIL' SOMETHIN' - THE 2 LIVE CREW | X | 1-129-770 | | |
| LJR890 | INSTRUMENTAL MIX | X | | X | |
| LJR890 | MR MIXX BONUS BEATS | X | | X | |
| LJR890 | RADIO MIX | X | | X | |
| LJR890 | STREET MIX | X | | X | |
| LJR632 | DO THE WILD THING - THE 2 LIVE CREW | X | 1-144-213 | | |

Lil Joe docs 00760

V3514 Do445
Page 2

CATALOG (3)

SONG LIST BY WRITER:  CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| LJR893 | ACAPELLA FOR YOUR MIX | | | x | x |
| LJR893 | DANCIN BONUS BEATS | | | x | |
| LJR893 | DO THE WILD THING - (BASS LINE VERSION) | | | 1074144 | |
| LJR893 | DO THE WILD THING - (BEAT VERSION) | | | 1074145 | |
| LJR893 | DO THE WILD THING - (INSTRUMENTAL) | | | x | |
| LJR893 | NASTY ALBUM SNIPPETS (EXPLICIT) | | | x | |
| LJR893 | NEW RADIO ( ORIGINAL TRACK) | | | x | |
| LJR893 | ORIGINAL NASTY - LP VERSION (EXPLICIT) | | | x | |
| LJR893 | ORIGINAL RADIO EDIT (CLEAN LP) | | | x | |
| LJR893 | PUFF-PUFF GIVE (RADIO EDIT) | | | x | |
| LJR893 | STALLION STRIP (RADIO EDIT) | | | x | |
| LJR893 | YOU SHOULD BE DANCING ( RADIO EDIT) | | | x | |
| LJR893 | YOUR SHOULD BE DANCING ( EXTENDED MIX) | | | x | |
| LJR895 | BE MY PRIVATE DANCER - THE 2 LIVE CREW | x | 1-129-772 | | |
| LJR895 | BE MY PRIVATE DANCER ( ALBUM VERSION) | | | | |
| LJR895 | BE MY PRIVATE DANCER ( INSTRUMENTAL) | | | x | |
| LJR895 | BE MY PRIVATE DANCER ( RADIO VERSION) | | | x | |
| LJR895 | TABLE DANCE ( ALBUM VERSION) | | | x | |
| LJR895 | TABLE DANCE ( RADIO VERSION) | | | x | |
| LJR895 | TABLE DANCE (INSTRUMENTAL) | | | x | |
| LJR897 | 2 LIVE PARTY - THE 2 LIVE CHEW | x | 1-129-767 | | |
| LJR897 | ALBUM SNIPPETS | | | | |
| LJR897 | CLEAN HYDE REMIX | | | x 970-006 | |
| LJR897 | CLEAN STREET VERSION | | | 970-002 | |
| LJR897 | DIRTY SOUTH EXPLICIT REMIX | | | 977-228 | |
| LJR897 | DIRTY SOUTH CLEAN RADIO REMIX | | | 970-004 | |
| LJR897 | DJ SPIN CLEAN REMIX | | | 970-003 | |
| LJR897 | DJ SPIN EXPLICIT REMIX | | | 977-227 | |
| LJR897 | EXPLICIT ALBUM VERSION | | | 977-231 | |
| LJR897 | EXPLICIT STREET VERSION | | | 970-001 | |
| LJR897 | ORIGINAL EXPLICIT HYPE DIRTY REMIX | | | 977-230 | |
| LJR897 | ORIGINAL RADIO EXTRA CLEAN | | | 970-007 | |
| LJR897 | SLAMMIN SAM'S RHYTHM BOUNCE REMIX | | | 977-229 | |
| LJR899 | THE REAL ONE - THE 2 LIVE CREW | x | 1-144-211 | | |
| LJR899 | ALBUM SNIPPETS | | | | |
| LJR899 | SHAKE YOUR PANTS - CLEAN VERSION | | | x | |
| LJR899 | SHAKE YOUR PANTS - EXPLICIT VERSION | | | x | |
| LJR899 | SHAKE YOUR PANTS - INSTRUMENTAL | | | x | |
| LJR899 | THE REAL ONE - CLEAN VERSION | | | 1-046-7511002924 | |
| LJR899 | THE REAL ONE - EXTRA CLEAN VERSION | | | x | |
| LJR899 | THE REAL ONE - INSTRUMENTAL | | | x | |

Lil Joe docs 00761

CATALOG (3)

SONG LIST BY WRITER: CHRISTOPHER WONG WON.

