

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA                    33142

370          63-550
DATE              660
1/08/88

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL                          33169

**********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000370⑈ ⑆066005502⑈ 360065200 ⑇ ⑈0000080436⑈

601035440 PROCESSED NCNB BBJAN13

JA 88 12

LIL JOE DOCS01045



LIL JOE DOCS01046



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

390          63-550
DATE                      660
1/22/88

360065001845 CYCLE  21

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*********************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000390"⑈ ⑈:066005502: 360065200 1⑈"          ,"0000080436,"

502067700 PROCESSED NON BANK

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-855226
JAN 28 1988
SUN BANK
EDISON CENTER BRANCH
56A
MIAMI, FLORIDA

FOR CREDIT TO THE
ACCOUNT OF THE
WITHIN NAMED PAYEE

LIL JOE DOCS01047



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

400          63-550
DATE                660
1/29/88

3600652001        CYCLE   31

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

***********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑂000400⑂ ⑊066005502⑊ 3600652001⑊        ⑂0000080436⑂

LIL JOE DOCS01048

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

410          63-550
DATE                   660
2/05/88

360065200I          CYCLE  31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**804.36
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000410⑈ ⑈066005502⑈ 360065200I⑈          ⑈0000080436⑈

EO2124640 PROCESSED NCNB 88FEB08

PAYROLL BY PAYCHEX

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV  307
MIAMI, FLORIDA      33137

420
DATE
2/12/88     CYCLE  91

63-550
660

360065 2001

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL            33169

$**804.36
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000420⑆ ⑈066005502⑈ 360065200 ⑆ ⑆000000 80436⑆

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
FEB 17 1988
56A
EDISON CENTER BRANCH
MIAMI, FLORIDA

5021246b90 PROCESSED NCNB BR EGB16



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   307
MIAMI,FLORIDA          33137

430          63-550
DATE          660
2/19/88
CYCLE   31

360065200

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**804.36
PAY THIS AMOUNT

*********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000430⑈ ⑆066005502⑈ 360065200⑈    ⑈0000080436⑈

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   307
MIAMI,FLORIDA        33137

439
DATE
63-550
660

2/26/88

360065200L   CYCLE  44

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**804.36
PAY THIS AMOUNT

******************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑅000439⑅ ⑅066005502⑅ 360065200L⑅ ⑅0000080436⑅

LIL JOE DOCS01052

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

447    63-550
DATE   660

3/04/88

360065200l                    CYCLE 91

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL             33169

*************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000447⑈ ⑈066005502⑈ 360065200l⑈        ⑈0000080436⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6

MAR 1 6 1988

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

LUKE SKYYWALKER RECORDS,INC
MIAMI,FLORIDA 33137

3600652001   CYCLE  91

DATE   3/11/88

660

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****804.36
PAY THIS AMOUNT

****************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000455"⑈ ⑈:066005502⑈: 360065200⑈" ⑈"0000080436"⑈



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

CHECK NO.
463          63-550
DATE          660
3/18/88

36006520001          CYCLE    .31

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****804.36
PAY THIS AMOUNT

***************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000463"  :066005502:  36006520011"          "000008043 6"



LIL JOE DOCS01055



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV #811
MIAMI,FLORIDA          33137

471
DATE
3/25/88

63-550
660

360065200I     CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$****804.36
PAY THIS AMOUNT

****************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000471⑈ ⑆066005502⑆ 360065200I⑈          ⑈0000080436⑈

LIL JOE DOCS01056



PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA       33137

480          63-550
DATE          660
4/01/88
CYCLE  31

360065200I

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$*****923.34
PAY THIS AMOUNT

***************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000480⑈ ⑊066005502⑊ 360065200⑈ ⑊0000092334⑈





PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV   307
MIAMI, FLORIDA      33137

490     63-550
DATE    660
4/08/88

360065200l      CYCLE   30
$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI, FL          33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000490⑈ ⑆066005502⑈ 360065200l⑈        ⑈0000092334⑈



