# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON AND LUTHER CAMPBELL,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S PROPOSED REVISED VERDICT FORM

**DEFENDANTS' RESPONSE TO PLAINTIFF'S PROPOSED REVISED VERDICT FORM PER COURT'S DIRECTION**

We, the jury, find as follows:

1. Do you find that Luther Campbell, and/or Christopher Wong Won, and/or Mark Ross ~~created~~ of *2 Live Crew*~~'s~~ were employees of Campbell's label **and** created the albums~~sound recordings~~ at issue ~~copyrights~~ within the scope of ~~his~~ that employment?[1] ~~as work for hire?~~

      (a) Luther Campbell      Yes: _____ No:_____
      (b) Christopher Wong Won  Yes: _____ No:_____
      (c) Mark Ross             Yes: _____ No:_____

2. If you find that any of the members of *2 Live Crew* were employees and created the albums at issue within the scope of their employment, did they expressly agree in a written instrument signed by them that the subject albums were not works for hire?[2]

      _____ Yes: _____ No: _____

3. Under which Agreement were the *2 Live Crew* sound recordings copyrights for the albums at issue transferred by *2 Live Crew's* members~~, Luther Campbell, Christopher Wong Won, Mark Ross and David Hobbs, to Luke Records, Inc.?~~ to Campbell's record label?

_____  Pursuant to the~~a~~ Recording Agreement between Skyywalker Records, Inc, Luther Campbell, David Hobbs, Chris Wong Won and Marquis Ross~~,, which is undated, but which they claim was signed in 1990 and which the claim contains retroactive oral agreements  made in 1987.~~ that they claim was executed in 1990?

**Or**

_____  Pursuant to the three different written agreements with Luke Records, Inc. that Plaintiff claims were signed in 1991?~~: an Exclusive Recording Agreement dated April __, 1991, between Luke Records, Inc. and Chris Wong Won, an Exclusive Recording Agreement dated April __, 1991, between Luke Records, Inc., Mark Ross and David Hobbs, and an Exclusive Recording Agreement dated February __, 1991, between Luke Records, Inc. and Luther Campbell.?~~

SO SAY WE ALL, this ____ day of October, 2024.

                                                       _____
                                                             FOREPERSON

---

[1] This tracks the definition of "work-for-hire" in 17 USC §101, which requires both.
[2] This tracks the language of 17 USC §201, which states "In the case of a work made for hire, the employer or other person for whom the work was prepared is considered the author for purposes of this title, and, unless the parties have expressly agreed otherwise in a written instrument signed by them, owns all of the rights comprised in the copyright."