UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23727-DPG

LIL' JOE RECORDS, INC.,

        Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG
WON, RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
AND LUTHER CAMPBELL,

        Defendants.

## NOTICE OF FILING EXHIBITS

Defendants hereby give notice of filing the following Exhibits admitted into evidence during trial.

**Lil' Joe Records, Inc. v. Mark Ross et al.,
Case No.: 1:21-cv-23727-DPG
Defendants' Exhibits for Use at Trial**

| Exhibit Number | Description |
| --- | --- |
| D50 | 1990 Recording Agreement |
| D51 | Notice of Termination and Form TCS (Notice of Termination Cover Sheet) |
| D52 | 2 Live Crew Recording Agreement Effective 1/1/87 file folder cover |
| D53 | 3. A. Second 2 LiveCrew Recording Agreement Luther Campbell 2/91 file folder cover |
| D57 | Physical exhibit: Five CDs |
| D57A | Photos of Five CDs filed at D57 |
| D57B | Compilation of 2 Live Crew "As Nasty As They Wanna Be" Album Covers |
| D58 | Compilation of 2 Live Crew Album covers |
| D59 | Defendants' Final Notice of Termination of Copyright Pursuant to 17 USC 203 dated November 4, 2020 |

| D70  | Copyright registration certificate for registered work Move Somethin' with the registration number PA 364 469 |
|------|---|
| D90  | Copyright registration certificate for registered work Me So Horny with the registration number PA 445 026 |
| D120 | Copyright registration certificate for registered work Move Somethin' with the registration number SR 305 983 |
| D131 | Pac-Jam Publishing Agreements |
| D133 | Physical Albums with pictures of same, for the Subject Albums, *2 Live Crew Is What We Are, Move Somethin', Move Somethin' (Clean), "Me So Horny (Nasty)" from As Nasty as They Wanna Be, and "The Funk Shop" from As Clean as They Wanna Be*. |
| D137 | Joint Plan of Reorganization; In Re Luke Records, Inc. et al. |
| D141 | BMI Royalty statement exemplars |
| D146 | Affidavit of Joseph Weinberger |

Dated: October 16, 2024						Respectfully submitted,


							*/s/ Angela M. Nieves*
							ANGELA M. NIEVES
							Bar Number: 1032760
							angela.nieves@sriplaw.com
							JOEL B. ROTHMAN
							Bar Number: 98220
							joel.rothman@sriplaw.com

							**SRIPLAW**
							21301 Powerline Road, Suite 100
							Boca Raton, Florida 3343
							(561) 404-4350
							561.404.4353 – Facsimile


							-with-

							Scott Alan Burroughs, Esq.
							(admitted pro hac vice)
							**DONIGER / BURROUGHS**
							237 Water Street, First Floor
							New York, New York 10038
							(310) 590 – 1820
							scott@donigerlawfirm.com

*Counsel for Defendants*