Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820



Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

November 4, 2020

**DELIVERED VIA FIRST-CLASS MAIL (RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL WHERE INDICATED**

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016<br>towens@evergreencopyrights.com<br>jan.simeon@bmgchrysalis.com | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356<br>ljrwred@aol.com | Warner Music Group / Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127<br>LutheriaC@lukerecord.com | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024<br>averydc@netzero.com | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024<br>funkboogieexpress@yahoo.com |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965<br>copyright@kassner-music.co.uk | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

2LiveCrew0052

DEFENDANT'S
EXHIBIT
**D51**

| | |
|---|---|
| **Our Clients:** | **Mark Ross; Luther Campbell; Estate of Chris Wong Won** |
| **Matter:** | **Formal Notice of Termination of Copyright Pursuant to 17 U.S.C. §203** |
| **Copyrighted Work Titles:** | See below. |

To whom it may concern:

This firm represents Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won (collectively, "Clients"). Our Clients control the majority of the rights to certain compositions and sound recordings created and published under the name *2 Live Crew*.[a]

We hereby provide formal notice that our Clients are terminating their copyright grants, as detailed hereinbelow, pursuant to 17 U.S.C. §203. Our investigation has revealed that the recipients of this correspondence and the parties identified herein are or were grantees and/or successors-in-title that received a transfer of copyrights related to works created and/or owned by our Clients. Section 203 allows authors and their heirs to terminate copyright transfers within a five-year window running from thirty-five to forty years after the execution of such transfers or publication of the work(s) transferred.  Notably, the "[t]ermination of the grant may be effected notwithstanding any agreement to the contrary, including an agreement to make a will or to make any future grant." 17 U.S.C. §203 (a)(5).

This letter shall serve as notice to those parties identified in **Exhibit A** that our Clients hereby terminate all copyright grants executed and/or entered into by our Clients for the works detailed in **Exhibit A**. At least one of the granting instruments (recording contract) was executed prior to authorship or publication, so the dates of publication shall serve as the effective dates for termination. Where possible, the relevant copyright registration numbers for the works at issue are listed. All titles listed are to be considered inclusive of the copyrights for the sound recording and the underlying compositions for each of the songs on the albums. The titles are also considered inclusive of both the original "explicit" versions and the "clean" versions, remixed or edited or alternate versions, and of the sound recording and composition copyright to all songs therein contained. The dates of effective termination are set forth below in **Exhibit A**.

We certify under the penalty of perjury that the parties terminating the grant(s) at issue control the majority of the works at issue. They comprise the artists that created the works at issue and, pursuant to 17 U.S.C. § 203(a)(2)(B), the heirs to the estate of artist Chris Wong Won. All ownership interests will revert to the original authors or the estate thereof. All rights in the underlying compositions and sound recordings will revert to the authors or the estate thereof. Please return an executed confirmation of this termination as soon as reasonably possible. This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to or should be construed to waive or limit any rights, claims, or remedies. Please do not hesitate to contact the undersigned if you have any questions regarding the foregoing.

Regards,
DONIGER / BURROUGHS

By: _____
Scott Alan Burroughs, Esq.
For the Firm

---

[a] David Hobbs, the remaining member, does not join in this Notice of Termination.

2LiveCrew0053

*SAB*
*Encl. – Exhibit A*

RECEIVED AND CONFIRMED:


By: _____
Name: _____
Date of Signature: _____

2LiveCrew0054

**EXHIBIT A**
**Notice of Termination of Transfer or License Under Section 203**

1. I, the undersigned, affirm this termination is made pursuant to 17 U.S.C. § 203.

2. The names and addresses of each grantee or known successor-in-title whose license or transfer is being terminated are set forth hereinbelow:

