2. 2 Live Crew Recording Agreement
Effective 1/1/87

Lil Joe docs 00187

DEFENDANT'S
EXHIBIT

D52