

# THE 2 LIVE CREW — AS NASTY AS THEY WANNA BE

DOUBLE ALBUM

WARNING: EXPLICIT LANGUAGE CONTAINED

**Thanks to:** Tony Rock, Sly-D, Anquette, Le-Lual Love, MC Twist & The Def Squad, MC Hammer and The Posse, Tone-Loc, M-Walk, N.W.A., Public Enemy, Easy-E, Stet, Tuff Crew, Jazzy Jeff and Fresh Prince, Kool Moe Dee, Eazy Lee, LaVaba, The Rhythm Radicals, Biz Markie, Ice-T, Red Alert and Robert Reed & James Avery of Trouble Funk, All the Radio Stations, Record Pools and Clubs for their support. To all the virgins — Thanks for nothing. All the Distributors and the Mom and Pop Stores. The Miami Heat, University of Miami Football Team, All the Boys in the Pro's. The Depot Sound Connection, Jackson Memorial Hospital, SICU Rehab 3, All Sports and The Females from the neighborhood who helped us with our background vocals and Jeff Clannagan & Mike Campbell.

**Special Thanks to:** Our Families for their support, The Skyywalker Records Family, The Ghetto Style DJ'S, Pitbull Jammers, Ghetto Phase II, All the boys on the Avenue (15th) & 61st, Bob, Jerry and Mike at Blue Note Record Store, Mizell Records, Canjul Records, Aaron Wallat Record Liquidators, Michael Sterling Falley, Jackmaster Funk, Irez Stitch, C-Roy, Peter Gonzaluz, Lydia Ojeda, Jerry Rushman of the WEDR staff, Willie Bano the Hot 105 staff, Boy Griffin and Everyone at Power 96, WYLD, WZAK, KDAY and all the pirate radio stations across America, Frank Polito, Ronnie Too Small, Bret Vesely and Patrick Kölen.

**Our Great Staff:** Joe Kosky, Glynne Daniels, Burt Goldin Corrdise Ray, Cheryl Randall, Joe Stewart & Toni Mosley.

**My Thanks to:** God, my mother & father, my beautiful daughter Shanetta, The entire Skyywalker Records staff for putting up with my abuse, Lattimore, Fred Held, Cindy Barr, Virgil Simms, Dwayne Kemp, Jan Ross, Jerry Parker, Rick Norris, Tom Silverman, Bob Patton, E. Rodney Jones, Teri Rossi — Who loves us when we're clean, and last but not least to all of our fans from all over the world.

**Luke Skyywalker**

To all the people that love us — We love you. To all the people that don't love us — F*** You. We know it's a lot of Y'all and if you don't like it you can kiss our Mother F***in' A*s.

