# D133

# PHYSICAL EXHIBIT
# (Albums)

Photos of the albums filed electronically follow

DEFENDANT'S EXHIBIT
D133





### SIDE 1

**2 LIVE IS WHAT WE ARE**...(WORD)
**WE WANT SOME P---Y!!**
**CHECK IT OUT YALL**.....(Freestyle Rappin)
**GET IT GIRL**

### SIDE 2

**THROW THE 'D'**
**CUT IT UP**
**BEAT BOX**.....(Remix) Edits. by Bob Rosenberg
**MR. MIXX ON THE MIX!!**

All songs except "Throw the D"- Recorded & Mixed at:
SONIC SOUND INTERNATIONAL, MIAMI, FL.

Throw the D was recorded & mixed at:
STUDIO ONE, RIVERSIDE, CALIF.

Engineered, Mixed & Recorded By:
BRUCE GREENSPAN & MARK BOCCACCIO

Edits on Beat Box performed by:
BOB (King of the Edits) ROSENBERG

Executive Producer:
LUKE SKYYWALKER

All songs published by:
TWO LIVE MUSIC (BMI)

All songs produced by:
2 Live Crew

The 2 Live Crew is:

The Fresh Kid-Ice/ M.C.
Brother Marquis/ M.C.
Treach DJ Mr. Mixx/ D.J.
Luke Skyywalker/Manager

Dedicated to:
Malcolm X
for the knowledge and wisdom

THANKS TO:
Mr. Mixx: Sir Drew(Mc. Assasin), all the homeboys in Ladbroke Grove, (London, England)- Luke Spinks, Whiz Kid, DST, all the homeboys in California, E.Z. and Treach DJ "C.B.", A.C.III, John King, Rudy Ray Moore (Alias Dolemite), James Bell, Maria Riley, Kemp.
Marquis: Thanks to myself, the boys in Rochester Wayneski, G-Lo, Gary, Ant-Dog, Marcus, Tamika, Crystal, Jackie, Judy and Sherry, K.C., Master D, Jerome, Handsome Harry.
Kid Ice: Rick, Jude, Bee, Paul, Phil, Nard, Ricky Norris, Greg Allen, Chico, Cisco, JP, DJ Insane, the V.M.S Crew, the Rock on Crew, the fellas at March AFB, Reese, the Jew Girls, Baby Ced, Sylvia, Tammie T, Dem Boys, MCS of Rap, Shy D, Collie, SCS DJS, Ghetto Phase II, O.J., Big Man, Cedric Tavares, Tiffany.
SPECIAL THANKS TO:
Luke Skyywalker- for your guidance/ The High Powered Ghetto Style DJS/ Our Friend- The Amazing Vee, All our parents and Family/ WEDR, Hot 105, Rhythmn 98, WEKS, WRAP and all the other stations that are 2 live enough to play our music/ Steven J Gray, Bob Rosenberg, Jammin Joe, Funky Frank, Jerry Jarvis, Tom Garcia, Byron Davis and The Fresh Crew, Mitch Faulkner/ our Engineers: Bruce and Mark, all the high powered DJ.s who play our records and especially- you- the people who buy them!!

FAN CLUB INFO: 2 Live Crew
Luke Skyywalker Rec.
1205 N.W. 54th. Street
Miami, Fl. 33142 Ph: (305)756-8820
ALL FEMALES SEND PICTURES!!!

For bookings call:
Nationwide Attractions Inc.- (804)420-4160
Luke Skyywalker Rec.- (305)756-8820

XR-100
(C)(P) 1986 LUKE SKYYWALKER RECORDS
Unauthorized Duplication is a Violation of Applicable Laws!

Art & Design by: Manny Morell

**Side A**
Introduction
Drop The Bomb
Move Somethin'
Ghetto Bass II
With Your Badself
Pay Ass N'N-R
H-B-C

**Side B**
S & M
Do Wah Diddy
Word II
Feel Alright Yall
One and One
Mega-Mixx II

All songs published by: PAC JAM DUB, BMI Except DO Wah Diddy added vocals on Pussy Ass Nigga by Melvin Brantton and Tolbert Bain all songs recorded at Circle Sound, Inc. Hollywood, Fl
Engineered and Mixed by Michael Sterling

THIS ALBUM IS DEDICATED IN THE MEMORY OF DARRELL "HANDSOME HARRY" WILLIAMS

The 2 Live Crew
Luke Skyywalker
The Fresh Kid Ice
Treacherous Mr. Mixx
Brother Marquis

**SPECIAL THANKS**
Do Wah Diddy Music from/ MANFRED MANN - L BARRY GREENWICH - CARLIN MUSIC CORP. BMI

Thanks to all the DJ's who were not fronting on the heavy city promoters we worked with especially E & J Productions Mike-G, Jeff, Ghost Productions, Virgil, The Mixster, Jerome, The #1 Bass Station in the Nation W'E'D'R - James "T", Lady Jane, Leo looking for a friend for the weekend, Jimmy G, George "Boggie" Jones, Hippy Baby, Steven J. Gray and the SuperJerry "J" Rusher., Willie B at Hot 105, Funky Frank at Power 95, WRAP, WDAY 1--93, Chuck at Webb, Lady "B", and all the stations that play our music.

Special Thanks - Our families for the positive support, The Old School Ghetto Style DJ's and The New School Ghetto Style DJ's, Debo "D", keep rocking, Our engineer Mike "Boom Boom" Sterling, Inner Circle, The University of Miami Hurricanes #1, Stanley Cook and especially the Skyywalker Staff - Joe, Cheryl, Jerry, Chico, Jerome and Clyton & Melvin Bratton, Tolbert Bain, Charlie at Manhattan's Club, Al Strawberry's Peter

Thanks/ 2 Live

For Bookings Call Skyywalker Records
1-(305)-573-0599

Fan Club Info: 2 Live Crew
Skyywalker Records
3050 Biscayne Blvd.
Miami, Fl 33137

Photography/ Stopping Stone Pictures
Art & Design: M. Morell

XR-101

Unauthorized Duplication Will Get You Fucked Up By The Ghetto Style D.J.'s

0 22471 01011





DEFENDANT'S EXHIBIT 133



DEFENDANT'S EXHIBIT 133