# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGI **SR 360-735**

SR ____ SRU

EFFECTIVE DATE OF REGISTRATION

2 - 26 - 01
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

2 LIVE IS WHAT WE ARE (XR-100)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

**2** NAME OF AUTHOR ▼
a  LIL' JOE RECORDS, INC

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
*-ALBUM-OF-SONGS Sound Recording

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1986 ◀ Year In all cases.
This information must be given

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ 1  Day ▶ 1  Year ▶ 1986
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
a  LIL' JOE RECORDS, INC
   6157 NW 167TH STREET, F-17
   MIAMI, FLORIDA 33015

APPLICATION RECEIVED
FEB 26 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 26 2001
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

b *-BY-WRITTEN-AGREEMENT

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page   DO NOT WRITE HERE

|  | EXAMINED BY | FORM SR |
|---|---|---|
|  | CHECKED BY |  |
| *Amended by C O , authority Telephone convesation with Joe Stewart ( authorized agent) on 2/20/02 | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes  give Previous Registration Number ▼          Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b   ALL SONGS NEW   SR'S NEVER FILED   ONLY PA'S FILED FOR INDIVIDUAL SONGS

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                        Account Number ▼
a   LIL' JOE WEIN MUSIC, INC                                  DA081523

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
b   JOSEPH WEINBERGER / ROBERT MACDONALD
    LIL' JOE RECORDS, INC
    6157 NW 167TH STREET, F-17
    MIAMI, FLORIDA 33015
Area code and daytime telephone number ▶ (305) 362-8900     Fax number ▶ (305) 822-1122
Email ▶ LJRWRED@AOL COM

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author               ☒ owner of exclusive right(s)
☐ other copyright claimant   ☒ authorized agent of   LIL' JOE WEIN MUSIC, INC

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
JOSEPH WEINBERGER                                            Date ▶ 2/22/01

Handwritten signature (x) ▼
X [signature]

**9**
Certificate will be mailed in window envelope to this address

Name ▼  JOSEPH WEINBERGER / ROBERT MACDONALD
        c/o LIL' JOE RECORDS, INC.
Number/Street/Apt ▼
        6157 NW 167TH STREET, F-17
City/State/ZIP ▼
        MIAMI, FLORIDA 33015

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form SR is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application shall be fined not more than $2 500