# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**SR 910-134**

**Effective Date of Registration:**
October 20, 2021
**Registration Decision Date:**
October 21, 2021

## Supplementary Registration

**Supplement To:** SR0000305983, 2001

## Title

**Title of Work:** MOVE SOMETHIN' (XR-101)

## Completion/Publication

**Year of Completion:** 1988
**Date of 1st Publication:** March 21, 1988
**Nation of 1st Publication:** United States

## Author

- **Author:** LUKE RECORDS, INC.
  **Author Created:** sound recording
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** LIL' JOE RECORDS, INC.
6157 NW 167th Street, F-17, Hialeah, FL, 33015-4356, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Lil' Joe Records, Inc
**Name:** Joseph Weinberger
**Email:** ljrwred@aol.com
**Telephone:** (305)362-8900
**Alt. Telephone:** (305)562-6298

Page 1 of 2

| | |
|---|---|
| **Address:** | 6157 NW 167th Street, F-17 |
| | Hialeah, FL 33015-4356 United States |

## Certification

| | |
|---|---|
| **Name:** | Joseph Weinberger, President, Owner of Exclusive Rights(s) |
| **Date:** | October 20, 2021 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Explanation of Corrections:** | line 2a in original application should have been marked yes that the contribution to the work was a work made for hire. |