

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

370        63-550
DATE              660
1/08/88

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF    LUTHER CAMPBELL
            15726 NW 7 AVE  E
            MIAMI,FL                    33169

***********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000370⑈ ⑊066005502⑊ 360065200⑊ ⑈0000080436⑈

LIL JOE DOCS01045



PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA                    33142

CHECK NO.
380            63-550
DATE            660
1/15/88

PAY TO THE
ORDER OF     LUTHER CAMPBELL
             15726 NW 7 AVE E
             MIAMI, FL        33169
             360065001   CYCLE 31

$**804.36
PAY THIS AMOUNT

****************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000380⑈ ⑆066005502⑇ 360065200 1⑈          ⑈0000080436⑇

⑈000380⑈ ⑆066005502⑇ 360065200 1⑈          ⑈0000080436⑇





LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

390          63-550
DATE          660

1/22/88

36006520081845 CYCLE  21

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

*******************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000390"⑈ ⑈:066005502: 36006520081"⑈      ⑈"0000080436,⑈

502067700 PROCESSED

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-855226
JAN 28 1988
SUN BANK

EDISON CENTER BRANCH
56A
MIAMI, FLORIDA

FOR CREDIT TO THE
ACCOUNT OF THE
WITHIN NAMED PAYEE

LIL JOE DOCS01047

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA        33142

400        63-550
DATE       660
1/29/88

3600652001        CYCLE   31

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

**************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000400⑈ ⑉066005502⑉ 3600652001⑈            ⑈0000080436⑈

804030630 PROCESSED NCNB

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

410          63-550
DATE                  660
2/05/88

360065200L    CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL             33169

$**804.36
PAY THIS AMOUNT

************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000410"⑈ ⑈066005502⑈ 360065200L"⑈        ⑈"000008043⑈"

LIL JOE DOCS01049

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV  307
MIAMI, FLORIDA          33137

420        63-550
DATE       660

2/12/88

360065 2001          CYCLE  91

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL                 33169

$**804.36
PAY THIS AMOUNT

******************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000420⑈ ⑊066005502⑊ 360065 2001⑈          ⑈0000080436⑈

---

FOR DEPOSIT ONLY
CenTrust SAVINGS BANK
2660-8552-6
FEB 17 1988
56A
EDISON CENTER BRANCH
MIAMI, FLORIDA

5021246b90 PROCESSED NCNB BR 2660

Deposit Only
CenTrust Savings Bank
00000 2608845

LIL JOE DOCS01050

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA         33137

WEEKLY
430
DATE
2/19/88

63-550
660

360065200⏐

CYCLE   34

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**804.36
PAY THIS AMOUNT

**********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000430"⑈  ⑆:0660 0550 2⑈:  360065 200 1⑈"          ⑆"0000080436⑈"

LIL JOE DOCS01051

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA       33137

439
DATE
2/26/88

63-550
660

3600652001    CYCLE 44

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**804.36
PAY THIS AMOUNT

***************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000439⑈ ⑆066005502⑈ 3600652001⑈        ⑈000008043 6⑈

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA         33137

447
DATE
63-550
660

3/04/88

360065200l                           CYCLE 91

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL              33169

$**804.36
PAY THIS AMOUNT

*****************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000447⑈ ⑆066005502⑆ 360065200l⑈          ⑆0000080436⑆

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-8

MAR 1 6 1988

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK



LUKE SKYYWALKER RECORDS,INC
MIAMI,FLORIDA 33137

3600652001 CYCLE 31

DATE 3/11/88 660

$****804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL                    33169

***************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000455⑈ ⑆066005502⑇ 3600652001⑈          ⑈000008043 6⑈



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA     33137

CHECK NO.
463

63-550
660

DATE
3/18/88

360065200l          CYCLE   31

$****804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

*****************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

"000463"  ":066005502":  360065200l"       "0000080436"



LIL JOE DOCS01055



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV
MIAMI,FLORIDA          33137

471
DATE
3/25/88   CYCLE  31
63-550
660

360065200I       CYCLE  31

$****804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*****************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000471⑈ ⑊066005502⑊ 360065200I⑈            ⑈0000080436⑈

LIL JOE DOCS01056



PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

480     63-550
DATE            660

4/01/88
CYCLE  31

360065200I

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$*****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000480⑆ ⑆066005502⑈ 360065200⑈ ⑈0000092334⑆



