**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

*Hang in There Baby!*

5964

63-550/660 967

January 13, 1989

PAY TO THE ORDER OF  Internal Revenue Service     $ 839.70

Eight hundred thirty-nine & 70/100 DOLLARS

NCNB National Bank of Florida
Miami Beach, Florida

FOR #59-2641954

⑇005964⑇ ⑊066005502⑊ 360065200⑇ ⑇00000083970⑇

---

JA 89 24
061000052
S0611533 NCN8 89025

C&S NAT'L BK
PO BOX 4899
ATLANTA, GA
20-09-0700
DIR, IRS CTR
CHAMBLEE, GA
>061000052<

**Hang in There Baby!**

**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

4168

63-550/660 **967**

February 8, 19 89

PAY TO THE ORDER OF: NCNB National Bank    $ 6023.29

Six Thousand & Twenty-three & 29/100 DOLLARS

**NCNB** NCNB National Bank of Florida, Miami Beach, Florida

FOR #59-2698013

⑊004168⑊ ⑊066005502⑊ 360065200⑊ ⑊000060 23 29⑊

---

NCNB 89047

*07 995003 02047 16FEB89 12:13
DUP TT&L
592698013

PRINT COPY      $****6,023.29 CRED

1425 NW 62ST FT LAUDERDALE FL>06700623B<

**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

Hang in There Baby!

CYCLE 901-MAR-1989  55002601 002055001B  92 51209885

4242

Feb 17 19 89     63-550/660 967

PAY TO THE ORDER OF  NCNB                                               $ 6465.78

Six Thousand Four Hundred & Sixty-Five Dollars 78/100  DOLLARS

NCNB National Bank of Florida
Miami Beach, Florida

FOR 59-2698013  #941- 1st qtr

⑆004242⑆ ⑆066005502⑆ 360065200 1⑆        ⑆0000646578⑆

**Hang in There Baby!**

**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL  33142

CYCLE  01-MAR-1989  5500260I 00205500I8  92 5I209884

4250

63-550/660  967

February 20, 1989

PAY TO THE ORDER OF  NCNB National Bk  $ 344.78

Three hundred & forty-four & 78/100 —————————————— DOLLARS

**NCNB** National Bank of Florida
Miami Beach, Florida

FOR #59-2698013

Joe Lewis Stewart

⑆004250⑆ ⑇066005502⑇ 360055200 I⑆   ⑆00000034478⑆

PRINT COPY









**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

Check No. 4784

CYCLE-30
S-11-1250-31
887.48

Date: April 28, 1989

63-550/660 967

PAY TO THE ORDER OF: Internal Revenue Service

Twenty-one hundred + thirty-seven 79/100 — $2137.79 DOLLARS

NCNB National Bank of Florida
Miami Beach, Florida

FOR #59-2698013

Signed: Joe Lewis Stewart

⑆004784⑆ ⑈066005502⑈ 360065200 1⑆  ⑆0000213779⑆

Stamps: THE FEDERAL RESERVE BANK OF MIAMI 4444; 5 1 1 89

Back of check:
MY '89 09
100
6061034E NCNB 89131
067006238  FT LAUDERD
0117 337710



