**LUKE SKYYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

026089845

MAY 1     19 87

$\frac{63-550}{660}$ **967**

PAY TO THE ORDER OF     LUTHER CAMPBELL                          $ 772.97

SEVEN HUNDRED SEVENTY-TWO & 97/100******************************DOLLARS

**NCNB** NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR  PAY ROLL

⑈"001390⑈  ⑆066055052⑆ 3600652001⑈           ⑈"0000077297⑈



**LUKE SKYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

360065001          CYCLE 66598518          1448

MAY 11  1987

63-550/660  967

PAY TO THE ORDER OF ___ LUTHER CAMPBELL ___ $ 772.97

SEVEN HUNDRED SEVENTY-TWO & 97/100*************************************DOLLARS

NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR PAY PERIOD ENDING   5/8/87

⑈001448⑈ ⑈066005502⑈ 360065001⑈        ⑈0000077297⑈

66598518 87MAY1S PROCESSED NCNB

SAVINGS
& LOAN ASSOCIATION
MAY 14 1987
509A
NORTHWAY BRANCH
MIAMI, FLORIDA



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA            33142

NO 1            63-550
DATE                    660
5/15/87
CYCLE   51   57 81088

02-600184

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE E
                MIAMI, FL          33169

$**787.09*
PAY THIS AMOUNT

***************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142
                      3600652001

CK NO.   10      63-550
                         660
DATE
5/22/87

PAY TO THE
ORDER OF      LUTHER CAMPBELL
              15726 NW 7 AVE  E
              MIAMI,FL          33169

$**787.09*
PAY THIS AMOUNT

*******************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000010⑈ ⑈066005502⑈ 3600652001⑈ ⑈000078709⑈

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142
360062001

CK NO.       19       63-550
DATE                      660
CY 5/29/87

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI, FL              33169

$**787.09*
PAY THIS AMOUNT

***********************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

Ricky Norris
AUTHORIZED SIGNATURE

⑈"000019"⑈ ⑈:066005502: 360065200⑈"          ⑈"0000078709"⑈

PROCESSED NCNB 87JUN09



LUKE SKYYWALK RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CH...           28          63-550
DATE                                  660
6/05/87
CYCLE

02-6089845

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**787.09*
PAY THIS AMOUNT

*************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆0000 28⑆ ⑆066005502⑆ 360065200⑆ ⑆0000078709⑈

602181840 PROCESSED NCNB 87JUL22



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA        33142

PAYROLL CHECK

CHECK NO.    38    63-550
                         660
DATE
6/12/87

$**787.09*
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL           33169

******************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000038⑈ ⑈066005502⑈ 360065200⑈ ⑈0000078709⑈



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142
                      3600652001

CHECK NO. 49    63-550
                660
DATE
6/26/87

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI,FL              33169

$**787.09*
PAY THIS AMOUNT

*************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000049⑈ ⑆066005502⑆ 3600652001⑈          ⑈0000078709⑈

603187320 PROCESSED NCNB 87JUN26 067006623 3600652001   412



**LUKE SKYYWALKE RECORDS INC.**
1205 N.W. 54TH ST.
MIAMI, FL 33142

1661

026008984S

63-550/660 967

PAY
TO THE
ORDER OF LUTHER R. CAMPBELL                                    $ 787.09

SEVEN HUNDRED EIGHTY-SEVEN & 09/100***********************************DOLLARS

**NCNB** NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR  PAYROLL WEEK OF 6/26/87

JUNE 30   19 87





LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA                 33142

CHK NO  59       63-550
                 660
CYCLE  DATE  31
       7/03/87

360065200L

026089845

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**787.09*
PAY THIS AMOUNT

*****************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000059"⑈ ⑈:066005502⑈: 360065200 ⑈"  ⑈"0000078709⑈"

602243200 PROCESSED NCNB 8NJUL13



LUKE SKYYWALK RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

72    63-550
                                                    660
DATE
                                              7/10/87

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

*****************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE



Per Deposit Only
Luther Roberick Campbell



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CK NO.  83      63-550
DATE            660
7/17/87

3L00L5L001     CYCLE  44
02- 605 9845

PAY TO THE
ORDER OF      LUTHER CAMPBELL
              15726 NW 7 AVE  E
              MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

*************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000083⑈ ⑆066005502⑆ 360065200⑈    ⑈00000772 41⑈



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA        33142

CHECK NO. 95        63-550
660

DATE
7/24/87

360065200I        CYCLE    31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

*********************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000095⑈ ⑆066005502⑈ 360065200⑈ ⑈0000077241⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8352-6
55A
EDISON CENTER BRANCH
MIAMI, FLORIDA

For Deposit Only

JUL 27 1987   PROCESSED





LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

NO. 120          63-550
660

DATE 8/07/87

CYCLE 31

3600652001

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000120⑈ ⑆06600550 2⑆ 360065200⑈ ⑈00000772 41⑈





LUKE SKYYWALK RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHK NO. 133     63-550
                        660
DATE
8/14/87
CYCLE  31

360065200l

PAY TO THE
ORDER OF
        LUTHER CAMPBELL
        15726 NW 7 AVE E
        MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

