

LUKE SKYWALKER RECORDS, INC
MIAMI, FLORIDA 33137

3600652001                    CYCLE  31

                                          3/11/88              660
                                          DATE

PAY TO THE          LUTHER CAMPBELL                    $****804.36
ORDER OF            15726 NW 7 AVE  E                   PAY THIS AMOUNT
                   MIAMI,FL              33169

*******************************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

                                          AUTHORIZED SIGNATURE

⑊000455⑊ ⑊066005502⑊ 3600652001⑊        ⑊0000080436⑊



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA        33137

CHECK NO. 463        63-550
DATE                 660
3/18/88

CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI, FL          33169

$****804.36
PAY THIS AMOUNT

********************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000463⑈ ⑆066005502⑆ 360065200 1⑈        ⑈0000080436⑈





LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 3055
MIAMI, FLORIDA 33137

CHECK NO. 471
DATE 3/25/88

63-550
660

3600652001 CYCLE 31

PAY TO THE ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI, FL 33169

$****804.36
PAY THIS AMOUNT

*********************************EIGHT HUNDRED FOUR & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

PAYCHEX

⑈000471⑈ ⑆066005502⑆ 3600652001⑈ ⑈0000080436⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
53A
EDISON CENTER BRANCH
MIAMI, FLORIDA

MAIL
EDISON CENTER BRANCH
APR 12 1988
FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6

AP '88 12
NCNB BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK
066009604

Deposit Only
Luther R. Campbell
0000260889845

LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

480        63-550
DATE
660
4/01/88

360065200I        CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$****923.34
PAY THIS AMOUNT

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000480⑈ ⑆066005502⑆ 360065200I⑈        ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA          33137

490
DATE
4/08/88

63-550
660

3600652001          CYCLE    30
$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000490⑈ ⑆066005502⑆ 360065200⑈ ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 308
MIAMI,FLORIDA        33137

500          63-550
DATE                660

4/15/88

360065200L        CYCLE

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

************************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000500⑈ ⑆066005502⑉ 360065200L⑈        ⑈0000092334⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
EDISON CENTER BRANCH
2660-8552-6
MAIL
APR 26 1988

Luther L. Campbell
0000026608552-6
Deposit Only



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA    33137

CHECK NO.
510    63-550
DATE    660
4/22/88

360065200L    CYCLE 41

PAY TO THE
ORDER OF
LUTHER CAMPBELL    E
15726 NW 7 AVE    E
MIAMI,FL    33169

$****923.34
PAY THIS AMOUNT

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000510⑈ ⑊066005502⑊ 360065200⑈    ⑊000009233⑈



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV   3075
MIAMI,FLORIDA          33137

520          63-550
DATE          660
4/29/88

360065 2001          CYCLE          30
$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL          33169

*************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000520"⑈ ⑆06600 550 2⑆ 36006 5 200 1"⑈          ⑈"0000092334⑈"





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137

531        63-550
DATE            660
5/06/88

360065200l        CYCLE    30
$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169

**************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000531⑈ ⑈066005502⑈ 360065200 l⑈        ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

543
DATE
5/13/88

63-550
660

360065200I          CYCLE  30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL           33169

*******************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000543⑈ ⑆066005502⑇ 360065200I⑈         ⑈000092334⑈

For Deposit Only
Luther K. Campbell
00000260898YS

CENTRUST SAVINGS BANK
2660-85552-6
FOR DEPOSIT ONLY

MAY 18 1988
53A
EDISON CENTER BRANCH
MIAMI, FLORIDA

801138070 PROCESSED NCNB 88MAY19

MY '88 18 PEG
SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   3075
MIAMI,FLORIDA          33137

556      63-550
DATE      660

5/20/88

360065200

CYCLE 90

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000556"  ":066005502":  360065200 1"          "0000092334"



LUKE SKYWALKER RECORDS, INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA          33137

570          63-550
660

DATE  5/27/88

360065200l          CYCLE  50

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000570⑈ ⑆066005502⑆ 360065200l⑈          ⑈0000092334⑈



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 3075
MIAMI,FLORIDA 33137

584    63-550
660

DATE
6/03/88

3600652001    CYCLE  30

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000584⑈ ⑆066005502⑆ 3600652001⑈          ⑈0000092334⑈



800080480 PROCESSED NCNB 88JUN22



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  305
MIAMI,FLORIDA          33137

