

**LUKE SKYYWALKER RECORDS INC.**
1205 N.W. 54TH ST.
MIAMI, FL 33142

026089845

63-550/660 **967**

MAY 1 19 87

PAY TO THE ORDER OF LUTHER CAMPBELL $ 772.97

SEVEN HUNDRED SEVENTY-TWO & 97/100********************************DOLLARS

**NCNB** NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR PAY ROLL

⑈001390⑈ ⑈066005502⑈ 360065200⑈ ⑈0000077297⑈



DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
MAY 08 1987
512A
NORTHBAY BRANCH
MIAMI FLORIDA

**LUKE SKYWALKER RECORDS INC.**
1205 NW. 54TH ST.
MIAMI, FL 33142

3600652001          CYCLE  68558818

63-550/660  967

MAY 11  1987

PAY TO THE ORDER OF __LUTHER CAMPBELL__                                         $ 772.97

SEVEN HUNDRED SEVENTY-TWO & 97/100*****************************DOLLARS

**NCNB**  NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR __PAY PERIOD ENDING   5/8/87__

⑈001448⑈ ⑆066005502⑆ 3600652001⑈              ⑈000077297⑈

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

1     63-550
DATE            660
5/15/87

CYCLE

02-608095

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**787.09*
PAY THIS AMOUNT

*********************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆00000⑆⑈ ⑆06600550 2⑉ 360065200⑆⑈ ⑆00000 78709⑈

LIL JOE DOCS01010



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA        33142
360065200I

CK NO.    10    63-550
DATE            660
CY CL  5/22/87

PAY TO THE
ORDER OF      LUTHER CAMPBELL
              15726 NW 7 AVE  E
              MIAMI,FL              33169

$**787.09*
PAY THIS AMOUNT

*************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"0000 IO⑈" ⑈:06600550 2⑈: 360065 200 I⑈" ⑈'000007870 9⑈'



LIL JOE DOCS01011



LUKE SKYYWATER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142
                 360065200    19    63-550
                                          660
                       DATE  CY 5/29/87

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI, FL              33169          $**787.09*
                                                     PAY THIS AMOUNT

***************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139          *Ricky Norris*
                                    AUTHORIZED SIGNATURE

⑈0000 19⑈ ⑆06600550 2⑆ 360065200 1⑈          ⑈0000078709⑈

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO. 28     63-550
DATE                   660
6/05/87   CYCLE  31

02-6089845

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE   E
MIAMI, FL          33169

$**787.09*
PAY THIS AMOUNT

*************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈0000 28⑈ ⑆066 00 550 2⑆ 36006 5 200 1⑈          ⑈0000078709⑈

PAYROLLS BY PAYCHEX

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-6552-6

60218I840 PROCESSED NCNB 87JUL22

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK No.  38
DATE  6/12/87
63-550
660

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**787.09*
PAY THIS AMOUNT

************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000038⑆ ⑆066005502⑆ 360065200 ⑆ ⑆0000078709⑆

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
33A
ALLAPATTAH BRANCH
MIAMI, FLORIDA

LIL JOE DOCS01014

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.   39        63-550
                                660
DATE  6/19/87

360065200%

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL              33169

$**787.09*
PAY THIS AMOUNT

*********************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑈000039⑈ ⑆066005502⑆ 360065200⑈ ⑆0000078709⑈

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI,FLORIDA        33142
3600652001

CHECK NO.     49     63-550
DATE                 660
6/26/87

PAY TO THE
ORDER OF        LUTHER CAMPBELL              $**787.09*
                15726 NW 7 AVE  E           PAY THIS AMOUNT
                MIAMI,FL            33169

*************************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000049⑆ ⑆066005502⑈ 3600652001⑆        ⑆0000078709⑆

603187320 PROCESSED NCNB 87JUN26 067006.23 3600652001    412

JUN 87

LUKE SKYYWALKER RECORDS INC
1205 NW. 54TH ST.
MIAMI, FL 33142

Hang In There Baby!

