# LAW OFFICES OF
# DOUGLAS D. STRATTON

DOUGLAS D. STRATTON, ESQ.
BRETT FEINSTEIN, ESQ.

407 Lincoln Road, Suite 2B
Miami Beach, FL 33139

Telephone (305) 672-7772
Facsimile (305) 531-0370

February 15, 1995

Luke Records, Inc.
Rockville Productions, Inc.
Pac Jam Publishing, Inc.
2LC, Inc. and Luther Campbell
8400 N.E. 2nd Avenue
Miami, Florida 33138

RE: MY CLIENT ■ CHRISTOPHER WONG WON

Dear Mr. Campbell:

This office represents Christopher Wong Won.

Christopher Wong Won on January 9, 1995 forwarded to you a Notice that you are in breach of the April 1, 1991 Exclusive Recording Agreement between yourself and Mr. Wong Won. The Notice was sent in compliance with the Agreement and its Notice provisions. You have failed to remedy the breach within the time allowed to cure. As a result of your failure to cure the breach, my client is no longer obligated to perform any recording services under the Agreement. The monetary terms and provisions of the Agreement as it relates to money due my client are still in force and effect. Your refusal to abide by the terms and conditions of the Contract leave my client no other option but to file suit in a court of competent jurisdiction to protect his rights.

Sincerely,

DOUGLAS D. STRATTON, ESQ.

DDS:bjp

cc: Christopher Wong Won
    Moriama A. Kelly, Esq.
    Thomasina H. Williams, Esq.