Christopher Wong Won
901 NW 203 rd Street
Miami, FL 33169

January 9, 1995

Certified Mail
Return Receipt Requested

Luther R. Campbell, individually
Luther R. Campbell, President
Luke Records, Inc.
8400 NE 2nd Avenue
Miami, FL 33138

Re: Breach of April 1, 1991 Exclusive Recording Agreement

To Whom It May Concern:

You are hereby notified that the Exclusive Recording Agreement entered into between us on April 1, 1991 has been breached, for the following grounds:

1. Failure to render royalty statements and pay royalties for the December 31, 1993, June 30, 1994 and December 31, 1994 royalty periods;

2. Failure to release LP's throughout the entire world;

3. Failure to pay advances for the Greatest Hits project and The Chinaman Project;

4. Failure to pay mechanical royalties;

5. Deduction of Costs not allowed pursuant to the Agreement;

6. Improper offset of mechanical royalties against record royalties;

7. Failure to pay foreign record and mechanical royalties;

8. Failure to pay merchandising royalties;

9. Improper account and payment of royalties for records sold since 1986, by among other things deducting inventory from record sales.

Additionally you have failed to pay David, Mark and myself $5,000.00 each for the Priority Project (Hootchie Mama) which was recorded and delivered to Priority and in which you have already received monies from them.

Please respond to myself and to my lawyer: William O'Toole, Esq.
1215 East Broward Boulevard
Fort Lauderdale, FL 33301

Please Govern Yourself Accordingly.

Sincerely,

Christopher Wong Won

cc: William O'Toole, Esq.
    Alan Jacobi, Esq.

Z 390 171 486



**Receipt for Certified Mail**
UNITED STATES POSTAL SERVICE
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

PS Form 3800, March 1993

| | | |
|---|---|---|
| Sent to | Allen Jacobi, Esq. | |
| Street and No | 1313 NE 125th St | |
| P.O., State and ZIP Code | North Miami Fla | |
| Postage | 3316 | $32 |
| Certified Fee | | 110 |
| Special Delivery Fee | | |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | 110 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | | |
| TOTAL Postage & Fees | | $2.52 |
| Postmark or Date | | |

Z 390 171 484

**Receipt for Certified Mail**
UNITED STATES POSTAL SERVICE
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

PS Form 3800, March 1993

| | | |
|---|---|---|
| Sent to | Luther Campbell President | |
| Street and No | 8400 NE 2nd Ave. | |
| P.O., State and ZIP Code | Miami, Fla 33138 | |
| Postage | | $32 |
| Certified Fee | | 110 |
| Special Delivery Fee | | |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | 110 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | | |
| TOTAL Postage & Fees | | $2.52 |
| Postmark or Date | | |

Z 390 171 485



**Receipt for Certified Mail**
UNITED STATES POSTAL SERVICE
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

PS Form 3800, March 1993

| | | |
|---|---|---|
| Sent to | Luther Campbell | |
| Street and No | 8400 NE 2nd Ave. | |
| P.O., State and ZIP Code | Miami, Fla 33138 | |
| Postage | | $32 |
| Certified Fee | | 110 |
| Special Delivery Fee | | |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | 110 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | | |
| TOTAL Postage & Fees | | $2.52 |
| Postmark or Date | | |

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
LUKE RECORDS, INC.,
ROCKVILLE PRODUCTIONS, INC.
PAC JAM PUBLISHING, INC.,
2LC, Inc., and Luther Campbell
8400 N.E. 2 Avenue
Miami, Florida 33138

4a. Article Number
P155 380 502

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
FEB 0 9 1996

5. Signature (Addressee)
[signature]

6. Signature (Agent)
[signature] FEB 0 9 1996

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991   ☆U.S. GPO: 1992-323-402   DOMESTIC RETURN RECEIPT

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Allen Jacobi, Esq
Jacobi & Jacobi, PA
1313 NE 125th St
North Miami, Fla

4a. Article Number
2 390 171 486

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
1/8/95

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991  ☆U.S. GPO: 1993—352-714  **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Luther R. Campbell
Luke Records Inc
8400 NE 2nd Ave
Miami, Fla 33138

4a. Article Number
2 390 171 485

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991  ☆U.S. GPO: 1993—352-714  **DOMESTIC RETURN RECEIPT**

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Luther Campbell, President
Luke Records
8400 NE 2nd Ave
Miami, Fla 33138

4a. Article Number
2 390 171 484

4b. Service Type
☐ Registered  ☐ Insured
☒ Certified   ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)
6. Signature (Agent)
JAN 27 1995

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991  ☆U.S. GPO: 1993—352-714  **DOMESTIC RETURN RECEIPT**