UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23727-CIV-GAYLES

LIL JOE RECORDS, INC.,
      Plaintiff,

vs.

ROSS, et al,
      Defendants.
_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

We have the verdict.

October 16, 2024
Date/Time  2:40 PM

Foreperson _____

Print Name _____

Answer to question and/or comment from jury:

Date:_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23727-CIV-GAYLES

LIL JOE RECORDS, INC.,
    Plaintiff,

vs.

ROSS, et al,
    Defendants.
_____/

## QUESTION AND/OR COMMENT FROM THE JURY

The following question and/or comment is asked by the jury:

*When were the Books published?*

Date/Time: October 16, 2024

Foreperson: _____

Print Name: _____

Answer to question and/or comment from jury:

Date: Oct 16, 2024

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**