UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

RAVEN ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON AND LUTHER CAMPBELL,

    Defendants.

_____/

## COURT'S VERDICT FORM

We, the jury, find as follows:

1. Do you find that Luther Campbell, and/or Christopher Wong Won, and/or Mark Ross created *2 Live Crew*'s sound recordings copyrights within the scope of his employment as work for hire?

    (a) Luther Campbell    Yes: ____    No: ✓
    (b) Christopher Wong Won    Yes: ____    No: ✓
    (c) Mark Ross    Yes: ____    No: ✓

2. Under which Agreement were the *2 Live Crew* sound recordings copyrights for the albums at issue transferred by *2 Live Crew's* members to Campbell's record label?

    ✓ Pursuant to the Recording Agreement between Skyywalker Records, Inc, Luther Campbell, David Hobbs, Chris Wong Won and Marquis Ross that they claim was executed in 1990?

    *Or*

    ____ Pursuant to the three different written agreements with Luke Records, Inc. that Plaintiff claims were signed in 1991?

SO SAY WE ALL, this **16** day of October, 2024.

                                                  _____
                                                  FOREPERSON