**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:21-CV-23727-DPG |
| | ) |
| MARK ROSS; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF LODGING OF PROPOSED JUDGMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** following the jury verdict entered in this matter (Dkt. No. 255) in favor of Defendants and Counterclaimants Raven Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Ray, the Court entered a ruling from the bench on the remaining claims and counterclaims in this matter and directed Defendants to prepare a proposed judgment, present that proposed judgment to Plaintiff, and file the proposed judgment with the Court.

Defendants accordingly prepared a proposed judgment and provided same to Plaintiff. Plaintiff thereafter provided to Defendants their revised copy of the proposed judgment with significant portions removed and with references to Plaintiff's prior motions and objections added. Defendants submit that the Proposed Judgment more clearly tracks their counterclaims, the verdict, and the applicable rules.

Defendants accordingly submit the parties' Proposed Judgments:

1. Defendants' Proposed Judgement, attached hereto as **Exhibit A.**
2. Plaintiff's Revised Proposed Judgment, attached hereto as **Exhibit B**.

Dated: October 24, 2024            Respectfully submitted,

                                              */s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, Florida 3343
561.404.4350 – Telephone
561.404.4353 – Facsimile

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com