# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

_____

| | | |
|---|---|---|
| LIL' JOE RECORDS, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-23727-DPG |
| | ) | |
| RAVEN ROSS, | ) | |
| CHRISTOPHER WONG WON, JR., | ) | |
| RODERICK WONG WON, | ) | |
| LETERIUS RAY, | ) | |
| ANISSA WONG WON, | ) | |
| AND LUTHER CAMPBELL, | ) | |
| | ) | |
| *Defendants and* | ) | |
| *Counterclaimants.* | ) | |
| _____ | ) | |

## [PROPOSED] JUDGMENT

**PLEASE TAKE NOTICE** that on October 16, 2024, the jury in this matter entered a

Verdict (Dkt. No. 255) in Defendants and Counterclaimants' favor as follows:

1.      Luther Campbell, Christpoher Wong Won, and Mark Ross did not create the

sound recordings at issue within the scope of their employment as works for hire; and,

2.      The sound recording copyrights for the albums at issue, including *2 Live Crew is*

*What We Are, Move Somethin', Move Somethin' (Clean Version)*, *As Nasty as They Wanna Be*,

and *As Clean as They Wanna Be* ("Subject Albums"), were transferred by *2 Live Crew*'s

members to Campbell's record label Pursuant to the Recording Agreement between Skyywalker Records, Inc., Luther Campbell, David Hobbs, Chris Wong Won, and Marquis Ross (Trial Exhibit D50).

And on October 16, 2024, in accordance with the findings of the jury, this Court found valid and effective the Copyright Termination Notice served under 17 U.S.C. §203 in November of 2020 by Defendants Luther Campbell, Raven Ross, Leterius Ray, Christopher Wong Won Jr., Anissa Wong Won, and Roderick Wong Won's (collectively, "Defendants"), and accordingly ruled against Lil' Joe Records, Inc. ("Plaintiff") on its Count I and in Defendants' favor on their First Claim for Relief in their Counterclaim and their Declaratory Judgment request.

Accordingly, the Court **HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1.      Defendants' request for declaratory judgment pursuant to 17 U.S.C. § 203 is GRANTED; such that:

a.      The Notice of Termination served in November of 2020 by Luther Campbell, Mark Ross, Christopher Wong Won Jr., Anissa Wong Won, and Leterius Ray, and identified as **Exhibit A** to Defendants' Answer and Counterclaim (Dkt. No. 12) ("Notice") was valid, effective, and in conformity with the statute and its attendant regulations; and

b.      On account of that Notice, Defendants have validly terminated the assignments and transfers for the Subject Albums as referenced in the Notice, effective as of the dates referenced therein; and,

c.      The assignments and transfers referenced in the Notice are terminated, and Plaintiff owns no copyrights for the Subject Albums;

d.      Defendants are and/or will be the owners, as of the dates set forth in the Notice, of their transferred ownership of all right, title, and interest in and to the copyrights and related

- 2 -

rights for the Subject Albums; and,

      e.      Plaintiff shall not exploit or attempt to exploit any such interests described herein as of the dates of termination referenced in the Notice.

      2.      To the extent that Plaintiff collects (or has collected) any income or revenue related to the Subject Albums after the dates of termination referenced in the Notice, those funds belong to and are claimable by Defendants and Plaintiff shall provide to Defendants a full accounting of such monies, and payment of those monies, upon entry of this judgment, or within 30 days of said entry.

      3.      That Plaintiff and its agents, principals, affiliates, officers, employees, attorneys, and those acting in concert with any or all of the foregoing, be enjoined and restrained from denying or challenging the validity of the Notice or Defendants' recovery and ownership of the copyrights at issue, and from bringing suit or filing claims in any tribunal, court, or administrative body challenging said recovery and ownership.

      4.      Judgment is entered in Defendants' favor on Counts I - X[1] of Plaintiff's Complaint and on Defendants' First Claim for Relief as set forth in their Counterclaim

      **IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: _____          By: _____
                                          HONORABLE DARRIN P. GAYLES
                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court previously adjudged Plaintiff's Counts II-IX in Defendants' favor at the summary judgment stage. *See* U.S.D.C. Dkt. No. 210, pg. 27.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 24, 2024, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.