# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| | ) |
| RAVEN ROSS, | ) |
| CHRISTOPHER WONG WON, JR., | ) |
| RODERICK WONG WON, | ) |
| LETERIUS RAY, | ) |
| ANISSA WONG WON, | ) |
| AND LUTHER CAMPBELL, | ) |
| | ) |
| *Defendants and* | ) |
| *Counterclaimants.* | ) |
| | ) |

**[PROPOSED] JUDGMENT**

**PLEASE TAKE NOTICE** that on October 16, 2024, the jury in this matter entered a Verdict (Dkt. No. 255) in Defendants and Counterclaimants' favor as follows:

1. Luther Campbell, Christpoher Wong Won, and Mark Ross did not create the sound recordings at issue within the scope of their employment as works for hire; and,

2. The sound recording copyrights for the albums at issue, including *2 Live Crew is What We Are, Move Somethin', Move Somethin' (Clean Version)*, *As Nasty as They Wanna Be*, and *As Clean as They Wanna Be* ("Subject Albums"), were transferred by *2 Live Crew*'s

- 1 -

members to Campbell's record label Pursuant to the Recording Agreement between Skyywalker Records, Inc., Luther Campbell, David Hobbs, Chris Wong Won, and Marquis Ross (Trial Exhibit D50).

And on October 16, 2024, in accordance with the findings of the jury, this Court found valid and effective the Copyright Termination Notice served under 17 U.S.C. §203 in November of 2020 by Defendants Luther Campbell, Raven Ross, Leterius Ray, Christopher Wong Won Jr., Anissa Wong Won, and Roderick Wong Won's (collectively, "Defendants"), and accordingly ruled against Lil' Joe Records, Inc. ("Plaintiff") on its Count I and in Defendants' favor on their First Claim for Relief in their Counterclaim and their Declaratory Judgment request.

Accordingly, the Court **HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1. Defendants' request for declaratory judgment pursuant to 17 U.S.C. § 203 is GRANTED; such that:

    a. The Notice of Termination served in November of 2020 by Luther Campbell, Mark Ross, Christopher Wong Won Jr., Anissa Wong Won, and Leterius Ray, and identified as **Exhibit A** to Defendants' Answer and Counterclaim (Dkt. No. 12) ("Notice") was valid, effective, and in conformity with the statute and its attendant regulations; and

    b. On account of that Notice, Defendants have validly terminated the assignments and transfers for the Subject Albums as referenced in the Notice, effective as of the dates referenced therein; and,

    c. The assignments and transfers referenced in the Notice are terminated,

3. Judgment is entered in Defendants' favor on Counts I - X[1] of Plaintiff's

---

[1] The Court previously adjudged Plaintiff's Counts II-IX in Defendants' favor at the summary judgment stage. *See* U.S.D.C. Dkt. No. 210, pg. 27.

Complaint and on Defendants' First Claim for Relief as set forth in their Counterclaim

4. "Plaintiff renews its prior Motions and Arguments therein and for the reasons previously stated objects to this "[Proposed] Judgment"

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: _____

By:_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2024, a true and authentic copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.