UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LIL' JOE RECORDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-23727-DPG |
| | ) | |
| MARK ROSS; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF SCOTT ALAN BURROUGHS IN SUPPORT OF APPLICATION FOR BILL OF COSTS

I, Scott Alan Burroughs, depose, attest, and say from my personal knowledge, the following:

1. I, Scott Alan Burroughs, am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Defendants' Application for Bill of Costs. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as **Composite Exhibit 1** are true and correct copies of the invoices received from U.S. Legal Support for the transcripts and costs associated with the depositions of Mark Ross, Leterius Ray, and Luther Campbell:

| **Description** | **Amount** | **Invoice Date** |
|---|---|---|
| Deposition: Luther Campbell, part I | $515.50 | 11/17/2022 |
| Depositions: Mark Ross and Leterius Ray | $931.75 | 11/18/2022 |
| Deposition: Luther Campbell, part II | $449.00 | 11/21/2022 |

3. Attached hereto as **Exhibit 2** is a true and correct copy of the invoice received from Huseby.com dated November 21, 2022 for the transcript and costs associated with the deposition of Joseph Weinberger totaling $3,010.80.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the invoice received from Pictera Solutions dated October 18, 2024 for the trial binders prepared for use at trial,

totaling $805.14.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the invoice received from Office Depot dated October 6, 2024 for prints of documents for use at trial, totaling $201.07.

6. Attached hereto as **Composite Exhibit 5** are true and correct copies of the receipts from Office Depot for $30.19 dated October 6, 2024, and Amazon.com for $12.34 dated October 3, 2024, for binders and exhibit labels used at trial.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2024 at New York, New York.

By: _____
Scott Alan Burroughs, Esq.