# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIL' JOE RECORDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-CV-23727-DPG |
| MARK ROSS; *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** Defendants Raven Ross, Luther Campbell, Anissa Wong Won, Christopher Wong Won, Jr., Roderick Wong Won, and Leterius Ray (collectively "Defendants"), by and through their undersigned counsel, hereby submit a copy of the Transcript of the videotaped deposition of Mark Ross taken on November, 4, 2022, which was inadvertently omitted from Defendants' Opposition to Plaintiff's Rule 50, 59 & 60 Motion (DE 298).

Dated: December 24, 2024    Respectfully submitted,

*/s/ Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number 1032760
angela.nieves@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, Florida 3343
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs

(admitted *pro hac vice*)
DONIGER / BURROUGHS
237 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com