UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-CV-23727-DPG

LIL' JOE RECORDS, INC., a
Florida corporation,

                    Plaintiffs,
V.

MARK ROSS, CHRISTOPHER WONG
WON, JR., RODERICK WONG WON,
LETERIUS RAY, ANISSA WONG WON
And LUTHER CAMPBELL,

                    Defendants.
_____/

VIDEOTAPED DEPOSITION OF
MARK ROSS
Pages 1 through 55

Friday, November 4, 2022
3:13 P.M.
VIA VIDEOCONFERENCE BY ALL PARTIES
VIA ZOOM

Stenographically Reported By:
Debra L. Stark,
Notary Public State of Florida

```
 1    APPEARANCES:

 2  ON BEHALF OF THE PLAINTIFF: LIL' JOE
    RECORDS, INC., a Florida corporation
 3

 4     WOLFE LAW MIAMI, P.A.
       175 Southwest 7th Street
 5     Penthouse 2410
       Miami Fl  33130
 6     (305) 384-7370
       Rwolfe@wolfelawmiami.com
 7     BY: RICHARD C. WOLFE, ESQ.

 8

 9  ON BEHALF OF THE DEFENDANTS:  MARK ROSS,
    CHRISTOPHER WONG WON, JR., RODERICK WONG
10  WON, LETERIUS RAY, ANISSA WONG WON
    And LUTHER CAMPBELL
11

12     DONIGER/BURROUGHS Building
       603 Rose Avenue,
13     Venice, California 90201
       (310) 590-1820
14      Scott@donigerlawfirm.com
       BY: SCOTT ALAN BURROUGHS, ESQ.
15

16

17

18

19

20

21

22

23

24

25
```

Mark Ross
November 04, 2022

```
 1

 2                    INDEX OF PROCEEDINGS

 3   WITNESS: MARK ROSS                          Page

 4   DIRECT EXAMINATION BY MR. WOLFE               6

 5   CROSS EXAMINATION BY MR. BURROUGHS           37

 6   REDIRECT EXAMINATION BY MR. WOLFE            46

 7   WITNESS NOTIFICATION LETTER                  52

 8   ERRATA SHEET                                 53

 9   CERTIFICATE OF OATH                          54

10   C E R T I F I C A T E                        55

11

12

13                    E X H I B I T S

14   Exhibit No.                                Page

15

16   Plaintiff's Exhibit No. 23, contract         22

17   Exhibit No. 24, US Copyright Office          23

18   Exhibit No. 25, Lil'' Joe's records          26

19   letter to Ross, January 12, 2018

20   Exhibit No. 26, flyer Sexy Ass Saturdays     27

21   Exhibit No. 27, contract                     36

22

23   Reporter's Note:  Exhibits retained by attorney)

24

25
```

Mark Ross
November 04, 2022

```
 1              (Thereupon the following proceedings were

 2    had:)

 3              THE TECHNICIAN:  We are now on the record.

 4       Participants should be aware that this

 5       proceeding is being recorded and as such all

 6       conversations held will be recorded unless

 7       there is a request and agreement to go off the

 8       record.

 9              Private conversations and/or

10       attorney/client interactions should be held

11       outside the presence of the remote interface.

12              For the purpose of creating a witness

13       only video reporting, the witness is being

14       spotlighted or locked on all video screens

15       while on speaker view.  We ask that the

16       deponent not remove the spotlight setting

17       because it may cause other participants to

18       appear in the final video rather than just

19       the witness.  For anyone who does not want

20       the witness's video to take up a large part

21       of your screen, you may switch to gallery

22       view.

23              This is the remote video recorded

24       deposition of Mark Ross being taken by counsel

25       for the plaintiff.
```

Mark Ross
November 04, 2022

```
1          Today is Friday, November 4th, 2022.  The

2     time is now 7:13 P.M. U.T.C.  Time is now

3     3:13 P.M. Eastern Time.

4          We are here in the matter of Lil Joe's

5     Records V. Mark Ross, et al.  My name is

6     Michael Hollander, remote technician.  I am

7     not financially interested in the outcome.

8     The court reporter is Debbi Stark on behalf

9     of US Legal Support.  At this time will counsel

10    please state their appearance for the record

11    after which the court reporter will swear in

12    the witness.

13         MR WOLFE: Richard Wolfe for the plaintiff.

14         MR. BURROUGHS:  Scott Burroughs for the

15    defendants.

16          COURT REPORTER:  Raise your right hand,

17    please.

18          Do you solemnly swear or affirm the

19    testimony you are about to give will be the

20    truth, and nothing but the truth.

21         THE WITNESS:   Yes, I do.

22    THEREUPON:

23                    MARK ROSS

24    was called as a witness, having been first duly

25    sworn to testify, testified as follows:
```

Mark Ross
November 04, 2022

```
 1                     DIRECT EXAMINATION
 2   BY MR. WOLFE:
 3       Q.   Hi, Mark.  Remember me, I'm Richard Wolfe.
 4            Nice to see you.
 5       A.   Nice to see you too, Richard.
 6       Q.   Would you state your name for the record?
 7       A.   My name is Mark Ross.
 8       Q.   And you understand why we are here today?
 9       A.   Yes, I do.
10       Q.   You understand the rules of depositions?
11       A.   Yes, I do.
12       Q.   So I am just going to briefly say I am
13   going to ask you a series of questions.  I need
14   you to answer audibly, and if you answer the
15   question, I will assume you understood the
16   question, but if you need me to rephrase it, I'm
17   happy to do so.
18            Okay?
19       A.   Okay.
20       Q.   What I'd like to do is first discuss
21   with you the contracts that you signed with Luke
22   records.  Okay?  You were a member of 2 Live Crew;
23   correct?
24       A.   Correct.
25       Q.   When did you start with 2 Live Crew?
```

Mark Ross
November 04, 2022

```
 1        A.   I started with 2 Live Crew in '95.
 2        Q.   And what was the first record that you
 3   put out?
 4        A.   The first record I put out with 2 Live
 5   Crew was 2 Live Is What We Are.
 6        Q.   And at the time -- when was that put out?
 7        A.   2 Live Is What We Are was put out in, I
 8   believe, '86.
 9        Q.   And at that time was there a contract
10   between you and the other members of 2 Live Crew
11   on one hand and Luther Campbell or Luke records on
12   the other?
13             MR. BURROUGHS:   Go ahead.
14             THE WITNESS:   We had a verbal contract.
15   BY MR. WOLFE:
16        Q.   When did you reach the verbal contract?
17        A.   When we made that record.
18        Q.   And what were the terms of the verbal
19   contract?
20        A.   The verbal contract was we were going to
21   make the records and we were going to give it to
22   Luke to put it out, make the record, put it out,
23   get some money.
24        Q.   Do you remember any other terms of the
25   oral agreement?
```

Mark Ross
November 04, 2022

1   A.   No, I can't recall.

2   Q.   Do you recall if that oral agreement

3   discussed or involved who would own the

4   copyrights?

5   A.   I don't recall.

6   Q.   Do you remember anything else about the

7   verbal agreement?

8   A.   Yes, what I just stated.  The verbal

9   agreement was that we were going to put the record

10  out and give the record to Luke and he was going

11  to put the record out and we were going to get

12  paid from him.

13  Q.   How much were you were going to get paid

14  from the record?

15  A.   I can't recall.

16  Q.   And was there any money exchanged at the

17  time you reached the verbal agreement?

18  A.   No.

19  Q.   So the first record came out as

20  2 Live Crew Is What We Are, in '86.

21        What was the second record?

22  A.   The second record was Moved Somethin'.

23  Q.   And when Moved somethin' came out, when

24  was that?

25  A.   I think that was, I believe in '85, I

Mark Ross
November 04, 2022

1   believe, Moved Somethin' came out in '87.

2      Q.   When that record came out, did you have

3   a written agreement you or any members of

4   2 Live Crew and Luke Records?

5      A.   No, no, we didn't.

6      Q.   What was the third record, the third

7   album that you retired as a member of

8   2 Live Crew?

9      A.   Nasty As You Want To Be.

10      Q.   And when was that recorded and released?

11      A.   I think that was in, if I recall

12   correctly '86, '87 received probably, like early

13   '87 I believe.

14      Q.   And at that time did you have a written

15   agreement between the other members of

16   2 Live Crew and Luke Records?

17      A.   I think by that time, yes, there was a

18   written agreement that came up.

19      Q.   And was it signed when the third record

20   was recorded and released?

21         MR. BURROUGHS:  Objection.  Vague.  Go

22      ahead.

23         THE WITNESS:  I can't recall.

24   BY MR. WOLFE:

25      Q.   So let's try to go back and try to get

Mark Ross
November 04, 2022

1   the timeline.

2         The third record was --

3   A.   Nasty As They Want to Be.

4   Q.   Nasty as they want to be?

5   A.   Yes.

6   Q.   And I believe you said that was recorded

7   when?

8   A.   I think it was recorded in '86, '87, I

9   believe.

10   Q.   Do you know if it was '86 or '87?

11   A.   I can't recall.

12   Q.   If I tell you I have seen it was recorded

13   in '88, would that refresh your recollection?

14   A.   Yes, somewhere around that.  I can't

15   recall.

16   Q.   Again, I'm trying to focus in on the

17   written contract between the members of

18   2 Live Crew with Luke Records and whether or not

19   that was signed before or after as Nasty As They

20   Want To Be was recorded and released?

21   A.   I think it was after.

22   Q.   What was after, the contract or the

23   release?

24   A.   The contract.

25   Q.   So just so we're clear, the three albums

Mark Ross
November 04, 2022

1   were all recorded and released before there was

2   any written agreement; correct?

3       A.   Correct.

4       Q.   So what was the first written agreement

5   that was signed between you or any of the other

6   members of 2 Live Crew and Luke Records?

7       A.   I can't recall.

8       Q.   I'm going to show you a contract so I'm

9   going to screen share.

10      Q.   Can you see the contract on your screen?

11      A.   Yes, I can.

12           (The above-referred to document was

13   previously marked as Exhibit No. 2 for

14   identification.)

15  BY MR. WOLFE:

16      Q.   So I'm showing you a document we

17  previously marked as part of Exhibit 2.  For the

18  record, it is a contract dated the blank day of

19  April, 1991, by and between Luke Records on one

20  hand and Mark Ross and David Hobbs on the other.

21           Do you see that?

22      A.   Yes, I see it.  I see something there on

23  your screen, yes, I do.

