# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.:  1:21-CV-23727-DPG

LIL' JOE RECORDS, INC.,

    Plaintiff,

v.

MARK ROSS, CHRISTOPHER WONG WON, JR., RODERICK WONG WON, LETERIUS RAY, ANISSA WONG WON, AND LUTHER CAMPBELL,

    Defendants.

## NOTICE OF FILING

Defendants Mark Ross, Christopher Wong Won, Jr., Roderick Wong Won, Leterius Ray, Anissa Wong Won, and Luther Campbell, by and through their undersigned counsel, hereby files the attached Corrected Declaration of Raven Ross in Support of Defendants' Motion to Substitute Party filed at ECF No. 179.

Dated:  July 17, 2025

    */s/ Joel B. Rothman*
    JOEL B. ROTHMAN
    Florida Bar Number:  98220
    joel.rothman@sriplaw.com

    **SRIPLAW, P.A.**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL  33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Defendants*