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| | | | | X | |
| LJR899 | THE REAL ONE (EXPLICIT VERSION | | | | |
| | | | | | |
| LJR900 | BILL SO HORNY | X | X | | |
| LJR900 | BILL SO HORNY (EXPLICIT) | | | 961-842 | |
| LJR900 | BILL SO HORNY(CLEAN) | | | 961-643 | |
| | | | | | |
| PR 459 | BEAT & SAMPLE MIX - FRESH KID ICE | 314-073 | | X | |
| PR 459 | NIGHT MIX - FRESH KID ICE | 314-075 | | X | |
| PR 459 | NIGHT MIX (INSTRUMENTAL) - FRESH KID ICE | 314-074 | | X | |
| | | | | | |
| XR100 | 2 LIVE IS WHAT WE ARE - THE 2 LIVE CREW | X | 1,129-759 | | |
| XR100 | 2 LIVE IS WHAT WE ARE...(WORD) | | | 384476 | |
| XR100 | BEAT BOX...REMIX | | | 384422 | |
| XR100 | CHECK IT OUT Y'ALL...(FREESTYLE RAPPIN) | | | 381467 | |
| XR100 | CUT IT UP | | | 384475 | |
| XR100 | GET IT GIRL | | | 1144564 | |
| XR100 | MR. MIXX ON THE MIX!! | | | 407598 | |
| XR100 | THROW THE "D" | | VOL. 3469-PAGES 442-445 376539/1072302 | | |
| XR100 | WE WANT SOME P...SY | | | 381437 | |
| | | | | | |
| XR101 | MOVE SOMETHIN' - THE 2 LIVE CREW | 305 983 | 1-141-141 | | |
| XR101 | DO WAH DIDDY | | | 881657 | |
| XR101 | DROP THE BOMB | | 364473/485201V34447462 | | |
| XR101 | FEEL ALRIGHT Y'ALL | | | 384004 | |
| XR101 | GHETTO BASS II | | | 364570 | |
| XR101 | H-B-C | | | 384003 | |
| XR101 | INTRODUCTION | | | 892116 | |
| XR101 | MEGA MIXX II | | | 388870 | |
| XR101 | MOVE SOMETHIN' | | | 384469 | |
| XR101 | ONE AND ONE | | | 400849 | |
| XR101 | P-A-N | | | 364478 | |
| XR101 | S & M | | | 385053 | |
| XR101 | WITH YOUR BADSELF | | | 364479 | |
| XR101 | WORD II | | | 364460 | |
| | | | | | |
| XR102 | MOVE SOMETHIN' - THE 2 LIVE CREW | X | 1-141-140 | | |
| XR102 | DO WAH DIDDY | | | 028504 1-116-613 | |
| XR102 | DROP THE BOMB | | | 486-201/364-473 | |
| XR102 | FEEL ALRIGHT Y'ALL | | | 1-039 532 | |
| XR102 | GHETTO BASS II | | | 1-039 531 | |
| XR102 | INTRODUCTION | | | 1-039 530 | |
| XR102 | MEGA MIXX II | | | 398 870 | |

V3514 P・q・
Page 5

Lil Joe docs 00762



V3514 D949

V3514 D949
Page 10

Lil Joe docs 00763

CATALOG (3)