LIL JOE DOCS01059



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA 33137

CHECK NO. 510   63-550
660

DATE 4/22/88

360065200l   CYCLE 44

PAY TO THE ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL   33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000510⑈ ⑆066005502⑆ 360065200l⑈ ⑈000009233⑈





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

520        63-550
DATE        660
4/29/88

360065200I       CYCLE    30
$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000520⑈ ⑊066005502⑈ 360065200I⑈         ⑈000009233⑈

LIL JOE DOCS01061



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA      33137

531        63-550
DATE       660
5/06/88

360065 2001        CYCLE  30        $****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL            33169

******************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000531⑈  ⑆066005502⑈  360065200⑈  ⑇000009234⑇







LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA           33137

556        63-550
DATE       660

5/20/88

360065200X    CYCLE  90

PAY TO THE ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL           33169

$****923.34
PAY THIS AMOUNT

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000556"  ":066005502:"  360065200 1"  "0000092334"

LIL JOE DOCS01064



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 407
MIAMI,FLORIDA          33137

570
DATE
63-550
660

5/27/88

3C0065200I          CYCLE   90

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000570⑈ ⑆066005502⑆ 360065200⑈ ⑆0000092334⑆





LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137

584    63-550
660

DATE  6/03/88

360065200I    CYCLE   30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000584⑆ ⑈066005502⑈ 360065200⑈ ⑆0000092334⑆

⑆00080480 PROCESSED NCNB 88JUN22

JUN 21 1988
53 A
MIAMI, FLORIDA

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

Luther R. Campbell
2608984S
Deposit Only

LIL JOE DOCS01066



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV
MIAMI,FLORIDA          33137

598          63-550
660

DATE    6/10/88

3600652001    CYCLE    80

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000598⑈ ⑆066005502⑈ 3600652001⑈ ⑈0000092334⑈





LIL JOE DOCS01068



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

625          63-550
DATE          660

6/24/88

3b00b62001          CYCLE  30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000625⑈ ⑈066005502⑈ 360065200⑈ ⑈0000092334⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS
2660 8552-6
53A
EDISON CENTER BRANCH
MIAMI, FLORIDA

Luther K Campbell
Deposit Only
0000026089845

LIL JOE DOCS01069

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA    33137

CHECK NO.
638

DATE
7/01/88

63-550
660

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL           33169
                360065200l      CYCLE  30

$****923.34
PAY THIS AMOUNT

****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000638⑈ ⑈066005502⑈ 360065200l⑈           ⑈0000092334⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-0552-6
JUL 06 1988
52A
EDISON CENTER BRANCH
MIAMI, FLORIDA

SUN BANK/MIAMI, N.A.
MIAMI, FL
PAY ANY BANK

JY 88

Deposit Only
032000 2660 80994
Luther K. Campbell

LIL JOE DOCS01070

LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 367
MIAMI,FLORIDA          33137

651      63-550
DATE     660
7/08/88

360065200i        CYCLE   30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*******************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000651⑈" ⑈066005502⑈: 360065200⑈"          ⑈"0000092334⑈"

50308860 PROCESSED NCNB 88JUL13

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6

Deposit In
010902608P845
Luther R. Campbell



LIL JOE DOCS01072





LIL JOE DOCS01073





LIL JOE DOCS01074



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

717        63-550
DATE       660
8/05/88

360065200                   CYCLE   30

FOR DEPOSIT ONLY
CENTRUST   LUTHER CAMPBELL
SAVINGS BANK7 AVE  E
2660-6552-6                        33169

$****923.34
PAY THIS AMOUNT

AUG 8 1988
*************************NINE HUNDRED TWENTY THREE & 34/100
51 A
EDISON CENTER
NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000717⑈ ⑆066005502⑆ 360065200⑈       ⑆0000092334⑆