| | | |
|---|---|---|
| BMG Right Management US, LLC<br>Music of Evergreen<br>Music of Ever Hip Hop<br>Evergreen Copyright Acquisition, LLC<br>Evergreen Talented Songwriters, LLC<br>Evergreen GF Country Music, LLC<br>Evergreen Pop and Alternative, LLC<br>Evergreen Hip Hop, LLC (formerly Evergreen Hammer, LLC)<br>One Park Avenue, 18th Floor<br>New York, NY 10016 | Lil' Joe Records, Inc.<br>Lil' Joe Wein Music, Inc.<br>Joseph Weinberger<br>Lil' Joe Records XR-100<br>Lil' Joe Records XR-101<br>Lil' Joe Records XR 107<br>6157 NW 167th Street<br>Suite F-17<br>Hialeah, FL 33015-4356 | Warner Music Group /<br>Atlantic Records<br>1633 Broadway<br>New York, NY 10019 |
| Luke Records<br>Luke Skyywalker Records, Inc.<br>Luke Records XR-102<br>Skyywalker Records XR-107<br>Pac-Jam Publishing, Inc.<br>3436 NW 7th Avenue<br>Miami, FL 33127 | Skyywalker Records, Inc.<br>Skywalker Records, Inc.<br>3050 Biscayne Blvd., #307<br>Miami, FL 33137 | Windswept Pacific<br>Entertainment Company<br>Full Keel Music Company<br>Longitude Music Company<br>347 W 36th St., #1203<br>New York, NY 10018 |
| Batavia Music / Sydy Music<br>611 6th Place<br>Washington, DC 20024 | Ackee Music, Inc.<br>1416 North La Brea Avenue<br>Los Angeles, CA 90028 | Chanaysja Music, Inc.<br>PO Box 246644<br>Pembroke Pines, FL 33024 |
| Jay-Boy Music Corp.<br>275 North Middletown Road, Suite 1A<br>Pearl River, NY 10965 | Fujipacific Music (USA), Inc.<br>(Dissolved 2009) | |

3. The following works are covered under the grants and agreements being terminated:

**Termination No. 1**:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| THE 2 LIVE CREW IS WHAT WE ARE (Lil' Joe Records, 1987) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to: | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | December 1, 1986 |

| | | |
|---|---|---|
| 1. 2 Live is What We Are / 2 Live Is What We Are... (Word)<br>2. We Want Some Pussy<br>3.  Check It Out Yall (Freestyle rappin')<br>4.  Get It Girl<br>5.  Throw The 'D'<br>6.  Cut It Up<br>7.  Beat Box (Remix)<br>8.  Mr. Mixx On The Mix!!<br><br>Registration No(s).: PA0000384476; SR0000360735; et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| November 7, 2022 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Termination No. 2**:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| MOVE SOMETHIN' (Lil' Joe Records, 1988) and all compositions and sound recordings for all songs therein contained.<br><br>The songs include, but are not limited to:<br><br>1. Introduction<br>2. Drop The Bomb<br>3. Move Somethin'<br>4. Ghetto Bass II<br>5. With Your Badself<br>6. Pussy Ass Nigga | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | March 21, 1988 |

2LiveCrew0056

| | | |
|---|---|---|
| 7. H-B-C<br>8. S & M<br>9. Do Wah Diddy<br>10. Word II<br>11. Feel Alright Y'all<br>12. One And One<br>13. Mega-Mixx II<br><br>Registration No(s). SR0000359017; PA0001039535; SR0000305983; et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| March 21, 2023 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

**Termination No. 3**:

| Title of Work and Registration Number: | Author(s) Who Executed the Grant Being Terminated: | Publication Date: |
|---|---|---|
| AS NASTY AS THEY WANNA BE (Lil' Joe Records, 1989) and all compositions and sound recordings for all songs therein contained, and AS CLEAN AS THEY WANNA BE<br><br>The songs on AS NASTY AS THEY WANNA BE include but are not limited to:<br><br>1. Me So Horny<br>2. Put Her in the Buck<br>3. Dick Almighty<br>4. C'mon Babe<br>5. Dirty Nursery Rhymes<br>6. Break it on Down<br>7. 2 Live Blues<br>8. I Ain't Bullsittin' | Authors and/or heirs, inclusive of Mark Ross, Luther Campbell, and the estate of musician Chris Wong Won. | May 1, 1989 |

2LiveCrew0057

| | | |
|---|---|---|
| 9. Get Loose Now<br>10. The Fuck Shop<br>11. If You Believe in Having Sex<br>12. My Seven Bizzos<br>13. Get the Fuck out of My House<br>14. Reggae Joint<br>15. Fraternity Record<br>16. Bad Ass Bitch<br>17. Mega Mixx III<br><br>The songs on AS CLEAN AS THEY WANNA BE include but are not limited to:<br>1. The Funk Shop<br>2. C'mon Babe<br>3. Get Loose Now<br>4. Coolin'<br>5. You Got Larceny<br>6. Me So Horny<br>7. Pretty Woman<br>8. My Seven Bizzos<br>9. City of Boom<br>10. Mega Mix III<br>111. Break It on Down<br><br>Registration No(s).:<br>SR0000353540; PA0000443528; PA0000538346; PA0000443535; PA0000443526; PA0000443527; PA0000443534; PA0000443530; PA0000443532; PA0000443529; PA0000443531;PA0000443525; PA0000443533; SR0000327784 (Clean); et al. | | |