**Our Fan Club Members** — Bruce Alejo, M. Allsopp, Stuart Ambrose, PFC Christopher Anderson USMC, Roger Askew, Rich Bailey, Greg Baker, Psych T-Mill Barkaza, Nicandro Barinta, DJ Vee Bee, Steve Bartnowski, Bryan Bee, son, Vincent Bell, Jason Chandler Belber, Ian Bennett, Laurie Bennett, Douglas Benson, Roland Binier, Guido Bittner, Chris Binns, L. CPL Stephen Masani Bivens USMC, Love Mode DJ, Victor Black, James Bohne, Ken Blake, Tobias Breiner, Tee-Mo, Lee Bristow, Ronnie Brown, Ryan Calvert, Mark Capek, Kevin Dwayne Cartwright, Eric Chapman, Donna Clark, Ledusha, Clay Jeff Collins, James Cooper, Cullen Cottrel, Brenda Cowart, Collins Crabb, Sven Daiczak, Caesar Dehary, Fylin German Denny D, Carl Denskus, Doug Dillon, Steve Duffy, David Duran, Rap-O Solis, Giovanni Escobar, Hidael Fischer, Morten Flopak, Pedro J. Garcia, Mike Galten, VB, Mark Gosling, M. Gustafsson, John Haddock, Oriental Rush, Robert Hart, Jeff Hartman, Edward Halsey, James Hazley, Donald Helger, Robert Hernandez, Paul Hewlett, BKA Keef, Simon Hinke, DJ Bull, Tabitha Holmes, John Hoyt, David B. Huxsoll, Chris Inouye, Djik V Iner, MC Bass Boss, Jeff Jowers, Andre Jumbauer, Roland Kanes, Brooks E Kelley, Demetrius Kremer, Philip Keogh, Ice DJ F.X., Sheril Jackson, Chris Jurewicz, Torsten Kolhar, DJ Katy Ragracoom, Jamie Lagewaard, Chris Leadwig, Bill Legrand, Delbert Lerma, James-Lily, Kevin Linde, Paul Lumpkin, P&B Madafier, Jan Eric Marze, Nelson Mendez, DEF-O Bass Empress Production, David Manzano, Mel Manzano, Eddie Martinez, Allen McAllister, Ron McKellner, Berko McMel, Mat Miller, Mixed Minds Productions, Michael Morn, Andre Molzberg, Jackie Moness, Jay-Woe, John Morrow, Toni Mosley, Herman Moskowitz, Rene Muhlstein, Oliver Munyak, Michael Neuninget, Anne Nord, Ron Oglesby, On Line/Epidemic, Aran Padron, Marcus Palacio, Olaf Pape, Mario Pariani, Michael Parische, Isaac Perez, Markus Pfister, Jason Philippi, Paul Pithari, Pulney Polk, Crispin Polar, Darnell Pyle, Consuela Quinones, Cheryl Randall, Ales Fabio Santana Rakhoc, Rocca F. Rorer, Jr. Jason Rosenfeld, Loren Ross, Victor Ray, Bobby Rigalos, Fred Riverio Jr., Vince BodyRock, Rocca R. Rosa, Rene Russo, Phillip Sanchez, Julie Sardina, Damon Savage, Rothar, Steve Rewin, Nichola Rowlands, Stacey Roy, Mike Russo, G Sinturak, Asic, Tim Skinner, Peter Smith, Arnareas Soos, Michael Gaid Schimidt, David Schmidt, David Shevey, Roger Strotman, Ted Tenthswood, Mark Terpening, Scott Terpening, Harold Thomas, Spell Wood C. Rainel Stobl, Roger Strotman, Ted Tenthswood, Mark Terpening, Duke One, 2 Crush Clan, Rondalyn Chris Trobsch, Oliver Trauth, Ricky Tromp, Jimmy Tryon, Chris Ublrich, Dionne Duke One, 2 Crush Clan, Rondalyn Wade, Robert Waters, Alexander Weber, Robert White, DJ Darcey IM.S.D., Will take, Fiber Wentos, Mary Williams, Natasha Williams, Dan Workman, Dale Worzella, Larry Worzella, Pat Way, Sam Young and Sergio Zalasar.

**EXECUTIVE PRODUCER**
LUKE SKYYWALKER
**PRODUCED BY**
LUKE SKYYWALKER AND THE 2 LIVE CREW
**ENGINEERED & MIXED BY**
RON TAYLOR & TED STEIN
**RECORDED AT**
SKYYWALKER STUDIOS, LIBERTY CITY, FL
**GUITAR ON "FRATERNITY SONG"**
JIMMY MAGNOLY
**WRITTEN BY**
LUKE SKYYWALKER AND THE 2 LIVE CREW
**PUBLISHED BY**
PAC-JAM PUB. (BMI)

*BAD A...B...H
*ENGINEERED BY
CHRIS MURPHY
*RECORDED AT
OMEGA STUDIOS, ROCKVILLE, MD.
*WRITTEN BY
ROBERT REED AND JAMES AVERY
*PUBLISHED BY
PAC-JAM MUSIC (BMI)/SyDy PROD./
BATANIA MUSIC (ASCAP)

Photography By
Mack Hartshorn
Cover Design By
Milton Mizell
Album Coordinators
Debbie Bennett & Linda Fine
Mastered By
Mike Fuller at Fullersound, Miami, FL

Managed By
ROCKville productions, inc.
Cormilus Lattimore (305) 754-1779

© ℗ 1989 Skyywalker Records/3050 Biscayne Boulevard, Suite 307, Miami Florida 33137/(305) 573-0599
Unauthorized Duplication Will Get You Messed Up By The Ghetto Style DJ's

**LUKE'S SIDE (A)**
ME SO HORNY
PUT HER IN THE BUCK
D.K ALMIGHTY
C'MON BABE
DIRTY NURSERY RHYMES

**MR. MIXX'S SIDE (B)**
BREAK IT ON DOWN
2 LIVE BLUES
I AIN'T BULLSH....IN'
GET LOOSE NOW

**BROTHER MARQUIS' SIDE (C)**
THE F..K SHOP
IF YOU BELIEVE IN HAVING SEX
MY SEVEN BIZZOS
GET THE F..K OUT OF MY HOUSE
REGGAE JOINT