Deposit Only
Luther R. Campbell
000000 2608 9845



LIL JOE DOCS01058





LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA        33137

CHECK NO.
510        63-550
           660

DATE
4/22/88    CYCLE 41

360065200I

PAY TO THE
ORDER OF    LUTHER CAMPBELL
            15726 NW 7 AVE   E
            MIAMI, FL        33169

$****923.34
PAY THIS AMOUNT

*******************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000510⑈ ⑆066005502⑆ 360065200⑈     ⑈0000092334⑈





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA      33137

520        63-550
DATE                 660
4/29/88

360065200I      CYCLE    30
$*****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

**************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000520⑈ ⑆066005502⑆ 360065200I⑈         ⑈0000092334⑆

LIL JOE DOCS01061



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137

531    63-550
DATE   660
5/06/88

3600652001      CYCLE  30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000531⑆ ⑆066005502⑆ 3600652001⑆          ⑆0000092334⑆







LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

556        63-550
DATE       660

5/20/88

360065200X        CYCLE  99

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169

$*****923.34
PAY THIS AMOUNT

************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000556⑈ ⑆066005502⑈ 360065200X⑈            ⑈0000092334⑈

LIL JOE DOCS01064





LIL JOE DOCS01065



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

584          63-550
660
DATE
6/03/88

36006$2001          CYCLE    30

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$****923.34
PAY THIS AMOUNT

*****************************NINE  HUNDRED  TWENTY  THREE  &  34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000584⑆ ⑇066005502⑇ 360065200⑈ ⑆0000092334⑆



:00080480 PROCESSED NCNB 88JUN22

JUN 21 1988
53 A
CENTER BRANCH
MIAMI, FLORIDA

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

Luther R. Campbell
24809845
Deposit Only



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV
MIAMI,FLORIDA          33137

CHECK NO.
487

598
660

63-550

DATE
6/10/88

3600652001    CYCLE   80

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL                    33169

$****923.34
PAY THIS AMOUNT

****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000598⑈" ⑈:066005502⑈: 3600652001⑈" ⑈"0000092334⑈"





LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV
MIAMI,FLORIDA        33137

CHECK NO
611

DATE
6/17/88

63-550
660

360065200I        CYCLE   30

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL             33169

$****923.34
PAY THIS AMOUNT

********************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000611"⑈ ⑈066005502⑈ 360065200I⑈"        ⑈"0000092334⑈"





LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

CHECK NO.
638          63-550
                  660
DATE
7/01/88

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169
                  3600852001          CYCLE  30

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈'000638⑈' ⑆066005502⑆: 3600652001⑈' ⑆'000009233⑈'

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-0552-6
JUL 06 1988
52A
EDISON CENTER BRANCH
MIAMI, FLORIDA

SUN BANK/MIAMI, N.A.
MIAMI, FL
PAY ANY BANK

Deposit Only
030000 2600 89946
Luther K. Campbell

LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV
MIAMI,FLORIDA          33137

651     63-550
DATE        660
7/08/88

360065200i          CYCLE   30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000651⑈ ⑈066005502⑈ 360065200⑈⑈          ⑈0000092334⑈



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

667          63-550
DATE          660
7/15/88

360065200l          CYCLE  34

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

FOR DEPOSIT ONLY
CenTrust Savings Bank          ********NINE HUNDRED TWENTY THREE & 34/100
2660-8552-6

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
54A

AUTHORIZED SIGNATURE

⑈000667⑈ ⑆000550 2⑈: 360065200 l⑈          ⑈0000092334⑈

502073290 PROCESSED NCNB 88JUL26

JY '88 27
SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

LIL JOE DOCS01072



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

684        63-550
DATE        660

7/22/88

3600652001     CYCLE  50

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

$****923.34
PAY THIS AMOUNT

*************************NINE HUNDRED TWENTY THREE & 34/100

FOR DEPOSIT ONLY
CenTrust Savings Bank

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
JUL 27 1988

AUTHORIZED SIGNATURE

54A
EDISON CENTER BRANCH

"000646" ·066·00550 2": 36006520 0 6" ."0000092334"



502073280 PROCESSED NCNB 88JUL28

JY '88 27

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   307
MIAMI,FLORIDA       33137