********************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000l33" ⑈:0660055O 2⑈: 360065200 l⑈      ⑈'00000??24l'⑈



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CK NO.  146    63-550
DATE                  660
8/21/87
3600652001          CYCLE  31

PAY TO THE
ORDER OF      LUTHER CAMPBELL
              15726 NW 7 AVE  E
              MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

*******************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

"000146" ":06600550 2": 360065200 1" "00000 7724 1"

PAYROLL BY PRIMA

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142
                     360065200?

| CHECK NO. | 162 | 63-550 |
|---|---|---|
| DATE | 8/28/87 | 660 |
| CYCLE | 31 | |

PAY TO THE
ORDER OF
        LUTHER CAMPBELL
        15726 NW 7 AVE  E
        MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

*******************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139                    *Ricky Norris*
                                              AUTHORIZED SIGNATURE

⑈000162⑈ ⑆066005502⑆ 360065200⑈⑈            ⑈000007724⑈

PROCESSED NCNB
CENTRUST SAVINGS BANK
2660-8592-6
AUG 31 1987
EDISON CENTER BRANCH
56A
MIAMI FLORIDA
FOR DEPOSIT ONLY

903104910

For Deposit Only
Luther Campbell



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA        33142

CHECK NO. 178
63-550
660

DATE 9/04/87

360065200I        CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**772.41*
PAY THIS AMOUNT

*******************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000178⑈ ⑈066005502⑈ 360065200⑈ ⑈000007724⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
55A
SEP 14 1987
JACKSON CENTER BRANCH
MIAMI, FLORIDA

For Deposit Only
Luther Richard Campbell
# 2668



PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA        33142
360065200l

CHECK NO. 192        63-550
                             660
DATE  09/11/87

PAY TO THE
ORDER OF
        LUTHER CAMPBELL
        15726 NW 7 AVE  E
        MIAMI, FL           331·69

$**772.41*
PAY THIS AMOUNT

*****************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000192⑈ ⑊066005502⑉ 360065200⑈        ⑊0000077241⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2000-9552-6
SEP 15 1987
55A
EDISON CENTER BRANCH
MIAMI, FLORIDA

For Deposit Only
26 OF 9045



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO. 205      63-550
DATE
9/18/87                660

360065200I            CYCLE  31

PAY TO THE ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*******************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000 205⑈ ⑉066005502⑊ 360065200⑈⑈                    ⑈000008 58 2 ⑈

For Deposit Only
260 8852-6

PROCESSED NCNB

173A
EDISON CENTER BRANCH
MIAMI, FLORIDA
SEP 22 1987
2660-8852-6
CENTRUST SAVINGS BANK
FOR DEPOSIT ONLY



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.   228     63-550
DATE                        660
9/25/87

02-008*0814 - CYCLE  31

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI, FL              33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000228⑈" ⑈:066005502⑈: 360065200⑈" ⑈"00000858 2 1⑈"

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.     237      63-550
DATE                          660
10/02/87

360065200L      CYCLE   91

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑈000237⑈ ⑆066005502⑈ 360065200L⑈          ⑈00000858 2L⑈

*For Deposit Only*
*Luther R Campbell*
*260683942 53365 2*



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.   246          63-550
DATE                     660
10/09/87
CYCLE  31

360065200 1

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000246⑈ ⑈066005502⑈ 360065200 1⑈ ⑈00000858 2 1⑈

For Deposit Only
Luther R. Campbell
2608984 5 3 5 4 1

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO. 255          63-550
                       660
DATE
10/16/87

360065200L          CYCLE 31

PAY TO THE
ORDER OF     LUTHER CAMPBELL
             15726 NW 7 AVE E
             MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139          *Ricky Norris*
                                   AUTHORIZED SIGNATURE

⑈000255⑈ ⑆066005502⑆ 360065200L⑈          ⑈00000858 2L⑈

501000160 PROCESSED NCNB 87OCT22

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-6552-6
OCT 21 1987
173A
EDISON CENTER BRANCH
MIAMI, FLORIDA

For Deposit Only
2660998456

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA      33142

CHECK NO      264      63-550
DATE                       660
10/23/87

360065001        CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL           33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑈'000 264⑈' ⑆:066005502⑆: 360065200 ⑈⑈' ⑈'000008582⑈'

For Deposit Only
Luther R Campbell
3600878145

606024330 PROCESSED NCNB 8710CT28

EDISON CENTER BRANCH
MIAMI, FLORIDA
173A
OCT 27 1987

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO. 273    63-550
DATE   660
10/30/87   CYCLE  31

3600652001

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑈000273⑈ ⑆066005502⑆ 360065200⑈⑈ ⑈000000858 21⑈

360082670 PROCESSED NCNB 8TNOVTO

For Deposit Only
Luther R Campbell
26-089845

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO   282      63-550
DATE                       660
11/06/87
CYCLE   91

PAY TO THE
ORDER OF         LUTHER CAMPBELL
                15726 NW 7 AVE   E
                MIAMI,FL              33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139              *Rick Norris*