598          63-550
DATE                    660

6/10/88

3600652001      CYCLE  30

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL              33169

$****923.34
PAY THIS AMOUNT

************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000598⑈ ⑆0660055020⑆ 3600652001⑈          ⑈0000092334⑈



LUKE SKYWALKER RECORDS, INC
3050 BISCAYNE BV 3055
MIAMI, FLORIDA          33137

CHECK NO
611
DATE
6/17/88

63-550
660

3600652001          CYCLE  30

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL              33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000611⑈ ⑆066005502⑇ 3600652001⑈          ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA        33137

625                63-550
DATE               660
6/24/88

360065200l        CYCLE   30

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL            33169

$****923.34
PAY THIS AMOUNT

****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000625⑈ ⑆066005502⑈ 360065200l⑈ ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

CHECK NO
638          63-550
                 660
DATE
7/01/88

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL            33169
360085200l          CYCLE    30

$****923.34
PAY THIS AMOUNT

****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000638" ⑆"066005502⑆ 360065200⑈"          ⑆"000009233⑆"



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA          33137

651    63-550
DATE
7/08/88    660

360065200i         CYCLE   30

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$****923.34
PAY THIS AMOUNT

*****************************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000651⑈  ⑆066005502⑇  360065200⑈        ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

667        63-550
DATE       660
7/15/88

3600652001        CYCLE   30

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI, FL
                        33169          $****923.34
                                       PAY THIS AMOUNT

FOR DEPOSIT ONLY
*****CenTrust Savings Bank********NINE HUNDRED TWENTY THREE & 34/100
2660-8552-6

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139
53A
                                       AUTHORIZED SIGNATURE

⑆000667⑆0000550 2⑆: 360065200 1⑆        ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA    33137

684    63-550
DATE    660

7/22/88

360065200L    CYCLE  30

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL         33169

*****************************NINE HUNDRED TWENTY THREE & 34/100

FOR DEPOSIT ONLY
CenTrust Savings Bank

NCNB  0590 6552  BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
JUL 27 1988

AUTHORIZED SIGNATURE

54A
EDISON CENTER BRANCH

''000684LP0660055021: 360065200L''    ,''0000092334,''



502073260 PROCESSED NCNB 88JUL28

JY '88' 27 P C G
822 BANK MIAMI, N.A.
MIAMI, FL.



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

700          63-550
DATE                  660
7/29/88

360065200l     CYCLE   30

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL
33169

$****923.34
PAY THIS AMOUNT

*********    ****NINE HUNDRED TWENTY THREE & 34/100

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
AUG 0 3 1988

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

62A
EDISON CENTER BRANCH
MIAMI, FLORIDA

AUTHORIZED SIGNATURE

⑈"000700" ⑈:066005502⑈: 360065200⑈"        ⑈"0000092334⑈"



b0106276O PROCESSED NCNB 88AUG0H

AG '88' 03



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

717          63-550
DATE                  660
8/05/88

360065200I          CYCLE  30

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6

LUTHER CAMPBELL
17 AVE  E
33169

$ ****923.34
PAY THIS AMOUNT

AUG 8 1988          ************NINE HUNDRED TWENTY THREE & 34/100

51 A
EDISON CENTER
NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000717⑈ ⑆066005502⑉ 360065200I⑈          ⑈0000092334⑈

503037060 PROCESSED NCNB 88AUG09

AG 88 00



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

734      63-550
DATE            660
8/12/88

3600652001      CYCLE  30

232003450

$ ****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

*************** NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA  33139

AUTHORIZED SIGNATURE

⑈000084⑈ ⑆066005502⑈ 360065200 1⑈       ⑈0000092334⑈

232003450

500115260 PROCESSED NCNB BBAUG22

PAY ANY BANK FEG
0660-0010-9 FRB MIAMI
0005 0005 08 08-22-88



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

750
DATE
8/19/88

63-550
660

CYCLE  S6 29-AUG-1988

239037139

$****923.34
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL        33169

0006  0012 08  08-29-88  144136408

**********************NINE HUNDRED TWENTY THREE & 34/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000750⑈ ⑆066005502⑆ 360065200⑈ ⑈0000092334⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA    33137

CHECK NO.   764    63-550
DATE               660
8/26/88          8071235J

CYCLE  30 19-SEP-1988

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

$****938.36
PAY THIS AMOUNT

*******************************NINE HUNDRED THIRTY EIGHT & 36/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000764"⑈ ⑈066005502⑈ 360065200⑈"        ⑈"0000093836⑈"