3600652001   CYCLE 31   1661

026008984S

PAY
TO THE
ORDER OF  LUTHER R. CAMPBELL

JUNE 30    19 87

63-550/660 967

$ 787.09

SEVEN HUNDRED EIGHTY-SEVEN & 09/100*************************************DOLLARS

NCNB   NCNB National Bank
of Florida
Miami Beach, FL 33139

FOR   PAYROLL WEEK OF 6/26/87

⑈001661⑈ ⑊066005502⑊ 3600652001⑈      ⑈00000?8709⑈

PROCESSED NCNB 87JUL13
MIAMI, FLORIDA

JY 87 10
PAID

ALLAPATTAH BRANCH

FOR DEPOSIT ONLY
CENTRUST SAVINGS
& LOAN ASSOCIATION
32A
JUL 10 1987

LIL JOE DOCS01017



LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA

3600652001

CH'K NO. 59    63-550
660

CYCLE DATE 31
7/03/87

026089845

PAY TO THE
ORDER OF    LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**787.09*
PAY THIS AMOUNT

*********************SEVEN HUNDRED EIGHTY SEVEN 09/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000059⑈ ⑆06600550 2⑈ 360065200 1⑈          ⑈0000078709⑈

LIL JOE DOCS01018



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

72      63-550
DATE                    660
7/10/87

02-6089845

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

***************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆00072⑆ ⑈066005502⑈          360065200⑆          ⑇0000077241⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
GEN 2660-855-13
JUL 1 8 13
TALLAPE
MIAMI
87  13
SUN BANK/MIAMI, N.A.
MIAMI, FL.
FOR ANY BANK

For Deposit Only
Luther Rodnick Campbell
2660898455
27042

LIL JOE DOCS01019



LIL JOE DOCS01020



LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO. 95     63-550
                 660
DATE  7/24/87

360065001          CYCLE  31

PAY TO THE
ORDER OF     LUTHER CAMPBELL
             15726 NW 7 AVE  E
             MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

***************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000095⑈ ⑆066005502⑆ 360065200⑈ ⑆00000772411⑆

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8352-6
55A
EDISON CENTER BRANCH
MIAMI, FLORIDA

For Deposit Only
360089465



LUKE SKYYWALK RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHE        108      63-550
DATE                  660
7/31/87

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI,FL          33169

360065200i      CYCLE  31

$**772.41*
PAY THIS AMOUNT

*************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

"'000 108"' 1:06600 550 2': 360065 200 1"'          ,'00000 77 24 1,'

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
AUG 0 3 1987
173A
EDISON CENTER BRANCH
MIAMI, FLORIDA

500499290 PROCESSED NCNB 87AUG04

AG '87 03
SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

LIL JOE DOCS01022



PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CK. NO.  120     63-550
DATE              660
8/07/87
CYCLE  31

360065200i

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

**********************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

''000 1 20''  ':06600 550 2':  360065 200 1''    ,'000007 724 1,'



LUKE SKYYWALK   RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142
360065200⅃
133
63-550
660
DATE
8/14/87
CYCLE  91

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

**********************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈"000⅃33⅃"⑈⑊:0660055021⑈ 360065200⅃"⑈           ⑈"000007724⅃⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
AUG 18 1987
55A
EDISON CENTER BRANCH
MIAMI, FLORIDA

PROCESSED NCNB 87AUG20

AG '87 19

LIL JOE DOCS01024

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.   146   63-550
DATE                 660
8/21/87

3600852001      CYCLE   31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**772.41*
PAY THIS AMOUNT

*****************************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

Ricky Norris
AUTHORIZED SIGNATURE

⑈"000 146"⑈ ⑈:0660 0550 2⑈: 3600 65 200 1⑈" ⑈'00000 7724 1⑈'

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660 NW 8552-6
AUG 25 1987
55A
EDISON CENTER BRANCH
MIAMI, FLORIDA

AG '87 25

Acct # 26009845

LIL JOE DOCS01025

PAYROLL PAYCHECK

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA      33142

360065200L

CHECK NO.   162
63-550
660
DATE   8/28/87
CYCLE   71

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**772.41*
PAY THIS AMOUNT

*********************SEVEN HUNDRED SEVENTY TWO 41/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

*Ricky Norus*
AUTHORIZED SIGNATURE

⑈000162⑈ ⑊066005502⑈ 360065200L⑈        ⑈0000077241⑈

For Deposit Only
Luther Roderick
Campbell
36089845

LIL JOE DOCS01026



LIL JOE DOCS01027



LIL JOE DOCS01028



PAYROLL PAYCHEK

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.
205          63-550
DATE                 660
9/18/87