24      Q.   Let me go down to the signature page.

25           I'm showing you page 28 of that contract.

Mark Ross
November 04, 2022

```
 1      A.   Yes, I see it.

 2      Q.   That's your signature and David Hobbs'

 3   signature as well?

 4      A.   Yes, it is.

 5      Q.   And Luther Campbell's signature?

 6      A.   Yes, it is.

 7      Q.   Do you recall signing this contract?

 8      A.   Yes, I do.

 9      Q.   And I believe the contract is dated in

10   April of 1991?

11      A.   Okay.

12      Q.   Do you have any reason to believe that's

13   not the date approximately when you signed this

14   contract?

15           MR. BURROUGHS:  Can we go off so we can

16      look at it.  You're scrolling.

17           MR WOLFE:   I'm going up.

18           I'm now showing you page 1, which shows

19      that it's entered into as of this blank day of

20      April, 1991.

21   BY MR. WOLFE:

22      Q.   And my question for you is, do you have

23   any reason to believe that is not the approximate

24   date when you and David signed this contract with

25   Luke Records?
```

Mark Ross
November 04, 2022

1      A.   Well, apparently if it's right here on the
2   contract, I guess so.
3      Q.   Now, do you know if this is the first
4   contract that you signed with Luke Records?
5      A.   I can't recall.
6      Q.   So you don't know, as we sit here today,
7   if there is an earlier agreement between you and
8   Luke Records; correct?
9      A.   I can't recall.
10      Q.   Now, I want to go down a little bit and
11   show you paragraph 7(a).  Do you see that it calls
12   for an advance of $250,000?
13      A.   7(a).  Yes, I see that.  Yes, I do.
14      Q.   Does that refresh your recollection that
15   that was the agreement between you and David on
16   one hand and Luke Records on the other?
17      A.   I can't recall.
18      Q.   And do you know if, in fact, Luke Records
19   paid you guys an advance of $250,000?
20      A.   I can't recall.
21      Q.   Do you recall in 1992 you and David Hobbs
22   sued Luke Records for breach of this contract?
23          MR. BURROUGHS:  Let me object.  It calls
24     for legal conclusions.  Go ahead.
25          THE WITNESS:  Yes, yes, there was some

Mark Ross
November 04, 2022

```
 1      kind of a discrepancy.  Yes, I remember.
 2  BY MR. WOLFE:
 3      Q.   And in fact, I represented you and David
 4  against Luke Records for breach of this contract;
 5  correct?
 6      A.   Yes.  You represented me and David, so,
 7  yes, yes, you did that.
 8      Q.   And there was a settlement between Luke
 9  Records on one hand and you and David on the
10  other?
11      A.   Yes, it was a settlement, I believe.
12      Q.   And is this the contract by which you
13  and David transferred to Luke Records the first
14  three albums?
15           MR. BURROUGHS:  Object to fom.
16           MR WOLFE:  For 2 Live Crew?
17           MR. BURROUGHS:  Objection.  Go ahead.
18           THE WITNESS:  I can't recall, and I don't
19      remember transferring anything.
20  BY MR. WOLFE:
21      Q.   You don't recall entering into an
22  agreement giving to Luke Records ownership of the
23  copyrights of the first three 2 Live Crew records?
24      A.   Yes, we made the records.  We gave them
25  to Luke to put out, so that we could get some
```

Mark Ross
November 04, 2022

1    money.

2       Q.   And what I'm asking you is, when you say

3    you gave them to Luke Records, does that mean you

4    transferred the copyrights to Luke Records?

5            MR. BURROUGHS:  Objection.  Vague.

6        Misstates the testimony.  Go ahead.

7            MR WOLFE:  These are improper objections.

8        I sent you an excerpt out of the Discovery

9        Guide in the Southern District, and I know

10       you're not a member of the Southern District,

11       but you need to read that, and the only thing

12       you are supposed to say is "Object to the

13       form."

14           MR. BURROUGHS:  I just want to state for

15       the record that there is a party to the case,

16       an individual named, Luke, and there's a

17       record label named Luke.

18           MR WOLFE:  There is no such thing as

19       speaking objections.  You have to stop.

20           MR. BURROUGHS:  I believe we are going to

21       have an unfair transcript, and I want to make

22       sure that when you are asking the questions

23       that we know what you are referring to.

24   BY MR. WOLFE:

25       Q.   Mr. Ross, is this the contract, this one

Mark Ross
November 04, 2022

1  I'm showing you on the screen, which we marked as

2  Exhibit 2, dated the blank day of April, 1991, by

3  which you and you and David Hobbs transferred to

4  Luke Records the copyrights to the first three

5  albums?

6           MR. BURROUGHS:  Objection.  Vague.

7           THE WITNESS:  Yes.  I see the contracts,

8      but I can't recall if there were any transfers.

9  BY MR. WOLFE:

10   Q.   Do you deny that you and David transferred

11  to Luke Records the copyrights to the first three

12  albums recorded by 2 Live Crew?

13   A.   Meaning if we recorded the albums, I can't

14  recall what was on in the contracts.

15   Q.   Do you know if there was any contract by

16  which you and David transferred -- let me rephrase

17  that.

18           Do you know if there was any contract by

19  which you and David transferred to Luke Records

20  the copyrights to the first three 2 Live Crew

21  records?

22   A.   I know that we made the first three

23  2 Live Crew records under the (audio distortion.)

24   Q.   That's not my question.  My question is

25  specifically about the transfer of the copyrights?

Mark Ross
November 04, 2022

```
 1      A.   I can't recall.
 2      Q.   So is it fair to say you don't know how
 3   Luke Records obtained ownership of the copyrights
 4   of the first three 2 Live Crew records?
 5           MR. BURROUGHS:  Objection.  Calls for
 6      legal conclusions.  Go ahead.
 7           THE WITNESS:  I can't recall.
 8   BY MR. WOLFE:
 9      Q.   Now, you recall Luke Records filed for
10   bankruptcy in 1994, 1995?
11      A.   I remember some of it, but I don't know
12   everything about it.
13      Q.   Let's backup before then.  Let's talk
14   about Luke Records.  Luther Campbell was the owner
15   of Luke Records?
16      A.   Yes.
17      Q.   He was the CEO?
18      A.   Yes.
19      Q.   He ran the company?
20      A.   Yes.
21      Q.   He was an employee of Luke Records?
22           MR. BURROUGHS:  Objection.  Vague.  Calls
23      for legal conclusions.  Go ahead.
24           MR WOLFE:  Counsel.  You've got to stop.
25           MR. BURROUGHS:  Go ahead.
```

Mark Ross
November 04, 2022

```
 1              MR WOLFE:  Go ahead.

 2              THE WITNESS:  I am an employee of Luke

 3       Records?

 4  BY MR. WOLFE:

 5       Q.   No.  Was Luther Campbell an employee of

 6   Luke Records?

 7       A.   I guess he owned the record label.

 8       Q.   And that made him an employee; correct?

 9              MR. BURROUGHS:  Same objection.

10              MR. WOLFE:  You need to answer audibly.

11              THE WITNESS:  I mean, I can't recall.  I

12       just know he was the owner of the record label.

13  BY MR. WOLFE:

14       Q.   And he worked there full-time?

15       A.   Yes.

16              MR. BURROUGHS:  Same objection.

17              THE WITNESS:  I believe so.

18  BY MR. WOLFE:

19       Q.   And he bossed everybody around as the

20   boss?

21       A.   I guess he was the boss.

22       Q.   And everyone that worked at Luke Records

23   worked for him?

24              MR. BURROUGHS:  Objection.  Vague.  Form.

25              THE WITNESS:  I can't recall.
```

Mark Ross
November 04, 2022

```
 1   BY MR. WOLFE:

 2       Q.   Do you know the name Alan Jacobi?

 3       A.   Yes.

 4       Q.   How do you know that name?

 5       A.   I think he's an attorney.

 6       Q.   And was he an attorney hired before

 7   Luther Campbell to represent Luke Records?

 8       A.   I can't recall.

 9       Q.   Do you recall that Alan Jacobi prepared

10   a contract for you to sign with Luke Records?

11       A.   I can't recall.

12       Q.   Do you know the name Mark Levinson?

13       A.   I heard of it.

14       Q.   And is he an entertainment record?

15       A.   I believe so, some type of lawyer, yes.

16       Q.   And did he represent you with respect to

17   the contract that you had with Luke Records?

18       A.   I can't recall.

19       Q.   Now, do you recall filing for bankruptcy

20   in Alabama?

21       A.   Yes.

22       Q.   I'm going to show you a document which

23   we're going to mark, I believe we're up to

24   Exhibit 22 {sic}.

25
```

Mark Ross
November 04, 2022

```
 1              (Thereupon, the above-referred to document
 2     was marked as Exhibit No. 23, contract for
 3     identification.)
 4              MR. BURROUGHS:  I am showing you -- and
 5     I'll go slow.  It's a Settlement Agreement and
 6     it's date the 10th day of August of 2001, in a
 7     bankruptcy proceeding in the Northern District of
 8     Alabama.
 9              Do you see that?
10        A.   Yes, I see it.
11        Q.   Do you recall filing bankruptcy in
12     Alabama?
13        A.   Yes, I do.
14        Q.   I'm going to go down and flip through
15     this?
16              (A discussion was had off the record after
17          which the following proceedings were had:)
18     BY MR. WOLFE:
19        Q.   Well, for example, do you recognize your
20     initials at the bottom of page 5?
21        A.   Yes.
22        Q.   And those are your initials at the bottom
23     of page 6?
24        A.   Yes.
25        Q.   And your signature on the page 7?
```

Mark Ross
November 04, 2022

```
 1      A.   Yes.
 2      Q.   And do you recall entering into this
 3   Settlement Agreement with Joe Weinberger?
 4           MR. BURROUGHS:  If we are going to mark
 5      this exhibit, can we go all the way to the
 6      bottom?
 7           MR. WOLFE:  I'm at the bottom.
 8           MR. BURROUGHS:  You're on page 8 of 18.
 9           MR. WOLFE:  That's where I want to be.
10           MR. BURROUGHS:  We'll object to the
11      document for incompleteness.  Go ahead.
12           MR. WOLFE:  Okay.
13           THE WITNESS:  Yes.  I remember signing
14      that yes, I do.
15   BY MR. WOLFE:
16      Q.   I will now satisfy counsel and go down to
17   page 8.
18           Do you recognize this agreed final
19   judgment against you?
20      A.   Yes, there was a judgment.
21      Q.   And do you recognize the judgment that
22   starts at page 8 of this exhibit and continues
23   down, do you recognize that as being part of the
24   Settlement Agreement?
25      A.   Yes, I do.
```

Mark Ross
November 04, 2022

```
 1      Q.    Now, I'm going to show you another part
 2   of that, which is an Amended Final Judgment and
 3   Permanent Injunction entered in your bankruptcy?
 4      A.    Yes.
 5      Q.    For the record it starts on page 13.
 6      A.    Right.
 7      Q.    Do you recognize that?
 8      A.    Uh-huh.
 9      Q.    You have to say yes.
10      A.    Yes.
11      Q.    Thank you.
12            And you recall a James Sledge is your
13   bankruptcy judge?
14      A.    I can't recall.  I can't recall.
15            MR. WOLFE:  I want to go back up and look
16      at one more thing.
17            MR. BURROUGHS:  While you're scrolling
18      up, I wanted to lodge an objection for the
19      record that this exhibit and the previous
20      exhibit witness was questioned on the exhibit
21      before the full exhibits were published to the
22      witness or counsel.
23   BY MR. WOLFE:
24      Q.    Mr. Ross, do you need to see any of this
25   exhibit, so you can verify that these are true
```

Mark Ross
November 04, 2022

1   and correct documents of the documents that are

2   in the bankruptcy court?