SONG LIST BY WRITER   CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR102 | MOVE SOMETHIN | | | 1-039-535 | 1-116-615 |
| XR102 | WITH YOUR BADSELF | | | 1-039-534 | |
| XR102 | WORD II | | | 1-039-533 | |
| | | | | | |
| XR103 | RESPECT - ANQUETTE ( NOT ACTIVE) | x | x | | |
| XR103 | CHILLIN | | | x | |
| XR103 | THROW THE "P" | | | 414-982 | |
| | | | | | |
| XR107 | AS NASTY AS THEY WANNA BE - THE 2 LIVE CREW | 353-540 | 1-129-779 | | |
| XR107 | 2 LIVE BLUES | | | 443528 | |
| XR107 | BAD A- B.T-H | | | 5384349/450515/443535 | |
| XR107 | BREAK IT ON DOWN | | | 445025 | |
| XR107 | CMON BABE | | | 445022 | |
| XR107 | CCOLIN | | | 445024 | |
| XR107 | DIRTY NURSERY RHYMES | | | 443527 | |
| XR107 | D-K ALMIGHTY | | | 443526 | |
| XR107 | FRATERNITY RECORD | | | 443534 | |
| XR107 | GET LOOSE NOW | | | 445023 | |
| XR107 | GET THE F-K OUT OF MY HOUSE | | | 450580/443532 | |
| XR107 | I AINT BULLSH-4N' | | | 443529 | |
| XR107 | IF YOU BELIEVE IN HAVING SEX | | | 1-045-194/443531 | |
| XR107 | ME SO HORNY | | | 450260/459368 | |
| XR107 | MEGA MIXX III | | | 445030 | |
| XR107 | MY SEVEN BIZZOS | | | 445028 | |
| XR107 | PUT HER IN THE BUCK | | | 443525 | |
| XR107 | REGGAE JOINT | | | 443533 | |
| XR107 | THE F- K SHOP | | | 442862 | |
| | | | | | |
| XR108 | AS CLEAN AS THEY WANNA BE - THE 2 LIVE CREW | 327-784 | 1-129-777 | | |
| XR108 | BREAK IT ON DOWN | | | | |
| XR108 | CITY OF BOOM | | | 445029 | |
| XR108 | CMON BABE | | | 881630 | 1-084-214 |
| XR108 | CCOLIN | | | 881632 | |
| XR108 | GET LOOSE NOW | | | 881631 | |
| XR108 | ME SO HORNY | | | 881628 | 1-075-819 |
| XR108 | MEGA MIXX III | | | 881626 | |
| XR108 | MY SEVEN BIZZOS | | | 881629 | |
| XR108 | PRETTY WOMAN | | | 881625 | |
| XR108 | THE FUNX SHOP | | | 881627 | |
| XR108 | YOU GOT LARCENY | | | 445027 | |

SONG LIST BY WRITER: CHRISTOPHER WONG WON

CATALOG (3)

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR-14 | BANNED IN THE USA - THE 2 LIVE CREW | 327-789 | 1-141-129 | | |
| XR-14 | ARREST IN EFFECT | | | 921599 | |
| XR-14 | BANNED IN THE USA | | | 1-074-142 | |
| XR-14 | BASS 9-1-7 | | | 921594 | |
| XR-14 | COMMERCIAL - INQUIRING MINDS | | | 880440 | |
| XR-14 | COMMERCIAL - NASTY M.F.'S | | | 880438 | |
| XR-14 | DO THE BART | | | 921592 | |
| XR-14 | FACE DOWN A - UP | | | 921593 | |
| XR-14 | F--KA GANG | | | 1-081-040 | |
| XR-14 | FUCK MARTINEZ | | | 921598 | |
| XR-14 | HEY JACK | | | 880455 | |
| XR-14 | I AINT BULLSH--T/N' PART 2 | | | 921597 | |
| XR-14 | IN COLOR-MEN ON RECORDS | | | 89043421/1-046-747 | |
| XR-14 | MAMOLAPENGA | | | 921596 | |
| XR-14 | MAN, NOT A MYTH | | | 921590 | |
| XR-14 | MEGA MIXX IV | | | 921600 | |
| XR-14 | NEWS FLASH "350 MEN" | | | 880431 | |
| XR-14 | NEWS FLASH "NATION BY STORM" | | | 880433 | |
| XR-14 | NEWS FLASH "PEOPLE IN THE NEWS | | | 880430 | |
| XR-14 | NEWS FLASH "POLL RESULTS" | | | 880436 | |
| XR-14 | NEWS FLASH "SUPER SNOOP" | | | 880432 | |
| XR-14 | NEWS FLASH - BRITISH YOUTH | | | 880439 | |
| XR-14 | SO FUNKY | | | 921595 | |
| XR-14 | STRIP CLUB | | | 921591/1-094-211 | |
| XR-14 | THIS IS TO LUKE FROM THE POSSE | | | 1-089-332 | |
| XR-14 | VIDEO NO SOUL | | | 880457 | |
| XR-15 | BANNED IN THE U.S.A. - THE 2 LIVE CREW | X | 1-141-130 | | |
| XR-15 | ANTI GANG RECORD | | | 906193 | |
| XR-15 | BANNED "WHAT IS THIS (REMIX) | | | 906194/1-046-752 | |
| XR-15 | BANNED IN THE U S A | | | 1-074-143/1-094-230 | |
| XR-15 | BASS 9-1-7 | | | 921586 | |
| XR-15 | COMMERCIAL "SEPTEMBER" | | | 906101 | |
| XR-15 | DO THE DART | | | 921585 | |
| XR-15 | HEY JACK | | | 906188 | |
| XR-15 | MAMA JUANITA (REMIX) | | | 921588/1-075-821 | |
| XR-15 | MAN, NOT A MYTH | | | 921583 | |
| XR-15 | MAR'I\EZ | | | 921584 | |
| XR-15 | MEGA MIXX IV | | | 921589 | |
| XR-15 | NEWS FLASH " PEOPLE IN THE NEWS | | | 906188 | |
| XR-15 | NEWS FLASH- "350 MEN" | | | 906187 | |
| XR-15 | NEWS FLASH- "BRITISH YOUTH" | | | 906192 | |