503037060 PROCESSED NCNB 88AUG09

AG '88 08
SUN BANK/MIAMI, N.A.
MIAMI, FL



LUKE SKYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

734      63-550
DATE      660

8/12/88

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI, FL          33169

*********NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE



LIL JOE DOCS01076



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA          33137

750
DATE          63-550
8/19/88        660

CYCLE  SG 29-AUG-1988

239037139

$****923.34

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

PAY THIS AMOUNT

0005  0012 08 08-29-88  144136408

**********************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000750⑈ ⑈066005502⑈ 360065200⑈ ⑈000009,2334⑈

PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

| 764 | 63-550 |
| --- | --- |
| | 660 |

DATE

CYCLE   30 13-SEP-1988                    8/26/88        5071z353

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$****938.36

PAY THIS AMOUNT

************************NINE HUNDRED THIRTY EIGHT & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139   134390973  0010  0015  08-29-53-88

AUTHORIZED SIGNATURE

⑈"000764⑈ ⑈:066005502⑈: 360065200⑈⑈          ⑈"0000093836⑈'

LIL JOE DOCS01078



LIL JOE DOCS01079

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV  307
MIAMI, FLORIDA        33137

797
DATE
9/09/88

63-550
660

2590251800600113

CYCLE  30  16-SEP-1988

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL              33169

$***2510.98
PAY THIS AMOUNT

*************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

134851851  0006  0006 08 09-16-88

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000797"⑈ ⑈:066005502⑈: 360065200 ⑈"       ⑈'0000251098⑈'

LIL JOE DOCS01080



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

814    63-550
660

9/16/88    5060443H

CYCLE 30    22-SEP-1988

245029378

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI, FL          33169

$***2510.98
PAY THIS AMOUNT

12109b429 0001 0001 08 09-22-88

***************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA  33139

AUTHORIZED SIGNATURE

⑈000814⑈ ⑆06600550 2⑆ 360065200 ⑈⑈    ⑈0000251098⑈





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

CYCLE  30 05-OCT-1988

829        63-550
660
DATE
9/23/88

278054788

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL

CenTrust

$***2510.98
PAY THIS AMOUNT

****************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

BANK BY MAIL 33
903

AUTHORIZED SIGNATURE

⑈0008 29⑈ ⑈066005502⑈ 360065200⑈ ⑈0000251098⑈





PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA       33137
CYCLE  30   06-OCT-1988

CHECK NO.
846      63-550
          660
DATE
9/30/88      5020779b

278054789

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL

CenTrust

$***2510.98
PAY THIS AMOUNT

**********************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

BANK BY MAIL 53
903

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000846"  ":066005502:  360065200 1"  "0000251098"



LIL JOE DOCS01084

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

CYCLE  30  21-OCT-1988

CHECK NO.  879     63-550
DATE  10/14/88     660

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL           33169

$***2510.98

PAY THIS AMOUNT

*********************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

LIL JOE DOCS01085



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA 33137

CYCLE 30 31-OCT-1988

896    63-550
DATE      660
10/21/88

302044324

PAY TO THE ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL        33169

$***2510.98
PAY THIS AMOUNT

133070432 0007 0007 08 10-31-88

CenTrust

*************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

OCT 28 1988

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
07

AUTHORIZED SIGNATURE

⑈000896⑈ ⑊066005502⑊ 360065200⑊ ⑊000251098⑈

LIL JOE DOCS01086

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137
CYCLE   3G    02-NOV-1988

915          63-550
DATE          660
10/28/88

304048041

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$***2510.98
PAY THIS AMOUNT

115515552 0015 0020 08 11-02-88
*************************TWO THOUSAND FIVE HUNDRED TEN & 98/100*

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000915⑈ ⑈066005502⑈ 360065200⑈ ⑈0000251098⑈

304048041

60407619 NCNB 88307
0660-0010-9
115515552 11-02-88

Deposit Only
Luther R. Campbell
#02608984S

NOV -1 88

0012 71406

0670006238          FT LAUDERD

LIL JOE DOCS01087