| Effective Date of Termination: | Description of Grant Being Terminated (Title of Agreement or Other Identifying Information) and Date of Execution of Grant Being Terminated: |
|---|---|
| May 1, 2024 | Grant to Skyywalker Records, Inc. titled "Recording Agreement," granted January 1, 1987, undated, and executed by Clients.<br><br>Grant to Lil' Joe Records, Inc. and those grants effectuated thereafter, including without limitation those listed in transfer document V3568D065 (from Lil' Joe Records, Inc. to Evergreen Hip Hop, LLC).<br><br>All other grants and transfers. |

2LiveCrew0058

**Signatures in agreement to and confirmation of the foregoing termination**:

| | | |
|---|---|---|
| **By:** _____ <br>      **Mark Ross**<br>**Address:** _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ | **By:** _____ <br>      **Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>**Signature Date:** _____ | **By:** _____ <br>      **Luther Campbell**<br>**Address:** _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ |
| **By:** _____ <br>      **Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>_____<br>**Signature Date:** _____ | **By:** _____ <br>      **Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>_____<br>**Signature Date:** _____ | **By:** _____ <br>      **Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>_____<br>**Signature Date:** _____ |

2LiveCrew0059

**Signatures in agreement to and confirmation of the foregoing termination**:

| By: _____ | By: _[signature]_____ | By: _____ |
|---|---|---|
| **Mark Ross** | **Estate of Christopher Wong Won** | **Luther Campbell** |
| Address: _____ | Name: Roderick Wong Won | Address: _____ |
| _____ | Agent and heir, acting on behalf of Author Christopher Wong Won | _____ |
| Relationship to Author: Self | Address: 6834 NW 5th ave Miami FL 33150 | Relationship to Author: Self |
| Signature Date: _____ | Signature Date: 10/19/20 | Signature Date: _____ |
| By: _[signature]_____ | By: _____ | By: _[signature]_____ |
| **Estate of Christopher Wong Won** | **Estate of Christopher Wong Won** | **Estate of Christopher Wong Won** |
| Name: Christopher Wong Won, Jr. | Name: Leterius Ray | Name: Anissa Wong Won |
| Agent and heir, acting on behalf of Author Christopher Wong Won | Agent and heir, acting on behalf of Author Christopher Wong Won | Agent and heir, acting on behalf of Author Christopher Wong Won |
| Address: 17332 SW 18th St miramar FL 33029 | Address: _____ _____ | Address: 6834 NW 5th ave miami FL 33150 |
| Signature Date: 10/19/20 | Signature Date: _____ | Signature Date: 10/19/20 |

2LiveCrew0060

**Signatures in agreement to and confirmation of the foregoing termination**:

| | | |
|---|---|---|
| **By:** _____<br>        **Mark Ross**<br>**Address:** _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ | **By:** _____<br>        **Estate of Christopher Wong Won**<br>**Name: Roderick Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>**Signature Date:** _____ | **By:** _____<br>        **Luther Campbell**<br>**Address:** _____<br>_____<br>**Relationship to Author: Self**<br>**Signature Date:** _____ |
| **By:** _____<br>        **Estate of Christopher Wong Won**<br>**Name: Christopher Wong Won, Jr.**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>_____<br>**Signature Date:** _____ | **By:** *Leterius Ray*<br>        **Estate of Christopher Wong Won**<br>**Name: Leterius Ray**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** \_\_637 Marcilene Terrace\_\_\_\_<br>_____Wichita, Ks, 67218_____<br>**Signature Date:** \_\_10/22/2020\_\_\_\_ | **By:** _____<br>        **Estate of Christopher Wong Won**<br>**Name: Anissa Wong Won**<br>**Agent and heir, acting on behalf of Author Christopher Wong Won**<br>**Address:** _____<br>_____<br>**Signature Date:** _____ |