**FRESH KID ICE'S SIDE (D)**
FRATERNITY RECORD
*BAD A...B...H
MEGA MIXX III
COOLIN'



# THE 2 LIVE CREW
## AS CLEAN AS THEY WANNA BE

**THIS ALBUM DOES NOT CONTAIN EXPLICIT LYRICS**



**Thanks to** Tony Rock, Shy-D, Anquette, LeJuan Love, MC Twist & The Def Squad, MC Hammer and The Posse, Tone-Loc, M-Walk, NWA, Public Enemy, Easy E, Stet, Tuff Crew, Jazzy Jeff and Fresh Prince, Kool Moe Dee, Easy Lee, LaVaba, The Rhythm Radicals, B-2 Markie, Ice T, Red Alert and Robert Reed & James Avery of Trouble Funk. All the Radio Stations, Record Pools and Clubs for their support. To all the virgins — Thanks for nothing. All the Distributors and the Mom and Pop stores. The Miami Heat, University of Miami Football Team. All the Boys in the Pro's, The Depot, Sound-Connection, Jackson Memorial Hospital, SICU, Rehab 3, All Sports and The Females from the neighborhood who helped us with our background vocals and Jeff Clannagan & Mike Campbell.

**Special Thanks to** Our families for their support. The Luke Records Family, The Ghetto Style DJ.'S, Pitt Bull Jammers, Ghetto Phase II, All the Boys on the Avenue (15th) & 61st. Bob, Jerry and Mike at Blue Note Record Store, Mizell Records, Cariyll Records, Aaron Wall at Record Liquidators, Michael Sterling Farley "Jackmaster" Funk, Inez Stitch, C-Roy, Peter Donzaluz, Lydia Ojeda, Jerry Rushin and the WEDR staff, Willie Band the Hot 105 staff, Bo Griffin and Everyone at Power 96, WYLD, WZAK, KDAY and all the pirate radio stations across America, Frank Polito, Ronnie Too Small, Bret Vesely and Patrick Kicken.

**Our Great Staff:** Joe Kolsky, Glynne Daniels, Burt Goldin, Corneise Ray, Cheryl Randall, Joe Stewart & Toni Mosley.

**My Thanks to** — God, my mother & father my beautiful daughter Shanetris, The entire Luke Records staff for putting up with my abuse. Lattimore, Fred Held, Cindy Barr, Virgil Simms, Dwayne Kemp, Jan Ross, Jerry Parker, Ricky Norris, Tom Silverman, Bob Patton, E. Rodney Jones, Terri Rossi — Who loves us when we're clean, and last but not least to all of our fans from all over the world.

## Luther Campbell

To all the people that love us — We love you! To all the people that don't love us — F... You. We know it's a lot of Y'all and if you don't like it, you can kiss our Mother F...n A...s.