700
DATE
63–550
660

7/29/88

360065200L      CYCLE  30

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

FOR DEPOSIT ONLY
CenTrust SAVINGS BANK
2660-8552-6
AUG 0 3 1988

********** ******NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

SEA
EDISON CENTER BRANCH
MIAMI, FLORIDA

AUTHORIZED SIGNATURE

⑈000700⑈ ⑇066008550 2⑈ 360065 200⑈       ⑈0000092334⑈



601062760 PROCESSED NCNB 88AUG04

AG '88  03

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

LIL JOE DOCS01074



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

717          63-550
DATE         660

8/05/88          CYCLE 30

$****923.34
PAY THIS AMOUNT

FOR DEPOSIT ONLY
CENTRUST LUTHER CAMPBELL
SAVINGS BANK 7 AVE E
2660-0552-6          FL          33169

AUG 8 1988

*********************NINE HUNDRED TWENTY THREE & 34/100

51 A
EDISON CENTER
NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000717⑈ ⑆066005502⑆ 360065200⑈          ⑈0000092334⑈

503037060 PROCESSED NCNB 8BAUG09

AG '88 08

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

0008
9241



LUKE SKYYWALKER RECORDS,,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

734          63-550
DATE          660

8/12/88

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA            33137

CYCLE  SG 29-AUG-1988

750
DATE
8/19/88

63-550
660

S0S04072

239037139

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL            33169

0005  0012 08  08-29-88  144136408

***************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000750⑈ ⑆066005502⑈ 360065200⑈ ⑈000009,2334⑈

239037139

S0S04072 NCNB 88242        X067006238<
0660-0010-9 FRB MIAMI  B3-10
PAY ANY BANK PEG FRB MIAMI  B3
0005  0012 08  08-29-88  144136408

CENTRUST
SAVINGS BANK
101 E FLAGLER ST.
MIAMI, FL 33131

0015  42067

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

CHECK NO.
**764**

63-550
660

DATE
8/26/88

50712353

CYCLE  30 15-SEP-1988

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****938.36

PAY THIS AMOUNT

*************************NINE HUNDRED THIRTY EIGHT & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000764"⑈ ⑆066005502⑈: 360065200 1⑈" ⑈"0000093836⑈"



LIL JOE DOCS01079

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   307
MIAMI,FLORIDA        33137

797
DATE
9/09/88

63-550
660

CYCLE  30  16-SEP-1988

2590251886060113

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

$***2510.98
PAY THIS AMOUNT

*************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

134851851 0006 0028 08 09-16-88

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000797⑈ ⑆066005502⑈ 360065200⑈⑈           ⑈0000251098⑈

LIL JOE DOCS01080



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137
          22-SEP-1988

CYCLE  30

814     63-550
DATE    660
9/16/88     5060443H

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$***2510.98
PAY THIS AMOUNT

121096429 0001 0001 08 09-22-88

*****************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA  33139

AUTHORIZED SIGNATURE

⑈000814⑈ ⑈066005502⑈ 360065200⑈ ⑈0000251098⑈



LIL JOE DOCS01081







PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA          33137
CYCLE  30      06-OCT-1988

CHECK NO.
846

63-550
660

DATE
9/30/88

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL

CenTrust

$****2510.98
PAY THIS AMOUNT

******************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

BANK BY MAIL 53
903

AUTHORIZED SIGNATURE

⑊"000846"⑊ ⑊:066005502: 360065200 1"      ⑊'0000251098'⑊



PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

CYCLE  30 14-OCT-1988

CHECK NO.
862        63-550
DATE       660
10/07/88

287033725

$****2510.98

PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

*******************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000862⑈ ⑆066005502⑆ 3600652001⑈            ⑈0000251098⑈

FT LAUDERD

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA       33137

CYCLE  3σ 21-OCT-1988

CHECK NO.
879          63-550
             660

DATE
10/14/88     S0608435

293031874

$ ***2510.98

PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

: 112192126  0808  0085  08-10-20-88

******************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000879⑆ ⑈066005502⑈ 360065200 1⑆          ⑈0000251098⑆



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

896      63-550
DATE     660

CYCLE  30 31-OCT-1988

10/21/88

302044324

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL        33169

$***2510.98
PAY THIS AMOUNT

CenTrust

133070432 0007 0007 08 10-31-88

*****************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

OCT 28 1988

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
07

AUTHORIZED SIGNATURE

⑈000896⑈ ⑆066005502⑆ 360065200⑈⑈        ⑈0000251098⑈

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137
     CYCLE  30    02-NOV-1988

915      63-550
DATE     660
10/28/88

304048041

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****2510.98
PAY THIS AMOUNT

115515552 0015 0020 08 11-02-88
**************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000915"⑈ ⑆:066005502⑆: 360065200⑈"      ⑈"0000251098⑈"

Deposit Only
Luther C. Campbell
#02608984

NOV -1 88

0012 71406

0670006238       FT LAUDERD

LIL JOE DOCS01087