AUTHORIZED SIGNATURE

⑈000282⑈ ⑆066005502⑆ 360065200⑈  ⑈00000858 21⑈

PROCESSED NCNB

FOR DEPOSIT ONLY
Luther K. Campbell
2608984S

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6

EDISON CENTER
NOV X 6 1987
MIAMI, FLORIDA

NOV '87 09



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO  292      63-550
                          660
DATE
11/13/87

8600652001          CYCLE 31

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000292⑈ ⑆066005502⑈ 3600652001⑈          ⑈00000085821⑈



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

302          63-550
DATE                   660
11/20/87

360065200I          CYCLE 3

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

***************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈'000 30 2⑈'  ⑊:06600 550 2⑊:  360065 200 ⑈'  ⑈'000008 58 2 ⑈'



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO
311

63-550
660

DATE
11/27/87

3600652001      CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000311" ":066005502": 360065200 "      ",000008582"





LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.
321          63-550
DATE          660
12/04/87

360065200i        CYCLE  3i

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈'000321⑈'  ⑈:066005502⑈:  360065200i⑈'          ⑈'00000858 2i⑈'



LUKE SKYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO   331     63-550
DATE                   660
12/11/87

3600652001          CYCLE  31

PAY TO THE
ORDER OF       LUTHER CAMPBELL
               15726 NW 7 AVE  E
               MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000331"⑈ ⑈066005502⑈: 3600652001"          ⑈"00000858 21"



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.  341        63-550
DATE                   660
12/18/87

3600652001     CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000341⑈ ⑆066005502⑆ 360065200 1⑈          ⑈000000858 21⑈

DE '87 29

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8565-6
529
EDISON CENTER BRANCH
MIAMI, FLORIDA
DEC 23 1987

Luther R. Campbell
2608265
Deposit Only



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.   351          63-550
DATE                     660
12/23/87

360065200l          CYCLE  3l

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

**************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000351⑈ ⑈066005502⑈ 360065200⑈ ⑈00000858 2 ⑈

601039420 PROCESSED NCNB 88JAN13

JA 88  12

NCNB BANK/MIAMI, FLA.
MIAMI, FL.
PAY ANY BANK



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.
361          63-550
DATE          660
12/31/87

CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000361⑈ ⑆066005502⑆ 360065200⑈          ⑆00000858 21⑈

601035430 PROCESSED NCNB 88JAN13

JA 88 12

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

370
63-550
DATE
660
1/08/88

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL                    33169

$**804.36
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000370⑆ ⑈066005502⑈ 360065200⑈ ⑆0000080436⑆



PAYROLLS BY PAYCHEX.

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA            33142

CHECK NO.
380          63-550
                660
DATE
1/15/88

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169
360065001    CYCLE  31

$**804.36
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"'000380"' ':066005502': 360065200 1"'        ,"'0000080436'

"'000380"' ':066005502': 360065200 1"'        ,"'0000080436'





LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

390       63-550
DATE              660
1/22/88

CYCLE   31

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF        LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

**********************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑊"000390"⑊ ⑊:066005502⑊: 360065200⑊"     ⑊"0000080436⑊"



FOR CREDIT TO THE
ACCOUNT OF THE
WITHIN NAMED PAYEE



LUKE SKYTWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

400          63-550
DATE                 660
1/29/88

360065₂001          CYCLE  31

$**804.36
PAY THIS AMOUNT

PAY TO THIS
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*****************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000400⑈ ⑆066005502⑆ 360065200⑈          ⑆0000080436⑈

LUKE SKYYWALKER RECORDS INC
1205 NW 54 ST
MIAMI,FLORIDA 33142

CHECK NO.
410

63-550
660

DATE
2/05/88

3600652001 CYCLE 31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL 33169

$**804.36
PAY THIS AMOUNT

****************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000410⑆ ⑈066005502⑇ 3600652001⑉ ⑆000080436⑆



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA        33137

420
DATE

63-550
660

360065200L        CYCLE   31

2/12/88

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL                33169

*******************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000420⑈ ⑈066005502⑈ 360065200L⑈        ⑈0000080436⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS B...
2680-18052-6
FEB 17 1988
56A
EDISON CENTER BRANCH
MIAMI, FLORIDA

502124690 PROCESSED NCNB



LUKE SKYYWALKER RECORDS INC
3050 BISCAYNE BV 304
MIAMI,FLORIDA          33137

CHECK NO.
430

DATE
2/19/88

63-550
660

360065200¹          CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL                33169

$**804.36
PAY THIS AMOUNT

***************************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑅000430⑅ ⑆066005502⑉ 360065200 1⑅          ⑅0000080436⑅



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV  3070
MIAMI,FLORIDA          33137

439        63-550
DATE                    660

2/26/88

3600652001        CYCLE  44

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**804.36
PAY THIS AMOUNT

*******************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000439⑆ ⑆066005502⑆ 3600652001⑆          ⑆0000080436⑆



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137

447        63-550
DATE        660
3/04/88   91

CYCLE

$**804.36
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*******************************EIGHT HUNDRED FOUR 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000447⑈ ⑇066005502⑇ 360065200⑈⑈ ⑈000008043⑈⑈