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

780          63-550
DATE         660
9/02/88

CYCLE  30 13-SEP 1988                              50712355

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI, FL          33169

$***2510.98
PAY THIS AMOUNT

****************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000780⑈ ⑆066005502⑆ 360065200⑈ ⑈0000251098⑈





LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV   307
MIAMI,FLORIDA          33137

CYCLE   90          22-SEP-1988

814      63-550
DATE      660
9/16/88        5060443H

245029378

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$***2510.98
PAY THIS AMOUNT

121098429  0001  0001  08  09-22-88

***********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA  33139

AUTHORIZED SIGNATURE

⑈000814⑈  ⑈066005502⑈  3600652001⑈  ⑈0000251098⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 3075
MIAMI,FLORIDA        33137

829        63-550
DATE        660
9/23/88

CYCLE  30 06-OCT-1988

278054788

$****2510.98
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL

CenTrust

110176737  0003  0008 08 18-05-88

****************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

BANK BY MAIL BY
903

AUTHORIZED SIGNATURE

⑈000829⑈ ⑆066005502⑆ 360065200⑈⑈     ⑈0000251098⑈



PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA      33137
    CYCLE  30      06-OCT-1988

CHECK NO.    846        63-550
DATE                    660
9/30/88

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL

CenTrust

$****2510.98
PAY THIS AMOUNT

********************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

BANK BY MAIL 53
903

AUTHORIZED SIGNATURE

"000846" ":066005502: 360065200 1" "0000251098"



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA          33137

CYCLE   30 14-OCT-1988

CHECK NO.
862          63-550
DATE                  660
10/07/88

287033725

$***2510.98
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

***********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000862"⑈ ⑈:066005502⑈: 360065200⑈⑈" ⑈"0000251098⑈"

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA 33137

CYCLE 31-OCT-1988

CHECK NO. 879

63-550
660

DATE 10/14/88

S0609435

293031874

$***2510.98

PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL 33169

112192126 0802 0008 08-10-20-88

********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈'000879'⑈ ⑊:0660055 0 2⑊: 3600 65200 1⑊' ⑈'0000 251098⑈'



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA          33137

896       63-550
DATE      660
10/21/88

CYCLE   50 31-OCT-1988

302044324

PAY TO THE
ORDER OF     LUTHER CAMPBELL
             15726 NW 7 AVE   E
             MIAMI,FL          33169

$****2510.98
PAY THIS AMOUNT

133070432 0007 0007 08 10-31-88

ConTrust
********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

OCT 28 1988

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139
07

AUTHORIZED SIGNATURE

⑈000896⑈ ⑆066005502⑆ 360065200⑈           ⑈0000251098⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 3075
MIAMI,FLORIDA        33137
CYCLE  3G        02-NOV-1988

915        63-550
DATE        660
10/28/88

30404604

$***2510.98

PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169

115515552 0015 0030 08 11-02-88
***********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000915" ⑉06600550 2⑉ 360065200 1⑈        ⑈"0000251098⑈"



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

CYCLE 3G   09-NOV-1988

933
DATE
11/04/88

63-550
660

60108734

$****2510.98
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL            33169

Century

***********************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NOV 8  1988

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

BANK BY MAIL 53
903

AUTHORIZED SIGNATURE

⑈000933⑈ ⑆066005502⑆ 360065200⑈ ⑈0000251098⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA            33137

956        63-550
DATE                  660
11/10/88            6110806S

CYCLE  302S-NOV-1988

328036930

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI,FL            33169

$***2510.98
PAY THIS AMOUNT

*************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"000956"  :066005502:  36006520011"          "0000251098,"



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

|  |  |
|---|---|
| 978 | 63-550 |
| DATE | 660 |

11/18/88        SO3186629

CYCLE  30 12-DEC-1988

344031277

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI,FL        33169

$***2510.98
PAY THIS AMOUNT

DEC 05 198

121500585.0002.0010100  12-12-88

************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

BANK BY MAIL
200

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000978⑈ ⑆066005502⑆ 3600652001⑈        ⑈0000251098⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  3075
MIAMI,FLORIDA        33137

CYCLE   30 25-NOV-1988

1000          63-550
DATE          660
11/23/88

$***2510.98
PAY THIS AMOUNT

PAY TO THE ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

************************TWO THOUSAND FIVE HUNDRED TEN & 98/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001000⑈ ⑆066005502⑆ 360065200⑈ ⑈0000251098⑈