3600652001          CYCLE 31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL               33169

$**858.21*
PAY THIS AMOUNT

*******************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000205⑈ ⑊066005502⑊ 360065200⑈ ⑊00000858 21⑊



For Deposit Only
2660 8545

CENTRUST SAVINGS BANK
2660-8552-6
FOR DEPOSIT ONLY

173A
EDISON CENTER BRANCH
MIAMI, FLORIDA
SEP 22 1987

PROCESSED NCNB

LIL JOE DOCS01029

PAYROLLS BY PAYCHEX

LUKE SKYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA        33142

CHECK NO.
228        63-550
                660

DATE
9/25/87

02-6008984 ~ CYCLE 31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL              33169

$**858.21*
PAY THIS AMOUNT

****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000 228⑆ ⑉066 00550 2⑉ 36006 5200 ⑈ ⑇00000 858 2⑇

EKSON CENTER BRANCH
MIAMI, FLORIDA
174A
PROCESSED NCNB
SEP 25 1987
2660-8552-6
CENTRUST SAVINGS BANK
FOR DEPOSIT ONLY

LIL JOE DOCS01030

PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.
237       63-550
                 660
DATE
10/02/87
CYCLE  41

3600652001

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*

AUTHORIZED SIGNATURE

⑈"000237"⑈ ⑆066005502⑆ 3600652001⑈          ⑆"0000085821"⑈

*For Deposit Only*
*Luther R. Campbell*
*2608986453602*

LIL JOE DOCS01031

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA        33142

CHECK NO.   246      63-550
DATE                 660
10/09/87

360065200L        CYCLE  51

PAY TO THE
ORDER OF        LUTHER CAMPBELL          $**858.21*
                15726 NW 7 AVE  E         PAY THIS AMOUNT
                MIAMI,FL          33169

*****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139               AUTHORIZED SIGNATURE

⑈000246⑈ ⑆066005502⑆ 360065200⑈        ⑈000000858 21⑈

For Deposit Only
Luther R. Campbell
260 8984 5 3 6 1

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-6
OCT1 5 1987
52A
AAA
EDISON CENTER BRANCH
MIAMI, FLORIDA

LIL JOE DOCS01032

PAYROLL/SH PAYCHECK

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.          63-550
255          660
DATE
10/16/87

360065200l          CYCLE 31

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139          *Ricky Norris*
AUTHORIZED SIGNATURE

⑈000255⑈ ⑆066005502⑇ 360065200l⑈          ⑈00000858 2l⑈

501000160 PROCESSED NCNB 87OCT22

OCT 22 87

OT '87 21

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660 5552 6
OCT 21 1987
173A
EDISON CENTER BRANCH
MIAMI, FLORIDA
5694

For Deposit Only
2608984

LIL JOE DOCS01033

PATROLS BY PINKER

**LUKE SKYYWALKER RECORDS, INC**
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.
264          63-550
DATE                    660
10/23/87

3600652001          CYCLE   31

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL                    33169

$**858.21*
PAY THIS AMOUNT

************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑆000 264⑆ ⑈066005502⑈ 3600652001⑆          ⑆000000858 21⑆

606024330 PROCESSED NCNB 870CT28

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8852-6
OCT 27 1987
173A
EDISON CENTER BRANCH
MIAMI, FLORIDA

OT & 27
SUN BANK/MIAMI, N.A.
MIAMI, FL
PAY ANY BANK
066000004

For Deposit Only
Luther R. Campbell
26089845

12321210

LIL JOE DOCS01034

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO. 273          63-550
DATE 10/30/87          660
CYCLE  31

360065200l

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL              33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

*Ricky Norris*
AUTHORIZED SIGNATURE

⑈000273⑈ ⑆066005502⑈ 360065200⑈⑈          ⑈00000085 8 2⑈

LIL JOE DOCS01035

PAYROLL BY PAYCHEX

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

36006S2001

CHECK NO.   282    63-550
DATE                      660
11/06/87
CYCLE    41

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

*******************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

*Rick Norris*
AUTHORIZED SIGNATURE

⑈000 28 2⑈ ⑆06600 550 2⑆ 36006 5 200 1⑈          ⑇00000 8 5B 2 ⑇





For Deposit Only
Luther R. Campbell
26089945

LIL JOE DOCS01036

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.
292          63-550
                660

DATE
11/13/87

360065200l          CYCLE  31

PAY TO THE
ORDER OF
LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈'000 29 2⑈'  ⑈:06600550 2⑈:  360065 200 ⑈'          ⑈'00000858 2⑈'