3       A.    No, I don't certainly.

4       Q.    I am now going to show you a document that

5   which I'm going to mark as Exhibit 24.

6             (Thereupon, the above-referred to document

7   was marked as Exhibit No. 24, US Copyright Office

8   for identification.)

9             MR. BURROUGHS:  Can you start at page one

10     and show us the document starting at page one?

11            MR. WOLFE:  Yes.  So this is a 119 page

12      document, and I'll represent to the witness

13      that this was taken from the US Copyright

14      Office.

15            MR. BURROUGHS:  Can you go to page one?

16            This is page two.

17            MR. WOLFE:  That's page one.

18            Here is page two.  Do you need me to make

19      this larger for you?

20            MR. WOLFE:  I'm going to go to page seven

21      of that document that is titled Transfer of

22      Document.

23   Do you see that?

24            THE WITNESS:  Yes, I see something -- yes,

25      I see it, yes.

Mark Ross
November 04, 2022

```
 1

 2  BY MR. WOLFE:

 3      Q.    And is that your signature on the bottom

 4   of that document?

 5      A.    Yes, it is.

 6      Q.    And do you see that that is a transfer of

 7   the copyright by which you are acknowledging that

 8   you transferred all of the contracts of

 9   2 Live Crew to Luke Records?

10          MR. BURROUGHS:  Objection.  Vague.  Calls

11      for a legal conclusions.

12          MR. WOLFE:  Can't do it, Counsel.  Stop.

13      Object to form.

14          MR. BURROUGHS:  I can't read this.

15          THE WITNESS:  I don't recall.  I don't

16      recall.

17  BY MR. WOLFE:

18      Q.    But that is your signature, isn't it?

19      A.    Yes, that's my signature.

20          MR. BURROUGHS:  Before you scroll, I am

21      still trying to read this language.

22          MR. WOLFE:  Okay.

23          MR. BURROUGHS:  Give me a minute.

24          Unfortunately, I can't make out most of

25      the wording, but you can move on.
```

Mark Ross
November 04, 2022

1

2  BY MR. WOLFE:

3      Q.   Now, do you recall as a result of the

4  Luke Records bankruptcy, Joe Weinberger purchased

5  all of the contracts of 2 Live Crew?

6      A.   I can't recall.

7      Q.   You don't recall what happened in the

8  bankruptcy?

9      A.   No.

10     Q.   But do you recall that after 1995,

11 Joe Weinberger instead of Luke Records was the

12 owner of everything that was 2 Live Crew?

13          MR. BURROUGHS:  Object to the form.  Go

14     ahead.

15          THE WITNESS:  Well, I thought that was

16     something in the bankruptcy, but I can't

17     recall.

18 BY MR. WOLFE:

19     Q.   But do you recall eventually at some

20 point Joe Weinberger was the owner of all of the

21 copyrights and trademarks of 2 Live Crew?

22          MR. BURROUGHS:  Object to the form.  Calls

23     for speculation.  Go ahead.

24          THE WITNESS:  Yes, Joe owns it.

25 BY MR. WOLFE:

Mark Ross
November 04, 2022

1    Q.   Do you know how Joe became the owner of

2  all of the contracts of 2 Live Crew?

3    A.   No.

4    Q.   But do you deny that Joe Weinberger is the

5  owner of the contracts to the first three albums

6  reported by 2 Live Crew?

7         MR. BURROUGHS:  Object to the form.

8         THE WITNESS:  I know that Joe got the

9    company.

10        I have now put on the screen a document

11   that I am marking as Exhibit 25 which, for the

12   record, is a letter on the letterhead of Lil

13   Joe's records addressed to you dated

14   January 12, 2018.

15        Do you see that?

16        THE WITNESS:  Yes.

17        (The above referred to document was

18   marked as Exhibit No. 25, Lil' Joe's records

19   letter to Ross, January 12, 2018 for ID.)

20  BY MR. WOLFE:

21    Q.   Do you recall receiving this letter from

22  Joe Weinberger?

23    A.   No.

24    Q.   Do you recall that there was a decision

25  on your part, to stop working with Lil Joe's

Mark Ross
November 04, 2022

```
 1   records?
 2       A.   No.
 3       Q.   Did there come a time when after 2017,
 4   when you performed as 2 Live Crew?
 5       A.   I can't recall.
 6            (Thereupon, the above-referred to
 7   document was marked as Exhibit No. 26, flyer.
 8   Sexy Ass Saturdays for identification.)
 9   BY MR. WOLFE:
10       Q.   I'm now showing you a document we are
11   going to mark as Exhibit 26, which is a flyer that
12   says Sexy Ass Saturdays.
13            Do you see that?
14       A.   Yes, I do.
15       Q.   Do you recognize this document?
16       A.   Yes, I recognize my photo, but probably
17   the promoter probably put that together.
18       Q.   And that's your photo; correct?
19       A.   Picture, yeah.
20       Q.   And this was promoting a performance by
21   as a member of 2 Live Crew?
22            MR. BURROUGHS:   Object to the form.   Can
23       you scroll and show us the entire exhibit.
24            I'm only seeing half of it.
25            MR. BURROUGHS:   Thank you.
```

Mark Ross
November 04, 2022

```
 1
 2  BY MR. WOLFE:
 3      Q.   Which record occurred on March 13, 2018?
 4      A.   Yes, I believe that was a hosting gig.
 5      Q.   And did you have permission from Lil Joe's
 6   to use the name 2 Live Crew in connection with
 7   this performance?
 8      A.   Like I said.
 9           MR. BURROUGHS:  Object as to form, but go
10      ahead.
11           MR. WOLFE:  Go ahead.  You can answer now.
12           THE WITNESS:  Yes, the promoter put that
13      together.
14  BY MR. WOLFE:
15      Q.   That's not my question.
16           My question is, did you have permission
17   from Joe Weinberger to use the trademark,
18   2 Live Crew, in connection with this performance
19   on March 31, 2018?
20           MR. BURROUGHS:  Same objection.
21           THE WITNESS:  Yes.  I wasn't with
22      Mr. Weinberger.  The promotor put that
23      together.
24  BY MR. WOLFE:
25      Q.   I'm going to go back to Exhibit 2.
```

Mark Ross
November 04, 2022

1          Now, you may recall that I showed you a

2   contract which you identified -- and I will show

3   you again, so we can tee it up.  So there is the

4   one that I showed you before which is dated the

5   blank day of April 1991 with you and David Hobbs.

6          Do you recall that?

7   A.   Right.  Yes.

8   Q.   Did you know that, in fact, at the same

9   time a contract was also entered into between

10  Luke Records and Chris Wong Won?

11         MR. BURROUGHS:  Object as to form.

12         THE WITNESS:  I don't recall.

13  BY MR. WOLFE:

14  Q.   Let me show you that contract, so I'm

15  starting at page one of Exhibit 2.  Do you see

16  that which is a contract between Luke Records and

17  Chris Wong Won, also dated the blank day of April,

18  1991?

19  A.   Yes, I see something here on the screen.

20  Q.   Did you know that, in fact, Luke Records

21  entered into a contract with Chris Wong Won on the

22  ninth day of April of 1991?

23  A.   I can't recall.

24         (Thereupon, the above-referred to

25  document was previously marked as Exhibit No. 3

Mark Ross
November 04, 2022

```
 1    for identification.)

 2   BY MR. WOLFE:

 3       Q.   I am now going to show you a document

 4    that we have marked as Exhibit 3, which, for the

 5    record, is a Notice of Termination sent by your

 6    lawyer, Mr. Burroughs, dated November 4th, 2020.

 7            Do you recognize this letter?

 8       A.   Yes, I had it.

 9       Q.   And Mr. Burroughs is one of the lawyers

10    who represents you in this particular action?

11       A.   Yes.

12       Q.   And do you know what Section 203

13    termination is?

14       A.   Yes.

15       Q.   What do you know about it?

16            MR. BURROUGHS:  To the extent that your

17       understanding is based on conversations with

18       your counsel, I instruct you not to answer.

19       But if you can answer on an independent basis

20       without disclosing attorney/client information,

21       you can respond.

22            THE WITNESS:  Basically it just says what

23       it is, a termination letter.

24   BY MR. WOLFE:

25       Q.   I'm going going to go down and show you
```

Mark Ross
November 04, 2022

1    -- See where it says termination number one on

2    page 4 of that exhibit?

3        A.    Uh-huh.

4        Q.    And that refers to the 2 Live Crew Is What

5    We Are.  Do you see that?  I have my arrow right

6    there.

7        A.    Right, I see it.

8        Q.    And that indicates that that album was

9    published December 1, 1986?

10       A.    Yes.

11       Q.    And there's a section here that says,

12   "The grant of rights was from from January 1,

13   1987."

14            So I'm going to ask you, did you, in fact,

15   sign a contract with Skyywalker Records on

16   January 1st, 1987, in which you granted the

17   copyrights to the 2 Live Crew Is What We Are, to

18   Skyywalker Records, Inc.?

19            MR. BURROUGHS:  Object to the form.

20            MR. WOLFE:  I'm sorry?

21            THE WITNESS:  That was a verbal agreement.

22   BY MR. WOLFE:

23       Q.    Has anyone ever told you that you can't

24   transfer a copyright except in writing?

25       A.    I don't recall.

# EXHIBIT A

Mark Ross
November 04, 2022

```
 1        Q.    I'm going do go down continuing it on to
 2   Termination No. 2, which is for the album, Move
 3   Somethin'.
 4             Do you see that?
 5        A.    Yes.
 6        Q.    Does it refresh your recollection that
 7   that album was released on or about March 21,
 8   1988?
 9        A.    I can't recall.
10        Q.    And do you see that you indicate in this
11   Exhibit 2, that the grant of rights was made to
12   Luke Skyywalker on January 1st, 1987?
13             MR. BURROUGHS:   Object to the form.
14             THE WITNESS:   I can't recall.
15   BY MR. WOLFE:
16        Q.    Does that refer to that same verbal
17   agreement that you previously testified to?
18        A.    Yes, a verbal agreement.
19        Q.    I am going to show you going down,
20   Termination No. 3.  It's for as Happy As They
21   Want To Be.
22             Do you see that?
23        A.    Yes, I see that.
24        Q.    Does this refresh your recollection that
25   As Happy As They Want To Be was published on or
```

Mark Ross
November 04, 2022

1   about May 1, 1989?

2       A.   I can't recall.

3       Q.   And this refers to a grant of rights to

4   Skyywalker records on January 1, 1987.  Again, is

5   that the same verbal agreement that you just

6   previously testified to?

7       A.   I can't recall.

8       Q.   So let's talk about this verbal agreement.

9   I already asked you about the terms.

10          Do you know about when the verbal

11  agreement was entered into?

12      A.   The verbal agreement of our first album,

13  2 Live Is What We Are.

14      Q.   So it was before 1986?

15      A.   Yes.

16      Q.   And who were the parties to the verbal

17  agreement?

18      A.   The group.

19      Q.   So that would be you, David, Chris, on

20  one hand and Luther on the other?

21          MR. BURROUGHS:  Objection.

22          THE WITNESS:  Yes.

23          MR. BURROUGHS:  Objection.  Calls for a

24  legal conclusion.  Go ahead.