Lil Joe docs 00764

CATALOG (3)

SONG LIST BY WRITER CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR115 | NEWS FLASH "NATION BY STORM" | | | | 906168 |
| XR115 | NEWS FLASH "POLL RESULTS" | | | | 906190 |
| XR115 | SO FUNKY | | | | 927587 |
| XR115 | THIS IS TO LUKE FROM THE POSSE | | | | 1-081-041 |
| XR116 | SPORTS WEEKEND (AS NASTY AS | | | | |
| XR116 | THEY WANNA BE PART 2) - THE 2 LIVE CREW | 327-778 | 1-144-201 | | |
| XR116 | 12" LONG | | | 890447 | |
| XR116 | A F--K IS A F--K | | | 881647 | |
| XR116 | A HOOKER? | | | 890444 | |
| XR116 | AIN'T NO P--SY LIKE | | | 881644 | |
| XR116 | BABY BABY PLEASE (JUST A LITTLE MORE HEAD) | | | 881639 | |
| XR116 | BALLS | | | 1-044-071 | |
| XR116 | CHESTERFIELD ISLAND | | | 890448 | |
| XR116 | F--K OFF | | | 890446 | |
| XR116 | FOR HOW LONG | | | 890441 | |
| XR116 | FRATERNITY JOINT | | | 881645 | |
| XR116 | FREAKY BEHAVIOR | | | 881643 | |
| XR116 | GRAVEYARD | | | 890443 | |
| XR116 | HERE I COME | | | 881641 | |
| XR116 | I AIN'T BULLSH--N III | | | 881646 | |
| XR116 | I LIKE IT - I LOVE IT | | | 881642 | |
| XR116 | INTRO | | | 1-244-070 | |
| XR116 | LET IT RIP | | | 890442 | |
| XR116 | MEGA MIX V | | | 881637 | |
| XR116 | NIGGA'S COMIN' UP | | | 1-044-072 | |
| XR116 | POP THAT P--SY | | | 881638 | |
| XR116 | P--SY (REPRISE) FOR THOSE WHO LIKE TO F--K | | | 881634 | |
| XR116 | SOME HOT HEAD | | | 881641 | |
| XR116 | SWEET SUZY | | | 855158 | |
| XR116 | THE P--SY CAPER | | | 881838 | |
| XR116 | UGLY AS F--K | | | 855146 | |
| XR116 | U P A GIRL'S A- | | | 890449 | |
| XR116 | WHO'S F--KIN' WHO | | | 881635 | |
| XR116 | YOU ARE VERY ERECT | | | 855154 | |
| XR117 | SPORT WEEKEND (AS CLEAN AS | | | | |
| XR117 | THEY WANNA BE PART 2) - THE 2 LIVE CREW | 327-782 | 1-144-200 | | |
| XR117 | 12" LONG | | | 855148 | |
| XR117 | BABY BABY PLEASE | | | 855149 | |
| XR117 | I FOR HOW LONG | | | 855143 | |
| XR117 | I-OR THOSE WHO LIKE TO DO IT | | | 855152 | |
| XR117 | FREAKY BEHAVIOR | | | 855155 | |
| XR117 | HERE I COME | | | 855157 | |