2LiveCrew0061

**Signatures in agreement to and confirmation of the foregoing termination**:

| By: _*Mark K D Ross*_ (signed) <br> **Mark Ross** <br> **Address:** 925 South 6St GADSDEN AL 35901 <br><br> **Relationship to Author: Self** <br> **Signature Date:** Oct. 19, 2020 | By: _____ <br> **Estate of Christopher Wong Won** <br> **Name: Roderick Wong Won** <br> **Agent and heir, acting on behalf of Author Christopher Wong Won** <br> **Address:** _____ <br> **Signature Date:** _____ | By: _____ <br> **Luther Campbell** <br> **Address:** _____ <br><br> **Relationship to Author: Self** <br> **Signature Date:** _____ |
| --- | --- | --- |
| By: _____ <br> **Estate of Christopher Wong Won** <br> **Name: Christopher Wong Won, Jr.** <br> **Agent and heir, acting on behalf of Author Christopher Wong Won** <br> **Address:** _____ <br> **Signature Date:** _____ | By: _____ <br> **Estate of Christopher Wong Won** <br> **Name: Leterius Ray** <br> **Agent and heir, acting on behalf of Author Christopher Wong Won** <br> **Address:** _____ <br> **Signature Date:** _____ | By: _____ <br> **Estate of Christopher Wong Won** <br> **Name: Anissa Wong Won** <br> **Agent and heir, acting on behalf of Author Christopher Wong Won** <br> **Address:** _____ <br> **Signature Date:** _____ |

2LiveCrew0062

**Signatures in agreement to and confirmation of the foregoing termination:**

| | | |
|---|---|---|
| By: _____<br>Mark Ross<br>Address: _____<br>_____<br>Relationship to Author: Self<br>Signature Date: _____ | By: _____<br>Estate of Christopher Wong Won<br>Name: Roderick Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ | By: *[signature]*<br>Luther Campbell<br>Address: 16571 SW 18 St<br>MIRAMAR Fla 33027<br>Relationship to Author: Self<br>Signature Date: _____ |
| By: _____<br>Estate of Christopher Wong Won<br>Name: Christopher Wong Won, Jr.<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ | By: _____<br>Estate of Christopher Wong Won<br>Name: Leterius Ray<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ | By: _____<br>Estate of Christopher Wong Won<br>Name: Anissa Wong Won<br>Agent and heir, acting on behalf of Author Christopher Wong Won<br>Address: _____<br>Signature Date: _____ |

2LiveCrew0063

**Return Receipt**
**U.S. Copyright Office**

**Form TCS** (Notice of Termination Cover Sheet)
For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)
UNITED STATES COPYRIGHT OFFICE

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
|---|
| Volume _____ Document _____ |
| SR# 1-11747487845 |
| Date of recordation M **AUG 3 1 2022** |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS

---

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice
THE 2 LIVE CREW IS WHAT WE ARE
PA0000384476; SR0000360735

**2** Total number of additional works and alternate identifiers in notice
2 albums

**3** Amount of fee calculated
$185.00
$ _____ *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed
☒ Check    ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number _____
Deposit account name _____

**5** Return receipt requested
☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under
☒ §203    ☐ §304(c)

**7** Gap Grant
☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination
November 7, 2022; March 21, 2023; May 1, 2024

**9** Date of service
November 4, 2020

**10** Manner of service
Federal Express

FORM TCS                                                                                                 PAGE 1 OF 2

2LiveCrew0217

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Mark Ross, Luther Campbell, Estate of Chris Wong Won, comprised of Roderick Wong Won, Christopher Wong Won, Jr., Leterius Ray, Anissa Wong Won (the "Terminating Parties")

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Lil Joe Records, Inc. and the list of parties identified in the Formal Notice of Termination filed herewith

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.

I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.

Signature /s/ Scott Alan Burroughs, Esq.   Date August 25, 2022

Name Scott Alan Burroughs, Esq.

Title/Organization Partner, Doniger / Burroughs PC

Number/Street 247 Water Street   Apt/Suite First Floor

City New York   State NY   Zip 10038

Phone number 310-590-1820   Fax number

Email scott@donigerlawfirm.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Lawyer and Duly Authorized Representative of all Terminating Parties

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.

I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.

Signature /s/ Scott Alan Burroughs, Esq.   Date August 25, 2022

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Name Scott Alan Burroughs, Esq.

Title/Organization Partner, Doniger / Burroughs PC

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Lawyer and Duly Authorized Representative of all Terminating Parties