**Our Fan Club Members** — Bruce Alejos, M. Allsopp, Stuart Ambrose, PFC Christopher Anderson-USMC, Roger Askew, Rich Bailey, Greg Baker, Psych T, Milt Barraza, Nicandro Barria, DJ Vee Bee, Steve Bartnowski, Bryan Beeson, Vincent Bell, Jason Chandler Beller, Ian Bennett, Laurie Bennett, Douglas Benson, Roland Bihler, Guido Bittner, Chris Binns, L. CPL. Stephen Masam Bivens-USMC, Love Model O, Clinton Black, James Bonnie, Ken Brakell, Tobias Bremer, Tee-Mo, Lee Bristow, Ronnie Brown, Ryan Calvert, Mark Capek, Kevin Dwayne Cartwright, Eric Chapman, Donna Clark, Letilisha Clay, Jeff Collins, James Cooper, Cullen Cottrel, Brenda Cowart, Collins Crabbi, Sven Dajczak, Caesar Deharo, Flyin German Denny D, Can Denskus, Doug Dillon, Steve Duffy, David Duran, Rap-O-Sonic, Giovanni Escobar, Hidael Fischer, Morten Flobakk, Pedro J. Garcia, Mike Gatten-NBI, Mark Gosling, M. Gustavsson, John Haddock, Oriental Rush, Robert Hart, Jeff Hartman, Edward Hausey, James Hazley, Donald Herger, Robert Hernandez, Paul Hewett, BKA "Kee" Simon Hinke, D.J. Bull, Tabitha Holmes, John Hoyt, David B. Huxsoll, Chris Inouye, Dirk V Iren, MC Bass-Boss, Jeff Jowers, André Jumbauer, Roland Keates, Brooks E. Kelley, Demetrius Kenner, Philip Keogh, Ice D.J.F.X., Sheril Jackson, Chris Jurewicz, Torsten Kollmar, G. Kotty, Ragnaccoon, Jamie Lagewaard, Chris Ladwig, Bill Legrand, Delbert Lerma, James Lilly, Kevin Linde, Paul Lumpkin, P&B Madal-jari, Eric Maize, Nelson Mendez, DEF "C" Bass Express Production, David Manzano, Mat Manzano, Eddie Marciezyk, Allen McAllister, Ron McKeithen, Berko Meyer, Mat Miller, Mixed Minds Productions, Michael Mohr, Andre Molzberg, Jackie Moness, Jay-Moe, John Morrow, Toni Mosley, Herman Moskowitz, Rene Muhlstein, Oliver Munyak, Michael Nevinger, Arne Nord, Rich Ogiesby, Online/Epidemic, Arian Padron, Marcus Palacio, Olaf Pape, Darnell Pyle, Consuella Quinones, Cheryl Randall, Ales Fabio Santana Ramos, Cheryl Ravert, Corneise Ray, Julius Ray, Bobby Rigalos, Fred Rivero Jr., Vince "Body Rock" Rocca, F. Rorer Jr., Jason Rosenfield, Loren Ross, Victor Rothair, Steve Rowin, Nichola Rowlands, Stacey Roy, Mike Russo, Phillip Sanchez, Julie Sardina, Damon Savage, Gerd Schmidt, David Schmidt, David Shewey, G Simunjak/Arsic, Tim Skinner, Peter Smith, Andreas Soos, Michael Speh, Woody C, Rainer Strobl, Roger Stratman, Ted Tenniswood, Mark Terpening, Scott Terpening, Harold Thomas, Chris Thorson, Oliver Trauth, Ricky Tromp, Jimmy Tryon, Chris Ulbricht Disone, Duke One, 2 Crush Clan, Rondalyn Wade, Robert Waters, Alexander Weber, Robert White, D.J. Danny IM.S.D.I Whittaker, Fiebo Wierda, Mary Williams, Natasha Williams, Dan Workman, Dale Worzella, Larry Worzella, Pat Wray, Sam Young and Sergio Zalasar.

**EXECUTIVE PRODUCER**
LUTHER CAMPBELL
**PRODUCED BY**
LUTHER CAMPBELL AND THE 2 LIVE CREW
**ENGINEERED & MIXED BY**
RON TAYLOR & TED STEIN
**RECORDED AT**
LUKE STUDIOS, LIBERTY CITY, FL
**WRITTEN BY**
LUTHER CAMPBELL & THE 2 LIVE CREW
**PUBLISHED BY**
PAC-JAM PUB (BMI)
*__WRITTEN BY__
ROY ORBISON & WILLIAM DEES
*__PUBLISHED BY__
ACUFF-ROSE (BMI)

**Photography By**
Mack Hartshorn
**Cover Design By**
Milton Mizell
**Album Coordinators**
Debbie Bennett & Linda Fine
**Mastered By**
Mike Fuller at Fullersound, Miami, FL

**Managed By**
ROCKville productions, inc.



©℗ 1989 Luke Records 8400 N.E. 2 Ave Miami Florida 33138 (305) 757-1969
Unauthorized Duplication Will Get You Messed Up By The Ghetto Style DJ's

**YO' MAMMA'S SIDE**
THE FUNK SHOP
C'MON BABE
GET LOOSE NOW
COOLIN'
YOU GOT LARCENY

**YO' DADDY'S SIDE**
ME SO HORNY
*PRETTY WOMAN
MY SEVEN BIZZOS
CITY OF BOOM
MEGA MIXX III
BREAK IT ON DOWN







<11>


Introduction
Drop The Bomb
Move Somethin'
Ghetto Bass II
With Your Badself

Do Wah Diddy
Word II
Feel Alright Yall
Mega-Mixx II

All songs published by: PAC JAM PUB., BMI Except Do Wah Diddy music from/Manfred Mann—(Barry Greenwich) Carlin Music Corp. BMI

All songs published by: PAC JAM PUB. BMI Except Do Wah Diddy added vocals on P.A.N. by: Melvin Bratton and Tolbert Bain all songs recorded at: Circle Sound, Inc. Hollywood, FL.
Engineered and Mixed by: Michael Sterling

THIS ALBUM IS DEDICATED IN THE MEMORY OF
DARRELL "HANDSOME-HARRY" WILLIAMS

**The 2 Live Crew**
Luther Campbell
The Fresh Kid Ice
Treach D.J. Mr. Mixx
Brother Marquis

**SPECIAL THANKS**
Do Wah Diddy Music from/MANFRED MANN–(BARRY GREENWICH) CARLIN MUSIC CORP., BMI

**Thanks To** all the hoes who were not fronting on the head the promoters we worked with especially E & J Productions Mike & Jeff, Ghost Productions,Virgil "The Molester" Simms. The #1 Bass Station in the Nation WEDR–James "T.," Lady Jane, Leo looking for a friend for the weekend, Jimmy G, George "Boogie" Jones, Huey Baby, Steven J. Grey and the Super Jerry Rushin., Willie B at Hot 105., Funky Frank at Power 96, KDAY, V-103, Chuck at WEBB Lady "B" and all the stations that play our music.