61108066 NCNB 88330

0660-0010-9
132495940 11-25-88

067006238          FT LAUDERD



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA        33137
CYCLE  30  12-DEC-1988

1022                63-550
DATE                660
12/02/88            80318624

344031135

CenTrust

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL         33169

$ ***9985.32
PAY THIS AMOUNT

DEC 09 1988

121500672 0002 0018 08 12-12-88

**********NINE THOUSAND NINE HUNDRED EIGHTY FIVE & 32/100

BANK BY MAIL
200

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆001022⑆ ⑆066005502⑆ 360065200⑆ ⑆0000998532⑆



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137
CYCLE  30        22-DEC-1988

1043          63-550
DATE          660
12/09/88

35A03821

$***9985.32
PAY THIS AMOUNT

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

****************NINE THOUSAND NINE HUNDRED EIGHTY FIVE & 32/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001043⑈ ⑆066005502⑇ 360065200⑈ ⑈0000998532⑈

FT LAUDERD



PAYROLL PAY PERIOD

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV  307
MIAMI,FLORIDA        33137
    CYCLE  50  30-DEC-1988

CHECK NO
1067
DATE
12/16/88

63-550
660

CenTrust

PAY TO THE
ORDER OF    LUTHER CAMPBELL
            15726 NW 7 AVE  E
            MIAMI,FL        33169

$****9985.32
PAY THIS AMOUNT

DEC 29 1988

147207645  0008  0009  08 12-30-88

***************NINE THOUSAND NINE HUNDRED EIGHTY FIVE & 32/100

BANK BY MAIL 53
*200

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"001067"⑈ ⑆066005502⑆ 360065200⑈"            ⑆"0000998532⑆"

FT LAUDERD



LUKE SKYWALKER RECORDS,INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA 33137
CYCLE 30 30-DEC-1988

CHECK
1091
DATE
12/23/88

63-550
660

364032108

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL 33169

$****9985.32
PAY THIS AMOUNT

147248274 0008 0009 08 12-30-88

***************NINE THOUSAND NINE HUNDRED EIGHTY FIVE & 32/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001091⑈ ⑈066005502⑈ 360065200⑈ ⑈0000998532⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 307
MIAMI,FLORIDA        33137

CYCLE  30        30-DEC-1988

1092        63-550
DATE        660

12/23/88        6060364l

364032107

$***9985.32
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL        33169

147248273 0008 0009 08 12-30-88

***************NINE THOUSAND NINE HUNDRED EIGHTY FIVE & 32/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑴°001092⑴°   ⑴:066005502⑴:   360065200⑴°        ⑴°0000998532⑴°



LUKE SKYWALKER RECORDS INC
3050 BISCAYNE BV   305
MIAMI, FLORIDA      33137

CHECK NO.
1139         63-550
DATE         660
1/13/89      b0b08322

01-FEB-1989
CYCLE  30

031035564

PAY TO THE
ORDER OF
LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI, FL      33133

$***2285.92
PAY THIS AMOUNT

1302b174b 0012 0012 QQ 02-01-89

****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001139⑈ ⑊066005502⑊ 360065200⑈         ⑈000022859⑊

LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 3055
MIAMI,FLORIDA 33137

CYCLE 30

10-FEB-1989

| CHECK NO | 1167 | 63-550 |
| DATE | 1/27/89 | 660 |

O4OO3OA27

PAY TO THE
ORDER OF
LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL 33133

$***2285.92
PAY THIS AMOUNT

13524320B 0006 0007 08 02-10-89

*****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆001167⑆ ⑈066005502⑈ 360065200 1⑆ ⑈0000228592⑈

FT LAUDERD



LUKE SKYYWAKER RECORDS INC
3050 BISCAYNE BV  3055
MIAMI,FLORIDA        33137

CYCLE  30  09-MAR-1989

CenTrust

PAY TO THE
ORDER OF:
LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL          33133

*********503*******TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

CHECK NO.
1193
DATE
2/10/89

63-550
660

$***2285.92
PAY THIS AMOUNT

⑆001193⑆ ⑆066005502⑆ 360065200⑆ ⑈0000228592⑈



LUKE SKYYWALKER RECORDS,INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA          33137

1219          63-550
DATE          660
2/24/89

CYCLE  3040-MAR-1981                    50b08533

PAY TO THE
ORDER OF
LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL          33133