604131660 PROCESSED NCNB 87DEC22

DE '87 21

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

LUKE SKYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO    302    63-550
DATE                       660
11/20/87

360065200I          CYCLE  3I

PAY TO THE
ORDER OF          LUTHER CAMPBELL
                  15726 NW 7 AVE  E
                  MIAMI,FL              33169

$**858.21*
PAY THIS AMOUNT

****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000 30 2⑈ ⑈066 00 550 2⑈ 360065 200 I⑈          ⑈00000 0858 2 I⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
2660-8552-07

DEC.2 1987
54AA
EDSON CENTER
MIAMI, FLORIDA

504131850 PROCESSED NCNB DEC22

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

Deposit Only
0000026089845
Luther L. Campbell



PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.
311          63-550
DATE                     660
11/27/87

360065200I          CYCLE 31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE E
MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

*****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000311⑈ ⑆066005502⑆ 360065200I⑈          ⑈000008582⑈

LIL JOE DOCS01039



PAYROLLS BY PAYCHEK

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.   321   63-550
DATE                        660
12/04/87

360065200l          CYCLE 3l

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

***************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000321⑈ ⑆066005502⑈ 360065200l⑈          ⑈00000858 2l⑈

LIL JOE DOCS01040

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO. 331          63-550
                        660
DATE
12/11/87

3600652001          CYCLE 31

PAY TO THE
ORDER OF        LUTHER CAMPBELL
                15726 NW 7 AVE  E
                MIAMI,FL              33169

$**858.21*
PAY THIS AMOUNT

*************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000331⑈ ⑆066005502⑈ 3600652001⑈          ⑈000008582⑈

FOR DEPOSIT ONLY
CENTRUST SAVINGS BANK
26642-8552-6
DEC 2 1 1987
544A
EDISON CENTER
MIAMI, FLORIDA

DE 87 21

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK

Deposit Only
Luther R. Campbell
00000268552-6

LIL JOE DOCS01041

LUKE SKYYWALKER RECORDS, INC
1205 NW 54 ST
MIAMI, FLORIDA          33142

CHECK NO.          341          63-550
DATE                                    660
12/18/87

3b00b52001          CYCLE  3

PAY TO THE
ORDER OF          LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI, FL          33169

$**858.21*
PAY THIS AMOUNT

****************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH, FLORIDA 33139

AUTHORIZED SIGNATURE

⑆000341⑆ ⑆066005502⑆ 3b00b5200b⑆          ⑆000008582b⑆

b00b09000 PROCESSED NCNB 87DEC30

DE '87 29
SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK
066000604          066000604

EDISON CENTER BRANCH
MIAMI, FLORIDA
DEC 2 9 1987
52A
CENTRUST SAVINGS BANK
2660-8562-6
FOR DEPOSIT ONLY

Luther K. Campbell
00-3 2668984 5
Deposit Only

LIL JOE DOCS01042

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.   351      63-550
DATE                 660
12/23/87

360065200l     CYCLE  3l

PAY TO THE
ORDER OF        LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL              33169

$**858.21*
PAY THIS AMOUNT

*********************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000351⑈ ⑈066005502⑈ 360065200⑈ ⑈00000858 2⑈

601035420 PROCESSED NCNB 88JAN13

JAN 88 12

SUN BANK/MIAMI,N.A.
MIAMI, FL
PAY ANY BANK

PAYROLLS BY PAYCHEX

LUKE SKYYWALKER RECORDS,INC
1205 NW 54 ST
MIAMI,FLORIDA          33142

CHECK NO.
361

63-550
660

DATE
12/31/87

CYCLE  31

PAY TO THE
ORDER OF

LUTHER CAMPBELL
15726 NW 7 AVE  E
MIAMI,FL          33169

$**858.21*
PAY THIS AMOUNT

*******************************EIGHT HUNDRED FIFTY EIGHT 21/100

NCNB NATIONAL BANK OF FLORIDA
MIAMI BEACH,FLORIDA 33139

AUTHORIZED SIGNATURE

⑈000361⑈ ⑈066005502⑈ 360065200 ⑈ ⑈00000858 2 ⑈

601035430 PROCESSED NCNB 880AM43

JA 88 12

SUN BANK/MIAMI, N.A.
MIAMI, FL.
PAY ANY BANK