25  BY MR. WOLFE:

Mark Ross
November 04, 2022

 1    Q.   And where was this verbal agreement

 2  reached?

 3    A.   I can't recall.

 4    Q.   Do you recall if you were in the studio?

 5    A.   I can't recall.

 6    Q.   Was there ever anything in writing that

 7  confirmed or ratified or set forth the terms of

 8  the verbal agreement?

 9         MR. BURROUGHS:  We have been going about

10     an hour.  Can we take a five-minute break

11     while you're finding whatever it is you're

12     looking for?

13         MR. WOLFE:  Yeah, why don't we take ten

14     minutes. I may be coming to the end anyway.

15         MR. BURROUGHS:  Thanks

16         MR. WOLFE: Let's come back at 4:00.

17         THE TECHNICIAN:  The time is 3:50 P.M.

18     Going off the record.

19         (A recess was had in the proceedings after

20     which the following proceedings were had:)

21         THE TECHNICIAN:  We're back on the record.

22     The time is 4:01 Eastern Time.

23  BY MR. WOLFE:

24    Q.   Mr. Ross, you received money from Luke

25  Records, didn't you, over the years?

Mark Ross
November 04, 2022

1    A.   Yes, I received some monies.

2    Q.   And when they paid you, they gave you a

3  check; didn't they?

4    A.   Yes.

5    Q.   And with they withheld taxes from that

6  check; didn't they?

7    A.   Earlier.

8    Q.   If I showed you the checks, would that

9  refresh your recollection they withheld tax money

10  from your paycheck?

11    A.   I can't recall.  If it says it on the

12  check.

13    Q.   Do you recall entering into a recording

14  agreement with Lil' Joe records?

15    A.   Yes.

16    Q.   Let me show you -- can you see a document

17  on your screen?

18    A.   Yes.

19    Q.   It says Exclusive Recording Agreement

20  dated the 16th day of March, 1995?

21    A.   Yes.

22    Q.   And that's with Lil' Joe Records, and

23  David Hobbs, Mark Ross and Chris Wong Won,

24  collectively known as 2 Live Crew?

25         MR. WOLFE:  I'd like to go ahead and mark

Mark Ross
November 04, 2022

1        that as Exhibit 27.  You recall entering into

2        this contract?

3              THE WITNESS:  Yes.

4              (Thereupon, the above-referred to

5        document was marked as Plaintiff's Exhibit

6        No. 27 contract for identification.)

7   BY MR. WOLFE:

8        Q.   Did you transfer copyrights to Lil' Joe

9    records pursuant to this contract?

10             MR. BURROUGHS:  Objection as to form and

11       calls for legal conclusion, and also, I hate

12       -- I only have seen the first couple of pages

13       of this 24 page exhibit as has the witness

14       only seen a couple of pages of this 24 page

15       exhibit.

16             MR. WOLFE:  Again, it's an improper

17       objection, and I am going to ask you for about

18       the 100th time to please stop it.

19             MR. BURROUGHS:  Again, you can't ask

20       questions to the witness without you publishing

21       the entire document.

22   BY MR. WOLFE:

23       Q.   Mr. Ross, do you recall transferring

24    copyrights to Lil' Joe Records?

25             MR. BURROUGHS:  Object to the form.

Mark Ross
November 04, 2022

```
 1          THE WITNESS:  I can't recall.
 2  BY MR. WOLFE:
 3      Q.   At any time since the year 2000, do you
 4   recall Chris Wong Won performing as 2 Live Crew?
 5      A.   Yes.
 6      Q.   How many times did he do so?
 7      A.   I can't recall.
 8      Q.   Do you know if he had the permission from
 9   Joe Weinberger to do so?
10      A.   I can't recall.
11      Q.   How many times since 2000 did you perform
12   as 2 Live Crew?
13          MR. BURROUGHS:  Object to the form.  Go
14      ahead.
15          THE WITNESS:  I can't recall.
16  BY MR. WOLFE:
17      Q.   More than 20?
18      A.   No.
19      Q.   And did you have permission from Joe
20   Weinberger to do so?
21      A.   No.
22          MR. WOLFE:  Okay.  I have nothing further.
23          MR. BURROUGHS:  A couple of questions,
24      Mr. Ross.
25                  CROSS EXAMINATION
```

Mark Ross
November 04, 2022

1  BY MR. BURROUGHS:

2      Q.   Since 2000, have you ever performed under

3  the name 2 Live Crew?

4      A.   No, just Brother Marks, formerly of...

5      Q.   Can you say that last part again?

6      A.   Formerly of 2 Live Crew.

7      Q.   When you viewed -- strike that.

8           When you've seen references to 2 Live Crew

9  relevant to your performances, did those always

10  indicate that you were formerly of 2 Live Crew or

11  once associated with 2 Live Crew?

12          MR. WOLFE:  Object to the form.

13          THE WITNESS:  Yes, yes, formerly.

14  BY MR. BURROUGHS:

15      Q.   When you say you saw Mr. Wong Won

16  performing, quote, as 2 Live Crew, were you

17  referencing his use of 2 Live Crew to describe

18  his one-time participation in the group?

19      A.   Yes.

20      Q.   And, in fact, isn't it true that that

21  you're not aware of Mr. Wong Won ever performing

22  under the name 2 Live Crew in the years posted

23  2000; correct?

24          MR. WOLFE:  Object to the form.

25          THE WITNESS:  No.

Mark Ross
November 04, 2022

```
 1              MR. WOLFE:  Object to the form.

 2              THE WITNESS:  No.

 3  BY MR. BURROUGHS:

 4      Q.   Are you aware of him ever performing as

 5   2 Live Crew since 2000?

 6      A.   Well, no.

 7      Q.   Now earlier you made reference to three

 8   albums that earlier you indicated were covered by

 9   a verbal agreement; is that correct?

10      A.   Correct.

11      Q.   And given to Luke?

12      A.   Yes, Luther Campbell.

13      Q.   When you said "Luke, "you were you

14   referring to Luke Records or Luke Campbell?

15      A.   Luke Campbell.

16      Q.   In fact, Luke Records didn't exist in

17   1986?

18              MR. WOLFE:  Object to the form.

19              THE WITNESS:  Correct.

20  BY MR. BURROUGHS:

21      Q.   And Luke Records did not exist in 1987?

22              MR. WOLFE:  Object to the form.

23              THE WITNESS:  Correct.

24  BY MR. BURROUGHS:

25      Q.   And did Luke Records exist in 1988?
```

Mark Ross
November 04, 2022

```
1              MR. WOLFE:  Objection to form.

2              THE WITNESS:  '88?  I can't recall.  I'm

3        kind of bad with the years.

4              MR. BURROUGHS:  Okay.

5              THE WITNESS:  I can't recall.  But

6        somewhere around there, I think he started

7        calling himself, Luke Records.

8              But the first were oral, the first three

9        were oral agreements.  It was just Luther

10       Campbell.

11   BY MR. BURROUGHS:

12       Q.   And did you confirm those oral agreements

13    in writing?

14       A.   No.

15       Q.   Did you ever enter into a written

16    agreement with Skyywalker Records confirming those

17    three oral agreements?

18             MR. WOLFE:  Object to the form.

19             THE WITNESS:  There was an agreement when

20       he signed -- when he came up with Skyywalker

21       Records.

22             Yes, there was an agreement, I think

23       somewhat after I think the third album.  After

24       the Nasty As You Want To Be.

25             MR. BURROUGHS:  Can we put up Exhibit 10?
```

Mark Ross
November 04, 2022

```
 1          Wait for a moment and we're going to put
 2      another exhibit up in front of you and tell me
 3      if it refreshes your recollection.
 4          Mr. Wolfe, are you able to do that?
 5          MR. WOLFE:  Oh, you want me to do it?
 6      I'm sorry, I can do it for you.
 7          MR. BURROUGHS:  I'm sorry, Exhibit 9, the
 8      earlier agreement there.
 9          MR. WOLFE:  Do you see it?
10          THE WITNESS:  Yes, I see it.
11          MR. BURROUGHS:  Can you press that arrow
12      at the right so we can get the whole -- there
13      we go.  Perfect.
14          (Thereupon, the above-referred to document
15      was previously marked as Exhibit No. 9 for
16      identification.)
17  BY MR. BURROUGHS:
18      Q.   So I want you to scroll slowly through
19   this document that was previously marked as
20   Exhibit 9.
21          MR. WOLFE:  Okay.
22          MR. BURROUGHS:  Can we scroll up to the
23      page, page 23.
24          MR. WOLFE:  Top of this.
25          MR. BURROUGHS:  Start at the top and just
```

1    look at paragraph 1.  Okay.  Stop.

2  BY MR. BURROUGHS:

3    Q.   Does this refresh your recollection as

4  to whether you entered into a written contract

5  with Skyywalker Records confirming the oral

6  agreements related to the first three albums?

7    A.   Yes.

8    Q.   Did you enter into a written agreement?

9    A.   Yes.

10    Q.   And did that cover the first three

11  albums?

12    A.   Yes, it did.

13    Q.   And did that confirm the prior verbal

14  agreements that you reached with the other members

15  of 2 Live Crew and the label?

16        MR. WOLFE:  Object to the form.

17        THE WITNESS:  Yes, yes.

18  BY MR. BURROUGHS:

19    Q.   Thank you.  And we can we go to the final

20  page of this exhibit, Mr. Wolfe.  Okay.  And can

21  we make it smaller so we can see this whole page.

22        You see it says Skyywalker Records, Inc.

23  on the left?