Lil Joe docs 00765

V3514 D949
Page 13

CATALOG (3)

SONG LIST BY WRITER  CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR-117 | I LIKE IT / I LOVE IT | | | | |
| XR-117 | INTRO | | | 855147 | |
| XR-117 | LET IT RIP | | | 1-044-068 | |
| XR-117 | | | | 855145 | |
| XR-117 | MEGA MIXX V | | | 855142 | |
| XR-117 | POP THAT COOCHIE | | | 855144 | 1-094-215 |
| XR-117 | SOME HOT HEAD | | | 855153 | |
| XR-117 | SWEET SUZY | | | 855156 | |
| XR-117 | THE CAPER | | | 855151 | |
| XR-117 | UGLY AS @\$&# | | | X | |
| XR-117 | WHO'S DOIN' WHO | | | 855150 | |
| XR-117 | YOU ARE VERY ERECT | | | 880500 | |
| | | | | | |
| XR122 | GREATEST HITS - THE 2 LIVE CREW | 245-518 | 1-108-308 | | |
| XR122 | BOYZ WITH DA BASS | | | 895645 | |
| XR122 | THE 2 LIVE CREW MEGA MIX - DJ LAZ & FELIX SAMA | | | 895644 | |
| XR122 | THE SPLAK SHOP | | | 895646 | |
| XR122 | WE LIKE TO CHILL | | | 895647 | |
| | | | | | |
| XR123 | GREATEST HITS - THE 2 LIVE CREW | 245-519 | 1-108-306 | | |
| XR123 | BOYZ WITH DA BASS | | | 890426 | |
| XR123 | THE 2 LIVE CREW MEGA MIX - DJ LAZ & FELIX SAMA | | | 890429 | |
| XR123 | THE SPLAK SHOP | | | 890427 | |
| XR123 | THROW THE 'D' | | | 1-074-123 | |
| XR123 | WE LIKE TO CHILL | | | 880428 | |
| | | | | | |
| XR206 | CHRISTMAS AT LUKE'S SEX SHOP    ( NOT ACTIVE) | 245-713 | 1-108-304 | | |
| XR206 | 2 LIVE CHRISTMAS | | | 874-011 | |
| XR206 | CHRISTMAS FREESTYLE | | | 874-012 | |
| | | | | | |
| XR207 | BACK AT YOUR ASS FOR THE NINE-4 - THE 2 LIVE CREW | 310-832 | 1-141-122 | | |
| XR207 | 2 JIVE FREESTYLE | | | 920237 | |
| XR207 | DEM A TALK | | | 920238 | |
| XR207 | DROP YOUR DRAWS | | | 920225 | |
| XR207 | F--K'EM | | | 920239 | |
| XR207 | F--K'EM INTRO | | | 920229 | |
| XR207 | F--K NIGGA | | | 920226 | |
| XR207 | HELL, YEAH | | | 920244 | |
| XR207 | INTRO | | | 920235 | |
| XR207 | JOKES'S ON YOU | | | 920233 | |
| XR207 | MEGA MIX | | | 1-095-340 | |

Lil Joe docs 00766

V3514 D950

V3514 D950
Page 14

Lil Joe docs 00767

SONG LIST BY WRITER  CHRISTOPHER WONG WCN

CATALOG (3)