**Special Thanks**–Our families for the positive support,The Old School Ghetto Style DJ's and The New School Ghetto Style DJ's, Dap "D," keep rocking. Our engineer Mike "Boom Boom" Sterling, Inner Circle, The University of Miami Hurricanes #1, Stanley Cobble, Melvin Bratton, Tolbert Bain, Charlie at Manhattan's Club, Peter at Strawberry's Super JB at Big Daddy's 8600, and especially the Luke Staff–Joe, Cheryl, Jerry, Chico, Jerome and Glynne.
**Thanks/2 Live**
All the Impact Rap DJ Reporters

For Bookings Call Luke Records
1-(305) 757-1969

Photography/Stepping Stone Pictures
Art & Design/M. Morell

Fan Club Info. The 2 Live Crew
Luke Records
8400 N.E. 2nd Avenue
Liberty City, FL 33138
(305) 757-1969

To all the Rap Groups that are down with us, Stay Down!
The Ones that ain't, you know what you can do!! You know who yall is!!

Unauthorized Duplication will get you messed up by the Ghetto Style D.J.'s.







Introduction
Drop The Bomb
Move Somethin'
Ghetto Bass !!
Wit Your Badself

Do Wah Diddy
Word !!
Feel Alright Y'all
Mega-Mixx !!

All songs published by: PAC JAM PUB., BMI Except Do Wah Diddy music from/Manfred Mann—(Barry Greenwich) Carlin Music Corp. BMI

All songs published by: PAC JAM PUB. BMI Except Do Wah Diddy added vocals on P.A.N. by: Melvin Bratton and Tolbert Bain all songs recorded at: Circle Sound, Inc. Hollywood, FL.
Engineered and Mixed by: Michael Sterling

THIS ALBUM IS DEDICATED IN THE MEMORY OF
DARRELL "HANDSOME-HARRY" WILLIAMS

The 2 Live Crew
Luther Campbell
The Fresh Kid Ice
Treach D.J. Mr. Mixx
Brother Marquis

**SPECIAL THANKS**
Do Wah Diddy Music from/MANFRED MANN–(BARRY GREENWICH) CARLIN MUSIC CORP. BMI

**Thanks To** all the hoes who were not fronting on the head the promoters we worked with especially E & J Productions Mike & Jeff, Ghost Productions,Virgil "The Molester" Simms. The #1 Bass Station in the Nation WEDR–James "T.", Lady Jane, Leo looking for a friend for the weekend, Jimmy G, George "Boogie" Jones, Huey Baby, Steven J. Grey and the Super Jerry Rushin.,,Willie B at Hot 105., Funky Frank at Power 96, KDAY, V-103, Chuck at WEBB Lady "B" and all the stations that play our music.

**Special Thanks**–Our families for the positive support,The Old School Ghetto Style DJ's and The New School Ghetto Style DJ's, Dap "D" keep rocking. Our engineer Mike "Boom Boom" Sterling, Inner Circle, The University of Miami Hurricanes #1, Stanley Cobble, Melvin Bratton, Tolbert Bain, Charlie at Manhattan's Club, Peter at Strawberry's Super JB at Big Daddy's 8600, and especially the Luke Staff–Joe, Cheryl, Jerry, Chico, Jerome and Glynne.
All the Impact Rap DJ Reporters

**Thanks/2 Live**

For Bookings Call Luke Records
1-(305) 757-1969

Photography/Stepping Stone Pictures
Art & Design/M. Morell

Fan Club Info. The 2 Live Crew
Luke Records
8400 N.E. 2nd Avenue
Liberty City, FL 33138
(305) 757-1969

To all the Rap Groups that are down with us, Stay Down!
The Ones that ain't, you know what you can do!! You know who yall is!!

Unauthorized Duplication will get you messed up by the Ghetto Style D.J.'s.



LUKE RECORDS, 8400 N.E. 2ND AVENUE, LIBERTY CITY, FL. 33138
℗ © 1989 Luke Records. All Rights Reserved.