$***2285.92
PAY THIS AMOUNT

134515573 0005 000008 03-10-89

***************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"001219"⑈ ⑈066005502⑈ 360065200⑈"          ⑈"0000228592⑈"

50b08533 NCN8 B90b9          >05700b238<

0680-0010-5
134515573  03-10-89
1425 NW 52ST FT LAUDERDALE FL>05700b238<



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 305
MIAMI, FLORIDA        33137

1246        63-550
DATE        660
3/10/89

CYCLE 30   23-MAR-1989

PAY TO THE
ORDER OF

LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL        33133

$ ***2285.92
PAY THIS AMOUNT

****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE



LUKE SKYYWALKER RECORDS, INC.
3050 BISCAYNE BV 307
MIAMI, FLORIDA 33137
CYCLE-30

CenTrust

CHECK NO. 1273    63-550
DATE 3/24/89    660

10-MAY-1989

$ ***2285.92
PAY THIS AMOUNT

PAY TO THE
ORDER OF

LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL        33133

*****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001273⑈ ⑆066005502⑆ 360065200⑈ ⑈0000228592⑈



LUKE SKYYWALKER RECORDS INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA 33137

CYCLE-30

CHECK NO
1300

DATE
4/07/89

63-550
660

PAY TO THE
ORDER OF

LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL 33133

10-MAY-1989

MAY 09 1989

$***2285.92

PAY THIS AMOUNT

135211285 0013-0016 08 05-10-89

*****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001300⑈ ⑆066005502⑆ 360065200 ⑈ ⑈0000228592⑈

Luther K. Campbell
#0260898945



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 307
MIAMI, FLORIDA 33137

MAY 31 1989

CHECK NO. 1325
63-550
660

DATE 4/21/89

CenTrust

23-MAY-1989

PAY TO THE ORDER OF    LUTHER CAMPBELL
720 SKUMQUAT AVE.
MIAMI FL 33133

$***2285.92
PAY THIS AMOUNT

CenTrust

***BANK BY MAIL 53    ***TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001325⑈ ⑈066005502⑈ 360065200 1⑈    ⑈0000228592⑈

ENDORSEMENT CANCELLED
CenTrust Savings
NCNB 89155



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 305
MIAMI,FLORIDA          33137
CYCLE-30

CenTrust
PAY TO THE
ORDER OF
MAY 23 1989

LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL          33133

CHECK NO.
1348
DATE
5/05/89

63-550
660

$****2285.92
PAY THIS AMOUNT

24-MAY-1989

BANK BY MAIL 53
09

************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

145440343 0010 0020 03-05-24-89

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001348⑈ ⑆066005502⑆ 360065200⑈ ⑈0000228592⑈



LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL          33133

3050 BISCAYNE BV  3055
MIAMI,FL          33137
CYCLE-3G

24-MAY-1989

CenTrust

PAY TO THE
ORDER OF
MAY 23 1989

BANK BY MAIL 53
09

**************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

CHECK NO
1371     63-550
DATE       660
5/19/89

$***2285.92
PAY THIS AMOUNT

145440344 0010 0010 08 05-24-89

AUTHORIZED SIGNATURE

⑈"001371"⑈ ⑆066005502⑆ 360065200⑈⑈          ⑈"0000228592"⑈



3050 BISCAYNE BV 305
MIAMI,FL          33137
CYCLE-30

1391       63-550
DATE        660
6/02/89

ConTrust                    07-JUN-1989

PAY TO THE
ORDER OF     LUTHER CAMPBELL
             3897 KUMQUAT AVE.
             MIAMI,FL          33133

JUN 6 198

$***2285.92
PAY THIS AMOUNT

13016492О 0001 0002 0В 06-07-89

**************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆00139⑆ ⑉066005502⑉ 360065200⑈       ⑈0000228592⑈



LUKE SKYYWALKER RECORDS, INC
3050 BISCAYNE BV 305
MIAMI,FL        33137

1411        63-550
                660

DATE
6/16/89

CYCLE-30 28-JUN-1989

178039630

PAY TO THE
ORDER OF

LUTHER CAMPBELL
3897 KUMQUAT AVE.
MIAMI,FL        33133

$***2285.92

PAY THIS AMOUNT

138910316 0003 0003 05.05.28-89

****************TWO THOUSAND TWO HUNDRED EIGHTY FIVE & 92/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈001411⑈ ⑊066005502⑊ 360065200 1⑈        ⑊000022859 2⑈