24    A.   Uh-huh.

25    Q.   And if we scroll down a little bit,

Mark Ross
November 04, 2022

```
 1   Mr. Wolfe, so we can see all the signatures.  You

 2   see your name on the right?

 3       A.   Yes, I do.

 4       Q.   Does this refresh your recollection that

 5   you, Mr. Campbell, and Mr. Wong Won entered into

 6   an agreement with Skyywalker agreements in or

 7   around 1990?

 8            MR. WOLFE:  Object to the form.

 9            THE WITNESS:  Yes.

10   BY MR. BURROUGHS:

11       Q.   Okay.  So did you and the other members

12   of 2 Live Crew enter into a contract with

13   Skyywalker Records in 1990 that confirmed your

14   oral agreement relating to the first three

15   albums?

16       A.   Yes.

17            MR. WOLFE:  Object to form.

18   BY MR. BURROUGHS:

19       Q.   And what were those albums?

20       A.   Nasty As We Want To Be, Move Somethin',

21   and 2 Live Is What We Are.

22       Q.   And does this agreement confirm that the

23   members of the group are transferring the

24   contracts to Skyywalker the records?

25            MR. WOLFE:  Object to the form.
```

Mark Ross
November 04, 2022

```
 1            THE WITNESS:  Yes.
 2   BY MR. BURROUGHS:
 3      Q.   And was this the first written agreement
 4   that you entered into with any of Mr. Campbell's
 5   labels?
 6      A.   I can't recall.
 7      Q.   Do you have any reason to believe that
 8   this agreements is invalid?
 9      A.   Yes, it was a long time ago, yes.
10      Q.   Isn't it true that you believe that this
11   agreement is a valid agreement?
12            MR. WOLFE:  Object to form.
13            THE COURT:  Yes, yes.  Yes I think it was,
14       at the time we signed it, yes.
15   BY MR. BURROUGHS:
16      Q.   Let me pull this exhibit down and look at
17   Exhibit 21.
18            MR. WOLFE:  I'm not sure what that is.
19            MR. BURROUGHS:  I've got that one.
20            We're going to scroll through this nine
21       page exhibit.  Tell me if you want to scroll
22       faster or slower.
23      A.   Yes, I remember those, yeah.
24            Yes, I remember that, I remember that, I
25   remember those.
```

Mark Ross
November 04, 2022

```
 1      Q.   And what are those and how do you remember
 2   them?
 3      A.   A and B and inside single.
 4      Q.   And are those records related to the first
 5   three albums that you did as part of 2 Live Crew?
 6           MR. BURROUGHS:  Objection, form.
 7           THE WITNESS:  Yes, yes.  First three
 8      albums.  Yes.
 9   BY MR. BURROUGHS:
10      Q.   And do you recognize the Luke Skyywalker
11   logo on those albums?
12      A.   Yes.
13      Q.   We are going to put one more document in
14   front of you that has previously been marked as
15   Exhibit 22.
16           I want you to take a moment and look at
17   these.  Those are albums.  And how do you
18   recognize those albums?
19      A.   The pictures, the pictures, the artwork,
20   graphics, I see my face on them.
21      Q.   And do you recognize the Luke Skyywalker
22   logo on those albums?
23      A.   Yes, right in the lower right hand corner
24   of the album.
25           MR. BURROUGHS:  I have no further
```

Mark Ross
November 04, 2022

```
 1      questions.
 2             MR. WOLFE:  Mark, I'm going to go back to
 3      Exhibit 9.
 4                  (Technology recess.)
 5                  REDIRECT EXAMINATION
 6  BY MR. WOLFE:
 7      Q.   When your lawyer was asking you the
 8   leading questions.  He asked you if this was a
 9   transfer to the contracts of the last three
10   albums.
11           Do you recall that?
12      A.   Yes.
13      Q.   Can you tell me where in this contract it
14   makes any mention of any copyrights?
15             MR. BURROUGHS:  Object as to form.
16             MR. WOLFE:  I will be happy to scroll
17      through this as slow as you'd like me to do.
18      So you want me to go slowly?
19             MR. BURROUGHS:  Yes.
20  BY MR. WOLFE:
21      Q.   And if you see anything that looks like
22   a transfer to you of the three albums, please let
23   me know.  Okay?
24      A.   You are going kind of fast.
25             MR. BURROUGHS:  You can slow down.
```

Mark Ross
November 04, 2022

 1          MR. WOLFE:  Okay.

 2     A.   I mean I can't point it out, I can't point

 3  it out right now.

 4     Q.   Okay.

 5     A.   But we get the three albums.  We get the

 6  three albums so.

 7     Q.   Well, I can represent to you that there

 8  is nothing in here that makes any mention of any

 9  one of the first three albums.

10          Will you accept my representation?

11          MR. BURROUGHS:  Object as to form.

12          THE WITNESS:  I can't recall.

13  BY MR. WOLFE:

14     Q.   Do you understand that contracts have a

15  term for how long they last?

16          MR. BURROUGHS:  Object as to form.

17          THE WITNESS:  Well, I am aware it's some

18     length of time that you are under a contract,

19     yes.

20  BY MR. WOLFE:

21     Q.   I would like you to take a look at

22  paragraph 1.  And you see where the initial

23  period is January 1, 1987, and ending December 31,

24  1987.

25          Do you see that in paragraph 1?

Mark Ross
November 04, 2022

1      A.    What was that again, Richard?

2      Q.    Do you see the term of this contract is

3  January 1st, 1987, and ending December 31st,

4  1987?

5      A.    I see December 31, 1987.  I see that part.

6      Q.    Now, at any time did any of Luther's

7  companies send you notice that they were extending

8  the term?

9          MR. BURROUGHS:  Object as to form.

10          THE WITNESS:  I can't recall.

11  BY MR. WOLFE:

12      Q.    So you don't recall ever receiving a

13  notice that the contract was being extending;

14  correct?

15          MR. BURROUGHS:  Object as to form.

16          THE WITNESS:  No.

17  BY MR. WOLFE:

18      Q.    Now, do you recall when I went over with

19  you the dates that the three albums were recorded

20  -- and I just want to refresh your recollection

21  that you testified that none of the three albums

22  at issue in this case were recorded during the

23  period of January 1, 1987, through December 31,

24  1987.

25          Do you recall that testimony?

Mark Ross
November 04, 2022

1   A.   Some of those records were recorded before

2   these --

3   Q.   Exactly.  But none were recorded between

4   January 1, 1987, and December 31, 1987?

5   A.   I can't recall those dates, but I know

6   there were some records made before '87.

7   Q.   And as Nasty As They Want to Be was after

8   1987; correct?

9   A.   I can't remember.

10        Somewhere in there, '88, '87.

11   Q.   Now, do you recall that Luther Campbell

12   was sued by George Lucas for using the name Luke

13   Skyywalker?

14   A.   I remember somewhat appearing about that.

15   Q.   And he had to take the logo, Luke

16   Skyywalker, off every record and everything else.

17        Do you recall that?

18   A.   Yes, somewhat.

19   Q.   And so all the records that counsel showed

20   you that had the logo of Luke Skyywalker, were

21   taken out of circulation; correct?

22   A.   I can't recall it being taken out.  I

23   can't recall.  I remember the Lucas case.

24   Q.   And in the Lucas case there was an

25   injunction entered that prevented 2 Live Crew from

Mark Ross
November 04, 2022

1    ever using the logo, Luke Skyywalker; correct?

2    A.   I can't recall.

3        MR. WOLFE:  I have nothing further.

4        MR. BURROUGHS:  All right.  Can we have

5    the same stipulation that we had for the

6    previous deposition relating to the review of

7    the emailed copy.  I think we said 21 days,

8    does that work?

9        MR. WOLFE:  Yes.

10       THE TECHNICIAN:  I will take us off the

11   record.

12       The time is 4:20 P.M. Eastern Time, going

13   off the record.

14       (A discussion was had off the record after

15   which the following proceedings were had:)

16       THE TECHNICIAN:  Mr. Wolfe, do you want

17   to order the video?

18       MR. WOLFE:  Yes;

19       THE TECHNICIAN:  For both?

20       MR. WOLFE:  Yes.

21       THE TECHNICIAN:  Mr. Burroughs?

22       MR. BURROUGHS: I don't need the video, but

23   I'll getting the transcript.

24       THE REPORTER:  Send any exhibits you

25   would like attached.

Mark Ross
November 04, 2022

```
1

2          (Reading and signing of the deposition

3    was not waived by the witness and all of the

4    parties.)

5

6          (Thereupon, the above proceedings were

7    concluded at 4:30 P.M.)

8

9                    ----------

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Mark Ross
November 04, 2022

1                    WITNESS NOTIFICATION LETTER

2     November 15, 2022

3     MARK ROSS
      c/o SCOTT ALAN BURROUGHS, ESQ.
4

5     In Re: LIL' JOES RECORDS
      Deposition taken on November 4, 2022
6     Job No. 6258171

7

      The transcript of the above-referenced
8     proceeding has been prepared and is being
      provided to your office for review by the
9     witness.

10

      If you have not waived signature we
11    respectfully request that the witness
      complete their review within a reasonable
12    amount of time and return the errata sheet to
      our office.
13

14
      Sincerely,
15

16

17
      Debra Stark, Court Reporter,
18    Notary Public

19

20

21

22

23

24

25

Mark Ross
November 04, 2022

```
 1                              ERRATA SHEET
 2                    DO NOT WRITE ON THE TRANSCRIPT
                        ENTER CHANGES ON THIS PAGE
 3                      IN RE: LIL' JOES RECORDS
                                MARK ROSS
 4

 5

 6    Page |Line |Change                    |Reason

 7
      _____
 8
      _____
 9
      _____
10
      _____
11
      _____
12
      _____
13
      _____
14

15

16
              Under penalties of perjury, I
17    declare that I have read the foregoing
      document and that the facts stated in it are
18    true.

19

20

21    _____
22    MARK ROSS

23

24

25
```

1                        CERTIFICATE OF OATH

2

3

STATE OF  FLORIDA:

4

COUNTY OF BROWARD:

5

6            I, DEBRA L. STARK, Court Reporter and

7    Notary Public, in and for the State of Florida

8    at Large, do hereby certify that MARK ROSS,

9    remotely appeared before me by audio and

10   visual means on November 4, 2022, and was duly

11   sworn.

12           Signed and sealed heretofore on this

13   day of November 15, 2022.

14

15

16

17

18                    *Debra Stark*

19                    ------------------------------
                      DEBRA L. STARK, Court Reporter
20                    and Notary Public, State of
                      Florida at Large
21

22

23   MY COMMISSION EXPIRES:
     March 28, 2025
24

25

Mark Ross
November 04, 2022

```
 1              C E R T I F I C A T E

 2  STATE OF  FLORIDA:

 3  COUNTY OF BROWARD:

 4          I, DEBRA L. STARK, certify that I was

 5  authorized to and did stenographically remotely

 6  report by audio and visual means the deposition of

 7  MARK ROSS; duly sworn by me;

 8  pages 1 to and including 55; and that the

 9  transcript is a true record of my stenographic

10  notes.

11          I further certify that I not a relative,

12  employee, attorney, or counsel of any of the

13  parties, nor am I a relative or employee of any of

14  the parties' attorneys or counsel connected with

15  the action, nor am I financially interested in the

16  action.