| CAT # | | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|---|
| XR207 | OHHHH! | | | | 920227 | |
| XR207 | PIGS F KIN | | | | 920230 | |
| XR207 | P-SY AND DICK THING | | | | 920245 | |
| XR207 | SEX SEX | | | | 920228 | |
| XR207 | SHOW HIM | | | | 920234 | |
| XR207 | SUCK GOOD D-K | | | | 920232 | |
| XR207 | SUCK MY D-K | | | | 920238 | |
| XR207 | THE INITIATION | | | | 920224869418 | |
| XR207 | THE TRICK | | | | 920242 | |
| XR207 | WE WANT SOME P-SY II | | | | 920243 | |
| XR207 | WORK IT | | | | 920031 | |
| XR207 | WORK THAT P-SY | | | | 920240 | |
| XR207 | YOU GO GIRL | | | | 890417 | |
| XR208 | BACK AT YOUR ASS FOR THE NINE4 - THE 2 LIVE CREW | | 306.190 | 1.141-123 | | |
| XR208 | 2 LIVE FREESTYLE | | | | 815783 | |
| XR208 | A TYPICAL SEX THING | | | | 815795 | |
| XR208 | BUCK EM (inst!) | | | | 815788 | |
| XR208 | DEM A TALK | | | | 815787 | |
| XR208 | MEGA MIX | | | | 815769 | |
| XR208 | THE INITIATION (inst!) | | | | 815767 | |
| XR208 | WORK THAT BODY | | | | 815792 | |
| XR208 | YEAH YEAH | | | | 815796 | 1.094-234 |
| XR208 | YEAH YEAH (Luke dub) | | | | 815780 | |
| XR208 | YOU GO GIRL | | | | 920249/815784 | 1.097-804 |
| XR215 | SHAKE A LIL' SOMETHIN'... THE 2 LIVE CREW | | 306.192 | 1.144-229 | | |
| XR215 | ANOTHA P-SY CAPER | | 229778 | | 908811 | |
| XR215 | BE MY PRIVATE DANCER | | 231014 | | 908817 | |
| XR215 | BU-DA-ER STOLE MY B-CH | | 229775 | | 908821 | |
| XR215 | CAPER REPRISE | | 231011 | | 908813 | |
| XR215 | DO THE DAMN THING | | 231015 | | 908816 | 1.094-216 |
| XR215 | INTRO | | | | 89251489515 | |
| XR215 | JAM SESSION I | | 231013 | | 0088141.070-621 | |
| XR215 | MEGA MIXX VI | | 231017 | | 908612 | |
| XR215 | MY D-K | | 229776 | | 890517 | |
| XR215 | PSK '95 | | 231018 | | 908151.068-291 | |
| XR215 | SAVAGE IN THE SACK | | 231011 | | 908818 | |
| XR215 | SHAKE A LIL' SOMETHIN' | | 231011 | | 908823 | 1.094-212 |
| XR215 | SKEETA MAN | | 229777 | | 908819 | |
| XR215 | TABLE DANCE | | 231012 | | 908822 | |
| XR215 | THIS THING IS HUGE | | 229776 | | 890516 | |

CATALOG (3)

SONG LIST BY WRITER CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR215 | WHEN WE GET THEM HOES | 229776 | | 908820 | |
| XR216 | SHAKE A LIL' SOMETHIN' - THE 2 LIVE CREW | 306-188 | 1-144-230 | | |
| XR216 | BE MY PRIVATE DANCER | | | X | |
| XR216 | DO THE DAMN THANG | | | X | 1-075-822 |
| XR216 | INTRO | | | 890578/890575 | |
| XR216 | JAM SESSION I | | | X | |
| XR216 | MEGA MIXX VI | | | X | |
| XR216 | P5K '95 | | | X | |
| XR216 | SHAKE A LIL' SOMETHIN' | | | X | |
| XR216 | SHAKE A LIL' SOMETHIN' (BONUS BEATS) | | | X | |
| XR216 | SHAKE A LIL' SOMETHIN' (instrumental) | | | X | |
| XR216 | TABLE DANCE | | | X | |
| XR226 | LIL' JOE'S RAP HITS VOL.1          (NOT ACTIVE) | 245-714 | 1-129-764 | | |
| XR226 | I CAN'T GO FOR THAT - 2 LIVE CREW | | | 901885 | |
| XR226 | MEGA MIXX- MR. MIXX | | | | |
| XR227 | GOES TO THE MOVIES/ A DECADE OF HITS - THE 2 LIVE CREW | 245-408 | 1-108-305 | | |
| XR227 | 2 LIVE MIXX | | | 1-074-170 | |
| XR227 | CREW TO CRUE | | | 901684 | |
| XR227 | GET IT GIRL EXT MIX | | | 901683 | |
| XR227 | HANGIN OUT | | | 582051 | |
| XR227 | HOOCHIE MAMA | | | X | 1-094-224 |
| XR227 | IN THE DUST | | | 541361 | |
| XR227 | WE WANT SOME P--SY (Live in Berlin Ext. Mix) | | | 901882 | |
| XR227 | YAKETY YAK | | | X | 1-116-613 |
| XR228 | GOES TO THE MOVIES/ A DECADE OF HITS - THE 2 LIVE CREW | 245-413 | 1-108-313 | | |
| XR228 | CREW TO CRUE | | | 901880 | |
| XR229 | CREW TO CRUE (Inst.) | | | X | |
| XR229A | GET IT GIRL EXT. MIX | | | 901881 | |
| XR228 | HOOCHIE MAMA | | | X | |
| XR228 | IN THE DUST | | | X | |
| XR228 | N THE DUST (Inst.) | | | X | |
| XR226 | YAKETY YAK | | | X | |
| XR221 | THE REAL ONE - THE 2 LIVE CREW | 262-763 | 1-141-145 | X | |
| XR223* | 2 LIVE IS HERE | | | 1-059-023 | |