17          Signed and sealed on this date of

18  November 15, 2022.

19

20

21          ----------------------------
            DEBRA L. STARK, Court Reporter
22          and NOTARY PUBLIC, State of Florida
            at Large

23

24  MY COMMISSION EXPIRES:
    MARCH 28, 2025

25
```

Mark Ross
November 04, 2022

---

**$**

**$250,000**
  13:12,19

---

**1**

**1**
  12:18 31:9,
  12 33:1,4
  42:1 47:22,
  23,25 48:23
  49:4
**10**
  40:25
**100th**
  36:18
**10th**
  20:6
**119**
  23:11
**12**
  26:14,19
**13**
  22:5 28:3
**16th**
  35:20
**18**
  21:8
**1986**
  31:9 33:14
  39:17
**1987**
  31:13,16
  32:12 33:4
  39:21 47:23,
  24 48:3,4,5,
  23,24 49:4,8
**1988**
  32:8 39:25
**1989**
  33:1
**1990**
  43:7,13
**1991**

  11:19 12:10,
  20 16:2
  29:5,18,22
**1992**
  13:21
**1994**
  17:10
**1995**
  17:10 25:10
  35:20
**1st**
  31:16 32:12
  48:3

---

**2**

**2**
  6:22,25 7:1,
  4,5,7,10
  8:20 9:4,8,
  16 10:18
  11:6,13,17
  14:16,23
  16:2,12,20,
  23 17:4 24:9
  25:5,12,21
  26:2,6 27:4,
  21 28:6,18,
  25 29:15
  31:4,17
  32:2,11
  33:13 35:24
  37:4,12
  38:3,6,8,10,
  11,16,17,22
  39:5 42:15
  43:12,21
  45:5 49:25
**20**
  37:17
**2000**
  37:3,11
  38:2,23 39:5
**2001**
  20:6
**2017**
  27:3

**2018**
  26:14,19
  28:3,19
**2020**
  30:6
**2022**
  5:1
**203**
  30:12
**21**
  32:7 44:17
  50:7
**22**
  19:24 45:15
**23**
  20:2 41:23
**24**
  23:5,7
  36:13,14
**25**
  26:11,18
**26**
  27:7,11
**27**
  36:1,6
**28**
  11:25

---

**3**

**3**
  29:25 30:4
  32:20
**31**
  28:19 47:23
  48:5,23 49:4
**31st**
  48:3
**3:13**
  5:3
**3:50**
  34:17

---

**4**

**4**

  31:2
**4:00**
  34:16
**4:01**
  34:22
**4:20**
  50:12
**4:30**
  51:7
**4th**
  5:1 30:6

---

**5**

**5**
  20:20

---

**6**

**6**
  20:23

---

**7**

**7**
  20:25
**7(a)**
  13:11,13
**7:13**
  5:2

---

**8**

**8**
  21:8,17,22
**85**
  8:25
**86**
  7:8 8:20
  9:12 10:8,10
**87**
  9:1,12,13
  10:8,10
  49:6,10
**88**
  10:13 40:2

---

Mark Ross
November 04, 2022

49:10

**9**

**9**
41:7,15,20
46:3

**95**
7:1

**A**

**able**
41:4
**above**
26:17 51:6
**above-**
**referred**
11:12 20:1
23:6 27:6
29:24 36:4
41:14
**accept**
47:10
**acknowledging**
24:7
**action**
30:10
**addressed**
26:13
**advance**
13:12,19
**affirm**
5:18
**ago**
44:9
**agreed**
21:18
**agreement**
4:7 7:25
8:2,7,9,17
9:3,15,18
11:2,4 13:7,
15 14:22
20:5 21:3,24
31:21 32:17,
18 33:5,8,

11,12,17
34:1,8
35:14,19
39:9 40:16,
19,22 41:8
42:8 43:6,
14,22 44:3,
11
**agreements**
40:9,12,17
42:6,14 43:6
44:8
**ahead**
7:13 9:22
13:24 14:17
15:6 17:6,
23,25 18:1
21:11 25:14,
23 28:10,11
33:24 35:25
37:14
**Alabama**
19:20 20:8,
12
**Alan**
19:2,9
**album**
9:7 31:8
32:2,7 33:12
40:23 45:24
**albums**
10:25 14:14
16:5,12,13
26:5 39:8
42:6,11
43:15,19
45:5,8,11,
17,18,22
46:10,22
47:5,6,9
48:19,21
**Amended**
22:2
**and/or**
4:9
**answer**
6:14 18:10
28:11 30:18,

19
**anyone**
4:19 31:23
**apparently**
13:1
**appearance**
5:10
**appearing**
49:14
**approximate**
12:23
**approximately**
12:13
**April**
11:19 12:10,
20 16:2
29:5,17,22
**around**
10:14 18:19
40:6 43:7
**arrow**
31:5 41:11
**artwork**
45:19
**asked**
33:9 46:8
**asking**
15:2,22 46:7
**Ass**
27:8,12
**associated**
38:11
**assume**
6:15
**attached**
50:25
**attorney**
19:5,6
**attorney/**
**client**
4:10 30:20
**audibly**
6:14 18:10
**audio**
16:23
**August**

20:6
**aware**
4:4 38:21
39:4 47:17

**B**

**back**
9:25 22:15
28:25 34:16,
21 46:2
**backup**
17:13
**bad**
40:3
**bankruptcy**
17:10 19:19
20:7,11
22:3,13 23:2
25:4,8,16
**based**
30:17
**Basically**
30:22
**basis**
30:19
**behalf**
5:8
**believe**
7:8 8:25
9:1,13 10:6,
9 12:9,12,23
14:11 15:20
18:17 19:15,
23 28:4
44:7,10
**bit**
13:10 42:25
**blank**
11:18 12:19
16:2 29:5,17
**boss**
18:20,21
**bossed**
18:19
**bottom**
20:20,22

Mark Ross
November 04, 2022

21:6,7 24:3
**breach**
  13:22 14:4
**break**
  34:10
**briefly**
  6:12
**Brother**
  38:4
**Burroughs**
  5:14 7:13
  9:21 12:15
  13:23 14:15,
  17 15:5,14,
  20 16:6
  17:5,22,25
  18:9,16,24
  20:4 21:4,8,
  10 22:17
  23:9,15
  24:10,14,20,
  23 25:13,22
  26:7 27:22,
  25 28:9,20
  29:11 30:6,
  9,16 31:19
  32:13 33:21,
  23 34:9,15
  36:10,19,25
  37:13,23
  38:1,14
  39:3,20,24
  40:4,11,25
  41:7,11,17,
  22,25 42:2,
  18 43:10,18
  44:2,15,19
  45:6,9,25
  46:15,19,25
  47:11,16
  48:9,15
  50:4,21,22

---

**C**

**called**
  5:24

**calling**
  40:7
**calls**
  13:11,23
  17:5,22
  24:10 25:22
  33:23 36:11
**Campbell**
  7:11 17:14
  18:5 19:7
  39:12,14,15
  40:10 43:5
  49:11
**Campbell's**
  12:5 44:4
**case**
  15:15 48:22
  49:23,24
**CEO**
  17:17
**certainly**
  23:3
**check**
  35:3,6,12
**checks**
  35:8
**Chris**
  29:10,17,21
  33:19 35:23
  37:4
**circulation**
  49:21
**clear**
  10:25
**collectively**
  35:24
**come**
  27:3 34:16
**companies**
  48:7
**company**
  17:19 26:9
**concluded**
  51:7
**conclusion**
  33:24 36:11

**conclusions**
  13:24 17:6,
  23 24:11
**confirm**
  40:12 42:13
  43:22
**confirmed**
  34:7 43:13
**confirming**
  40:16 42:5
**connection**
  28:6,18
**continues**
  21:22
**continuing**
  32:1
**contract**
  7:9,14,16,
  19,20 10:17,
  22,24 11:8,
  10,18,25
  12:7,9,14,24
  13:2,4,22
  14:4,12
  15:25 16:15,
  18 19:10,17
  20:2 29:2,9,
  14,16,21
  31:15 36:2,
  6,9 42:4
  43:12 46:13
  47:18 48:2,
  13
**contracts**
  6:21 16:7,14
  24:8 25:5
  26:2,5 43:24
  46:9 47:14
**conversations**
  4:6,9 30:17
**copy**
  50:7
**copyright**
  23:7,13 24:7
  31:24
**copyrights**
  8:4 14:23

**conclusions**
  15:4 16:4,
  11,20,25
  17:3 25:21
  31:17 36:8,
  24 46:14
**corner**
  45:23
**correct**
  6:23,24
  11:2,3 13:8
  14:5 18:8
  23:1 27:18
  38:23 39:9,
  10,19,23
  48:14 49:8,
  21 50:1
**correctly**
  9:12
**counsel**
  4:24 5:9
  17:24 21:16
  22:22 24:12
  30:18 49:19
**couple**
  36:12,14
  37:23
**court**
  5:8,11,16
  23:2 44:13
**cover**
  42:10
**covered**
  39:8
**creating**
  4:12
**Crew**
  6:22,25 7:1,
  5,10 8:20
  9:4,8,16
  10:18 11:6
  14:16,23
  16:12,20,23
  17:4 24:9
  25:5,12,21
  26:2,6 27:4,
  21 28:6,18
  31:4,17
  35:24 37:4,

Mark Ross
November 04, 2022

12 38:3,6,8,
10,11,16,17,
22 39:5
42:15 43:12
45:5 49:25
**CROSS**
37:25

---

**D**

**date**
12:13,24
20:6
**dated**
11:18 12:9
16:2 26:13
29:4,17 30:6
35:20
**dates**
48:19 49:5
**David**
11:20 12:2,
24 13:15,21
14:3,6,9,13
16:3,10,16,
19 29:5
33:19 35:23
**day**
11:18 12:19
16:2 20:6
29:5,17,22
35:20
**days**
50:7
**Debbi**
5:8
**December**
31:9 47:23
48:3,5,23
49:4
**decision**
26:24
**defendants**
5:15
**deny**
16:10 26:4

**deponent**
4:16
**deposition**
4:24 50:6
51:2
**depositions**
6:10
**describe**
38:17
**DIRECT**
6:1
**disclosing**
30:20
**Discovery**
15:8
**discrepancy**
14:1
**discuss**
6:20
**discussed**
8:3
**discussion**
20:16 50:14
**distortion**
16:23
**District**
15:9,10 20:7
**document**
11:12,16
19:22 20:1
21:11 23:4,
6,10,12,21,
22 24:4
26:10,17
27:7,10,15
29:25 30:3
35:16 36:5,
21 41:14,19
45:13
**documents**
23:1
**duly**
5:24

**E**

**earlier**
13:7 35:7
39:7,8 41:8
**early**
9:12
**Eastern**
5:3 34:22
50:12
**emailed**
50:7
**employee**
17:21 18:2,
5,8
**end**
34:14
**ending**
47:23 48:3
**enter**
40:15 42:8
43:12
**entered**
12:19 22:3
29:9,21
33:11 42:4
43:5 44:4
49:25
**entering**
14:21 21:2
35:13 36:1
**entertainment**
19:14
**entire**
27:23 36:21
**et al**
5:5
**eventually**
25:19
**everybody**
18:19
**everyone**
18:22
**Exactly**
49:3

**EXAMINATION**
6:1 37:25
46:5
**excerpt**
15:8
**exchanged**
8:16
**Exclusive**
35:19
**exhibit**
11:13,17
16:2 19:24
20:2 21:5,22
22:19,20,25
23:5,7
26:11,18
27:7,11,23
28:25 29:15,
25 30:4 31:2