Lil Joe docs 0076K

CATALOG (3)

ワヨビター (a) y;
P-905A 10

Lil Joe docs 00769

SONG LIST BY WRITER CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR231 | 2 LIVE PARTY feat. KC from KC & Sunshine Band & Freak Nasty | | | 1-059-024 | |
| XR231 | AY PAPI | | | 1-059-041 | |
| XR231 | BOTTLE AND A BLUNT feat. the Lunz | | | 1-059-029 | |
| XR231 | BRING THAT MONEY TO ME | | | 1-059-034 | |
| XR231 | CALL ME | | | 1-059-040 | |
| XR231 | COME ON GET UP AND DANCE | | | 1-059-031 | |
| XR231 | DON'T GET BUSTED BY A TEXAS RANGER | | | 1-059-028 | |
| XR231 | FREAK HO | | | 1-059-026 | |
| XR231 | FREAKS INHERIT THE EARTH | | | 1-059-025 | |
| XR231 | INTRO | | | 1-059-022 | |
| XR231 | IT'S TIME | | | 1-059-036 | |
| XR231 | ON TOP OF OL' RACHELLE | | | 1-059-039 | |
| XR231 | RAISE THE ROOF feat. Verb | | | 1-059-035 | |
| XR231 | RIDE WITH ME | | | 1-059-042 | |
| XR231 | SHAKE YOUR PANTS | | | 1-069-032 | |
| XR231 | SHOW YOU A SHOT | | | 1-059-038 | |
| XR231 | TAKE IT OFF | | | 1-059-027 | |
| XR231 | THE REAL ONE feat. Ice T | | | 1-059-030 | |
| XR231 | WORLD FAMOUS | | | 1-059-037 | |
| | | | | | |
| XR232 | THE REAL ONE - THE 2 LIVE CREW | 305-830 | 1-141-144 | 1-059-007 | |
| XR232 | 2 LIVE IS HERE | | | 1-059-008 | 1-135-866 |
| XR232 | 2 LIVE PARTY feat KC from KC & Sunshine Band & Freak Nasty | | | 1-059-019 | |
| XR232 | AY PAPI | | | 1-059-021 | 1-094-208 |
| XR232 | BE MY PRIVATE DANCER (Spin Remix) | | | 1-059-013 | |
| XR232 | BRING THAT MONEY TO ME | | | 1-059-018 | |
| XR232 | CALL ME | | | 1-059-011 | |
| XR232 | COME ON GET UP AND DANCE | | | 1-059-015 | |
| XR232 | IT'S TIME | | | 1-059-014 | |
| XR232 | RAISE THE ROOF feat. Verb | | | 1-059-020 | |
| XR232 | ROCK YA BABY | | | 1-059-012 | |
| XR232 | SHAKE YOUR PANTS | | | 1-059-077 | |
| XR232 | SHOW YOU A SHOT | | | 1-059-009 | |
| XR232 | TAKE IT OFF | | | 1-059-010 | 1-075-820 |
| XR232 | THE REAL ONE feat Ice-T | | | 1-059-016 | |
| XR232 | WORLD FAMOUS | | | | |
| | | | | | |
| XR241 | JERRY SPRINGER'S MOVIE RINGMASTER | 287-009 | 1-144-235 | | |
| XR241 | LIVING IN AMERICA - THE 2 LIVE CREW | | | 973986 | |
| XR241 | LIVING IN AMERICA (MIAMI BASS VERSION) - THE 2 LIVE CREW | | | 973970 | |

CATALOG (3)