32:11 36:1,
5,13,15
40:25 41:2,
7,15,20
42:20 44:16,
17,21 45:15
46:3
**exhibits**
22:21 50:24
**exist**
39:16,21,25
**extending**
48:7,13
**extent**
30:16

---

**F**

**face**
45:20
**fact**
13:18 14:3
29:8,20
31:14 38:20
39:16
**fair**
17:2

Mark Ross
November 04, 2022

fast
    46:24
faster
    44:22
filed
    17:9
filing
    19:19 20:11
final
    4:18 21:18
    22:2 42:19
financially
    5:7
finding
    34:11
first
    5:24 6:20
    7:2,4 8:19
    11:4 13:3
    14:13,23
    16:4,11,20,
    22 17:4 26:5
    33:12 36:12
    40:8 42:6,10
    43:14 44:3
    45:4,7 47:9
five-minute
    34:10
flip
    20:14
flyer
    27:7,11
focus
    10:16
following
    4:1 20:17
    34:20 50:15
follows
    5:25
fom
    14:15
form
    15:13 18:24
    24:13 25:13,
    22 26:7
    27:22 28:9
    29:11 31:19

32:13 36:10,
25 37:13
38:12,24
39:1,18,22
40:1,18
42:16 43:8,
17,25 44:12
45:6 46:15
47:11,16
48:9,15
forth
    34:7
Friday
    5:1
front
    41:2 45:14
full
    22:21
full-time
    18:14

───────────

G

gallery
    4:21
gave
    14:24 15:3
    35:2
George
    49:12
getting
    50:23
gig
    28:4
give
    5:19 7:21
    8:10 24:23
given
    39:11
giving
    14:22
going
    6:12,13
    7:20,21 8:9,
    10,11,13
    11:8,9 12:17
    15:20 19:22,

23 20:14
21:4 22:1
23:4,5,20
27:11 28:25
30:3,25
31:14 32:1,
19 34:9,18
36:17 41:1
44:20 45:13
46:2,24
50:12
grant
    31:12 32:11
    33:3
granted
    31:16
graphics
    45:20
group
    33:18 38:18
    43:23
guess
    13:2 18:7,21
Guide
    15:9
guys
    13:19

───────────

H

half
    27:24
hand
    5:16 7:11
    11:20 13:16
    14:9 33:20
    45:23
happened
    25:7
happy
    6:17 32:20,
    25 46:16
hate
    36:11
heard
    19:13

held
    4:6,10
hired
    19:6
Hobbs
    11:20 13:21
    16:3 29:5
    35:23
Hobbs'
    12:2
Hollander
    5:6
hosting
    28:4
hour
    34:10

───────────

I

ID
    26:19
identificatio
n
    11:14 20:3
    23:8 27:8
    30:1 36:6
    41:16
identified
    29:2
improper
    15:7 36:16
incompletenes
s
    21:11
independent
    30:19
indicate
    32:10 38:10
indicated
    39:8
indicates
    31:8
individual
    15:16
information
    30:20

Mark Ross
November 04, 2022

initial
  47:22
initials
  20:20,22
injunction
  22:3 49:25
inside
  45:3
instruct
  30:18
interactions
  4:10
interested
  5:7
interface
  4:11
invalid
  44:8
involved
  8:3
issue
  48:22

**J**

Jacobi
  19:2,9
James
  22:12
January
  26:14,19
  31:12,16
  32:12 33:4
  47:23 48:3,
  23 49:4
Joe
  21:3 25:4,
  11,20,24
  26:1,4,8,22
  28:17 35:14,
  22 36:8,24
  37:9,19
Joe's
  5:4 26:13,
  18,25 28:5
judge
  22:13

judgment
  21:19,20,21
  22:2

**K**

kind
  14:1 40:3
  46:24
know
  10:10 13:3,
  6,18 15:9,23
  16:15,18,22
  17:2,11
  18:12 19:2,
  4,12 26:1,8
  29:8,20
  30:12,15
  33:10 37:8
  46:23 49:5
known
  35:24

**L**

label
  15:17 18:7,
  12 42:15
labels
  44:5
language
  24:21
large
  4:20
larger
  23:19
lawyer
  19:15 30:6
  46:7
lawyers
  30:9
leading
  46:8
left
  42:23
legal
  5:9 13:24

17:6,23
  24:11 33:24
  36:11
length
  47:18
letter
  26:12,19,21
  30:7,23
letterhead
  26:12
Levinson
  19:12
Lil
  5:4 26:12,25
  28:5
Lil'
  26:18 35:14,
  22 36:8,24
little
  13:10 42:25
Live
  6:22,25 7:1,
  4,5,7,10
  8:20 9:4,8,
  16 10:18
  11:6 14:16,
  23 16:12,20,
  23 17:4 24:9
  25:5,12,21
  26:2,6 27:4,
  21 28:6,18
  31:4,17
  33:13 35:24
  37:4,12
  38:3,6,8,10,
  11,16,17,22
  39:5 42:15
  43:12,21
  45:5 49:25
locked
  4:14
lodge
  22:18
logo
  45:11,22
  49:15,20
  50:1

long
  44:9 47:15
look
  12:16 22:15
  42:1 44:16
  45:16 47:21
looking
  34:12
looks
  46:21
lower
  45:23
Lucas
  49:12,23,24
Luke
  6:21 7:11,22
  8:10 9:4,16
  10:18 11:6,
  19 12:25
  13:4,8,16,
  18,22 14:4,
  8,13,22,25
  15:3,4,16,17
  16:4,11,19
  17:3,9,14,
  15,21 18:2,
  6,22 19:7,
  10,17 24:9
  25:4,11
  29:10,16,20
  32:12 34:24
  39:11,13,14,
  15,16,21,25
  40:7 45:10,
  21 49:12,15,
  20 50:1
Luther
  7:11 12:5
  17:14 18:5
  19:7 33:20
  39:12 40:9
  49:11
Luther's
  48:6

Mark Ross
November 04, 2022

---

**M**

made
7:17 14:24
16:22 18:8
32:11 39:7
49:6
make
7:21,22
15:21 23:18
24:24 42:21
makes
46:14 47:8
March
28:3,19 32:7
35:20
mark
4:24 5:5,23
6:3,7 11:20
19:12,23
21:4 23:5
27:11 35:23,
25 46:2
marked
11:13,17
16:1 20:2
23:7 26:18
27:7 29:25
30:4 36:5
41:15,19
45:14
marking
26:11
Marks
38:4
matter
5:4
mean
15:3 18:11
47:2
Meaning
16:13
member
6:22 9:7
15:10 27:21

members
7:10 9:3,15
10:17 11:6
42:14 43:11,
23
mention
46:14 47:8
Michael
5:6
minute
24:23
minutes
34:14
Misstates
15:6
moment
41:1 45:16
money
7:23 8:16
15:1 34:24
35:9
monies
35:1
move
24:25 32:2
43:20
Moved
8:22,23 9:1

---

**N**

name
5:5 6:6,7
19:2,4,12
28:6 38:3,22
43:2 49:12
named
15:16,17
Nasty
9:9 10:3,4,
19 40:24
43:20 49:7
need
6:13,16
15:11 18:10
22:24 23:18
50:22

Nice
6:4,5
nine
44:20
ninth
29:22
Northern
20:7
notice
30:5 48:7,13
November
5:1 30:6
number
31:1

---

**O**

object
13:23 14:15
15:12 21:10
24:13 25:13,
22 26:7
27:22 28:9
29:11 31:19
32:13 36:25
37:13 38:12,
24 39:1,18,
22 40:18
42:16 43:8,
17,25 44:12
46:15 47:11,
16 48:9,15
objection
9:21 14:17
15:5 16:6
17:5,22
18:9,16,24
22:18 24:10
28:20 33:21,
23 36:10,17
40:1 45:6
objections
15:7,19
obtained
17:3
occurred
28:3

Office
23:7,14
Okay
6:18,19,22
12:11 21:12
24:22 37:22
40:4 41:21
42:1,20
43:11 46:23
47:1,4
once
38:11
one
7:11 11:19
13:16 14:9
15:25 22:16
23:9,10,15,
17 29:4,15
30:9 31:1
33:20 44:19
45:13 47:9
one-time
38:18
oral
7:25 8:2
40:8,9,12,17
42:5 43:14
order
50:17
outcome
5:7
outside
4:11
owned
18:7
owner
17:14 18:12
25:12,20
26:1,5
ownership
14:22 17:3
owns
25:24

---

Mark Ross
November 04, 2022

---

**P**

---

P.M.
  5:2,3  34:17
  50:12  51:7
page
  11:24,25
  12:18  20:20,
  23,25  21:8,
  17,22  22:5
  23:9,10,11,
  15,16,17,18,
  20  29:15
  31:2  36:13,
  14  41:23
  42:20,21
  44:21
pages
  36:12,14
paid
  8:12,13
  13:19  35:2
paragraph
  13:11  42:1
  47:22,25
part
  4:20  11:17
  21:23  22:1
  26:25  38:5
  45:5  48:5
participants
  4:4,17
participation
  38:18
particular
  30:10
parties
  33:16  51:4
party
  15:15
paycheck
  35:10
Perfect
  41:13
perform
  37:11

performance
  27:20  28:7,
  18
performances
  38:9
performed
  27:4  38:2
performing
  37:4  38:16,
  21  39:4
period
  47:23  48:23
Permanent
  22:3
permission
  28:5,16
  37:8,19
photo
  27:16,18
Picture
  27:19
pictures
  45:19
plaintiff
  4:25  5:13
Plaintiff's
  36:5
please
  5:10,17
  36:18  46:22
point
  25:20  47:2
posted
  38:22
prepared
  19:9
presence
  4:11
press
  41:11
prevented
  49:25
previous
  22:19  50:6
previously
  11:13,17
  29:25  32:17

33:6  41:15,
  19  45:14
prior
  42:13
Private
  4:9
probably
  9:12  27:16,
  17
proceeding
  4:5  20:7
proceedings
  4:1  20:17
  34:19,20
  50:15  51:6
promoter
  27:17  28:12
promoting
  27:20
promotor
  28:22
published
  22:21  31:9
  32:25
publishing
  36:20
pull
  44:16
purchased
  25:4
purpose
  4:12
pursuant
  36:9
put
  7:3,4,6,7,22
  8:9,11  14:25
  26:10  27:17
  28:12,22
  40:25  41:1
  45:13

---

**Q**

---

question
  6:15,16
  12:22  16:24

28:15,16
questioned
  22:20
questions
  6:13  15:22
  36:20  37:23
  46:1,8
quote
  38:16

---

**R**

---

Raise
  5:16
ran
  17:19
ratified
  34:7
reach
  7:16
reached
  8:17  34:2
  42:14
read
  15:11  24:14,
  21
reading
  51:2
reason
  12:12,23
  44:7
recall
  8:1,2,5,15
  9:11,23
  10:11,15
  11:7  12:7
  13:5,9,17,
  20,21  14:18,
  21  16:8,14
  17:1,7,9
  18:11,25
  19:8,9,11,
  18,19  20:11
  21:2  22:12,
  14  24:15,16
  25:3,6,7,10,
  17,19  26:21,

Mark Ross
November 04, 2022

24 27:5
29:1,6,12,23
31:25 32:9,
14 33:2,7
34:3,4,5
35:11,13
36:1,23
37:1,4,7,10,
15 40:2,5
44:6 46:11