SONG LIST BY WRITER: CHRISTOPHER WONG WON

| CAT # | ALBUM TITLES | SR | VA | PA | VIDEO PA |
|---|---|---|---|---|---|
| XR242 | JERRY SPRINGER'S MOVIE RINGMASTER | 287-010 | 1-144-236 | | |
| XR242 | LIVING IN AMERICA - THE 2 LIVE CREW | | | 9739717-046-749 | |
| XR242 | LIVING IN AMERICA (MIAMI BASS VERSION) - THE 2 LIVE CREW | | | 973974 | |
| | | | | | |
| XR257 | LATIN BOOTY PARTY JAMS | 274-835 | 1-141-125 | | |
| XR257 | AY PAPI - THE 2 LIVE CREW | 274836 | | | X |
| XR257 | MAMA JUANITA - THE 2 LIVE CREW - LAID BACK | 274838 | | | X |
| XR257 | POP THAT C - THE 2 LIVE CREW - SLAMMIN' SAM | 274837 | | | X |
| XR257 | SHAKE A LIL' SOMETHIN - THE 2 LIVE CREW - DJ GUSTO | 274839 | | | X |
| XR257 | MAMA JUANTA - THE 2 LIVE CREW - RADIO | 274840 | | | |
| | | | | | |
| XR264 | PRIVATE PERSONAL PARTS - THE 2 LIVE CREW | 232-639 | 1-144-207 | | |
| XR264 | DJ GUSTO'S NEW MILLENIUM MIX | 327-790 | | | |
| XR264 | S-KIT EASY, S-KIT SLOW | | | 1-031-342 | |
| XR264 | WE WANT SOME PU--Y (house mix) | 327-791 | | | |
| | | | | | |
| XR266 | THE 2 LIVE CREW - THE ESSENTIAL DJ 12 INCH AND MEGA MIXES(NASTY) | X | X | | |
| XR266 | 2 LIVE PARTY FEAT THREE-6 MAFIA | | | | X |
| XR266 | C'MON BABE (DOO DOO BROWN MIX) | | | | X |
| XR266 | GET THE F*CK OUT OF MY HOUSE (GERMAN HOUSE MIX) | | | | X |
| XR266 | THROW THE D*CK ORIGINAL 12" VERSION) | | | | X |
| XR266 | THROW THE D*CK (DUB INSTRUMENTAL MIX) | | | 1072303 | |
| XR266 | WE WANT SOME P*SSY (GERMAN HOUSE MIX) | | | | X |
| XR266 | WE WANT SOME P*SSY (LIBERTY CITY LONG HARD MIX-LIVE IN BERLIN) | | | | X |
| | | | | | |
| XR267 | THE 2 LIVE CREW - THE ESSENTIAL DJ 12' INCH AND MEGA MIXES (CLEAN) | X | X | | |
| XR267 | 2 LIVE PARTY FEAT THREE-6 MAFIA | | | | X |
| XR267 | MAMA JUANITA (LAID BACK MIX) | | | | X |
| XR267 | MEGA MIX - (DJ LAZ & FELIX SAMA) | | | | X |
| | | | | | |
| | THE 2 LIVE CREW RAW UNCUT IN CONCERT - THE 2 LIVE CREW | | | 1-116-610 | |

Lil Joe docs 00770

# ADDENDUM

LIL' JOE WEIN MUSIC, INC.
6157 N.W. 167TH STREET, F-17
MIAMI, FLORIDA 33015

Christopher Wong Won
General Release

July 12, 2003

## CERTICATE OF RECORDATION ON FILE

| | | |
|---|---|---|
| Mark D Ross | Vol. 3419, p 58 - 62 | November 24, 1998 |
| Luther Roderick Campbell | Vol. 3419, p 63 - 65 | November 24, 1998 |
| David Hobbs | Vol. 3419, p 66 - 70 | November 24, 1998 |
| Settlement Agreement- Windswept<br>Pacific Entertainment Co. dba Full<br>Keel Music Co & Longitude Music Co. | Vol. 3412, p405 | 10/6/1997 |
| Copyright Assignment<br>Luther Campbell, Luke Records, Inc,<br>Pac Jam Publishing, Inc. Pac Jam<br>Music, Pac-Jam Publishing | Vol. 3315, p283 - 313 | 11/27/1996 |
| Administration Agreement - Windswept<br>Pacific Entertainment Co. dba Full<br>Keel Music Co & Longitude Music Co | Vol 2596, p286 - 314 | 5/7/1991 |

V3514 D950
Page 11

Lil Joe docs 00771