47:12 48:10,
12,18,25
49:5,11,17,
22,23 50:2
**received**
9:12 34:24
35:1
**receiving**
26:21 48:12
**recess**
34:19 46:4
**recognize**
20:19 21:18,
21,23 22:7
27:15,16
30:7 45:10,
18,21
**recollection**
10:13 13:14
32:6,24 35:9
41:3 42:3
43:4 48:20
**record**
4:3,8 5:10
6:6 7:2,4,
17,22 8:9,
10,11,14,19,
21,22 9:2,6,
19 10:2
11:18 15:15,
17 18:7,12
19:14 20:16
22:5,19
26:12 28:3
30:5 34:18,
21 49:16
50:11,13,14

**recorded**
4:5,6,23
9:10,20
10:6,8,12,20
11:1 16:12,
13 48:19,22
49:1,3
**recording**
35:13,19
**records**
5:5 6:22
7:11,21 9:4,
16 10:18
11:6,19
12:25 13:4,
8,16,18,22
14:4,9,13,
22,23,24
15:3,4 16:4,
11,19,21,23
17:3,4,9,14,
15,21 18:3,
6,22 19:7,
10,17 24:9
25:4,11
26:13,18
27:1 29:10,
16,20 31:15,
18 33:4
34:25 35:14,
22 36:9,24
39:14,16,21,
25 40:7,16,
21 42:5,22
43:13,24
45:4 49:1,6,
19
**REDIRECT**
46:5
**refer**
32:16
**reference**
39:7
**references**
38:8
**referencing**
38:17

**referred**
26:17
**referring**
15:23 39:14
**refers**
31:4 33:3
**refresh**
10:13 13:14
32:6,24 35:9
42:3 43:4
48:20
**refreshes**
41:3
**related**
42:6 45:4
**relating**
43:14 50:6
**release**
10:23
**released**
9:10,20
10:20 11:1
32:7
**relevant**
38:9
**remember**
6:3 7:24 8:6
14:1,19
17:11 21:13
44:23,24,25
45:1 49:9,
14,23
**remote**
4:11,23 5:6
**remove**
4:16
**rephrase**
6:16 16:16
**reported**
26:6
**reporter**
5:8,11,16
50:24
**reporting**
4:13
**represent**
19:7,16

23:12 47:7
**representatio
n**
47:10
**represented**
14:3,6
**represents**
30:10
**request**
4:7
**respect**
19:16
**respond**
30:21
**result**
25:3
**retired**
9:7
**review**
50:6
**Richard**
5:13 6:3,5
48:1
**right**
5:16 13:1
22:6 29:7
31:5,7 41:12
43:2 45:23
47:3 50:4
**rights**
31:12 32:11
33:3
**Ross**
4:24 5:5,23
6:7 11:20
15:25 22:24
26:19 34:24
35:23 36:23
37:24
**rules**
6:10

---

**S**

**satisfy**
21:16

Mark Ross
November 04, 2022

| | | | |
|---|---|---|---|
| **Saturdays**<br>  27:8,12<br>**says**<br>  27:12 30:22<br>  31:1,11<br>  35:11,19<br>  42:22<br>**Scott**<br>  5:14<br>**screen**<br>  4:21 11:9,<br>  10,23 16:1<br>  26:10 29:19<br>  35:17<br>**screens**<br>  4:14<br>**scroll**<br>  24:20 27:23<br>  41:18,22<br>  42:25 44:20,<br>  21 46:16<br>**scrolling**<br>  12:16 22:17<br>**second**<br>  8:21,22<br>**section**<br>  30:12 31:11<br>**see**<br>  6:4,5 11:10,<br>  21,22 12:1<br>  13:11,13<br>  16:7 20:9,10<br>  22:24 23:23,<br>  24,25 24:6<br>  26:15 27:13<br>  29:15,19<br>  31:1,5,7<br>  32:4,10,22,<br>  23 35:16<br>  41:9,10<br>  42:21,22<br>  43:1,2 45:20<br>  46:21 47:22,<br>  25 48:2,5<br>**seeing**<br>  27:24<br>**send** | 48:7 50:24<br>**series**<br>  6:13<br>**set**<br>  34:7<br>**setting**<br>  4:16<br>**settlement**<br>  14:8,11 20:5<br>  21:3,24<br>**seven**<br>  23:20<br>**Sexy**<br>  27:8,12<br>**share**<br>  11:9<br>**show**<br>  11:8 13:11<br>  19:22 22:1<br>  23:4,10<br>  27:23 29:2,<br>  14 30:3,25<br>  32:19 35:16<br>**showed**<br>  29:1,4 35:8<br>  49:19<br>**showing**<br>  11:16,25<br>  12:18 16:1<br>  20:4 27:10<br>**shows**<br>  12:18<br>**sic**<br>  19:24<br>**sign**<br>  19:10 31:15<br>**signature**<br>  11:24 12:2,<br>  3,5 20:25<br>  24:3,18,19<br>**signatures**<br>  43:1<br>**signed**<br>  6:21 9:19<br>  10:19 11:5<br>  12:13,24<br>  13:4 40:20 | 44:14<br>**signing**<br>  12:7 21:13<br>  51:2<br>**single**<br>  45:3<br>**sit**<br>  13:6<br>**Skyywalker**<br>  31:15,18<br>  32:12 33:4<br>  40:16,20<br>  42:5,22<br>  43:6,13,24<br>  45:10,21<br>  49:13,16,20<br>  50:1<br>**Sledge**<br>  22:12<br>**slow**<br>  20:5 46:17,<br>  25<br>**slower**<br>  44:22<br>**slowly**<br>  41:18 46:18<br>**smaller**<br>  42:21<br>**solemnly**<br>  5:18<br>**somethin'**<br>  8:22,23 9:1<br>  32:3 43:20<br>**Southern**<br>  15:9,10<br>**speaker**<br>  4:15<br>**speaking**<br>  15:19<br>**specifically**<br>  16:25<br>**speculation**<br>  25:23<br>**spotlight**<br>  4:16<br>**spotlighted**<br>  4:14 | **Stark**<br>  5:8<br>**start**<br>  6:25 23:9<br>  41:25<br>**started**<br>  7:1 40:6<br>**starting**<br>  23:10 29:15<br>**starts**<br>  21:22 22:5<br>**state**<br>  5:10 6:6<br>  15:14<br>**stated**<br>  8:8<br>**stipulation**<br>  50:5<br>**stop**<br>  15:19 17:24<br>  24:12 26:25<br>  36:18 42:1<br>**strike**<br>  38:7<br>**studio**<br>  34:4<br>**sued**<br>  13:22 49:12<br>**Support**<br>  5:9<br>**supposed**<br>  15:12<br>**sure**<br>  15:22 44:18<br>**swear**<br>  5:11,18<br>**switch**<br>  4:21<br>**sworn**<br>  5:25<br><br>---<br>**T**<br>---<br>**take**<br>  4:20 34:10,<br>  13 45:16 |

Mark Ross
November 04, 2022

47:21 49:15
50:10
**taken**
4:24 23:13
49:21,22
**talk**
17:13 33:8
**tax**
35:9
**taxes**
35:5
**technician**
4:3 5:6
34:17,21
50:10,16,19,
21
**technology**
46:4
**tee**
29:3
**tell**
10:12 41:2
44:21 46:13
**ten**
34:13
**term**
47:15 48:2,8
**termination**
30:5,13,23
31:1 32:2,20
**terms**
7:18,24 33:9
34:7
**testified**
5:25 32:17
33:6 48:21
**testify**
5:25
**testimony**
5:19 15:6
48:25
**Thank**
22:11 27:25
42:19
**Thanks**
34:15

**thing**
15:11,18
22:16
**think**
8:25 9:11,17
10:8,21 19:5
40:6,22,23
44:13 50:7
**third**
9:6,19 10:2
40:23
**thought**
25:15
**three**
10:25 14:14,
23 16:4,11,
20,22 17:4
26:5 39:7
40:8,17
42:6,10
43:14 45:5,7
46:9,22
47:5,6,9
48:19,21
**time**
5:2,3,9 7:6,
9 8:17 9:14,
17 27:3 29:9
34:17,22
36:18 37:3
44:9,14
47:18 48:6
50:12
**timeline**
10:1
**times**
37:6,11
**titled**
23:21
**today**
5:1 6:8 13:6
**told**
31:23
**top**
41:24,25
**trademark**
28:17

**trademarks**
25:21
**transcript**
15:21 50:23
**transfer**
16:25 23:21
24:6 31:24
36:8 46:9,22
**transferred**
14:13 15:4
16:3,10,16,
19 24:8
**transferring**
14:19 36:23
43:23
**transfers**
16:8
**true**
22:25 38:20
44:10
**truth**
5:20
**try**
9:25
**trying**
10:16 24:21
**two**
23:16,18
**type**
19:15

___

**U**

**U.T.C.**
5:2
**Uh-huh**
22:8 31:3
42:24
**understand**
6:8,10 47:14
**understanding**
30:17
**understood**
6:15
**unfair**
15:21

**trademarks**
25:21
**transcript**
15:21 50:23

**V**

**Vague**
9:21 15:5
16:6 17:22
18:24 24:10
**valid**
44:11
**verbal**
7:14,16,18,
20 8:7,8,17
31:21 32:16,
18 33:5,8,
10,12,16
34:1,8 39:9
42:13
**verify**
22:25
**video**
4:13,14,18,
20,23 50:17,
22
**view**
4:15,22
**viewed**
38:7

___

**W**

**Wait**
41:1
**waived**
51:3
**want**
4:19 9:9
10:3,4,20
13:10 15:14,
21 21:9
22:15 32:21,
25 40:24
41:5,18
43:20 44:21
45:16 46:18
48:20 49:7
50:16

Mark Ross
November 04, 2022

**wanted**
  22:18
**way**
  21:5
**Weinberger**
  21:3 25:4,
  11,20 26:4,
  22 28:17,22
  37:9,20
**went**
  48:18
**withheld**
  35:5,9
**witness**
  4:12,13,19
  5:12,21,24
  7:14 9:23
  13:25 14:18
  16:7 17:7
  18:2,11,17,
  25 21:13
  22:20,22
  23:12,24
  24:15 25:15,
  24 26:8,16
  28:12,21
  29:12 30:22
  31:21 32:14
  33:22 36:3,
  13,20 37:1,
  15 38:13,25
  39:2,19,23
  40:2,5,19
  41:10 42:17
  43:9 44:1
  45:7 47:12,
  17 48:10,16
  51:3
**witness's**
  4:20
**Wolfe**
  5:13 6:2,3
  7:15 9:24
  11:15 12:17,
  21 14:2,16,
  20 15:7,18,
  24 16:9
  17:8,24

18:1,4,10,
13,18 19:1
20:18 21:7,
9,12,15
22:15,23
23:11,17,20
24:2,12,17,
22 25:2,18,
25 26:20
27:9 28:2,
11,14,24
29:13 30:2,
24 31:20,22
32:15 33:25
34:13,16,23
35:25 36:7,
16,22 37:2,
16,22 38:12,
24 39:1,18,
22 40:1,18
41:4,5,9,21,
24 42:16,20
43:1,8,17,25
44:12,18
46:2,6,16,20
47:1,13,20
48:11,17
50:3,9,16,
18,20
**Won**
29:10,17,21
35:23 37:4
38:15,21
43:5
**Wong**
29:10,17,21
35:23 37:4
38:15,21
43:5
**wording**
24:25
**work**
50:8
**worked**
18:14,22,23
**working**
26:25

**writing**
  31:24 34:6
  40:13
**written**
  9:3,14,18
  10:17 11:2,4
  40:15 42:4,8
  44:3

---

## Y

**yeah**
  27:19 34:13
  44:23
**year**
  37:3
**years**
  34:25 38:22
  40:3